## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MIDSHIP PIPELINE COMPANY, LLC,** | § § § § | |
| **Plaintiff,** | § § | **Case Number: 18-CV-858** |
| **vs.** | § § | **Judge:  Scott L. Palk** |
| **TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT, *et al*,** | § § § § § | **Magistrate Judge:  Bernard M. Jones** |
| **Defendants.** | § § | |

---

### Federal Rule 71.1(d) Notice of Commencement Return of Service

---

I, _Steve Arrington_, being duly sworn, depose and say as follows:

1.      I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

2.      On the _13_ day of _September_, 2018, I received the following documents filed in the instant action on September 6, 2018, pertaining to Tract No. _GR-0338.000_, and Defendant(s) _Sandy Creek Farms, Inc C/O Kay Barrington_ ("Defendants"): (1) The Federal Rule 71.1(d) Notice of Commencement of Condemnation Action; and (2) Motion for Order Confirming Condemnation Authority and Awarding Immediate Possession of Easements Sought and Expedited Briefing and Hearing Schedule with the Proposed Order hereto (collectively the "Pleadings").

3.    I completed the following with regards to the aforementioned Pleadings:

☐       I    personally    served    the    Pleadings    on    Defendants    at

(*place*)_____ on (*date*)_____, 2018; or

☐     I left the Pleadings at the Defendants' residence or usual place of abode with

(*name*)_____, a person of suitable age and discretion who

resides there, on (*date*) _____, and mailed a copy to

the Defendants' last known address; or

☒     I served the Pleadings on (*name*) Kevin Barrington, Authorized Agent,

who is designated by law to accept service of process on behalf of Defendants

Sandy Creek Farms, Inc on (*date*) 2:40pm  9/16, 2018; or

☐     I    returned    the    Pleadings    unexecuted    because    (*specify*)

_____

_____.

My fees are $_____ for travel and $_____ for service for a total of $_____.

I declare under penalty of perjury that this information is true.

Date_____ 9/24_____, 2018

Steve Arrington    9/24/18
*Server's Signature*    Date:

Steve Arrington (PSS-161)
*Server's name and number*

West
*Notary Public*

9/24/18
Date:    Commission expires:

Additional information regarding attempted service, etc.: _____

_____

2

**WEST WAY LLC**
711 Manvel Avenue
Chandler, OK 74834

**INVOICE:**  2629391
Issued:  Sep 20, 2018

**WILLIAMS, BOX, FORSHEE & BULLARD, PC**
Mason Schwartz
522 Colcord Drive
Oklahoma City, OK 73102-2202

PAY TO:
**WEST WAY LLC**
711 Manvel Avenue
Chandler, OK 74834

| Case: | 18-CV-858 | Plaintiff / Petitioner: | MIDSHIP PIPELINE COMPANY, LLC |
|---|---|---|---|
| Job: | 2629391 | Defendant / Respondent: | TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA, et al. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| STATE OF OKLAHOMA SERVICE-OUT OF COUNTY | SANDY CREEK FARMS, INC C/O KAY BARRINGTON 2311 CR 1495 BRADLEY, OK 73002 | $65.00 | 1 | $65.00 |
| SKIP TRACE-DISCOUNT APPROVED CLIENT | | $30.00 | 1 | $30.00 |
| STATE OF OKLAHOMA SERVICE-OUT OF COUNTY | SANDY CREEK FARMS, INC C/O KAY BARRINGTON 2311 CR 1495 BRADLEY, OK 73002 | $20.00 | 1 | $20.00 |
| STATE OF OKLAHOMA SERVICE-OUT OF COUNTY | SANDY CREEK FARMS, INC C/O KAY BARRINGTON 2311 CR 1495 BRADLEY, OK 73002 | $20.00 | 1 | $20.00 |
| STATE OF OKLAHOMA SERVICE-OUT OF COUNTY | SANDY CREEK FARMS, INC C/O KAY BARRINGTON 2311 CR 1495 BRADLEY, OK 73002 | $20.00 | 1 | $20.00 |

| | |
|---|---|
| Total: | $155.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$155.00** |

WEST WAY LLC • 711 Manvel Avenue, Chandler, OK 74834

Call: 405.654.0010 • Fax: 405.654.0020 • Email: service@westwayprocess.com • Visit: www.westwayprocess.com