UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRACT NO. CN-0004.000, 1.504 )<br>ACRES OF LAND, MORE OR LESS, )<br>PERMANENT EASEMENT IN )<br>CANADIAN COUNTY, )<br>OKLAHOMA, et al., )<br>)<br>Defendants. ) | Case No. CIV-18-858-G |

## ORDER

Before the Court are Plaintiff's Motion for Order Confirming Condemnation Authority and Awarding Immediate Possession of Easements Sought, and Expediting Briefing and Hearing Schedule (Doc. No. 61), Plaintiff's Motion for Oral Hearing On Its Motion for Order Confirming Condemnation Authority and Awarding Immediate Possession of Easements Sought, and Expediting Briefing and Hearing Schedule (Doc. No. 408), and the Central Defendants' Motion for Settlement Conference (Doc. No. 527).

The Court defers ruling on these pending motions until after further discussion at the status conference set for **Thursday, January 3, 2019 at 11:40 am**.

IT IS SO ORDERED this 14th day of December, 2018.

CHARLES B. GOODWIN
United States District Judge