**INDEX OF EXHIBITS TO SECOND AMENDED VERIFIED COMPLAIINT FOR CONDEMNATION**

1. **Exhibit 1 -** Properties to be condemned and persons or entitles who own or claim an interest in them

2. **Exhibit 2** – Midship's Certificate of Public Convenience and Necessity

3. **Exhibit 3** – Maps of the MIDSHIP Project

4. **Exhibit 4 (consists of Exhibits 4 through 4.10 representing a single document and divided into said parts only for purposes of electronic filing)** – FEIS for MIDSHIP Project