# EXHIBIT 1

**CANADIAN COUNTY**

**Tract No(s). CN-0004.000**

1. **Surface Owner(s):**

   Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of
   the Clayton J. Hufnagel Trust,
   a revocable trust dated the 17th day of May 2004,
   609 Elizabeth Drive.,
   Okarche, OK 73762

   Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust, a revocable trust dated the 17th day of May, 2004,
   609 Elizabeth Drive.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $15,093.00 (with CN-0005.000 and CN-0006.000)

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
VICINITY MAP
N.T.S.
POINT OF TERMINATION
POINT OF BEGINNING
NOTES
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
J. M. DENNEY
1434
CERTIFIED
TRC

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

**Owner: Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust** **TRACT NO. CN-0004.000**

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 6, Township 14 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust, recorded in Book RB 2916, Page 135 and in Book RB 2857, Page 627 of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 1/2-inch iron rod found marking the north quarter corner of said Section 6; THENCE South 00°16'12" East with the east line of the northwest corner of said Section 6 a distance of 1467.20 feet to the POINT OF BEGINNING;**

**THENCE South 29°14'37" West, a distance of 1310.12 feet, to the POINT OF TERMINATION in the south line of the northwest quarter of said Section 6, from which a ½-inch iron rod found marking the west quarter corner of said Section 6 bears South 89°57'45" West a distance of 1740.64 feet, said baseline having a total distance of 1310.12 feet (79.40 rods), said Permanent Easement & Right of Way containing 1.504 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0004.000, Rev. 0, same date.**

9-21-17

**James Michael Denney** **Date:**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1494**
**Firm License No. 144**

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1494 OKLAHOMA

**Tract No(s). CN-0005.000**

1. **Surface Owner(s):**

Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of
the Clayton J. Hufnagel Trust,
a revocable trust dated the 17th day of May 2004,
609 Elizabeth Drive.,
Okarche, OK 73762

Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust, a revocable trust dated the 17th day of May, 2004,
609 Elizabeth Drive.,
Okarche, OK 73762

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

*See* CN-0004.000

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 8, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
POINT OF
VICINITY MAP
N.T.S.
POINT OF
TERMINATION
SECTION 8
SECTION 7
POINT OF
COMMENCING
40' WIDE T.W.S.
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
200 0 200 400
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: LAT
CKD BY: TRC
SCALE: 1" = 400'
ACROSS THE PROPERTY OF
REV# DATE DESCRIPTION
CERTIFIED
DRAWING:
SHEET NO. 1 OF 2
J. M.
DENNEY
1434
TRC

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

Owner: Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust TRACT NO. CN-0005.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 6, Township 14 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust recorded in Book RB 2916, Page 181, and Book RB 2951, Page 780 of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 5/8-inch iron rod found marking the south quarter corner of said Section 6; THENCE North 00°16'14" West a distance of 2638.61 feet to the northeast corner of the southwest quarter of said Section 6, THENCE South 89°57'45" West with the north line of the southwest quarter of said Section 6 a distance of 645.57 feet to the POINT OF [illegible];

THENCE South 25°14'57" West, a distance of 1115.60 feet, to a point;

THENCE South 10°43'42" West, a distance of 349.48 feet, to the POINT OF TERMINATION on the west line of the east half of the southwest quarter of said Section 6, from which said 5/8-inch iron rod bears South 00°14'14" East a distance of 1355.17 feet to the southwest corner of the east half of the southwest quarter of said Section 6, THENCE North 89°51'05" East a distance of 1321.38 feet, said baseline having a total distance of 1465.08 feet (88.79 rods), said Permanent Easement & Right of Way containing 1.681 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0005.000, Rev. 0, same date.

9.21.17

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1494
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1494
[illegible]

**Tract No(s). CN-0006.000**

1. **Surface Owner(s):**

Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of
the Clayton J. Hufnagel Trust,
a revocable trust dated the 17th day of May 2004,
609 Elizabeth Drive.,
Okarche, OK 73762

Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust, a revocable trust dated the 17th day of May, 2004,
609 Elizabeth Drive.,
Okarche, OK 73762

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

*See* CN-0004.000

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 6, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF TERMINATION
15' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
A.T.W.S.
SECTION 6
SECTION 7
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DWG BY: LAT
CHKD BY: TRC
DATE: 8/17/17
SCALE: 1" = 400'
REV# DATE DESCRIPTION
1 ADDED DETAIL
0 8/17/2017 CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
TRC

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°01'55"W | 53.81' |
| L2 | N20°43'44"E | 574.80' |
| L3 | S89°16'17"E | 60.00' |
| L4 | S20°43'44"W | 555.00' |

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

Owner: Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust TRACT NO. CN-0006.000

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 6, Township 14 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust, recorded in Book RB 2918, Page 185 and in Book RB 2851, Page 780 of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.CN.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a ½-inch iron rod found marking the west quarter corner of said Section 6; THENCE North 88°57'45" East a distance of 1066.41 feet to the northeast corner of Lot 6 of said Section 6, THENCE South 00°14'14" East with the east line of Lot 6 of said Section 6 a distance of 1288.03 feet to the POINT OF BEGINNING;

THENCE South 20°45'43" West, a distance of 1458.00 feet, to the POINT OF TERMINATION on the south line of said Section 6, from which a 5/8 inch iron rod found marking the southwest corner of said Section 6, bears South 88°51'04" West a distance of 543.28 feet, said baseline having a total distance of 1458.00 feet (88.36 rods), said Permanent Easement & Right of Way containing 1.674 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0006.000, Rev. 1, same date.

7-27-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA

Page 3 of 3

**Tract No(s). CN-0007.010**

1. **Surface Owner(s):**

   Tracy G. Maass
   28319 N 2780 Rd.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,146.00 (with CN-0011.000)

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
POINT OF TERMINATION
40' WIDE T.W.S.
10' WIDE T.W.S.
50' WIDE P.E.R.W.
SECTION 7
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TRACY S. MAASS
J. M. DENNEY
1434

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
7
L1
L2
L3
L4
L5
L6
WORKSPACE DETAIL
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CR
CKD BY: TRC
DATE: 7/28/2017
SCALE: 1"=100'
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TRACY G. MAASS
REV# DATE DESCRIPTION
3 7/11/2018 ADDED DETAIL
2 9/7/2017 REVISED LEGAL DESC.
DRAWING: OK-0007.010 SHEET NO. 2 OF 3
GRAPHIC SCALE IN FEET
TRC

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 7, Township 14 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Tracy G. Maass, recorded in Book RB 2066, Page 827, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 1-inch iron rod found marking the west quarter corner of said Section 7; THENCE North 89°06'48" East a distance of 521.01 feet to the POINT OF BEGINNING;**

**THENCE South 00°52'24" East, a distance of 53.55 feet, to a point;**

**THENCE South 70°38'53" West, a distance of 548.15 feet, to the POINT OF TERMINATION on the west line of said Section 7, from which a 5/8 inch iron rod found marking the southwest corner of said Section 7 bears South 01°05'50" East a distance of 2412.24 feet, said baseline having a total distance of 601.70 feet (36.47 rods), said Permanent Easement & Right of Way containing 0.691 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0007.010, Rev. 3, same date.**

7-27-18

PROFESSIONAL LAND SURVEYOR
J. M.
DENNEY
1434
REGISTERED
OKLAHOMA

**James Michael Denney**
**Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Tract No(s).CN-0011.000**

1. **Surface Owner(s):**

   Tracy G. Maass
   28319 N 2780 Rd.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* CN-0007.000

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
SECTION 12
SECTION 13
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TRACY G. MAASS
DESCRIPTION
ADDED DETAIL
CERTIFIED

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
12
TRACY G. MAASS
WORKSPACE DETAIL
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TRACY G. MAASS
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
TRC

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 12, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Tracy G. Maass, recorded in Book RB 3966, Page 827, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1-inch iron rod found marking the east quarter corner of said Section 12; THENCE South 01°05'30" East a distance of 226.88 feet to the POINT OF BEGINNING;

THENCE South 70°39'53" West, a distance of 557.65 feet, to a point;

THENCE South 19°22'06" West, a distance of 1755.82 feet, to the POINT OF TERMINATION on the west line of said Maass tract, from which a 3/8-inch iron rod found marking the southeast corner of said Section 12 bears South 00°27'02" East a distance of 589.85 feet, THENCE North 89°08'10" East a distance of 1155.00 feet, said baseline having a total distance of 2313.47 feet (140.21 rods), said Permanent Easement & Right of Way containing 2.656 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number CN-0011.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

Date: 7-17-18

**Tract No(s). CN-0013.000**

1. **Surface Owner(s):**

   David John Rother
   305 W Elm St.,
   El Reno, OK 73762

   Bob Alan Rother
   1530 192nd St NW
   Okarche, OK 73762

   Mark D. Rother and Aletia R. Rother Living Trust,
   Mark D. Rother and Aletia R. Rother, Trustees,
   301 W Elm St.,
   El Reno, OK 73762

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $8,631.00 (with CN-0015.000)

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 12
SECTION 13
P.E.R.W.
POINT OF BEGINNING
POINT OF COMMENCING
SEE SHT. 2 OF 3 WORKSPACE DETAIL
DAVID JOHN ROTHER, ET AL
TOTAL AREA OF P.E.R.W.
TOTAL AREA OF T.W.S.
NOTES
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: JDL
CKD BY: TRC
DATE: 7/11/18
SCALE: 1" = 60'
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DAVID JOHN ROTHER, ET AL
REV DATE DESCRIPTION
2 7/11/2018 ADDED DETAIL
1 8/31/2017 REVISED LEGAL DESC.
DRAWING:
SHEET NO. 1 OF 3
JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
J. M. DENNEY
1434
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of Section 13, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to David John Rother and Bob Alan Rother, recorded in Book 3538, Page 91 and conveyed to the Mark D. Rother and Aletia R. Rother Living Trust, recorded in Book 3705, Page 688, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said Permanent Easement & Right of Way being more particularly described as follows:**

**COMMENCING at a 3/8 inch iron rod found marking the northeast corner of said Section 13; THENCE South 89°08'10" West, with the north line of said Section 13, a distance of 1324.68 feet to the POINT OF BEGINNING;**

**THENCE South 02°52'39" West, a distance of 128.57 feet to a point on the west line of the northeast quarter of the northeast quarter of said Section 13;**

**THENCE North 00°21'32" West, with the west line of the northeast quarter of the northeast quarter of said Section 13, a distance of 128.30 feet to a point on the the north line of said Section 13;**

**THENCE North 89°08'10" East, with the the north line of said Section 13, a distance of 7.33 feet to the POINT OF BEGINNING, said Permanent Easement & Right of Way containing 0.011 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0013.000, Rev. 2, same date.**

9·27·18

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). CN-0014.000**

1. **Surface Owner(s):**

   Wanda R. Hansen and Christian J. Hansen, Jr., Trustees, or their successors in trust, under the Wanda R. Hansen Living Trust, dated August 23, 2000,
   16810 N. Calumet Road
   Calumet, OK 73014

   Christian J. Hansen, Jr. and Wanda R. Hansen, Trustees, or their successors in trust, under the C. J. Hansen, Jr. Living Trust, dated August 23, 2000,
   16810 N. Calumet Road
   Calumet, OK 73014

2. **Other Persons-in-Interest:**

   Canadian Hills Wind, LLC
   The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $8,766.00

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
SECTION 12
SECTION 13
POINT OF COMMENCING
60' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.
POINT OF TERMINATION
NOTES:
LEGEND:
GRAPHIC SCALE IN FEET
J. M. DENNEY
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
THE WANDA R. HANSEN LIVING TRUST, ET AL
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADDED DETAIL
DRAWING:
SHEET NO.
TRC

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 12
SECTION 13
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | S17°57'01"W | 97.13' |
| L3 | N72°03'00"W | [illegible] |
| L4 | N17°57'01"E | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

Owner: Wanda R. Hansen and Christian J. Hansen, Jr., Trustees, or their successors in trust, under the Wanda R. Hansen Living Trust and Christian J. Hansen, Jr. and Wanda R. Hansen, Trustees, or their successors in trust, under the C. J. Hansen, Jr. Living Trust TRACT NO. CN-0014.000

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 13, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Wanda R. Hansen and Christian J. Hansen, Jr., Trustees, or their successors in trust, under the Wanda R. Hansen Living Trust and Christian J. Hansen, Jr. and Wanda R. Hansen, Trustees, or their successors in trust, under the C. J. Hansen, Jr. Living Trust, recorded in Book RB 2868, Pages 867 & 868, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a ½ inch iron rod found marking the north quarter corner of said Section 13; THENCE North 89°08'10" East a distance of 1314.25 feet to the POINT OF BEGINNING;

THENCE South 02°52'39" West, a distance of 127.78 feet, to a point;

THENCE South 17°57'01" West, a distance of 1413.92 feet, to a point;

THENCE South 18°58'06" West, a distance of 549.83 feet, to a point;

THENCE South 00°19'04" West, a distance of 217.93 feet, to a point;

THENCE South 11°40'08" West, a distance of 435.91 feet, to the POINT OF TERMINATION on the south line of said northeast quarter from which a ½ inch iron rod found marking the east quarter corner of said Section 13 bears North 89°08'59" East a distance of 2082.48 feet, said baseline having a total distance of 2745.35 feet (166.38 rods), said Permanent Easement & Right of Way containing 3.140 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0014.000, Rev. 1, same date.

[signature] 2-27-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s).CN-0015.000**

1. **Surface Owner(s):**

David John Rother
305 W Elm St.,
El Reno, OK 73762

Bob Alan Rother
1530 192nd St NW
Okarche, OK 73762

Mark D. Rother and Aletia R. Rother Living Trust,
Mark D. Rother and Aletia R. Rother, Trustees,
301 W Elm St.,
El Reno, OK 73762

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
*See* CN-0013.000

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.
SECTION 13
206TH STREET NW
SECTION 24
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DAVID JOHN ROTHER, ET AL
DESCRIPTION
ADDED DETAIL
CERTIFIED
J. M.
DENNEY
1434
TRC

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
DETAIL "1"
N.T.S.
DETAIL "2"
N.T.S.
LEGEND
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DAVID JOHN ROTHER, ET AL.
TRC

**Cheniere Midstream** **EXHIBIT "A"** **Midship Mainline**

Owner: David John Rother, Bob Alan Rother and Mark D. Rother and Aletia R. Rother, Trustees of the Mark D. Rother and Aletia R. Rother Living Trust TRACT NO. CN-0015.000

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 13, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to David John Rother, Bob Alan Rother and Mark D. Rother and Aletia R. Rother, Trustees of the Mark D. Rother and Aletia R. Rother Living Trust, recorded in Book RB 3839, Page 81 and Book RB 3705, Page 689, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a ½-inch iron rod found marking the east quarter corner of said Section 13; THENCE South 89°08'59" West with the north line of the southeast quarter of said Section 13 a distance of 2082.48 feet to the POINT OF BEGINNING;

THENCE South 11°40'08" West, a distance of 872.42 feet, to a point;

THENCE South 00°19'42" West, a distance of 1724.99 feet, to a point;

THENCE South 00°40'58" West, a distance of 84.61 feet, to the POINT OF TERMINATION on the south line of said Section 13, from which a ½-inch iron rod found marking the south quarter corner of said Section 13 bears South 89°19'18" West a distance of 158.24 feet, said baseline having a total distance of 2682.02 feet (162.55 rods), said Permanent Easement & Right of Way containing 3.079 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CN-0015.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-20-18

Date:

**Tract No(s). CN-0020.000**

1. **Surface Owner(s):**
   Thomas J. Leck Revocable Trust
   703 Regency Hill Dr.,
   Hockessin, DE 19707

2. **Other Persons-in-Interest:**
   Canadian Hills Wind, LLC
   The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 5,356.00

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 24
SECTION 25
40' WIDE T.W.S.
50' WIDE P.E.R.W.
10' WIDE T.W.S.
POINT OF
TERMINATION
MIDSHIP PIPELINE COMPANY, LLC
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
J. M.
DENNEY
1434
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S00°37'57"W | 150.05' |
| L2 | N89°22'03"W | 50.00' |
| L3 | N00°37'57"E | 97.10' |
| L4 | N10°54'55"E | 53.45' |
| L5 | N89°22'04"E | 35.15' |

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | N89°22'03"W | 25.00' |
| L7 | N00°37'03"E | 200.00' |
| L8 | S89°22'03"E | 25.00' |
| L9 | S00°37'57"W | 200.00' |

**Cheniere Midstream** **EXHIBIT "A"** **Midship Mainline**

**Owner: Thomas J. Lack, Trustee of the Thomas J. Lack Revocable Trust** **TRACT NO. CN-0020.000**

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the northwest quarter of Section 25, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Thomas J. Lack, Trustee of the Thomas J. Lack Revocable Trust, recorded in Book RB 3547, Page 112 and Book RB 3488, Page 802, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a ½ inch iron rod found marking the north quarter corner of said Section 25; THENCE South 89°17'20" West, with the north line of said Section 25, a distance of 1967.58 feet to the POINT OF BEGINNING;

THENCE South 00°37'57" West, a distance of 1314.29 feet, to the POINT OF TERMINATION on the south line of the north half of the northwest quarter of said Section 25, from which said ½ inch iron rod found marking the north quarter corner of said Section 25 bears North 89°22'19" East, with the south line of the north half of the northwest quarter of said Secton 25, a distance of 1308.43 feet, THENCE North 00°35'00" West, with the east line of the northwest quarter of said Section 25, a distance of 1315.98 feet, said baseline having a total distance of 1314.29 feet (79.65 rods), said Permanent Easement & Right of Way containing 1.509 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CN-0020.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

8-22-18

**Tract No(s). CN-0027.000**

1. **Surface Owner(s):**

   Charles A. Snyder and Diana M. Snyder
   303 S. Walls Ave.,
   Calumet, OK 73014

   or

   P.O. Box 80
   Calumet, OK 73014

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**

   $3,494.00



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 36, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF BEGINNING
POINT OF TERMINATION
EDMOND RD. NW.
10' WIDE T.W.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
CHARLES A. SNYDER AND DIANA M. SNYDER
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHARLES A. SNYDER AND DIANA M. SNYDER
DESCRIPTION
ADDED DETAIL
CERTIFIED
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S15°12'07"W | 150.00' |
| L2 | N74°47'54"W | 50.00' |
| L3 | N15°12'07"E | 135.94' |
| L4 | N89°29'48"E | 51.84' |

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L5 | N74°08'17"E | 50.52' |
| L6 | N15°12'07"E | 164.05' |
| L7 | S74°47'53"E | 50.00' |
| L8 | S15°12'07"W | 182.31' |
| L9 | S74°08'17"W | 108.52' |
| L10 | N01°34'13"W | 51.85' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northwest quarter of Section 36, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Charles A. Snyder and Diana M. Snyder, recorded in Book RB 2087, Page 774, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a MAG nail with shiner found marking the northwest corner of said Section 36; THENCE North 89°10'58" East, with the north line of said Section 36, a distance of 232.25 feet to the POINT OF BEGINNING;

THENCE South 15°12'07" West, a distance of 466.01 feet, to a point;

THENCE South 74°08'17" West, a distance of 110.13 feet, to the POINT OF TERMINATION on the west line of said Section 36, from which a 1/2 inch iron rod found marking the west quarter corner of said Section 36 bears South 00°29'31" East, with the west line of said Section 36, a distance of 2175.15 feet, said baseline having a total distance of 576.14 feet (34.92 rods), said Permanent Easement & Right of Way containing 0.661 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0027.000, Rev. 1, same date.

James Michael Denney
Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

Date: 7-27-18

**Tract No(s). CN-0038.010**

1. **Surface Owner(s):**
   Betty A. Crowly,
   1529 W Hickory
   El Reno, OK 73014

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 12,136.00 (with CN-0039.000)

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 11, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
40' WIDE T.W.S.
POINT OF TERMINATION
10' WIDE T.W.S.
50' WIDE P.E.R.W.
SECTION 11
SECTION 14
MEMORIAL RD. NW
NOTES:
LEGEND
GRAPHIC SCALE IN FEET
J. M. DENNEY 1484
MIDSHIP PIPELINE COMPANY, LLC
DESCRIPTION
REVISE OWNERSHIP
ADDED DETAIL
DRAWING:
SHEET NO. 1 OF 3
TRC

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 11, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
11
VICINITY MAP
N.T.S.
L4
L5
LINE
DISTANCE
L1
L2
L3
L4
L5
L6
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CR
CKD BY: TRC
DATE: 7/23/18
SCALE: 1"=300'
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
BETTY ANN CROWLY
REV# DATE DESCRIPTION
2 REVISE OWNERSHIP
1 ADDED DETAIL
DRAWING:
SHEET NO. 2 OF 3
TRC
GRAPHIC SCALE IN FEET

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

**Owner: Betty Ann Crowly** **TRACT NO. CN-0038.010**

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the southwest quarter of Section 11, Township 13 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Betty Ann Crowly, recorded in Book RB 4619, Page 66, and Book RB 481, Page 104, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 1/2-inch iron rod found marking the west quarter corner of said Section 11; THENCE North 89°25'54" East, with the north line of the southwest quarter of said Section 11, a distance of 1980.70 feet to the POINT OF BEGINNING;**

**THENCE South 01°59'10" East, a distance of 1035.54 feet, to a point;**

**THENCE South 42°10'41" West, a distance of 964.87 feet, to the POINT OF TERMINATION on the west line of the east half of the southwest quarter of said Section 11, from which a 2 inch brass cap found marking the southwest corner of said Section 11 bears South 00°39'57" East, with the west line of the east half of the southwest quarter of said Section 11, a distance of 915.90 feet, THENCE South 89°16'50" West, with the south line of said Section 11, a distance of 1319.88 feet, said baseline having a total distance of 1970.41 feet (119.42 rods), said Permanent Easement & Right of Way containing 2.262 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A" Sheet No. 1 of 3, drawing number CN-0038.010, Rev. 2, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR DENNEY 1434 OKLAHOMA 8-29-18

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Date:**

**Tract No(s). CN-0039.000**

1. **Surface Owner(s):**

   Betty A. Crowly,
   1529 W Hickory
   El Reno, OK 73014

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* CN-0038.010

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 11, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.
POINT OF BEGINNING
POINT OF TERMINATION
POINT OF COMMENCING
MEMORIAL RD. NW.
SECTION 11
SECTION 14
BOOK RB 491, PAGE 104
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
DESCRIPTION
REVISE OWNERSHIP
ADDED DETAIL
GRAPHIC SCALE IN FEET

WORKSPACE SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | 119.14' |
| L3 | [illegible] | 119.14' |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the southwest quarter of Section 11, Township 13 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Betty Ann Crowly, recorded in Book RB 4619, Page 86, and Book RB 481, Page 104, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 1/2 inch iron rod found marking the south quarter corner of said Section 11; THENCE South 89°16'50" West a distance of 1319.38 feet to the southeast corner of the west half of the southwest quarter of said Section 11, THENCE North 00°29'57" West with the east line of the west half of the southwest quarter of said Section 11 a distance of 915.90 feet to the POINT OF BEGINNING;**

**THENCE South 42°10'41" West, a distance of 1100.65 feet, to a point;**

**THENCE South 00°16'50" West, a distance of 109.61 feet, to the POINT OF TERMINATION on the south line of said Section 11, from which a 2-inch brass cap found marking the southwest corner of said Section 11 bears South 89°16'50" West a distance of 569.12 feet, said baseline having a total distance of 1210.26 feet (73.35 rods), said Permanent Easement & Right of Way containing 1.389 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0089.000, Rev. 2, same date.**

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Date:**

**Tract No(s). CN-0047.000**

1. **Surface Owner(s):**

Michael Hufnagel
1813 Memorial Rd.,
El Reno OK 73036

Thomas Hufnagel
P.O. Box 692
504 Hoehner Ave
Okarche, OK 73762

Michael Hufnagel and Ann Hufnagel, as joint tenants
1813 Memorial Rd.,
El Reno OK 73036

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

$ 9,901.00



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
SEE DETAIL
60' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.
SECTION 15
SECTION 22
POINT OF TERMINATION
FND. PK NAIL
SE COR., SEC. 15
DETAIL
N.T.S.
TOTAL DISTANCE ACROSS PROPERTY:
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
250 0 250 500
GRAPHIC SCALE IN FEET
NOTES
J. M. DENNEY 1454
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
MICHAEL HUFNAGEL, ET AL.
DESCRIPTION
REVISE OWNERSHIP
ADDED DETAIL
DRAWING:
SHEET NO. 1 OF 3
TRC

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°15'03"W | 50.00' |
| L2 | N00°41'51"W | 150.00' |
| L3 | N89°15'03"E | 50.00' |
| L4 | S00°41'51"E | 150.00' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 15, Township 13 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Michael Hufnagel, Ann Hufnagel, and Thomas Hufnagel, recorded in Book RB 4685, Page 25, Book RB 2768, Page 461, Book RB 2308, Page 388, and Book RB 2302, Page 154 of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 15; THENCE South 89°30'02" West with the north line of the southeast quarter of said Section 15 a distance of 128.85 feet to the POINT OF BEGINNING;

THENCE South 00°20'45" East, a distance of 13.89 feet, to a point;

THENCE South 16°08'08" East, a distance of 198.70 feet, to a point;

THENCE South 00°41'51" East, a distance of 2428.97 feet, to the POINT OF TERMINATION on the south line of said Section 15, from which a PK nail found marking the southeast corner of said Section 15 bears North 89°32'27" East a distance of 74.94 feet, said baseline having a total distance of 2641.56 feet (160.09 rods), said Permanent Easement & Right of Way containing 3.032 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0047.000, Rev. 3, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA
8-29-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

**Tract No(s). CN-0052.000**

1. **Surface Owner(s):**

   Travis D. Jacobs
   213 S. Freehome Ave.,
   Calumet, OK 73014

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $4,851.00

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 23, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
TRAVIS D. JACOBS
POINT OF BEGINNING
SECTION 22
SECTION 23
SECTION 26
DARLINGTON RD. NW.
POINT OF COMMENCING
POINT OF TERMINATION
A.T.W.S.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TRAVIS D. JACOBS
J. M. DENNEY
1434
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
GRAPHIC SCALE IN FEET

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 23, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
WORKSPACE SEGMENT TABLE
LINE
BEARING
DISTANCE
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
L11
L12
L13
L14
TRAVIS D. JACOBS
SECTION 23
SECTION 26
DARLINGTON RD. NW
POINT OF COMMENCING
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
DWG BY:
CKD BY:
TRC
DATE:
SCALE:
REV#
DATE
DESCRIPTION
1
ADDED DETAIL
0
CERTIFIED
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TRAVIS D. JACOBS
DRAWING:
SHEET NO. 2 OF 3
TRC
GRAPHIC SCALE IN FEET

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 28, Township 13 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Travis D. Jacobs, recorded in Book RB 3952, Page 219 of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a railroad spike found marking the southwest corner of said Section 28; THENCE North 00°34'46" West, with the west line of said Section 28, a distance of 574.20 feet to the POINT OF BEGINNING;

THENCE North 90°00'00" East, a distance of 722.95 feet, to a point;

THENCE South 00°06'16" East, a distance of 568.78 feet, to the POINT OF TERMINATION on the south line of said Section 28, from which a railroad spike found marking the southwest corner of said Section 28 bears South 89°24'39" West, with the south line of said Section 28, a distance of 719.27 feet, said baseline having a total distance of 1290.73 feet (78.23 rods), said Permanent Easement & Right of Way containing 1.482 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0052.000, Rev. 1, same date.

8-1-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA

**Tract No(s). CN-0054.000**

1. **Surface Owner(s):**

Marian Elizabeth Rother
10844 248th Street NW
Okarche, OK 73762

Joan Margaret Watkins
506 Travis Ln.,
Okarche, OK 73762

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**

$12,058.00

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF TERMINATION
SECTION 28
DARLINGTON RD. NW.
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.&R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
JOHN M. WATKINS AND MARIAN ELIZABETH ROTHER
DWG BY:
CKD BY:
DATE:
SCALE:
REVS
DATE
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
PROFESSIONAL LAND SURVEYOR
J. M. DEWEY
1434
OKLAHOMA
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
TRC

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 150.00' |
| L2 | [illegible] | 50.00' |
| L3 | [illegible] | 150.00' |
| L4 | [illegible] | 50.00' |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L5 | [illegible] | 100.00' |
| L6 | [illegible] | 100.00' |
| L7 | [illegible] | 50.00' |
| L8 | [illegible] | 127.44' |
| L9 | [illegible] | 127.44' |
| L10 | [illegible] | 50.00' |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | [illegible] | 150.00' |
| L12 | [illegible] | 100.00' |
| L13 | [illegible] | 50.00' |
| L14 | [illegible] | 77.84' |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L17 | [illegible] | 25.00' |
| L18 | [illegible] | [illegible] |
| L19 | [illegible] | [illegible] |
| L20 | [illegible] | 25.00' |
| L21 | [illegible] | [illegible] |
| L22 | [illegible] | 74.11' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 26, Township 15 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Joan M. Watkins and Marian Elizabeth Rother, recorded in Book RB 3758, Page 67, Book RB 3725, Page 177, Book RB 2908, Page 79, and Book RB 1801, Page 155 of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a railroad spike found marking the northwest corner of said Section 26; THENCE North 89°24'59" East with the north line of said Section 26 a distance of 719.27 feet to the POINT OF BEGINNING;

THENCE South 00°06'56" East, a distance of 343.57 feet, to a point;

THENCE South 57°57'49" East, a distance of 916.09 feet, to a point;

THENCE South 09°38'43" East, a distance of 529.27 feet, to a point;

THENCE South 13°51'23" East, a distance of 1309.32 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of said Section 26, from which a 5/8-inch iron rod found marking the west quarter corner of said Section 26 bears South 89°29'45" West a distance of 1862.85 feet, said baseline having a total distance of 3098.25 feet (187.77 rods), said Permanent Easement & Right of Way containing 3.556 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0054.000, Rev. 1, same date.

8-1-18
Date:

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). CN-0060.000**

1. **Surface Owner(s):**

   The Allen D. and Cindy L. Stover Revocable Trust,
   Allen Dale and Cindy Lou Stover, Co-Trustees
   14616 Jones Road NW
   Calumet, OK 73014

1. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

2. **Legal Description:**
   *See* attached plat.

3. **Just Compensation:**
   $22,727.00 (with CN-0062.000)

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 36, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF TERMINATION
50' WIDE P.E.R.W.
ALLEN DALE STOVER AND CINDY LOU STOVER, AS CO-TRUSTEES OF THE ALLEN DALE AND CINDY LOU STOVER REVOCABLE TRUST
JONES RD. W.
SECTION 36, T-13-N, R-9-W
SECTION 1, T-12-N, R-9-W
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
ALLEN DALE AND CINDY LOU STOVER REVOCABLE TRUST
DESCRIPTION
ADDED DETAILS
REVISED LEGAL DESCRIPTION
J. M. DENNEY
1434
TRC

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | 100.00' |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | [illegible] | 100.00' |
| L8 | [illegible] | 100.00' |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | [illegible] |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L13 | [illegible] | 100.00' |
| L14 | [illegible] | [illegible] |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the west half of the southwest quarter of Section 36, Township 13 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Allen Dale Stover and Cindy Lou Stover, as Co-Trustees of the Allen Dale and Cindy Lou Stover Revocable Trust, recorded in Book RB 4088, Page 548, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 36; THENCE South 00°30'41" East, with the west line of said Section 36, a distance of 114.51 feet to the POINT OF BEGINNING;

THENCE North 89°27'04" East, a distance of 337.13 feet, to a point;

THENCE South 44°41'33" East, a distance of 1101.92 feet, to a point;

THENCE South 09°21'00" East, a distance of 750.53 feet, to a point;

THENCE South 89°30'10" East, a distance of 102.25 feet, to the POINT OF TERMINATION on the east line of the west half of the southwest quarter of said Section 36, from which a 1/2 inch iron rod found marking the south quarter corner of said Section 36, bears South 00°30'15" East a distance of 993.92 feet to the southeast corner of the west half of the southwest quarter of said Section 36, THENCE North 89°31'21" East a distance of 1318.71 feet, said baseline having a total distance of 2291.83 feet (138.90 rods), said Permanent Easement & Right of Way containing 2.631 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number CN-0060.000, Rev. 2, same date.

J. M. DENNEY 1434 OKLAHOMA (seal) 8-1-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). CN-0062.000**

1. **Surface Owner(s):**

The Allen D. and Cindy L. Stover Revocable Trust,
Allen Dale and Cindy Lou Stover, Co-Trustees
14616 Jones Road NW
Calumet, OK 73014

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

*See* CN-0060.000

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
5' WIDE T.W.S.
JONES RD. W.
LEGEND
NOTES
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
ACROSS THE PROPERTY OF
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
TRC

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N00°[illegible]'14"W | [illegible].00' |
| L2 | S89°[illegible]'11"E | 40.[illegible]' |
| L3 | N00°21'[illegible]"W | 10.00' |
| L4 | N89°[illegible]"E | [illegible].00' |
| L5 | S[illegible]'10"E | 97.57' |
| L6 | S30°21'[illegible]"E | 221.57' |
| L7 | S89°[illegible]"W | [illegible].00' |
| L8 | N30°21'57"W | 167.00' |
| L9 | N89°[illegible]"W | [illegible].00' |
| L10 | S00°[illegible]"E | [illegible].00' |
| L11 | S89°[illegible]"E | 40.[illegible]' |
| L12 | S00°[illegible]'11"E | [illegible]' |
| L13 | S30°21'57"E | [illegible]' |
| L14 | S89°[illegible]"W | 69.71' |
| L15 | N00°[illegible]"W | 17[illegible]' |
| L16 | N89°31'[illegible]"E | [illegible].00' |
| L17 | N00°07'4[illegible]"W | 34.94' |
| L18 | N00°0[illegible]'4[illegible]"W | 21[illegible]' |
| L19 | N30°[illegible]"W | 100.04' |
| L20 | N[illegible]"E | [illegible].00' |
| L21 | S[illegible]"E | 117.[illegible]' |
| L22 | S00°07'4[illegible]"E | [illegible]' |
| L23 | S89°[illegible]'10"W | [illegible].00' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the southwest quarter of Section 36, Township 13 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Allen Dale Stover and Cindy Lou Stover, as Co-Trustees of the Allen Dale and Cindy Lou Stover Revocable Trust, recorded in Book RB 4088, Page 645, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail with washer stamped "TRC CA #144" set marking the northwest corner of Section 1, Township 12 North, Range 9 West of the Indian Meridian; THENCE North 89°31'21" East a distance of 13.14 feet to the southwest corner of the east half of the southwest quarter of said Section 36, THENCE North 00°50'15" West with the west line of the east half of the southwest quarter of said Section 36 a distance of 993.82 feet to the POINT OF BEGINNING;

THENCE South 89°50'10" East, a distance of 84.16 feet, to a point;

THENCE South 20°21'56" East, a distance of 364.48 feet, to a point;

THENCE South 39°26'25" East, a distance of 395.88 feet, to a point;

THENCE South 00°07'49" East, a distance of 187.37 feet, to the POINT OF TERMINATION on the south line of said Section 36, from which a 1/2 inch iron rod found marking the south quarter corner of said Section 36 bears North 89°31'21" East, with the south line of said Section 36, a distance of 788.61 feet, said baseline having a total distance of 1231.23 feet (74.62 rods), said Permanent Easement & Right of Way containing 1.413 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number CN-0062.000, Rev. 1, same date.

9-1-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

J. M. DENNEY 1434 — LICENSED PROFESSIONAL LAND SURVEYOR — OKLAHOMA

**Tract No(s). CN-0069.000**

1. **Surface Owner(s):**
   Calumet Industries, Inc.
   c/o LD Todd
   Rt. 1
   Calumet, OK 73712

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $4,497.00

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCEMENT
SECTION 1
SECTION 12
ACCESS ROAD
SHEET 3 OF 5
CALUMET INDUSTRIES, INC.
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
POINT OF TERMINATION
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
GRAPHIC SCALE IN FEET
4. SEE SHEET 4 OF 5 FOR DESCRIPTION.
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
TRC
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CALUMET INDUSTRIES, INC.
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
COMBINED DRAWINGS
ADDED DETAIL
DRAWING:
SHEET NO. 1 OF 5

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
VICINITY MAP
N.T.S.
SECTION 1
SECTION 12
WORKSPACE EASEMENT TABLE
LINE
DISTANCE
L1
L2
L3
L4
L5
L6
DETAIL "1"
N.T.S.
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
ACROSS THE PROPERTY OF
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
COMBINED DRAWINGS
ADDED DETAIL
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
P.A.R. LOCATION
VICINITY MAP
N.T.S.
POINT OF BEGINNING ACCESS ROAD
POINT OF COMMENCING
SECTION 1
SECTION 12
E. 1020 RD. / HTE. 66
CALUMET INDUSTRIES, INC.
P.A.R. 25
50' WIDE P.E.R.W.
POINT OF TERMINATION ACCESS ROAD
NOTES
LEGEND
NOT TO SCALE
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
ACCESS ROAD
ACROSS THE PROPERTY OF
CALUMET INDUSTRIES, INC.
REVS
DATE
DESCRIPTION
COMBINED DRAWINGS
CERTIFIED
DRAWING:
SHEET NO.
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Calumet Industries, Inc., recorded in Book RB 2825, Page 287, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at an "X" in concrete found marking the north quarter corner of said Section 12; THENCE South 89°51'42" West, with the north line of said Section 12, a distance of 122.29 feet to the POINT OF BEGINNING;

THENCE South 00°00'00" East, a distance of 113.88 feet, to a point;

THENCE South 20°54'32" East, a distance of 238.34 feet, to a point;

THENCE South 00°36'05" East, a distance of 323.87 feet, to the POINT OF TERMINATION on the south line of the north half of the northeast quarter of the northwest quarter of said Section 12, from which an "X" in concrete found marking the north quarter corner of said Section 12 bears North 89°51'42" East, with the south line of the north half of the northeast quarter of the northwest quarter of said Section 12, a distance of 40.06 feet, THENCE North 00°38'24" West, with the east line of the northwest quarter of said Section 12, a distance of 660.61 feet, said baseline having a total distance of 676.09 feet (40.98 rods), said Permanent Easement & Right of Way containing 0.779 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 5, drawing number CN-0069.000, Rev. 3, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-23-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**ACCESS ROAD**

A 25-foot-wide strip of land situated in the northeast quarter of the northeast quarter of the northwest quarter (NE1/4NE1/4NW1/4) of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Calumet Industries, Inc., recorded in Book RB 2825, Page 287, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said strip of land being twelve and one-half (12.5) feet on each side of a centerline being more particularly described as follows:

COMMENCING at an "X" in concrete found marking the north quarter corner of said Section 12; THENCE South 89°51'42" West, with the north line of said Section 12, a distance of 134.87 feet; THENCE South 00°08'18" East a distance of 33.00 feet to the POINT OF BEGINNING at the south line of the existing roadway easement;

THENCE South 00°00'00" East, a distance of 85.16 feet, to a point;

THENCE South 20°54'33" East, a distance of 238.41 feet, to a point;

THENCE South 00°38'05" East, a distance of 521.53 feet, to the POINT OF TERMINATION on the south line of the north half of the northeast quarter of the northwest quarter of said Section 12, from which an "X" in concrete found marking the north quarter corner of said Section 12 bears North 89°51'42" East, with the south line of the north half of the northeast quarter of the northwest quarter of said Section 12, a distance of 52.56 feet, THENCE North 00°38'24" West, with the east line of the northwest quarter of said Section 12, a distance of 660.61 feet, having a total length of 845.10 feet and an area of 0.369 acres.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 3 of 5, drawing number CN-0069.000_SITE, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). CN-0071.000**

1. **Surface Owner(s):**
   Christy Lou Fees,
   Successor Trustee of the Wysetta V. Todd Farm Trust No. II
   1520 W. Ash
   El Reno, OK 73036

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,493.00

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
SECTION 1
SECTION 12
POINT OF BEGINNING
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
10' WIDE T.W.S.
DETAIL
N.T.S.
INTERSTATE HIGHWAY 40
STATE HIGHWAY 270
POINT OF TERMINATION
NOTES
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
WYSETTA V. TODD FARM TRUST NO. II
DESCRIPTION
COMBINED DRAWINGS
ADDED DETAILS
SHEET NO. 1 OF 7
J. M. DENNEY
1464
OKLAHOMA
TRC

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
WORKSPACE SEGMENT TABLE
LINE
BEARING
DISTANCE
DETAIL "1"
N.T.S.
INTERSTATE HIGHWAY 40
STATE HIGHWAY 270
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
ACROSS THE PROPERTY OF
DWG BY:
CHK'D BY:
DATE:
SCALE:
REV
DATE
DESCRIPTION
COMBINED DRAWINGS
ADDED DETAILS
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
SITE LOCATION
VICINITY MAP
N.T.S.
SECTION 1
SECTION 12
POINT OF COMMENCING
T-TAP SURFACE SITE
PROPOSED
POINT OF BEGINNING
ACCESS ROAD
POINT OF TERMINATION
ACCESS ROAD
ACCESS ROAD DETAIL
N.T.S.
NOTES
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
DRAWING:
SHEET NO.
OF
J. M. DENNEY
1434
TRC

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 1
SECTION 12
INTERSTATE HIGHWAY 40
STATE HIGHWAY 270
DETAIL
N.T.S.
MIDSHIP PIPELINE COMPANY, LLC
DATE
DESCRIPTION
COMBINED DRAWINGS
REVISED BASELINE
GRAPHIC SCALE IN FEET

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**
**Owner: Christy Lou Fees, Successor Trustee of the Wyoetta V. Todd Farm Trust No. II** **TRACT NO. CN-0071.000**

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Christy Lou Fees, Successor Trustee of the Wyoetta V. Todd Farm Trust No. II, recorded in Book RB 2825, Page 288, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at an "X" in concrete found marking the north quarter corner of said Section 12; THENCE South 00°33'24" East, with the east line of the northwest quarter of said Section 12, a distance of 880.61 feet, THENCE South 89°31'42" West a distance of 40.06 feet to the POINT OF BEGINNING;

THENCE South 00°38'05" East, a distance of 1413.86 feet, to a point;

THENCE South 00°17'41" West, a distance of 561.94 feet, to the POINT OF TERMINATION on the north right of way line of Interstate Highway 40, from which a 1/2 inch iron rod found marking the center of said Section 12 bears North 89°50'28" East a distance of 46.46 feet, said baseline having a total distance of 1975.80 feet (119.75 rods), said Permanent Easement & Right of Way containing 2.268 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 7, drawing number CN-0071.000_MM, Rev. 3, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

Page 5 of 7

Case 5:18-cv-00858-G Document 625-2 Filed 03/14/19 Page 80 of 407

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**
Owner: Christy Lou Fees, Successor Trustee of the Wyvetta V. Todd Farm Trust No. II TRACT NO. CN-0071.000

**T-TAP SURFACE SITE**

A 3500-square-foot parcel of land situated in the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Christy Lou Fees, Successor Trustee of the Wyvetta V. Todd Farm Trust No. II, recorded in Book RB 2825, Page 285, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said 3500-square-foot parcel being more particularly described as follows:

COMMENCING at an "X" in concrete found marking the north quarter corner of said Section 12; THENCE South 00°38'24" East, with the east line of the northwest quarter of said Section 12, a distance of 681.35, passing at 680.61 feet the northeast corner of the southeast quarter of the northeast quarter of the northwest quarter (SE1/4NE1/4NW1/4) of said Section 12, THENCE South 89°25'36" West a distance of 18.05 feet to the POINT OF BEGINNING;

THENCE South 00°38'05" East, a distance of 70.00 feet, to a point;

THENCE South 89°21'55" West, a distance of 50.00 feet, to a point;

THENCE North 00°38'05 West, a distance of 70.00 feet, to a point;

THENCE North 89°21'55" East, a distance of 50.00 feet, to the POINT OF BEGINNING having an area of 0.080 acres (3500 square feet).

**ACCESS ROAD**

A 25-foot-wide strip of land situated in the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Christy Lou Fees, Successor Trustee of the Wyvetta V. Todd Farm Trust No. II, recorded in Book RB 2825, Page 285, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said strip of land being twelve and one-half (12.5) feet on each side of a centerline being more particularly described as follows:

COMMENCING at an "X" in concrete found marking the north quarter corner of said Section 12; THENCE South 00°38'24" East, with the east line of the northwest quarter of said Section 12, a distance of 680.61 feet the northeast corner of the southeast quarter of the northeast quarter of the northwest quarter (SE1/4NE1/4NW1/4) of said Section 12, THENCE South 89°21'42" West, with the north line of the SE1/4NE1/4NW1/4 a distance of 52.56 feet to the POINT OF BEGINNING;

THENCE South 00°38'05" East a distance of 1.17 feet to the POINT OF TERMINATION, having a total length of 1.17 feet and an area of 29 square feet.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 5 of 7, drawing number CN-0071.000_SITE, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

5-30-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

Page 6 of 7

**Cheniere Midstream** **EXHIBIT "A"** **Cana Meter Tap**

**Owner: Christy Lou Fees, Successor Trustee of the Wyetta V. Todd Farm Trust No. II** **TRACT NO. CN-0071.000**

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Christy Lou Fees, Successor Trustee of the Wyetta V. Todd Farm Trust No. II, recorded in Book RB 2825, Page 285, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at an "X" in concrete found marking the north quarter corner of said Section 12; THENCE South 00°33'24" East, with the east line of the northwest quarter of said Section 12, a distance of 688.34 feet to the POINT OF BEGINNING;**

**THENCE South 89°23'20" West, a distance of 40.02 feet, to the POINT OF TERMINATION on the centerline of the proposed MIDSHIP mainline, from which a 1/2 inch iron rod found marking the center section of said Section 12 bears South 01°48'57" East a distance of 1950.41 feet, said baseline having a total distance of 40.02 feet (2.43 rods), said Permanent Easement & Right of Way containing 0.046 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 4 of 7, drawing number CN-0071.000_CMT, Rev. 2, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Date:**

**Tract No(s). CN-0074.000**

1. **Surface Owner(s):**

   Caldwell and Sons Drilling, Inc
   c/o Dennis Caldwell
   3 Altamira St.,
   Borger, TX 79065

   or

   c/o Larry Miller
   14523 W Elm St.
   Calumet, OK 73014

2. **Other Persons-in-Interest:**

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $11,907.00

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
HWY. 40
ELM ST. W.
SECTION 12
SECTION 13
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CALDWELL AND SONS DRILLING, INC.
GRAPHIC SCALE IN FEET
DESCRIPTION
T.A.R. WIDTH & AREA
ADDED T.A.R. & WATER SOURCE DETAIL
DRAWING:
SHEET NO. 1 OF 4
TRC

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
L11
GRAPHIC SCALE IN FEET

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
T.A.R. SEGMENT TABLE
LINE
BEARING
DISTANCE
T.A.R.-15A
DETAIL "F"
N.T.S.
SECTION 12
SECTION 13
ELM ST. W.
POINT OF COMMENCING
DETAIL "E"
N.T.S.
NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.
LEGEND:
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CALDWELL AND SONS DRILLING, INC.
DWG BY:
CHK BY:
TRC
DATE:
SCALE:
REV#
DATE
DESCRIPTION
T.A.R. WIDTH & AREA
ADDED T.A.R. & WATER SOURCE DETAIL
DRAWING:
SHEET NO.
OF 4
TRC
GRAPHIC SCALE IN FEET

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Caldwell and Sons Drilling, Inc., recorded in Book RB 2542, Page 418, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a ½ inch iron rod found marking the south quarter corner of said Section 12; THENCE North 00°38'24" West, with the east line of the southwest quarter of said Section 12, a distance of 2183.63 feet, THENCE North 89°13'39" West, with the south right of way line of Interstate Highway 40 and the north line of the subject tract, a distance of 53.16 feet to the POINT OF BEGINNING;

THENCE South 00°17'41" West, a distance of 581.41 feet, to a point;

THENCE South 05°56'54" West, a distance of 1008.19 feet, to a point;

THENCE South 10°25'32" East, a distance of 656.03 feet, to the POINT OF TERMINATION on the south line of said Section 12, from which said ½ inch iron rod found marking the south quarter corner of said Section 12 bears North 89°53'36" East, with the south line of said Section 12, a distance of 25.68 feet, said baseline having a total distance of 2210.63 feet (133.98 rods), said Permanent Easement & Right of Way containing 2.537 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1-3 of 4, drawing number CN-0074.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

8-23-18

Date:

**Tract No(s). CN-0090.010**

1. **Surface Owner(s):**

   John D. Von Tungeln
   200 W. Parkland Dr.
   Yukon, OK 73099

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $1,306.00

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 31, TOWNSHIP 12 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
10' WIDE T.W.S.
POINT OF TERMINATION
50' WIDE P.E.R.W.
40' WIDE T.W.S.
A.T.W.S.
A.T.W.S. LINE TABLE
LINE
BEARING
DISTANCE
JOHN D. VON TUNGELN
SECTION 31
SECTION 32
S. HEADSTON RD.
TOTAL DISTANCE ACROSS PROPERTY
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
JOHN D. VON TUNGELN
DWG BY:
CHD BY:
TRC
DATE:
SCALE:
REV
DATE
DESCRIPTION
ADDED DIMENSIONS
CERTIFIED
DRAWING:
SHEET NO. 1 OF 2
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
TRC

**Cheniere Midstream** — **EXHIBIT "A"** — **MIDSHIP Mainline**

Owner: John D. Von Tungeln — TRACT NO. CN-0090.010

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the southeast quarter of Section 31, Township 12 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to John D. Von Tungeln, recorded in Book RB 4001, Page 317, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a Mag nail found marking the east quarter corner of said Section 31; THENCE South 89°11'40" West, with the north line of the southeast quarter of said Section 31, a distance of 208.39 feet to the POINT OF BEGINNING;

THENCE South 60°29'18" East, a distance of 22.15 feet, to a point;

THENCE South 33°45'54" East, a distance of 190.35 feet, to a point;

THENCE South 89°07'49" East, a distance of 79.82 feet, to the POINT OF TERMINATION on the east line of said Section 31 from which said Mag nail found marking the east quarter corner of said Section 31 bears North 00°38'30" West, with the east line of said Section 31, a distance of 172.67 feet, said baseline having a total distance of 292.32 feet (17.72 rods), said Permanent Easement & Right of Way containing 0.336 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0090.010, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

5/3/18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). CN-0097.010**

1. **Surface Owner(s):**

   Betty J. Johnston
   5600 S Country Club Rd.,
   El Reno, OK 73036

   Sheila Preno
   4710 S Country Club Rd.,
   El Reno, OK 73036

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $7,802.00



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 11 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
40' WIDE T.W.S.
10' WIDE T.W.S.
50' WIDE P.E.R.W.
SECTION 9
SECTION 16
POINT OF COMMENCEMENT
POINT OF TERMINATION
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
BETTY J. JOHNSTON AND SHEILA PRENO
GRAPHIC SCALE IN FEET

# EXHIBIT "A"

**CANADIAN COUNTY, OKLAHOMA**
**SECTION 9, TOWNSHIP 11 NORTH,**
**RANGE 9 WEST OF THE INDIAN MERIDIAN**

DETAIL "C"
1"=200'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 70.64' |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | 50.00' |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | 215.74' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.O.W. PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
PIPELINE
EXISTING PIPELINE
STATUTORY R.O.W.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF BETTY J. JOHNSTON AND SHEILA FRENO |
| CKD BY: | TRC | |
| DATE: | 7/27/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/27/2018 | ADDED DETAIL |
| 0 | 8/20/2017 | CERTIFIED |
| DRAWING: | CN-0087.018 | SHEET NO. 2 OF 3 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 9, Township 11 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Betty J. Johnston and Sheila Prano, recorded in Book RB 2964, Page 602 and Book RB 2868, Page 77, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the south quarter corner of said Section 9; THENCE North 00°39'12" West, with the west line of the southeast quarter of said Section 9, a distance of 1801.55 feet to the POINT OF BEGINNING;

THENCE South 56°27'06" East, a distance of 361.52 feet, to a point;

THENCE South 43°50'50" East, a distance of 1548.08 feet, to a point;

THENCE South 24°13'29" East, a distance of 288.63 feet, to the POINT OF TERMINATION on the south line of said Section 9, from which a 3/8 inch iron rod with cap found marking the southeast corner of said Section 9 bears North 89°23'01" East, with the south line of said Section 9, a distance of 1152.23 feet, said baseline having a total distance of 2198.23 feet (133.23 rods), said Permanent Easement & Right of Way containing 2.529 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "B" Sheet No. 1 of 3, drawing number CN-0097.010, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). CN-0104.010**

1. **Surface Owner(s):**
   John D. Von Tungeln
   200 W. Parkland Dr.
   Yukon, OK 73099

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $9,107

EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 22, TOWNSHIP 11 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCEMENT
POINT OF TERMINATION
SECTION 22
SECTION 23
SECTION 27
40' WIDE T.W.S.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
JOHN D. VON TUNGELN
DWG BY: GR
CKD BY: TRC
DESCRIPTION
ADDED DETAIL
CERTIFIED
SHEET NO. 1 OF 3
J. M. DENNEY
1424
TRC

# EXHIBIT "A"

**CANADIAN COUNTY, OKLAHOMA**
**SECTION 22, TOWNSHIP 11 NORTH,**
**RANGE 8 WEST OF THE INDIAN MERIDIAN**

DETAIL "C"

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S00°41'06"E | 60.37' |
| L2 | N54°12'08"W | 40.78' |
| L3 | S00°03'14"E | 68.42' |
| L4 | N89°38'08"W | 178.00' |
| L5 | N33°05'22"W | 116.77' |
| L6 | N89°54'30"E | 60.00' |
| L7 | S33°05'22"E | 100.80' |
| L8 | S64°02'30"E | 125.00' |

LEGEND

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: CR | | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF JOHN D. VON TUNGELN |
| CKD BY: TRC | | |
| DATE: 7/27/18 | | |
| SCALE: N.T.S. | | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/27/2018 | ADDED DETAIL |
| 0 | 9/7/2017 | CERTIFIED |
| DRAWING: CN-0104.010 | | SHEET NO. 2 OF 3 |

TRC
10200 Park Ten Place
Houston, TX 77084
(281) 815-0100

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 22, Township 11 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to John D. Von Tungeln, recorded in Book RB 4001, Page 315, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK Nail with washer stamped "TRC CA #144" set marking the east quarter corner of said Section 22; THENCE South 89°29'25" West with the north line of the southeast quarter of said Section 22 a distance of 775.34 feet to the POINT OF BEGINNING;

THENCE South 23°55'22" East, a distance of 1748.27 feet, to a point;

THENCE South 54°42'56" East, a distance of 103.68 feet, to the POINT OF TERMINATION on the east line of said Section 22, from which a 5/8 inch iron rod found marking the southeast corner of said Section 22 bears South 00°41'58" East a distance of 959.40 feet, said baseline having a total distance of 1851.95 feet (112.24 rods), said Permanent Easement & Right of Way containing 2.126 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 8, drawing number CN-0104.010, Rev. 1, same date.

[signature] 5-31-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). CN-0107.030**

1. **Surface Owner(s):**

    Billy Long
    8053 N Alberts Dr.,
    Yukon, OK 73099

    Melvin Long
    8053 N Alberts Dr.,
    Yukon, OK 73099

2. **Other Persons-in-Interest:**
    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3. **Legal Description:**
    *See* attached plat.

4. **Just Compensation:**
    $1,422.00



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 35, TOWNSHIP 11 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF TERMINATION
60' WIDE P.E.R.W.
CANADIAN RIVER
SECTION 35
SECTION 1
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
BILLY LONG AND MELVIN LONG
DWG BY: CP
CKD BY: TRC
SCALE: 1" = 500'
REV# DATE DESCRIPTION
0 CERTIFIED
DRAWING:
SHEET NO. 1 OF 2
J. M. DENNEY
1434
TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 35, Township 11 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Billy Long and Melvin Long, recorded in Book RB 2221, Page 482, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the center of said Section 35; THENCE South 00°28'06" East, with the east line of the southwest quarter of said Section 35, a distance of 1321.66 feet to the northeast corner of Government Lot 4 of said Section 35, THENCE South 89°17'47" West, with the north line of said Government Lot 4, a distance of 881.46 feet to the POINT OF BEGINNING;

THENCE South 01°46'59" East, a distance of 1651.78 feet, to the POINT OF TERMINATION on the centerline of the Canadian River, from which a 3/8 inch iron rod found marking the southeast corner of said Section 35 bears North 89°48'21" East a distance of 2469.63 feet, said baseline having a total distance of 1651.78 feet (100.11 rods), said Permanent Easement & Right of Way containing 1.896 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0107.080, Rev. 0, same date.

REGISTERED PROFESSIONAL LAND J. M. DENNEY 1434 OKLAHOMA

9-7-17

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**GRADY COUNTY**

**Tract No(s).GR-0111.010**

1. **Surface Owner(s):**

   Fitzgerald Farming and Ranching, LLC
   c/o Larry Joe Fitzgerald
   714 NW 3rd,
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $6,819.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 11, TOWNSHIP 10 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
SECTION 2
SECTION 11
POINT OF COMMENCING
COUNTY RD. 1140
80' WIDE T.W.S.
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
POINT OF TERMINATION
SECTION 10
SECTION 11
MIDSHIP PIPELINE COMPANY, LLC
DWG BY:
CKD BY: TRC
DATE:
SCALE:
REVS
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
J. M. DENNEY
1434
OKLAHOMA
GRAPHIC SCALE IN FEET
TRC

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | 54.21' |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**
Owner: Fitzgerald Farming and Ranching, L.L.C., a limited liability company TRACT NO. GR-0111.010

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 11, Township 10 North, Range 8 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Fitzgerald Farming and Ranching, L.L.C., a limited liability company, recorded in Book 4688, Page 84, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with cap found marking the northwest corner of said Section 11; THENCE North 89°02'40" East, with the north line of said Section 11, a distance of 2100.75 feet to the POINT OF BEGINNING;

THENCE South 23°44'06" East, a distance of 79.98 feet, to a point;

THENCE South 08°06'43" East, a distance of 182.71 feet, to a point;

THENCE South 05°02'25" East, a distance of 183.32 feet, to a point;

THENCE South 19°15'13" East, a distance of 477.44 feet, to a point;

THENCE South 25°38'00" East, a distance of 514.38 feet, to the POINT OF TERMINATION on the east line of the northwest quarter of said Section 11, from which a 1/2 inch iron rod with cap found marking the north quarter corner of said Section 11 bears North 00°47'58" West, with the east line of the northwest quarter of said Section 11, a distance of 1896.43 feet, said baseline having a total distance of 2001.81 feet (121.32 rods), said Permanent Easement & Right of Way containing 2.298 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number GR-0111.010, Rev. 1, same date.

[Signature] [Seal: REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA] 7.27.18

James Michael Denney Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Page 2 of 2

**Tract No(s). GR-0113.010**

1. **Surface Owner(s):**

   Betty C. Starkey Revocable Trust dated December 17, 2010,
   Betty C. Starkey, Co-Trustee,
   434 County Road 1170
   Minco, OK 73059

   Betty C. Starkey Revocable Trust dated December 17, 2010,
   David Starkey Starkey, Co-Trustee,
   4248 Dartmouth Ave.,
   Houston, TX 77005

   Trust B created by James R. Starkey Revocable Trust,
   David Starkey, Co-Trustee,
   4248 Dartmouth Ave.,
   Houston, TX 77005

   Trust B created by James R. Starkey Revocable Trust,
   Betty C. Starkey, Co-Trustee,
   434 County Road 1170
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,043.00 (with GR-0115.010)



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 11, TOWNSHIP 10 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
DETAIL "1"
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
POINT OF TERMINATION
COUNTY RD. 1160
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
GRAPHIC SCALE IN FEET

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 60.00' |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | 178.11' |
| L5 | S77°19'03"W | 60.00' |
| L6 | [illegible] | 183.51' |
| L7 | [illegible] | 49.29' |
| L8 | [illegible] | 60.00' |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | 60.00' |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | [illegible] |
| L13 | [illegible] | 60.00' |
| L14 | [illegible] | [illegible] |
| L15 | [illegible] | 310.54' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the west half of the southeast quarter of Section 11, Township 10 North, Range 8 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Betty C. Starkey and David R. Starkey, Co-Trustees of the Betty C. Starkey Revocable Trust and as Co-Trustees of Trust B created by James R. Starkey Revocable Trust, recorded in Book 4830, Page 505 and Book 4665, Page 129, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch found marking the east quarter corner of said Section 11; THENCE South 89°05'21" West, with the north line of the southeast quarter of said Section 11, a distance of 2223.97 feet to the POINT OF BEGINNING;

THENCE South 36°59'48" East, a distance of 848.91 feet, to a point;

THENCE South 12°43'52" East, a distance of 415.06 feet, to a point;

THENCE South 62°53'59" East, a distance of 357.71 feet, to the POINT OF TERMINATION on the east line of the west half of the southeast quarter of said Section 11, from which a 5/8 inch iron rod found marking the southeast corner of said Section 11 bears South 00°58'20" East, with the east line of the west half of the southeast quarter of said Section 11, a distance of 1571.08 feet THENCE North 89°06'02" East, with the south line of said Section 11, a distance of 1318.85 feet, said baseline having a total distance of 1621.68 feet (98.28 rods), said Permanent Easement & Right of Way containing 1.861 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 1, drawing number GR-0113.010, Rev. 2, same date.

[signature] 1-27-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

**Tract No(s). GR-0115.010**

1. **Surface Owner(s):**

Betty C. Starkey Revocable Trust dated December 17, 2010,
Betty C. Starkey, Co-Trustee,
434 County Road 1170
Minco, OK 73059

Betty C. Starkey Revocable Trust dated December 17, 2010,
David Starkey Starkey, Co-Trustee,
4248 Dartmouth Ave.,
Houston, TX 77005

Trust B created by James R. Starkey Revocable Trust,
David Starkey, Co-Trustee,
4248 Dartmouth Ave.,
Houston, TX 77005

Trust B created by James R. Starkey Revocable Trust,
Betty C. Starkey, Co-Trustee,
434 County Road 1170
Minco, OK 73059

2. **Other Persons-in-Interest:**
Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
*See* GR-0113.010

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 14, TOWNSHIP 10 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
COUNTY RD. 1150
SECTION 11
SECTION 14
SECTION 13
50' WIDE P.E.R.W.
10' WIDE T.W.S.
40' WIDE T.W.S.
POINT OF TERMINATION
FND. 1/2" I.R.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ADDED A.T.W.S. LINE TABLE
CERTIFIED
J. M. DENNEY
1484

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of Section 14, Township 10 North, Range 8 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Betty C. Starkey and David R. Starkey, Co-Trustees of the Betty C. Starkey Revocable Trust and Trust B Created by James R. Starkey Revocable Trust, recorded in Book 4330, Page 305 and Book 4665, Page 129 of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 5/8 inch iron rod found marking the northeast corner of said Section 14; THENCE South 89°05'53" West, with the north line of said Section 14, a distance of 808.69 feet to the POINT OF BEGINNING;**

**THENCE South 36°36'21" East, a distance of 531.12 feet, to the POINT OF TERMINATION on the east line of said Section 14, from which a 1/2 inch iron rod found marking the east quarter corner of said Section 14 bears South 01°06'17" East, with the east line of said Section 14, a distance of 2221.13 feet, said baseline having a total distance of 531.12 feet (32.19 rods), said Permanent Easement & Right of Way containing 0.610 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0115.010, Rev. 1, same date.**

[Signature] 7·27·18

[Seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1434, OKLAHOMA]

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Date:**

**Tract No(s). GR-0117.010**

1. **Surface Owner(s):**

   Ventris Family Trust, a revocable trust dated December 15, 2008,
   Eldon R. Ventris and Barbara J. Ventris, Co-Trustees,
   1354 SW 3rd St.,
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $5,962.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 10 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
POINT OF TERMINATION
SECTION 13
SECTION 14
SECTION 24
VENTRIS FAMILY TRUST,
CO-TRUSTEES
NW. STATE HWY. 152
TOTAL DISTANCE ACROSS PROPERTY:
LEGEND
NOTES
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
J. M. DENNEY
1494
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
VENTRIS FAMILY TRUST
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO.
TRC

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 10 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

DETAIL "1"
1" = 400'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 208.17' |
| L2 | [illegible] | 200.00' |
| L3 | S30°30'41"W | 50.00' |
| L4 | [illegible] | 200.00' |
| L5 | [illegible] | 50.00' |

LEGEND

I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
PIPELINE
EXISTING PIPELINE
STATUTORY R.O.W.

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | OR | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>VENTRIS FAMILY TRUST |
| CKD BY: | TRC | |
| DATE: | 7/18/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/18/2018 | ADDED DETAIL |
| 0 | 8/13/2017 | CERTIFIED |
| DRAWING: | GR-0117.010 | SHEET NO. 2 OF 3 |



**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in Lots 7 and 8 of Section 13, Township 10 North, Range 8 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Ventris Family Trust, Eldon R. Ventris and Barbara J. Ventris, Co-Trustees, recorded in Book 4424, Page 287 and Book 3138, Page 584, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the northeast corner of Lot 7 of said Section 13; THENCE South 89°17'08" West with the north line of the southwest quarter of said Section 13 a distance of 858.67 feet to the POINT OF BEGINNING;**

**THENCE South 86°38'21" East, a distance of 61.99 feet, to a point;**

**THENCE South 29°29'18" East, a distance of 1702.99 feet, to the POINT OF TERMINATION on the east line of Lot 8 of said Section 13, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the southeast corner of Lot 8 of said Section 13 bears South 00°37'11" East, with the east line of Lot 8 of said Section 13, a distance of 1098.85 feet, said baseline having a total distance of 1764.98 feet (106.97 rods), said Permanent Easement & Right of Way containing 2.026 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A" Sheet No(s). 1 of 3, drawing number GR-0117.010, Rev. 1, same date.**

[Seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1434, OKLAHOMA]

___________________________ 1-27-18
**James Michael Denney** **Date:**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Tract No(s). GR-0119.010**

1. **Surface Owner(s):**
   Fitzgerald Farming and Ranching, LLC
   c/o Larry Joe Fitzgerald
   714 NW 3rd,
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Chisholm Trail Farm Credit FCLA
   1027 W. Choctaw
   Chickasha, OK 73023

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 9,384.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 10 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 13
SECTION 24
ST. HWY. 152
SEE DETAIL "1"
SHEET 2 OF 3
10' WIDE T.W.S.
50' WIDE P.E.R.W.
SEE DETAIL "2"
SHEET 2 OF 3
SEE DETAIL "3"
SHEET 2 OF 3
SEE DETAIL "4"
SHEET 2 OF 3
40' WIDE T.W.S.
A.T.W.S.
POINT OF
TERMINATION
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
FITZGERALD FARMING & RANCHING, L.L.C.
DWG BY:
CKD BY:
TRC
DATE:
SCALE:
REV
DATE
DESCRIPTION
2
7/16/2018
ADDED DETAILS
1
BOOK NUMBER
DRAWING:
SHEET NO. 1 OF 3
J. M.
DENNEY
1434
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 10 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
40' WIDE T.W.S.
10' WIDE T.W.S.
N.T.S.
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
L11
L12
L13
L14
L20
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DWG BY:
DATE:
SCALE:
DATE
DESCRIPTION
ADDED DETAILS
BOOK NUMBER
DRAWING:
SHEET NO.
TRC

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | 150.00' |
| L3 | [illegible] | 50.00' |
| L4 | [illegible] | 150.00' |
| L5 | [illegible] | 50.00' |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | 25.00' |
| L8 | [illegible] | 200.00' |
| L9 | [illegible] | 25.00' |
| L10 | [illegible] | 200.00' |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | 200.00' |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | [illegible] |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | [illegible] |
| L19 | [illegible] | [illegible] |
| L20 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 24, Township 10 North, Range 8 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Fitzgerald Farming & Ranching, L.L.C., recorded in Book 4682, Page 487, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the north quarter corner of said Section 24; THENCE North 89°17'34" East, with the north line of said Section 24, a distance of 228.53 feet to the POINT OF BEGINNING;

THENCE South 00°34'08" East, a distance of 896.95 feet, to a point;

THENCE South 25°48'35" East, a distance of 1089.94 feet, to a point;

THENCE South 24°52'11" East, a distance of 686.51 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of said Section 24, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the east quarter corner of said Section 24 bears North 89°13'35" East, with the south line of the northeast quarter of said Section 24, a distance of 1351.44 feet, said baseline having a total distance of 2873.40 feet (174.15 rods), said Permanent Easement & Right of Way containing 3.298 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0119.010, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

7-29-18

Date:

**Tract No(s). GR-0126.010**

1. **Surface Owner(s):**

Mark Massey
1157 SW Gin Rd.,
Minco, OK 73059

Carrie Massey
1157 SW Gin Rd.,
Minco, OK 73059

2. **Other Persons-in-Interest:**

Liberty National Bank
629 SW C Ave.
Lawton, OK 73501

Chickasha Bank & Trust Company
5003 E Highway 37
Tuttle, OK 73089

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

$485.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 30, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCEMENT
POINT OF TERMINATION
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
W. GIN RD.
COUNTY ST. 2810
NOTES
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
MARK MASSEY AND CARRIE MASSEY
DWG BY: TRC
CKD BY: TRC
DATE: 8/7/17
SCALE: 1"=100'
DESCRIPTION
CERTIFIED
J. M. DENNEY
1434
OKLAHOMA
9-28-17
TRC
GRAPHIC SCALE IN FEET

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of the northwest quarter of Section 30, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Mark Massey and Carrie Massey, recorded in Book 3904, Page 233 of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 30; THENCE North 89°27'58" East, with the south line of the northwest quarter of said Section 30, a distance of 1708.88 feet, THENCE North 00°21'48" East, with the west line of the subject tract, a distance of 115.70 to the POINT OF BEGINNING;

THENCE South 34°34'19" East, a distance of 25.62 feet, to a point;

THENCE South 35°11'12" East, a distance of 114.82 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of said Section 30, from which a 1/2 inch iron rod with cap found marking the east quarter corner of said Section 30 bears North 89°27'58" East, with the south line of the north half of said Section 30, a distance of 3478.86 feet, said baseline having a total distance of 140.44 feet (8.51 rods), said Permanent Easement & Right of Way containing 0.161 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0126.010, Rev. 0, same date.

[signature] 9-28-17

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA

**Tract No(s). GR-0127.010**

1. **Surface Owner(s):**
   Martin Dale Hardesty and Sharon Ann Hardesty
   1454 State Highway 37
   Tuttle, OK 73089

   Betty Ann Lindheim
   1454 State Highway 37
   Tuttle, OK 73089

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   Travis Peak Resources, LLC
   c/o Capitol Document Services, Inc.
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   TPR Mid-Continent, LLC
   c/o Capitol Document Services, Inc.
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 5,914.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 30, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
W. GIN RD.
POINT OF COMMENCING
50' WIDE P.E.R.W.
15' WIDE T.W.S.
40' WIDE T.W.S.
POINT OF TERMINATION
SECTION 30
SECTION 31
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DWG BY:
CKD BY:
TRC
DATE:
SCALE:
REVS
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO.
TRC

# EXHIBIT "A"

**GRADY COUNTY, OKLAHOMA**
**SECTION 30, TOWNSHIP 10 NORTH,**
**RANGE 7 WEST OF THE INDIAN MERIDIAN**

L1
L2
L3
L4
L5
L6

DETAIL "A"
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°27'50"W | 78.08' |
| L2 | S35°11'19"E | 41.79' |
| L3 | S35°11'19"E | 150.00' |
| L4 | S54°48'47"W | 50.00' |
| L5 | N35°11'12"W | 184.72' |
| L6 | N89°35'10"E | 60.57' |

LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
PIPELINE
EXISTING PIPELINE
STATUTORY R.O.W.

TRC

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF [illegible], ET AL |
| CKD BY: | TRC | |
| DATE: | 7/18/18 | |
| SCALE: | [illegible] | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/18/2018 | ADDED DETAIL |
| 0 | 8/7/2017 | CERTIFIED |
| DRAWING: | GR-0127.010 | SHEET NO. 2 OF 3 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the south half of Section 30, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Martin Dale Hardesty, Sharon Ann Hardesty and Betty Ann Lindheim, recorded in Book 3822, Page 468 and Book 1027, Page 335, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod found marking the west quarter corner of said Section 30; **THENCE** North 89°27'58" East, with the north line of the southwest quarter of said Section 30, a distance of 1783.08 feet to the **POINT OF BEGINNING;**

**THENCE** South 85°11'12" East, a distance of 1608.15 feet, to the **POINT OF TERMINATION** on the south line of the northwest quarter of the southeast quarter of said Section 30, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA 8144" set marking the south quarter corner of said Section 30 bears South 89°25'17" West, with the south line of the northwest quarter of the southeast quarter of said Section 30, a distance of 74.35 feet, **THENCE** South 00°38'24" East, with the west line of the southeast quarter, a distance of 1322.94 feet, said baseline having a total distance of 1608.15 feet (97.46 rods), said Permanent Easement & Right of Way containing 1.848 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0127.010, Rev. 1, same date.

7-27-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s).GR-0129.010**

1. **Surface Owner(s):**
   Chris J McComas and Christy D McComas
   878 Highway 152
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $13,318.00 (with GR-0130.000)

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 30, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
SECTION 30
SECTION 31
POINT OF COMMENCING
POINT OF TERMINATION
40' WIDE T.W.S.
10' WIDE T.W.S.
TOTAL DISTANCE ACROSS PROPERTY:
LEGEND
NOTES:
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHRIS J. McCOMAS AND CHRISTY D. McCOMAS
DWG BY: CR
CHK BY: TRD
SCALE: 1" = 500'
REV. DATE DESCRIPTION
2 ADDED T.A.R. DETAIL
1 ADD T.A.R. WIDTH AND AREA
DRAWING:
SHEET NO. 1 OF 3
J. M. DENNEY
1434
PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC
GRAPHIC SCALE IN FEET

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 30, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
30
SECTION 30
SECTION 31
T.A.R. - 17
FND. 1/2" I.R.
SE COR., SEC. 30
DETAIL "T"
LEGEND
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CR
CKD BY: TRC
SCALE:
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHRIS J. McCOMAS AND CHRISTY D. McCOMAS
REVS
DATE
DESCRIPTION
ADDED T.A.R. DETAIL
ADD T.A.R. WIDTH AND AREA
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the southeast quarter of Section 30, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris J. McComas and Christy D. McComas, recorded in Book 3124, Page 338, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the south quarter corner of said Section 30; THENCE North 00°38'24" West, with the west line of the southeast quarter of said Section 30, a distance of 1322.94 feet, THENCE North 89°25'17" East, with the north line of the southwest quarter of the southeast quarter of said Section 30, a distance of 74.35 feet to the POINT OF BEGINNING;

THENCE South 35°11'12" East, a distance of 1606.41 feet, to the POINT OF TERMINATION on the south line of said Section 30, from which a 1/2 inch iron rod found marking the southeast corner of said Section 30 bears North 89°22'55" East, with the south line of said Section 30, a distance of 1655.52 feet, said baseline having a total distance of 1606.41 feet (97.36 rods), said Permanent Easement & Right of Way containing 1.844 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0129.010, Rev. 2, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date: 8-28-18

**Tract No(s). 0130.010**

1. **Surface Owner(s):**

   Chris J McComas and Christy D McComas
   878 Highway 152
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0129.010

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 31, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF BEGINNING
SECTION 30
SECTION 31
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
POINT OF TERMINATION
LEGEND
NOTES
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DESCRIPTION
ADDED T.A.R. DETAIL
ADD T.A.R. WIDTH AND AREA
DRAWING:
J. M. DENNEY
1434
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 31, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SEE TIE DETAIL
T.A.R.-17
TIE DETAIL
N.T.S.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
ADDED T.A.R. DETAIL
ADD T.A.R. WIDTH AND AREA
DRAWING:
GRAPHIC SCALE IN FEET
TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 31, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris J. McComas and Christy D. McComas, recorded in Book 3124, Page 389, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the northwest corner of said Section 31; THENCE North 89°22'35" East, with the north line of said Section 31, a distance of 3608.97 feet to the POINT OF BEGINNING;

THENCE South 35°11'12" East, a distance of 2155.14 feet, to a point;

THENCE South 03°40'57" East, a distance of 207.49 feet, to the POINT OF TERMINATION on the south line of the north half of the southeast quarter of the northeast quarter of said Section 31, from which a 1/2 inch iron rod found marking the northeast corner of said Section 31 bears North 89°23'13" East, with the south line of the north half of the southeast quarter of the northeast quarter of said Section 31, a distance of 414.76 feet, THENCE North 00°37'42" West, with the east line of said Section 31, a distance of 1981.82 feet, said baseline having a total distance of 2362.63 feet (143.19 rods), said Permanent Easement & Right of Way containing 2.712 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0130.010, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1494
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1494 OKLAHOMA

Date: 8-28-18

**Tract No(s). GR-0131.010**

1. **Surface Owner(s):**

   Chris J McComas
   878 Highway 152
   Minco, OK 73059

   Christy D McComas
   878 Highway 152
   Minco, OK 73059

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $2,310.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 31, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 30
SECTION 31
POINT OF TERMINATION
SECTION 31, T-10-N, R-7-W
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHRIS J. McCOMAS AND CHRISTY D. McCOMAS
ADDED T.A.R. WIDTH AND AREA
T.A.R. DETAIL ADDED
J. M. DENNEY
1434
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
TRC

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | 100.00' |
| L4 | [illegible] | 100.00' |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | 144.47' |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | 144.47' |

| T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of the northeast quarter of Section 31, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris J. McComas and Christy D. McComas, recorded in Book 3124, Page 331, Book 2746, Page 38 and Book 2180, Page 88, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the northeast corner of said Section 31; THENCE South 00°37'42" East, with the east line of said Section 31, a distance of 1981.52 feet, THENCE South 89°29'18" West, with the north line of the southeast quarter of the southeast quarter of the northeast quarter of said Section 31, a distance of 414.76 feet to the POINT OF BEGINNING;

THENCE South 05°40'57" East, a distance of 262.39 feet, to a point;

THENCE South 69°08'41" East, a distance of 420.88 feet, to the POINT OF TERMINATION on the east line of said Section 31, from which a railroad spike found marking the southeast corner of said Section 31 bears South 00°37'42" East, with the east line of said Section 31, a distance of 2887.13 feet, said baseline having a total distance of 683.27 feet (41.41 rods), said Permanent Easement & Right of Way containing 0.784 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0151.010, Rev. 3, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA 8-25-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0132.010**

1. **Surface Owner(s):**

   Joe McComas and Arlene McComas, Co-Trustees of the Joe W. McComas Revocable Trust dated December 11, 2000,
   510 NE Cemetery Rd.,
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $5,566

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 32, T-10-N, R-7-W
CLAYTON RD.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
JOE W. McCOMAS REVOCABLE TRUST
REVISED T.A.R. DETAIL
ADDED DETAILS
J. M. DENNEY
1494
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
DETAIL "1"
N.T.S.
DETAIL "2"
N.T.S.
DETAIL "3"
N.T.S.
DETAIL "4"
N.T.S.
40' WIDE T.W.S.
10' WIDE T.W.S.
15' WIDE T.W.S.
T.A.R. 17-287
25' WIDE EASEMENT
0.147 ACRES
NOTE:
1. SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 3 OF 4 FOR LINE TABLES.
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
JOE W. McCOMAS REVOCABLE TRUST
DESCRIPTION
REVISED T.A.R. DETAIL
ADDED DETAILS
SHEET NO. 2 OF 4
TRC

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 4.50' |
| L2 | N00°10'28"E | 69.02' |
| L3 | [illegible] | 30.71' |
| L4 | [illegible] | 393.49' |
| L5 | S89°37'32"W | 60.00' |
| L6 | N89°22'28"W | 204.39' |
| L7 | [illegible] | 120.01' |
| L8 | [illegible] | 150.00' |
| L9 | S89°37'30"W | 50.00' |
| L10 | N89°22'28"W | [illegible] |
| L11 | N00°[illegible]E | 84.89' |
| L12 | N89°22'28"W | 111.47' |
| L13 | S89°37'32"W | 50.00' |
| L14 | N89°20'[illegible]W | 230.00' |
| L15 | N89°37'[illegible]E | 60.00' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | S89°22'28"E | 200.00' |
| L17 | N01°37'07"W | 845.12' |
| L18 | N01°37'09"W | 187.81' |
| L19 | N89°22'27"W | 100.00' |
| L20 | N89°37'31"E | 60.00' |
| L21 | S89°22'[illegible]E | 115.[illegible]' |
| L22 | S01°37'07"E | 155.[illegible]' |
| L23 | S89°22'[illegible]W | 50.00' |
| L24 | S01°37'07"E | 60.00' |
| L25 | S01°37'07"E | 200.00' |
| L26 | S49°14'22"E | 100.00' |
| L27 | S40°45'38"W | 50.00' |
| L28 | N40°14'22"W | 117.52' |
| L29 | N01°37'07"W | 217.52' |
| L30 | N89°22'50"E | 60.00' |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L31 | N00°10'27"E | 64.07' |
| L32 | N02°44'[illegible]W | 48.0[illegible]' |
| L33 | N16°28'08"W | 17.16' |
| L34 | N29°31'22"W | 19.75' |
| L35 | N35°31'54"W | 11.[illegible]' |
| L36 | N37°45'57"W | 1.76' |
| L37 | N40°48'54"W | 27.22' |
| L38 | N45°22'47"W | 5.97' |
| L39 | N45°22'45"W | 21.11' |
| L40 | N36°06'57"W | 19.52' |
| L41 | N16°44'53"W | 20.43' |
| L42 | N16°11'13"W | 10.08' |

NOTE:
1. SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 2 OF 4 FOR DETAILS.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: CR | | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF JOE W. McCOMAS REVOCABLE TRUST |
| CKD BY: TRC | | |
| DATE: 5/29/18 | | |
| SCALE: N.T.S. | | |
| REVS | DATE | DESCRIPTION |
| 2 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 1 | 7/25/2018 | ADDED DETAILS |
| DRAWING: | GR-0138.010 | SHEET NO. 3 OF 4 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the west half of the west half of Section 32, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Joe W. McComas and Arlene E. McComas, Co-Trustee of the Joe W. McComas Revocable Trust, recorded in Book 1518, Page 465, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the west quarter corner of said Section 32; THENCE North 00°37'42" West, with the west line of said Section 32, a distance of 245.10 feet to the POINT OF BEGINNING;

THENCE South 69°08'41" East, a distance of 68.29 feet, to a point;

THENCE South 36°22'28" East, a distance of 723.97 feet, to a point;

THENCE South 01°37'07" East, a distance of 483.74 feet, to a point;

THENCE South 40°14'22" East, a distance of 609.80 feet, to the POINT OF TERMINATION on the south line of the north half of the southwest quarter of said Section 32, from which a railroad spike found marking the southwest corner of said Section 32 bears South 89°20'30" West, with the south line of the north half of the southwest quarter of said Section 32, a distance of 863.31 feet; THENCE South 00°37'42" East, with the west line of said Section 32, a distance of 1321.01 feet, said baseline having a total distance of 1885.80 feet (114.28 rods), said Permanent Easement & Right of Way containing 2.164 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number GR-0132.010, Rev. 2, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M.
DENNEY
1434
OKLAHOMA
5-23-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0133.010**

1. **Surface Owner(s):**

   Wesley and Mary E Burchfield,
   co-trustees of the Wesley and Mary E Burchfield revocable living trust
   1953 SW Clayton Road,
   Minco, OK 73509

2. **Other Persons-in-Interest:**

   Minco Wind, LLC,
   Assignee of Boulevard Associates LLC,
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind II, LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $11,888.00 (with GR-0134.010, GR-0135.010)

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
NOTE:
WIND FARM EASEMENT AGREEMENT,
BLANKET EASEMENT
ACROSS SUBJECT PROPERTY
POINT OF
50' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.
SECTION 31
SECTION 32
SECTION 32, T-10-N, R-7-W
SECTION 5, T-9-N, R-7-W
CLAYTON RD.
POINT OF
TERMINATION
POINT OF
COMMENCING
TOTAL DISTANCE ACROSS PROPERTY:
LEGEND
NOTES
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DWG BY: CR
CKD BY: TRC
SCALE: 1" = 400'
REV# DATE DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 8
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
L1
CLAYTON RD.
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
ACROSS THE PROPERTY OF
DWG BY:
CKD BY:
DATE:
SCALE:
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
TRC

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**
Owner: The Wesley Burchfield and Mary E. Burchfield Revocable Living Trust TRACT NO. GR-0133.010

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the south half of the southwest quarter of Section 32, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Wesley Burchfield and Mary E. Burchfield, Trustees of the Wesley Burchfield and Mary E. Burchfield Revocable Living Trust, recorded in Book 4354, Page 206, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a railroad spike found marking the southwest corner of said Section 32; THENCE North 00°37'42" West, with the west line of said Section 32, a distance of 1321.01 feet, THENCE North 89°20'30" East, with the north line of the south half of the southwest quarter, a distance of 883.31 feet to the POINT OF BEGINNING;

THENCE South 40°14'22" East, a distance of 1418.48 feet, to a point;

THENCE South 40°35'08" East, a distance of 244.08 feet, to a point;

THENCE South 00°36'37" West, a distance of 41.92 feet, to the POINT OF TERMINATION on the south line of said Section 32, from which a PK nail with washer stamped "TRC CA #144" set marking the south quarter corner of said Section 32 bears North 89°22'45" East, with the south line of said Section 32, a distance of 708.82 feet, said baseline having a total distance of 1704.41 feet (103.30 rods), said Permanent Easement & Right of Way containing 1.956 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0133.010, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
5-16-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

Page 2 of 2

**Tract No(s).GR-0134.010**

1. **Surface Owner(s):**

   Wesley and Mary E Burchfield,
   co-trustees of the Wesley and Mary E Burchfield revocable living trust
   1953 SW Clayton Road,
   Minco, OK 73509

2. **Other Persons-in-Interest:**

   Boulevard Associates LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind, LLC,
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind II, LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0133.010

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
CLAYTON RD.
SECTION 5
POINT OF COMMENCING
10' WIDE T.W.S.
A.T.W.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
POINT OF TERMINATION
WIND FARM EASEMENT AGREEMENT;
BLANKET EASEMENT ACROSS SUBJECT PROPERTY
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DWG BY:
CKD BY: TRC
SCALE: 1" = 400'
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 2
TRC

# EXHIBIT "A"

**GRADY COUNTY, OKLAHOMA**
**SECTION 5, TOWNSHIP 8 NORTH,**
**RANGE 7 WEST OF THE INDIAN MERIDIAN**

DETAIL "1"

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N89°22'45"E | 35.01' |
| L2 | S00°35'34"W | 15.55' |
| L3 | S89°22'58"E | 50.00' |
| L4 | S00°35'34"W | 13.88' |
| L5 | S32°29'14"E | 108.41' |
| L6 | S57°30'46"W | 50.00' |
| L7 | N32°29'14"W | 121.29' |
| L8 | N00°35'37"E | 29.74' |
| L9 | S89°22'46"W | 65.02' |
| L10 | S00°35'37"W | 71.85' |
| L11 | S32°29'15"E | 77.72' |
| L12 | S32°29'14"E | 400.00' |
| L13 | S57°30'46"W | 50.00' |
| L14 | N32°29'14"W | 400.00' |
| L15 | N57°30'46"E | 50.00' |
| L16 | S32°29'14"E | 250.00' |
| L17 | S32°29'14"E | 200.00' |
| L18 | S57°30'46"W | 50.00' |
| L19 | N32°29'14"W | 200.00' |
| L20 | N57°30'46"E | 50.00' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.&R.W. PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

TRC
10200 Park Ten Place
Houston, TX 77084
(281) 558-0000

**MIDSHIP PIPELINE COMPANY, LLC**

| | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>[illegible] |
| CKD BY: | TRC | |
| DATE: | 5/16/18 | |
| SCALE: | N.T.S. | |

| REVS | DATE | DESCRIPTION |
|---|---|---|
| 1 | 6/18/2018 | ADDED DETAIL |
| 2 | 6/19/2017 | CERTIFIED |

DRAWING: GR-0104.010 SHEET NO. 2 OF 3



**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Wesley Burchfield and Mary E. Burchfield, Trustees of the Wesley Burchfield and Mary E. Burchfield Revocable Living Trust, recorded in Book 4384, Page 208, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a railroad spike found marking the northwest corner of said Section 5; THENCE North 89°22'43" East with the north line of said Section 5 a distance of 1949.50 feet to the POINT OF BEGINNING;

THENCE South 00°36'37" West, a distance of 53.54 feet, to a point;

THENCE South 32°29'14" East, a distance of 180.41 feet, to a point;

THENCE South 32°29'14" East, a distance of 1288.82 feet, to the POINT OF TERMINATION on the north line of Lot 19 of said Section 5, from which a ½-inch iron rod found marking the west quarter corner of said Section 5 bears South 89°26'17" West a distance of 59.70 feet to the northwest corner of said Lot 19, THENCE South 01°09'37" East a distance of 1311.16 feet to the southwest corner of said Lot 19, THENCE South 89°29'48" West with the south line of the northwest quarter of said Section 5 a distance of 2670.27 feet, said baseline having a total distance of 1534.27 feet (92.99 rods), said Permanent Easement & Right of Way containing 1.761 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number GR-0184.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). GR-0135.010**

1. **Surface Owner(s):**
   Wesley and Mary E Burchfield,
   co-trustees of the Wesley and Mary E Burchfield revocable living trust
   1953 SW Clayton Road,
   Minco, OK 73509

2. **Other Persons-in-Interest:**

   Boulevard Associates LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind, LLC,
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind II, LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0133.010

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
50' WIDE P.E.R.W.
10' WIDE T.W.S.
40' WIDE T.W.S.
POINT OF TERMINATION
COUNTY RD. 1260
POINT OF COMMENCING
A.T.W.S. LINE TABLE
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DRAWING:
SHEET NO. 1 OF 2
J. M. DENNEY
1454
GRAPHIC SCALE IN FEET

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Wesley Burchfield and Mary E. Burchfield, Trustees of the Wesley Burchfield and Mary E. Burchfield Revocable Living Trust, recorded in Book 4254, Page 206, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 5; THENCE North 89°25'48" East, along the south line of the northwest quarter of said Section 5, a distance of 2670.27 feet, THENCE North 01°08'57" West, along the west line of the northeast quarter of said Section 5, a distance of 1811.16 feet, THENCE North 89°26'17" East, along the north line of Lot 19 of said Section 5, a distance of 59.70 feet to the POINT OF BEGINNING;

THENCE South 32°29'14" East, a distance of 239.35 feet, to the POINT OF TERMINATION, from which a 3/8 inch rod with cap found marking the southeast corner of Lot 21 of said Section 5 bears South 01°30'12" West, with the east line of Lots 19, 20 and 21 of said Section 5, a distance of 3731.28 feet, said baseline having a total distance of 239.35 feet (14.51 rods), said Permanent Easement & Right of Way containing 0.275 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number GR-0135.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s).GR-0137.010**

1. **Surface Owner(s):**

Chris Joe McComas
878 Highway 152
Minco, OK 73059

Janice McComas Estes
5725 W OKC Reno St
El Reno, OK 73036

2. **Other Persons-in-Interest:**

Boulevard Associates LLC
c/o The Corporation Services company
10300 Greenbriar Place,
Oklahoma City, OK 73159

Minco Wind, LLC,
c/o The Corporation Services company
10300 Greenbriar Place,
Oklahoma City, OK 73159

Minco Wind II, LLC
c/o The Corporation Services company
10300 Greenbriar Place,
Oklahoma City, OK 73159

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

$ 13,937.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF BEGINNING
POINT OF TERMINATION
MAIN LINE VALVE AND ACCESS ROAD SEE SHEET 4 OF 5
CHRIS JOE McCOMAS AND JANICE McCOMAS ESTES
SECTION 5
SECTION 8
SECTION 4
COUNTY RD. 1200
FND. PK NAIL SE COR., SEC. 5
SEE SHEET 4 OF 5 FOR DESCRIPTION
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHRIS JOE McCOMAS & JANICE McCOMAS ESTES
CENTERLINE REVISION
ADDED EASEMENT
GR-0137.010
SHEET NO. 1 OF 5

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S33°56'37"E | 164.36' |
| L2 | [illegible] | 200.00' |
| L3 | S56°04'23"W | 25.00' |
| L4 | N33°55'37"W | 200.00' |
| L5 | N56°04'23"E | 25.00' |
| L6 | [illegible] | 25.00' |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | 40.01' |
| L9 | [illegible] | 197.70' |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | S33°56'37"E | 42.46' |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | [illegible] |

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
MAIN LINE VALVE SITE
POINT OF BEGINNING MLV SITE
VICINITY MAP
N.T.S.
MLV SITE
P.A.R.-17A
0.121 ACRES
POINT OF BEGINNING P.A.R.
P.A.R. SEGMENT TABLE
MLV LINE TABLE
POINT OF COMMENCING
FND. PK NAIL
SE COR., SEC. 5
COUNTY RD. 1200
SECTION 5
SECTION 8
SECTION 4
U.S. HIGHWAY 81
SEE SHEET 2 OF 5 FOR DESCRIPTIONS
NOTES
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
MAINLINE VALVE SITE
ACROSS THE PROPERTY OF
REVISED P.A.R. & MLV
COMBINE DRAWINGS
TRC

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

**Owner: Chris Joe McComas & Janice McComas Estes** **TRACT NO. GR-0137.010**

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris Joe McComas and Janice McComas Estes, recorded in Book 4867, Pages 365 & 360, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a MAG nail found marking the east quarter corner of said Section 5; THENCE South 89°29'48" West, with the north line of the southeast quarter of said Section 5, a distance of 1695.25 feet to the POINT OF BEGINNING;**

**THENCE South 41°38'39" East, a distance of 427.29 feet, to a point;**

**THENCE South 89°58'57" East, a distance of 2182.33 feet, to a point;**

**THENCE South 01°25'36" East, a distance of 241.02 feet, to a point;**

**THENCE South 89°36'10" East, a distance of 215.00 feet, to the POINT OF TERMINATION on the east line of said Section 5, from which a PK nail found marking the southeast corner of said Section 5 bears South 00°35'48" East, with the east line of said Section 5, a distance of 251.96 feet, said baseline having a total distance of 3065.64 feet (185.80 rods), said Permanent Easement & Right of Way containing 3.519 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 of 5, drawing number GR-0137.010, Rev. 4, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Date:**

## MAIN LINE VALVE SITE

A 3500-square-foot parcel of land situated in the southeast quarter of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris Joe McComas and Janice McComas Estes, recorded in Book 4867, Pages 359 & 360, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said 3500-square-foot parcel being more particularly described as follows:

COMMENCING at a PK nail found marking the southeast corner of said Section 5; THENCE North 00°39'46" West, with the east line of said Section 5, a distance of 278.97 feet; THENCE North 89°36'10" West, a distance of 190.54 feet; THENCE North 01°23'36" West, a distance of 21.44 feet to the POINT OF BEGINNING;

THENCE South 88°36'24" West, a distance of 50.00 feet, to a point;

THENCE North 01°23'36" West, a distance of 70.00 feet, to a point;

THENCE North 88°36'24" East, a distance of 50.00 feet, to a point;

THENCE South 01°23'36" East, a distance of 70.00 feet, to the POINT OF BEGINNING having an area of 0.080 acres (3500 square feet).

## ACCESS ROAD

A 20-foot wide strip of land situated in the southeast quarter of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris Joe McComas and Janice McComas Estes, recorded in Book 4867, Pages 359 & 360, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said strip of land being twelve and one-half (12.50) feet on each side of a centerline being more particularly described as follows:

COMMENCING at a PK nail found marking the southeast corner of said Section 5; THENCE North 00°39'46" West, with the east line of said Section 5, a distance of 287.82 feet; THENCE South 89°20'12" West, a distance of 20.63 feet to the POINT OF BEGINNING at the edge of an existing roadway within the right-of-way of U. S. Highway 81;

THENCE South 89°17'23" West, a distance of 25.00 feet, to an angle point;

THENCE North 88°36'10" West, a distance of 140.57 feet, to an angle point;

THENCE North 74°43'19" West, a distance of 23.11 feet, to an angle point;

THENCE North 47°08'35" West, a distance of 22.80 feet, to an angle point;

THENCE North 14°10'39" West, a distance of 22.81 feet, to an angle point;

THENCE North 01°25'36" West, a distance of 16.89 feet, to the POINT OF TERMINATION in the south line of the Main Line Valve Site described above, having a total length of 251.03 feet and an area of 0.121 acres.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 5 of 5, drawing number GR-0187.010_MLV, Rev. 2, attached.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

(Seal: Registered Professional Land Surveyor, J. M. Denney, 1484, Oklahoma)

**Tract No(s). GR-0138.010**

1. **Surface Owner(s):**

   Chris Joe McComas
   878 Highway 152
   Minco, OK 73059

   Janice McComas Estes
   5725 W OKC Reno St
   El Reno, OK 73036

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   *See* GR-0137.010

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | N01°00'41"W | 10.00' |
| L3 | [illegible] | 80.00' |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | 60.00' |
| L7 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the southwest quarter of Section 4, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris Joe McComas and Janice McComas Estes, recorded in Book 4987, Pages 363 & 360, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail found marking the southwest corner of said Section 4; THENCE North 00°39'45" West, with the west line of said Section 4, a distance of 251.98 feet to the POINT OF BEGINNING;

THENCE South 89°36'10" East, a distance of 95.12 feet, to a point;

THENCE South 98°23'02" East, a distance of 140.83 feet, to a point;

THENCE South 48°47'45" East, a distance of 210.80 feet, to the POINT OF TERMINATION on the south line of said Section 4, from which said PK nail found marking the southwest corner of said Section 4 bears South 89°29'21" West, with the south line of said Section 4, a distance of 338.25 feet, said baseline having a total distance of 446.75 feet (27.08 rods), said Permanent Easement & Right of Way containing 0.513 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0138.010, Rev. 8, same date.

[Seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1434, OKLAHOMA]

6-28-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0139.010**

1. **Surface Owner(s):**

Jimmie L Vickrey and Shelly R Vickrey
296 County Street 2790
Minco, OK 73059

2. **Other Persons-in-Interest:**

Chisholm Trail Farm Credit FCLA
1027 W. Choctaw
Chickasha, OK 73023

Boulevard Associates LLC
c/o The Corporation Services company
10300 Greenbriar Place,
Oklahoma City, OK 73159

Minco Wind, LLC,
c/o The Corporation Services company
10300 Greenbriar Place,
Oklahoma City, OK 73159

Minco Wind II, LLC
c/o The Corporation Services company
10300 Greenbriar Place,
Oklahoma City, OK 73159

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
$7,918.00 (with GR-0140.010)

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
COUNTY RD. 1300
SECTION 4
SECTION 9
POINT OF COMMENCING
50' WIDE P.E.R.W.
10' WIDE T.W.S.
40' WIDE T.W.S.
A.T.W.S.
POINT OF RE-ENTRY
POINT OF TERMINATION
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ADD T.A.R. WIDTH AND AREA.
ADDED DETAILS
DESCRIPTION
DATE
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
OKLAHOMA
8-29-18
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 8, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
T.A.R. - 15
37' - 25' WIDE EASEMENT
0.031 ACRES
L1
L2
L20
L4
L7
L18
L19
L17
L15
L11
L10
DETAIL "C"
DETAIL "D"
LEGEND:
I.R.
I.P.
FND.
N.T.S.
R.O.W.
T.W.S.
A.T.W.S.
P.E.R.W.
T.A.R.
P.A.R.
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
PIPELINE
EXISTING PIPELINE
STATUTORY R.O.W.
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
TRC
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CR
CHK BY: TRC
SCALE: N.T.S.
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
JIMMIE L. VICKREY AND SHELLY R. VICKREY
REVS
DATE
DESCRIPTION
ADD T.A.R. WIDTH AND AREA
2
ADDED DETAILS
DRAWING:
SHEET NO. 2 OF 3

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | S41°12'16"W | 100.00' |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | 149.75' |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | 140.86' |
| L10 | [illegible] | 40.00' |
| L11 | [illegible] | 38.00' |
| L12 | [illegible] | [illegible] |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | 200.00' |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | 65.00' |
| L19 | [illegible] | [illegible] |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L20 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northwest quarter of Section 9, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Jimmie L. Vickrey and Shelly R. Vickrey, recorded in Book 1882, Page 127, as described in Book 2040, Page 179, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail found marking the northwest corner of said Section 9; THENCE North 89°19'21" East, with the north line of said Section 9, a distance of 338.25 feet to the POINT OF BEGINNING;

THENCE South 48°47'44" East, a distance of 674.89 feet, to the POINT OF EXIT on the east line of the west half of the northeast quarter of the northwest quarter of the northwest quarter of said Section 9;

THENCE South 50°59'05" East, a distance of 126.36 feet, to the POINT OF RE-ENTRY on the north line of the southeast quarter of the northwest quarter of the northwest quarter of said Section 9;

THENCE South 52°05'09" East, a distance of 298.22 feet, to the POINT OF TERMINATION on the east line of the northwest quarter of the northwest quarter of said Section 9, from which a 1/2 inch iron rod with cap found marking the north quarter corner of said Section 9 bears North 59°55'54" East a distance of 1582.76 feet, said baseline having a total distance of 1173.11 feet (71.10 rods), said Permanent Easement & Right of Way containing 1.347 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 and 2 of 3, drawing number GR-0139.010, Rev. 3, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

8-29-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s).GR-0140.010**

1. **Surface Owner(s):**
   Jimmie L Vickrey and Shelly R Vickrey
   296 County Street 2790
   Minco, OK 73059

2. **Other Persons-in-Interest:**

   Chisholm Trail Farm Credit FCLA
   1027 W. Choctaw
   Chickasha, OK 73023

   Boulevard Associates LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind, LLC,
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind II, LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

**4. Just Compensation:**
   *See* GR-0139.010

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
STATE HIGHWAY 1320
SECTION 4
SECTION 9
POINT OF COMMENCING
POINT OF BEGINNING
T.W.S.
10' WIDE T.W.S.
A.T.W.S.
POINT OF EXIT
POINT OF RE-ENTRY
50' WIDE P.E.R.W.
POINT OF TERMINATION
TOTAL DISTANCE ACROSS PROPERTY
TOTAL AREA OF P.E.R.W.
TOTAL AREA OF T.W.S.
TOTAL AREA OF A.T.W.S.
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
NOTES
J. M. DENNEY
1434
JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
TRC
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
JAMIE L. VICKREY AND SHELLY R. VICKREY
DESCRIPTION
ADDED DETAIL
REVISED WORKSPACE
DRAWING:
SHEET NO. 1 OF 2

# EXHIBIT "A"

**GRADY COUNTY, OKLAHOMA**
**SECTION 9, TOWNSHIP 8 NORTH,**
**RANGE 7 WEST OF THE INDIAN MERIDIAN**

| A.T.W.S LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |

| T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | [illegible] | 40.2?' |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | 47.1?' |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: CP | | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>JIMMIE L. VICKREY AND SHELLY R. VICKREY |
| CKD BY: TRC | | |
| DATE: [illegible] | | |
| SCALE: N.T.S. | | |
| REV# | DATE | DESCRIPTION |
| 2 | [illegible] | ADDED DETAIL |
| 1 | [illegible] | REVISED WORKSPACE |
| DRAWING: [illegible] | | SHEET NO. 2 OF 3 |

TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 9, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Jimmie L. Vickrey and Shelly R. Vickrey, recorded in Book 2382, Page 127, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail found marking the northwest corner of said Section 9; THENCE North 89°39'22" East a distance of 989.51 feet to the northwest corner of the east half of the northeast quarter of the northwest quarter of the northwest quarter of said Section 9, THENCE South 00°41'21" East with the west line of the east half of the northeast quarter of the northwest quarter of the northwest quarter of said Section 9 a distance of 580.29 feet to the POINT OF BEGINNING;

THENCE South 48°47'44" East, a distance of 55.51 feet, to a point;

THENCE South 52°06'09" East, a distance of 70.92 feet, to a POINT OF EXIT on the south line of the east half of the northeast quarter of the northwest quarter of the northwest quarter of said Section 9;

THENCE South 52°06'09" East, a distance of 298.22 feet, to a POINT OF RE-ENTRY on the west line of the east half of the northwest quarter of said Section 9;

THENCE South 52°06'09" East, a distance of 491.81 feet, to a POINT OF EXIT on the westerly right-of-way line of the Oklahoma, Kansas and Texas Railroad;

THENCE South 52°06'09" East, a distance of 290.06 feet, to a POINT OF RE-ENTRY on the easterly right-of-way line of the Oklahoma, Kansas and Texas Railroad;

THENCE South 52°06'09" East, a distance of 122.08 feet, to the POINT OF TERMINATION on the east line of the west half of the east half of the northwest quarter of said Section 9, from which a 1/2 inch iron rod with cap found marking the north quarter corner of said Section 9 bears North 00°41'27" West, with the east line of the west half of the east half of the northwest quarter of said Section 9, a distance of 1868.08 feet; THENCE North 89°39'21" East, with the north line of said Section 9, a distance of 839.62 feet, said baseline having a total distance of 740.37 feet (44.87 rods), said Permanent Easement & Right of Way containing 0.850 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 and 2 of 3, drawing number GR-0140.010, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M.
DENNEY
1434
OKLAHOMA
8-17-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0141.020**

1. **Surface Owner(s):**
   Jimmie L Vickrey and Shelly R Vickrey
   296 County Street 2790
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Chisholm Trail Farm Credit FCLA
   1027 W. Choctaw
   Chickasha, OK 73023

   Boulevard Associates LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind, LLC,
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind II, LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $1,069.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
T.A.R.-20
COUNTY STREET 2690
SECTION 9
SECTION 10
NOTE:
WIND FARM EASEMENT AGREEMENT, BOOK 4224, PAGE 11: BLANKET EASEMENT ACROSS THE SUBJECT PROPERTY
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
TEMPORARY ACCESS ROAD
ACROSS THE PROPERTY OF
JAMES L. VICKERY AND WIFE SHELLY R. VICKERY
J. M. DENNEY
1434
OKLAHOMA
JAMES MICHAEL DENNEY
TRC

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | [illegible] |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | [illegible] |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | [illegible] |
| L19 | [illegible] | [illegible] |
| L20 | [illegible] | [illegible] |
| L21 | [illegible] | [illegible] |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L22 | [illegible] | [illegible] |
| L23 | [illegible] | [illegible] |
| L24 | [illegible] | [illegible] |
| L25 | [illegible] | [illegible] |
| L26 | [illegible] | [illegible] |
| L27 | [illegible] | [illegible] |
| L28 | [illegible] | [illegible] |
| L29 | [illegible] | [illegible] |
| L30 | [illegible] | [illegible] |
| L31 | [illegible] | [illegible] |
| L32 | [illegible] | [illegible] |
| L33 | [illegible] | [illegible] |
| L34 | [illegible] | [illegible] |
| L35 | [illegible] | [illegible] |
| L36 | [illegible] | [illegible] |
| L37 | [illegible] | [illegible] |
| L38 | [illegible] | [illegible] |
| L39 | [illegible] | [illegible] |
| L40 | [illegible] | [illegible] |
| L41 | [illegible] | [illegible] |

NOTE:
SEE SHEET 1 OF 2 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | JOL | MIDSHIP MAINLINE PROJECT TEMPORARY ACCESS ROAD ACROSS THE PROPERTY OF JAMES L. VICKERY AND WIFE SHELLY R. VICKERY | |
| CKD BY: | TRC | | |
| DATE: | [illegible] | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 1 | [illegible] | ADDED T.A.R. WIDTH AND AREA | |
| 0 | [illegible] | CERTIFIED | |
| DRAWING: | [illegible] | SHEET NO. 2 OF 2 | |



**Tract No(s). GR-0147.010**

1. **Surface Owner(s):**

   Deanna Hardesty, Trustee of the Deanna Hardesty Living Trust
   2318 N Gregory Rd
   Tuttle, OK 73089

   Byron Alan Hardesty and Abigail Karen Hardesty
   2318 N Gregory Rd
   Tuttle, OK 73089

2. **Other Persons-in-Interest:**

   Farm Credit of Central Oklahoma
   509 W. Georgia Ave.,
   Anadarko, OK 73005

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $11,002.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 22, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
HAROLD RD.
SECTION 22
POINT OF COMMENCING
SEE DETAIL "1" THIS SHEET
THE DEANNA HARDESTY LIVING TRUST AND BYRON ALAN HARDESTY AND ABIGAIL KAREN HARDESTY
BOOK 4096, PAGE 277
A.T.W.S.
POINT OF TERMINATION
10' WIDE T.W.S.
40' WIDE T.W.S.
DETAIL "1"
N.T.S.
TOTAL DISTANCE ACROSS PROPERTY
TOTAL AREA OF A.T.W.S.
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
THE DEANNA HARDESTY LIVING TRUST, ET AL
DATE
DESCRIPTION
ADDED T.A.R. WIDTH AND AREA
TAR DETAIL
J. M. DENNEY
1494
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 22, TOWNSHIP 8 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
DETAIL "X"
DETAIL "Z"

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N89°15'12"E | 75.01' |
| L2 | S00°00'00"E | 49.89' |
| L3 | N90°00'00"E | 50.00' |
| L4 | S00°00'00"E | 150.00' |
| L5 | N90°00'00"W | 50.00' |
| L6 | N00°00'00"E | 150.00' |
| L7 | N22°38'55"W | 121.08' |
| L8 | N22°38'55"W | 157.03' |
| L9 | N88°17'03"E | 63.35' |
| L10 | S22°38'55"E | 227.15' |
| L11 | S67°21'05"W | 50.00' |
| L12 | N15°03'07"W | 75.49' |
| L13 | N90°03'23"W | 55.15' |
| L14 | N15°03'03"W | 124.94' |
| L15 | N71°38'54"E | 50.00' |
| L16 | S15°03'03"E | 142.75' |
| L17 | S32°31'30"E | 250.28' |
| L18 | S32°31'23"E | 3.50' |
| L19 | S32°31'23"E | 28.87' |
| L20 | S32°32'35"E | 48.84' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L21 | S57°42'32"W | 50.00' |
| L22 | N32°32'00"W | 49.85' |
| L23 | N33°31'05"W | 31.02' |
| L24 | N45°31'15"E | 51.05' |

LEGEND:

I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP |
|---|---|
| CKD BY: | TRC |
| DATE: | 8/21/18 |
| SCALE: | N.T.S. |

MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
THE DEANNA HARDESTY LIVING TRUST, ET AL

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 9/28/2018 | ADDED T.A.R. WIDTH AND AREA |
| 2 | 8/21/2018 | TAR DETAIL |

DRAWING: GR-0147.010 SHEET NO. 2 OF 4

TRC

| T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L25 | [illegible] | [illegible] |
| L26 | [illegible]'11"W | [illegible] |
| L27 | [illegible]'31"W | 10.17' |
| L28 | [illegible] | 12.44' |
| L29 | N4[illegible]°51'21"W | 11.4[illegible]' |
| L30 | [illegible] | 11.0[illegible]' |
| L31 | [illegible] | 17.3[illegible]' |
| L32 | N1[illegible]°27'[illegible]"W | 20.47' |
| L33 | [illegible] | 22.81' |
| L34 | [illegible] | 42.3[illegible]' |
| L35 | [illegible] | [illegible] |
| L36 | N07°[illegible]W | 67.57' |

| T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L37 | [illegible] | [illegible] |
| L38 | [illegible]'10"W | [illegible] |
| L39 | [illegible] | [illegible] |
| L40 | N07°1[illegible]W | [illegible] |
| L41 | N0[illegible]°07'0[illegible]"W | 71.8[illegible]' |
| L42 | [illegible] | [illegible] |
| L43 | N0[illegible]°27'00"W | [illegible] |
| L44 | N14°4[illegible]'01"W | 21.22' |
| L45 | N10°1[illegible]W | [illegible] |
| L46 | N04°[illegible]W | [illegible] |
| L47 | N01°02'40"W | 29.70' |
| L48 | N05°07'21"E | [illegible] |

| T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L49 | N11°2[illegible]E | 35.61' |
| L50 | [illegible] | [illegible] |
| L51 | [illegible] | [illegible] |
| L52 | N[illegible]°21'47"E | 27.2[illegible]' |
| L53 | [illegible] | 37.3[illegible]' |
| L54 | [illegible] | [illegible] |
| L55 | N30°22'41"E | [illegible] |
| L56 | [illegible] | 47.4[illegible]' |
| L57 | N30°41'[illegible]E | [illegible] |
| L58 | [illegible]E | 48.72' |

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

**Owner: The Deanna Hardesty Living Trust, et al** **TRACT NO. GR-0147.010**

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter and the northeast quarter of the southwest quarter of Section 22, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to The Deanna Hardesty Living Trust and Byron Alan Hardesty and Abigail Karen Hardesty, recorded in Book 4028, Page 277, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a ½ inch iron rod found marking the north quarter corner of said Section 22; THENCE South 89°18'12" West, with the north line of said Section 22, a distance of 1107.36 feet to the POINT OF BEGINNING;

THENCE South 00°00'00" East, a distance of 157.85 feet, to a point;

THENCE South 24°55'22" East, a distance of 455.56 feet, to a point;

THENCE South 22°38'55" East, a distance of 888.39 feet, to a point;

THENCE South 18°03'06" East, a distance of 691.97 feet, to a point;

THENCE South 32°31'30" East, a distance of 307.01 feet, to a point;

THENCE South 22°32'39" East, a distance of 210.86 feet, to a point;

THENCE South 22°32'53" East, a distance of 379.29 feet, to the POINT OF TERMINATION on the east line of the west half of said Section 22, from which said 1/2 inch iron rod found marking the north quarter corner of said Section 22 bears North 00°40'38" West, a distance of 2869.11 feet said baseline having a total distance of 3080.70 feet (187.32 rods), said Permanent Easement & Right of Way containing 3.548 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number GR-0147.010, Rev. 3, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M.
DENNEY
1434
OKLAHOMA
8-23-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0149.010**

1. **Surface Owner(s):**
   Terry Garrett and Wynetta Garrett
   1072 County Road 1230
   Pocasset, OK 73079

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $4,055.00



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 22, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
HAROLD RD.
SECTION 15
SECTION 22
POINT OF
TERMINATION
TERRY L. GARRETT AND WYNETTA GARRETT
10' WIDE T.W.S.
40' WIDE T.W.S.
SECTION 22
SECTION 27
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
ACROSS THE PROPERTY OF
TERRY L. GARRETT AND WYNETTA GARRETT
DWG BY: CP
CKD BY: TRC
DATE
DESCRIPTION
CERTIFIED
J. M.
DENNEY
1434
TRC

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**
**Owner: Terry L. Garrett and Wynetta Garrett** **TRACT NO. GR-0149.010**

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the southeast quarter of Section 22, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Terry L. Garrett and Wynetta Garrett, , recorded in Book 4029, Page 371, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 1/2 iron rod found marking the north quarter corner of said Section 22; THENCE South 00°40'59" East, with the west line of the east half of said Section 22, a distance of 2665.11 feet to the POINT OF BEGINNING;**

**THENCE South 22°32'59" East, a distance of 1180.20 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of the southeast quarter of said Section 22, from which a 1/2 inch iron rod found marking the south quarter corner of said Section 22 bears South 89°19'36" West, with the south line of the northwest quarter of the southeast quarter of said Section 22, a distance of 429.58 feet, THENCE South 00°40'59" East, with the west line of the east half of said Section 22, a distance of 1320.22 feet, said baseline having a total distance of 1180.20 feet (71.53 rods), said Permanent Easement & Right of Way containing 1.355 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number GR-0149.010, Rev. 0, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA

9-6-17

**James Michael Denney** **Date:**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1484**
**Firm License No. 144**

**Tract No(s). GR-0150.010**

1. **Surface Owner(s):**
   Terry Garrett
   1072 County Road 1230
   Pocasset, OK 73079

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $5,231.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 22, TOWNSHIP 6 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
10' WIDE T.W.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
SECTION 22
SECTION 27
SOONER RD.
POINT OF COMMENCING
POINT OF TERMINATION
SEE DETAIL "1" SHEET 2 OF 3
A.T.W.S.
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TERRY L. GARRETT
DWG BY:
CKD BY: TRC
DATE:
SCALE: 1" = 300'
REVS
DATE
DESCRIPTION
1
ADDED DETAIL
0
CERTIFIED
DRAWING:
GR-0150.010
SHEET NO. 1 OF 3

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 22, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

DETAIL "A"
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°15'12"W | 71.9?' |
| L2 | N28°08'10"W | 18.5?' |
| L3 | [illegible] | 54.3?' |
| L4 | [illegible] | 120.5?' |
| L5 | [illegible] | 50.00' |
| L6 | [illegible] | 142.8?' |
| L7 | [illegible] | 7.41' |

LEGEND

TRC

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | OP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF TERRY L. GARRETT |
| CKD BY: | TRC | |
| DATE: | 8/28/17 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/18/2018 | ADDED DETAIL |
| 0 | 8/28/2017 | CERTIFIED |
| DRAWING: | GR-0180.010 | SHEET NO. 2 OF 3 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the southeast quarter of Section 22, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Terry L. Garrett, recorded in Book 2927, Page 387, Book 954, Page 204 of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a ½ inch iron rod found marking the south quarter corner of said Section 22; THENCE North 00°40'59" West, with the west line of the southeast quarter of said Section 22, a distance of 1320.22 feet, THENCE North 89°19'36" East, with the north line of the southwest quarter of the southeast quarter of said Section 22, a distance of 439.59 feet to the POINT OF BEGINNING;

THENCE South 22°32'55" East, a distance of 1368.75 feet, to a point;

THENCE South 25°29'19" East, a distance of 55.25 feet, to the POINT OF TERMINATION on the south line of said Section 22, from which said ½ inch iron rod found marking the south quarter corner of said Section 22 bears South 89°19'52" West, with the south line of said Section 22, a distance of 972.57 feet, said baseline having a total distance of 1424.00 feet (86.30 rods), said Permanent Easement & Right of Way containing 1.635 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0150.010, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

7-27-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0151.010**

1. **Surface Owner(s):**
   Terry Garrett
   1072 County Road 1230
   Pocasset, OK 73079

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $6,672.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 27, TOWNSHIP 8 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF BEGINNING
BOONER RD.
SECTION 22
SECTION 27
50' WIDE P.E.R.W.
15' WIDE T.W.S.
40' WIDE T.W.S.
POINT OF TERMINATION
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
LEGEND
NOTES
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
DWG BY:
CKD BY:
DATE:
SCALE:
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TERRY LYNN GARRETT
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
J. M. DENNEY
TRC

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 27, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

DETAIL "1"

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 71.85' |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | 150.00' |
| L4 | [illegible] | 60.00' |
| L5 | [illegible] | 173.30' |
| L6 | [illegible] | [illegible] |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

TRC

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>TERRY LYNN GARRETT |
| CKD BY: | TRC | |
| DATE: | 7/19/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/19/2018 | ADDED DETAIL |
| 0 | [illegible]/2017 | CERTIFIED |
| DRAWING: | [illegible] | SHEET NO. 2 OF 3 |

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

**Owner:** Terry Lynn Garrett **TRACT NO. GR-0131.010**

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 27, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Terry Lynn Garrett, recorded in Book 3892, Page 448, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the north quarter corner of said Section 27; THENCE North 89°19'35" East, with the north line of said Section 27, a distance of 972.57 feet to the POINT OF BEGINNING;

THENCE South 25°36'19" East, a distance of 1820.08 feet, to the POINT OF TERMINATION on the south line of the north half of the north half of the south half of the northeast quarter of said Section 27, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the east quarter corner of said Section 27 bears North 89°20'51" East a distance of 894.03 feet, THENCE South 00°42'20" East, with the east line of said Section 27, a distance of 990.55 feet, said baseline having a total distance of 1820.08 feet (110.30 rods), said Permanent Easement & Right of Way containing 2.089 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0131.010, Rev. 1, same date.

8-1-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). GR-0169.010**

1. **Surface Owner(s):**

Chuck's Rig Repair LLC,
if in existence, or if defunct,
its unknown successors, trustees, or assigns
c/o H Craig Pitts
1503 E. 19th Str.,
Edmond, OK 73013

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

Chisholm Trail Farm Credit FCLA
P. O. Box 868
Chickasha, OK 73023

D&H Rig Service, Ltd
941 S. Treadaway
Abilene, TX 79602

Oklahoma Unemployment Tax Commission
P. O. Box 52003
Oklahoma City, OK 73152

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

$ 11,000.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 5 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
T.A.R.
POINT OF COMMENCING
DETAIL
N.T.S.
SEE DETAIL
40' WIDE T.W.S.
10' WIDE T.W.S.
50' WIDE P.E.R.W.
LEGEND
NOTES
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHUCK'S RIG REPAIR, L.L.C.
DWG BY:
CHK BY: TRC
DATE:
SCALE:
REV
DATE
DESCRIPTION
ADDED A.T.W.S. DETAIL
ADDED T.A.R. DETAIL
DRAWING:
SHEET NO. 1 OF 5
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
CHUCK'S RIG REPAIR, L.L.C.
SEE DETAIL
POINT OF TERMINATION
DETAIL
N.T.S.
E 1270 RD.
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
EXISTING PIPELINE
STATUTORY R.O.W.
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHUCK'S RIG REPAIR, L.L.C.
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADDED A.T.W.S. DETAIL
ADDED T.A.R. DETAIL
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 8
SECTION 7
T.A.R. - 22
2107' - 25' WIDE
EASEMENT
1.205 ACRES
CHUCK'S RIG REPAIR, L.L.C.
NOTE:
SEE SHEET 1 OF 5 FOR
NOTES SIGNATURE,
AND SEAL.
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHUCK'S RIG REPAIR, L.L.C.
DWG BY:
CHK BY:
DATE:
SCALE: 1" = 400'
REV

| T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 47.80' |
| L2 | [illegible] | 74.20' |
| L3 | [illegible] | 103.30' |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | 131.58' |
| L6 | S01°15'13"E | [illegible] |
| L7 | S01°12'47"E | 80.47' |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | [illegible] |
| L13 | S01°21'38"E | [illegible] |
| L14 | [illegible] | 149.44' |
| L15 | [illegible] | 117.81' |

| T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | [illegible] | 67.07' |
| L17 | [illegible] | 38.70' |
| L18 | [illegible] | 22.27' |
| L19 | [illegible] | [illegible] |
| L20 | [illegible] | [illegible] |
| L21 | [illegible] | [illegible] |
| L22 | [illegible] | [illegible] |
| L23 | [illegible] | 40.76' |
| L24 | N90°00'00"E | [illegible] |
| L25 | N90°00'00"E | 102.80' |
| L26 | [illegible] | [illegible] |
| L27 | [illegible] | [illegible] |
| L28 | [illegible] | [illegible] |
| L29 | [illegible] | 37.04' |

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 8
SECTION 7
GR-0190.010
CHUCK'S RIG REPAIR, L.L.C.
BOOK 3800, PAGE 101
NOTE:
SEE SHEET 1 OF 5 FOR
NOTES SIGNATURE,
AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CHUCK'S RIG REPAIR, L.L.C.
ADDED A.T.W.S. DETAIL
ADDED T.A.R. DETAIL
GRAPHIC SCALE IN FEET

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the west half and the east half of Section 7, Township 8 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chuck's Rig Repair, L.L.C., recorded in Book 3906, Page 101, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 7; THENCE North 00°32'41" West with the west line of said Section 7, a distance of 1775.71 feet; THENCE South 62°24'33" East with the north boundary of the subject tract, a distance of 1027.80 feet; THENCE South 60°54'28" East continuing with the north boundary of the subject tract, a distance of 408.50 feet; THENCE North 89°18'27" East continuing with the north boundary of the subject tract, a distance 774.27 feet to the POINT OF BEGINNING on the northerly boundary line of said subject tract;

THENCE South 61°30'24" East, a distance of 539.51 feet, to a point;

THENCE South 53°52'10" East, a distance of 152.07 feet, to a point;

THENCE South 45°11'00" East, a distance of 1929.69 feet, to the POINT OF TERMINATION on the northwesterly right-of-way line of State Highway 92, from which a 1/2 inch iron rod found marking the southeast corner of said Section 7 bears South 31°51'30" East a distance of 2299.63 feet, said baseline having a total distance of 2621.27 feet (158.86 rods), said Permanent Easement & Right of Way containing 3.009 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 & 2 of 3, drawing number GR-0169.010, Rev. 3, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

**Tract No(s). GR-0170.010**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**
   Chisholm Trail Farm Credit FCLA
   P. O. Box 868
   Chickasha, OK 73023

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $13,427.00 (with GR-0171.010)

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
SEE DETAIL "1" SHEET 2 OF 3
A.T.W.S.
10' WIDE T.W.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
TURNER LAND AND CATTLE, LLC
SEE DETAIL "2" SHEET 2 OF 3
A.T.W.S.
SECTION 7
SECTION 18
SECTION 8
SECTION 17
POINT OF COMMENCEMENT
POINT OF TERMINATION
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TURNER LAND AND CATTLE, LLC
J. M. DENNEY
1454
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC
DWG BY:
CKD BY:
DATE:
SCALE:
REVS
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3

# EXHIBIT "A"

**GRADY COUNTY, OKLAHOMA**
**SECTION 7, TOWNSHIP 6 NORTH,**
**RANGE 6 WEST OF THE INDIAN MERIDIAN**

DETAIL "1"
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S46°04'16"W | 25.00' |
| L2 | S43°11'00"E | 14.50' |
| L3 | S46°00'14"W | 40.00' |
| L4 | S43°11'00"E | 150.00' |
| L5 | S46°49'00"W | 100.00' |
| L6 | N43°11'00"W | 145.86' |
| L7 | N46°00'14"E | 100.01' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L8 | S09°23'38"W | 65.00' |
| L9 | N30°45'00"W | 30.57' |
| L10 | S00°09'23"W | 50.00' |
| L11 | N05°45'00"W | 63.62' |
| L12 | N29°04'10"W | 40.86' |
| L13 | N89°33'43"E | 60.00' |
| L14 | S29°04'16"E | 80.86' |

DETAIL "2"
N.T.S.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | PIPELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

TRC
10000 Park Ten Place
Houston, TX 77084
(281) 616-0000

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF TURNER LAND AND CATTLE, LLC | |
| CKD BY: | TRC | | |
| DATE: | 8/6/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 1 | 7/18/2018 | ADDED DETAIL | |
| 0 | 10/16/2017 | CERTIFIED | |
| DRAWING: | GR-0170.010 | SHEET NO. 2 OF 3 | |





**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 7, Township 6 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Turner Land and Cattle, LLC, recorded in Book 4560, Page 556, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the south quarter corner of said Section 7; THENCE North 89°51'33" East a distance of 2412.39 feet to the POINT OF BEGINNING on the southeasterly right-of-way of State Highway 92;

THENCE South 45°11'00" East, a distance of 647.05 feet, to a point;

THENCE South 28°04'17" East, a distance of 1324.67 feet, to a point;

THENCE South 00°40'00" East, a distance of 136.94 feet, to the POINT OF TERMINATION on the south line of said Section 7, from which a 1/2 inch iron rod found marking the southeast corner of said Section 7 bears North 89°26'52" East a distance of 181.39 feet, said baseline having a total distance of 2108.66 feet (127.80 rods), said Permanent Easement & Right of Way containing 2.420 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0170.010, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1494 OKLAHOMA

5-9-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1494
Firm License No. 144

Date:

**Tract No(s).GR-0171.010**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**
   Chisholm Trail Farm Credit FCLA
   P. O. Box 868
   Chickasha, OK 73023

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0170.010

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 18, TOWNSHIP 8 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
SECTION 7
SECTION 18
SECTION 8
SECTION 17
24' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
10' WIDE T.W.S.
TURNER LAND AND CATTLE, LLC
POINT OF TERMINATION
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES:
LEGEND:
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TURNER LAND AND CATTLE, LLC
DESCRIPTION
ADDED DIMENSION
REROUTE & WORKSPACE DETAIL
J. M. DENNEY
1404
OKLAHOMA
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 18, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 7
SECTION 8
SECTION 18
SECTION 17
DISTANCE
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
TURNER LAND AND CATTLE, LLC
DESCRIPTION
ADDED DIMENSION
REROUTE & WORKSPACE DETAIL
TRC
GRAPHIC SCALE IN FEET

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of Section 18, Township 8 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Turner Land and Cattle, LLC, recorded in Book 4560, Page 556, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 iron rod found marking the northeast corner of said Section 18; THENCE South 89°26'52" West, with the north line of said Section 18, a distance of 181.39 feet to the POINT OF BEGINNING;

THENCE South 00°40'00" East, a distance of 194.62 feet, to a point;

THENCE South 45°40'00" East, a distance of 98.32 feet, to a point;

THENCE South 00°21'28" East, a distance of 1055.36 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of the northeast quarter of said Section 18, from which a 1/2 inch iron rod with plastic cap found marking the east quarter corner of said Section 18 bears North 89°25'13" East, with the south line of the northeast quarter of the northeast quarter of said Section 18, a distance of 67.56 feet, THENCE South 00°40'01" East, with the east line of said Section 18, a distance of 1319.32 feet, said baseline having a total distance of 1348.30 feet (81.72 rods), said Permanent Easement & Right of Way containing 1.548 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0171.010, Rev. 3, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
5-29-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0186.010**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**

   Chisholm Trail Farm Credit FCLA
   P. O. Box 868
   Chickasha, OK 73023

   Martin Farms, Inc.
   1718 CR 1280
   Amber OK 73004

   Cardinal Midstream III, LLC
   c/o Capitol Corporate Services, Inc.,
   206 E. 9th St., Ste 1300
   Austin TX 78701

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $16,189.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 29, TOWNSHIP 8 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
SECTION 20
SECTION 29
SEE DETAIL "1" SHEET 2 OF 3
GRANT A. TURNER AND TIFFANY D. TURNER
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
POINT OF TERMINATION
SECTION 32
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
GRANT A. TURNER AND TIFFANY D. TURNER
ADDED DETAIL
CERTIFIED
GRAPHIC SCALE IN FEET

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 29, TOWNSHIP 8 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

DETAIL "C"

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 71.8?' |
| L2 | [illegible] | 50.04' |
| L3 | [illegible] | 150.00' |
| L4 | [illegible] | 50.00' |
| L5 | [illegible] | 50.45' |
| L6 | [illegible] | 50.15' |
| L7 | [illegible] | 50.50' |

LEGEND

NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | OR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF GRANT A. TURNER AND TIFFANY D. TURNER |
| CKD BY: | TRC | |
| DATE: | 7/16/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/16/2018 | ADDED DETAIL |
| 0 | 9/18/2017 | CERTIFIED |
| DRAWING: | GR-01??.010 | SHEET NO. 2 OF 6 |

TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of Section 29, Township 8 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Grant A. Turner and Tiffany D. Turner, recorded in Book 4172, Page 188, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail with washer stamped "TRC CA #144 " set marking the north quarter corner of said Section 29; THENCE North 89°18'46" East, with the north line of said Section 29, a distance of 554.41 feet to the POINT OF BEGINNING;

THENCE South 25°55'35" East, a distance of 71.95 feet, to a point;

THENCE South 25°55'42" East, a distance of 4825.91 feet, to the POINT OF TERMINATION on the east line of said Section 29 from which a railroad spike found marking the southeast corner of said Section 29 bears South 00°40'51" East, with the east line of said Section 29, a distance of 850.46 feet, said baseline having a total distance of 4897.86 feet (296.84 rods), said Permanent Easement & Right of Way containing 5.622 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0186.010, Rev. 1, same date.

6-1-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). GR-0190.010**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**
   Chisholm Trail Farm Credit FCLA
   P. O. Box 868
   Chickasha, OK 73023

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 8,350.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 33, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
THE TURNER FAMILY REVOCABLE TRUST
10' WIDE T.W.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
POINT OF TERMINATION
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
THE TURNER FAMILY REVOCABLE TRUST
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
J. M. DENNEY
1434
TRC

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 33, TOWNSHIP 8 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

DETAIL "A"

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | S89°02'46"E | [illegible] |
| L3 | S89°02'44"E | [illegible] |
| L4 | S84°57'10"W | 50.00' |
| L5 | N89°02'44"W | 100.16' |
| L6 | N00°58'08"W | 61.70' |
| L7 | N00°36'21"W | 40.02' |
| L8 | S89°02'44"E | [illegible] |
| L9 | N84°57'10"E | 50.00' |
| L10 | S89°02'44"E | [illegible] |
| L11 | S14°07'46"E | [illegible] |
| L12 | S75°52'14"W | 50.00' |
| L13 | N14°07'46"W | 100.00' |
| L14 | N89°02'45"W | 100.00' |

LEGEND

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: CP | | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>THE TURNER FAMILY REVOCABLE TRUST |
| CKD BY: TRC | | |
| DATE: [illegible] | | |
| SCALE: N.T.S. | | |
| REV# | DATE | DESCRIPTION |
| 1 | [illegible] | ADDED DETAIL |
| 0 | [illegible] | CERTIFIED |
| DRAWING: [illegible] | | SHEET NO. [illegible] OF [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of Section 33, Township 5 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to The Turner Family Revocable Trust, recorded in Book 4128, Page 572, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a MAG nail with shiner found marking the north quarter corner of said Section 33; THENCE South 00°35'21" East, with the west line of the northeast quarter of said Section 33, a distance of 1818.74 feet to the POINT OF BEGINNING;**

**THENCE South 85°02'45" East, a distance of 227.83 feet, to a point;**

**THENCE South 14°07'46" East, a distance of 2264.41 feet, to the POINT OF TERMINATION on the south line of the north half of the southeast quarter of said Section 33, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the east quarter corner of said Section 33 bears North 89°18'17" East a distance of 1925.70 feet to the southeast corner of the north half of the southeast quarter of said Section 33, THENCE North 00°34'21" West, with the west line of said Section 33, a distance of 1318.74 feet, said baseline having a total distance of 2492.24 feet (151.04 rods), said Permanent Easement & Right of Way containing 2.861 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 of 1, drawing number GR-0190.010, Rev. 1, same date.**

8-1-18

**James Michael Denney** **Date:**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1484**
**Firm License No. 144**

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1484 OKLAHOMA

**Tract No(s). GR-0192.010**

1. **Surface Owner(s):**

   DISMISSED

2. **Other Persons-in-Interest:**

   JP Morgan Chase Bank
   4 New York Place
   6th Floor
   New York, New York 10004

   Farm Credit of Western Oklahoma
   P. O. Box 790
   Tuttle, Oklahoma 73089

   GTP Acquisition Partners II, LLC
   c/o The Corporation Company
   1833 S. Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,419.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 4, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF TERMINATION
VIA TCN TRANSPORT
PAUL J. BROWN AND KAY L. BROWN
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF T.W.S.
TOTAL AREA OF A.T.W.S.
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
NOTES
J. M. DENNEY
1434
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
PAUL J. BROWN AND KAY L. BROWN
DWG BY:
CKD BY:
DATE:
SCALE:
REVS
DATE
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
TRC

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 4, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

DETAIL "1"
1" = 200'

DETAIL "2"
1" = 300'

DETAIL "3"
1" = 300'

DETAIL "4"
1" = 100'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N89°17'55"E | 127.88' |
| L2 | S57°24'20"E | 48.94' |
| L3 | N89°21'11"E | 81.21' |
| L4 | S57°24'20"E | 72.71' |
| L5 | S32°35'40"W | 50.00' |
| L6 | N57°24'20"W | 150.09' |
| L7 | S23°05'36"E | 118.09' |
| L8 | N66°54'36"E | 50.00' |
| L9 | S23°05'23"E | 200.00' |
| L10 | S66°54'37"W | 50.00' |
| L11 | N23°05'36"W | 200.00' |
| L12 | S00°57'03"E | 78.90' |
| L13 | N89°44'24"W | 100.48' |
| L14 | N89°44'20"W | 12.57' |
| L15 | S30°15'36"W | 50.00' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | N89°44'24"W | 189.14' |
| L17 | N23°05'23"W | 268.07' |
| L18 | N66°54'36"E | 25.00' |
| L19 | S23°05'23"E | 217.81' |
| L20 | S57°44'24"E | 181.47' |
| L21 | S00°57'03"E | 118.69' |
| L22 | S00°57'02"E | 18.97' |
| L23 | N24°52'22"W | 17.84' |
| L24 | N89°07'57"E | 7.89' |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

TRC
10050 Rock Tree Place
Houston, TX 77064
(281) 000-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF PAUL J. BROWN AND KAY L. BROWN |
| CKD BY: | TRC | |
| DATE: | 8/11/2017 | |
| SCALE: | N.T.S. | |
| REVS | DATE | DESCRIPTION |
| 1 | 7/30/2018 | ADDED DETAILS |
| 0 | 11/7/2017 | CERTIFIED |
| DRAWING: | GR-0100.010 | SHEET NO. 2 OF 3 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 4, Township 7 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Paul J. Brown and Kay L. Brown, recorded in Book 3497, Page 583, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a railroad spike found marking the north quarter corner of said Section 4; THENCE North 89°17'59" East, with the north line of said Section 4, a distance of 1560.91 feet to the POINT OF BEGINNING;

THENCE South 57°24'20" East, a distance of 398.38 feet, to a point;

THENCE South 51°25'42" East, a distance of 302.79 feet, to a point;

THENCE South 23°05'23" East, a distance of 1341.81 feet, to a point;

THENCE South 59°44'24" East, a distance of 244.01 feet, to the POINT OF TERMINATION on the east line of said Section 4, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the northeast corner of said Section 4 bears North 00°57'02" West, with the east line of said Section 4, a distance of 1776.58 feet, said baseline having a total distance of 2286.99 feet (138.61 rods), said Permanent Easement & Right of Way containing 2.625 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0192.010, Rev. 1, same date.

PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 REGISTERED OKLAHOMA

8-1-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s).GR-0192.020**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**

   Farm Service Agency,
   U.S. Department of Agriculture
   828 W Choctaw
   Chickasha, OK 73018
   c/o Robert J. Troester, U.S. Attorney
   210 West Park Avenue, Suite 400
   Oklahoma City, Oklahoma 73102

   and

   U.S. Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   Chisholm Trail Farm Credit PCA
   PO Box 868
   Chickasha, OK 73023

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $3,560.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 3, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF BEGINNING
SEE DETAIL "1" SHEET 2 OF 3
50' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.
POINT OF TERMINATION
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
GRANT ALLEN TURNER
J. M. DENNEY 1434
TRC

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 3, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 75.07' |
| L2 | [illegible] | 45.25' |
| L3 | [illegible] | 200.00' |
| L4 | [illegible] | 50.00' |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | 16.07' |
| L7 | [illegible] | 42.31' |
| L8 | [illegible] | 40.52' |
| L9 | [illegible] | 75.15' |
| L10 | [illegible] | 50.50' |
| L11 | [illegible] | 77.75' |
| L12 | [illegible] | 169.57' |
| L13 | [illegible] | 50.00' |
| L14 | [illegible] | 137.87' |
| L15 | [illegible] | 62.85' |

LEGEND

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP. | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF GRANT ALLEN TURNER |
| CKD BY: | TRC | |
| DATE: | 7/20/18 | |
| SCALE: | N.T.S. | |
| REVS | DATE | DESCRIPTION |
| 1 | 7/20/2018 | ADDED DETAIL |
| 0 | 8/10/2017 | CERTIFIED |
| DRAWING: | GR-01[illegible] | SHEET NO. 2 OF 3 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the northwest quarter of Section 8, Township 7 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Grant Allen Turner, recorded in Book 5623, Page 220, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the northwest corner of said Section 8; THENCE South 00°57'02" East with the west line of said Section 8 a distance of 1776.56 feet to the POINT OF BEGINNING;

THENCE South 59°44'24" East, a distance of 105.01 feet, to a point;

THENCE South 24°52'23" East, a distance of 906.64 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of said Section 8, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the west quarter corner of said Section 8 bears South 89°16'23" West, with the south line of the northwest quarter of said Section 8, a distance of 457.84 feet, said baseline having a total distance of 1011.65 feet (61.32 rods), said Permanent Easement & Right of Way containing 1.161 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0192.020, Rev. 1, same date.

[signature] 5·1·18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1484 OKLAHOMA

**Tract No(s). GR-0196.010**

1. **Surface Owner(s):**

    Norman G. Sloan and Marilyn G. Sloan, Trustees of the Norman G. Sloan Grantor Trust dated September 13, 1995, and any amendments thereto,
    11434 S. Yale
    Tulsa, OK 74137

2. **Other Persons-in-Interest:**

    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3. **Legal Description:**
    *See* attached plat.

4. **Just Compensation:**
    $5,511.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 10
SECTION 15
E 1290 RD.
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
SECTION 15
SECTION 14
POINT OF
TERMINATION
MIDSHIP PIPELINE COMPANY, LLC
DATE
DESCRIPTION
4
ADDED T.A.R. WIDTH & AREA
3
ADDED DETAILS
DRAWING:
SHEET NO. 1 OF 3
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
J. M.
DENNEY
1434
OKLAHOMA

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
L1
L2
L3
L4
L5
L8
FND. RAILROAD SPIKE NE COR., SEC. 15
L12
L13
L14
L11
L15
L16
L17
L18
L19
L20
L21
L25
T.A.R. 
141'
LEGEND
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
DWN BY: CR
CKD BY: TRC
SCALE: N.T.S.
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
THE NORMAN G. SLOAN GRANTOR TRUST
REVS
DATE
DESCRIPTION
4
ADDED T.A.R. WIDTH & AREA
3
ADDED DETAILS
DRAWING:
SHEET NO. 2 OF 3
TRC

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 72.60' |
| L2 | S27°08'15"E | [illegible] |
| L3 | S27°08'15"E | 117.57' |
| L4 | S27°08'14"E | 88.19' |
| L5 | [illegible] | 50.00' |
| L6 | N27°08'14"W | [illegible] |
| L7 | N27°08'15"W | 142.45' |
| L8 | [illegible] | [illegible] |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L9 | N89°03'01"E | 38.04' |
| L10 | S27°08'15"E | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | 0.71' |
| L13 | [illegible] | 1.11' |
| L14 | [illegible] | 1.37' |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | 1.18' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L17 | [illegible] | 1.12' |
| L18 | [illegible] | [illegible] |
| L19 | [illegible] | 1.11' |
| L20 | [illegible] | 1.11' |
| L21 | [illegible] | [illegible] |
| L22 | [illegible] | [illegible] |
| L23 | N27°08'15"W | 44.45' |
| L24 | N27°08'15"W | [illegible] |

| T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L25 | [illegible] | 141.57' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of Section 15, Township 7 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to The Norman G. Sloan Grantor Trust, recorded in Book 5252, Page 180, and Book 5213, Page 396 of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail with washer stamped "TRC CA #144" set marking the north quarter corner of said Section 15; THENCE North 89°08'01" East, with the north line of said Section 15, a distance of 1535.64 feet to the POINT OF BEGINNING;

THENCE South 27°09'15" East, a distance of 1472.46 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of the northeast quarter of said Section 15, from which a railroad spike found marking the northeast corner of said Section 15 bears North 89°09'38" East, with the south line of the northeast quarter of the northeast quarter of said Section 15, a distance of 443.14 feet, THENCE North 00°42'54" West, with the east line of said Section 15, a distance of 1320.99 feet, said baseline having a total distance of 1472.46 feet (89.24 rods), said Permanent Easement & Right of Way containing 1.690 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0196.010, Rev. 4, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
8-25-18

**Tract No(s). GR-0197.010**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**
   Farm Credit of Western Oklahoma FLCA
   P. O. Box 790
   Tuttle, OK 73089

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $3,555.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 10
SECTION 15
E 1530 RD.
SECTION 15
SECTION 14
BOOK 4179, PAGE 88
TOTAL DISTANCE ACROSS PROPERTY:
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
GOYO A. GARCIA AND LINDSEE R. GARCIA
DWG BY:
CHK BY:
DATE:
SCALE:
REVS
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
TRC

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | 200.00' |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | 200.00' |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |

**Cheniere Midstream** | **EXHIBIT "A"** | **MIDSHIP Mainline**

Owner: Goyo A. Garcia and Lindsie R. Garcia | TRACT NO. GR-0197.010

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 15, Township 7 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Goyo A. Garcia and Lindsie R. Garcia, recorded in Book 5008, Page 38, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a railroad spike found marking the northeast corner of said Section 15; THENCE South 00°42'54" East, with the east line of said Section 15, a distance of 1320.39 feet, THENCE South 89°03'38" West, with the north line of the southeast quarter of the northeast quarter of said Section 15, a distance of 443.14 feet to the POINT OF BEGINNING;**

**THENCE South 27°09'15" East, a distance of 787.58 feet, to the POINT OF TERMINATION on a southeasterly line of the subject tract, from which a 1/2 inch iron rod found marking the east quarter corner of said Section 15 bears North 89°17'06" East a distance of 92.47 feet, THENCE South 00°42'54" East, with the east line of said Section 15, a distance of 614.22 feet, said baseline having a total distance of 787.58 feet (47.73 rods), said Permanent Easement & Right of Way containing 0.904 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0197.010, Rev. 1, same date.**

[signature] 8-1-18

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1484 OKLAHOMA

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1484**
**Firm License No. 144**

**Date:**

**Tract No(s). GR-0210.010**

1. **Surface Owner(s):**
   Phillip S. Schmidt and Kambi K. Schmidt
   1823 State Hwy 39,
   Blanchard, OK 73010

2. **Other Persons-in-Interest:**

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $6,955.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 36, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
STATE HWY. 39
POINT OF COMMENCING
POINT OF BEGINNING
POINT OF TERMINATION
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
PHILLIP S. SCHMIDT AND KAREN K. SCHMIDT
DESCRIPTION
REVISED OWNER AS REQUESTED
REVISED A.T.W.S. AND ADDED DETAIL
GRAPHIC SCALE IN FEET
LEGEND
NOTES
TRC

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | 400.00' |
| L3 | [illegible] | 77.[illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | 17.07' |
| L6 | [illegible] | [illegible] |

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | 107.[illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | 14.77' |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | 271.0[illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the northwest quarter of Section 36, Township 7 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Phillip S. Schmidt, recorded in Book 8210, Page 376, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail found marking the northwest corner of said Section 36; THENCE South 88°07'36" East a distance of 1489.42 feet to the POINT OF BEGINNING on the south right of way line of Highway 39, and the north line of the subject tract;

THENCE South 22°54'29" East, a distance of 930.78 feet, to a point;
THENCE South 27°30'18" East, a distance of 813.35 feet, to a point;

THENCE South 37°19'36" East, a distance of 140.87 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of the northwest quarter of said Section 36, from which a PK nail found marking the north quarter corner of said Section 36 bears North 89°15'46" East, with the south line of the northeast quarter of the northwest quarter of said Section 36, a distance of 627.57 feet, THENCE North 00°44'14" West, with the east line of the northwest quarter of said Section 36, a distance of 1319.18 feet, said baseline having a total distance of 1885.00 feet (53.94 rods), said Permanent Easement & Right of Way containing 1.530 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0210.010, Rev. 2, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-24-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0289.010**

1. **Surface Owner(s):**

John H Mason and Martha Mason
1400 Tilden Street
Wichita Falls, TX 76309

2. **Other Persons-in-Interest:**
Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
$6,467.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 6 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
LAFLIN CREEK RD.
POINT OF COMMENCING
SECTION 17
SECTION 20
FND. PK NAIL
40' WIDE T.W.S.
JOHN H. MASON AND MARTHA MASON
COUNTRY ST. 2940
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
JOHN H. MASON AND MARTHA MASON
DESCRIPTION
CORRECT AREA TABLE
ADDED T.A.R. DETAIL
DRAWING:
SHEET NO. 1 OF 3
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 6 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the northwest quarter of Section 20, Township 6 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to John H. Mason and Martha Mason, recorded in Book 4174, Page 204, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 60D nail found marking the northwest corner of said Section 20; THENCE North 89°06'24" East, with the north line of said Section 20, a distance of 1268.23 feet to the POINT OF BEGINNING;

THENCE South 04°36'54" East, a distance of 822.64 feet, to a point;

THENCE South 72°25'30" East, a distance of 701.91 feet, to the POINT OF TERMINATION on the east line of the west half of the northeast quarter of the northwest quarter of said Section 20, from which a 1/2 inch iron rod found marking the north quarter corner of said Section 20 bears North 00°41'34" West, with the east line of the west half of the northeast quarter of the northwest quarter of said Section 20, a distance of 1043.26 feet, THENCE North 89°06'24" East, with the north line of said Section 20, a distance of 663.01 feet, said baseline having a total distance of 1524.55 feet (92.40 rods), said Permanent Easement & Right of Way containing 1.750 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number GR-0289.010, Rev. 3, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

Date: 5-30-18

**Tract No(s). GR-0310.000**

1. **Surface Owner(s):**

   First National Bank and Trust Company,
   Corporate Trustee of the James L. McElvany and Linda R. McElvany Irrevocable Trust I dated the 28th day of December, 2012,
   302 Chickasha Ave,
   Chickasha, OK 73018

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $6,550.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
VICINITY MAP
N.T.S.
POINT OF TERMINATION
40' WIDE T.W.S.
10' WIDE T.W.S.
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: OP
CKD BY: TRC
MIDSHIP MAINLINE PROJECT
ACROSS THE PROPERTY OF
REV DATE DESCRIPTION
1 ADDED DETAIL
0 11/8/2017 CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
J. M. DENNEY
1434
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 8, TOWNSHIP 8 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
L8
L14
L7
L9
L11
L15
L6
L16
L12
L5
L10
L4
L3
L2
L1
DETAIL "1"
N.T.S.
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
SECTION LINE NOT SCALABLE
PROPERTY LINE
PIPELINE
EXISTING PIPELINE
STATUTORY R.O.W.
TRC
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CP
CKD BY: TRC
DATE: 7/9/18
SCALE: N.T.S.
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
REV# DATE DESCRIPTION
1 7/23/2018 ADDED DETAIL
0 11/8/2017 CERTIFIED
DRAWING: GR-0310.000
SHEET NO. 2 OF 3

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°10'11"W | 74.25' |
| L2 | N59°45'17"W | 949.75' |
| L3 | S89°49'15"W | 50.00' |
| L4 | N30°11'44"W | 113.49' |
| L5 | N00°00'00"E | [illegible] |
| L6 | S89°41'16"E | 17.27' |
| L7 | N00°15'46"E | [illegible] |
| L8 | N89°41'14"E | 50.00' |
| L9 | S00°29'09"E | 200.00' |
| L10 | S00°29'09"E | 102.29' |
| L11 | S59°45'17"E | 69.59' |
| L12 | [illegible] | 61.59' |
| L13 | N00°29'09"W | 200.00' |
| L14 | N89°31'51"E | 75.00' |
| L15 | S00°29'09"E | 200.00' |
| L16 | S89°31'51"W | 75.00' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the east half of Section 8, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to the First National Bank and Trust Company, Chickasha, Oklahoma, Trustee of the James L. McElvany and Linda R. McElvany Irrevocable Trust I, recorded in Book 4567, Page 89, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at the east quarter corner of said Section 8, from which corner a 1/2 inch iron rod with cap stamped "TRC CA #144" set for witness bears South 00°59'42" East, a distance of 400.00 feet; THENCE North 41°35'41" West a distance of 772.41 feet to the POINT OF BEGINNING on the centerline of the current channel of the Washita River;

THENCE South 00°28'09" East, a distance of 1065.05 feet, to a point;

THENCE South 29°45'17" East, a distance of 965.28 feet, to the POINT OF TERMINATION on the south line of the north half of the southeast quarter of said Section 8, from which a 5/8 inch iron rod found marking the southeast corner of said Section 8 bears North 89°10'10" East a distance of 48.06 feet to the southeast corner of the north half of the southeast quarter of said Section 8, THENCE South 00°59'54" East, with the east line of said Section 8, a distance of 1322.88 feet, said baseline having a total distance of 2028.33 feet (122.93 rods), said Permanent Easement & Right of Way containing 2.328 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0310.000, Rev. 1, same date.

[Signature] 3/31/18

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0312.010**

1. **Surface Owner(s):**

   Lyndel D. Shelby and Lanelle Shelby
   4980 Fig Ave.,
   Ireton, IA 51027

2. **Other Persons-in-Interest:**

   Chris Witt and Chancey Witt
   1595 County Rd., 1440,
   Ninnekah, OK 73067

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $9,820.00



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 16, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
40' WIDE T.W.S.
OLD BRADLEY HIGHWAY
POINT OF TERMINATION
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
NOTES
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
LYNDEL D. SHELBY AND LANELLE SHELBY
DESCRIPTION
REVISED T.A.R. DETAIL
ADDED DETAILS
DRAWING:
SHEET NO. 1 OF 4
J. M. DENNEY
1434
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 18, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
40' WIDE T.W.S.
10' WIDE T.W.S.
20' WIDE T.W.S.
50' WIDE T.W.S.
14' WIDE T.W.S.
DETAIL "1"
N.T.S.
DETAIL "2"
N.T.S.
DETAIL "3"
N.T.S.
DETAIL "4"
N.T.S.
C1
L18
1,021'
T.A.R.-34
30' WIDE
EASEMENT
0.073 ACRES
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
L11
40' WIDE T.W.S.
NOTE:
1. SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 3 OF 4 FOR LINE AND CURVE TABLES.
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
MIDSHIP PIPELINE COMPANY, LLC
DWN BY: CP
CKD BY: TRC
DATE:
SCALE: N.T.S.
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
LYNDEL D. SHELBY AND LANELLE SHELBY
REV# DATE DESCRIPTION
2 REVISED T.A.R. DETAIL
1 ADDED DETAILS
DRAWING:
SHEET NO. 2 OF 4
TRC

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 16, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S00°41'11"W | 38.01' |
| L2 | S00°41'11"W | 209.50' |
| L3 | N89°19'50"W | 50.00' |
| L4 | N00°41'11"E | 108.89' |
| L5 | N89°05'52"E | 50.02' |
| L6 | N00°41'11"E | 1.49' |
| L7 | N89°18'18"W | 29.29' |
| L8 | N45°30'38"W | 40.91' |
| L9 | N00°41'18"E | 133.01' |
| L10 | S89°18'50"E | 50.00' |
| L11 | S00°41'11"W | 180.05' |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L12 | N00°22'48"E | 720.04' |
| L13 | N00°18'11"W | 287.18' |
| L14 | N00°18'11"W | 63.82' |
| L15 | N89°05'52"E | 241.77' |

| T.A.R. CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
| C1 | 78.55 | 50.00 | 090°00'00" | N44°30'51"E | 70.98' |

NOTE:
1. SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 2 OF 4 FOR DETAILS.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWN BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF LYNDELL D. SHELBY AND LANELLE SHELBY |
| CKD BY: | TRC | |
| DATE: | 3/22/18 | |
| SCALE: | N.T.S. | |
| REVS | DATE | DESCRIPTION |
| 2 | 8/8/2018 | REVISED T.A.R. DETAIL |
| 1 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | GR-0212.010 | SHEET NO. 3 OF 4 |

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 18, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Lyndel D. Shelby and Lenelle Shelby, recorded in Book 5195, Page 121, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 3/8 inch iron rod found marking the northwest corner of said Section 18; THENCE North 89°23'48" East, with the north line of said Section 18, a distance of 690.56 feet to the POINT OF BEGINNING;**

**THENCE South 19°45'17" East, a distance of 777.23 feet, to a point;**

**THENCE South 00°41'11" West, a distance of 1902.28 feet, to the POINT OF TERMINATION on the centerline of an abandoned railroad and the southwest line of the subject tract, from which a 3/8 inch iron rod with cap found marking the west quarter corner of said Section 18 bears South 85°13'24" West a distance of 1009.68 feet, said baseline having a total distance of 2679.51 feet (162.39 rods), said Permanent Easement & Right of Way containing 3.076 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number GR-0812.010, Rev. 2, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1484 OKLAHOMA

8-23-18

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1484**
**Firm License No. 144**

**Date:**

**Tract No(s). GR-0313.010**

1. **Surface Owner(s):**

Melford Scott and Margaret L. Scott,
Trustees of the Melford Scott and Margaret L. Scott Revocable Trust dated the 7th day of July, 2005,
271 US Hwy 277
Cement, OK 73011

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

$9,762.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 16, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
ABANDONED RAILROAD
OLD BRADLEY HIGHWAY
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE P.E.R.W.
A.T.W.S.
T.A.R.
POINT OF TERMINATION
TOTAL DISTANCE ACROSS PROPERTY
TOTAL AREA OF P.E.R.W.
TOTAL AREA OF T.W.S.
TOTAL AREA OF A.T.W.S.
NOTES
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1494
OKLAHOMA
DWG BY: CP
CKD BY: TRC
SCALE: 1" = 500'
REV# DATE DESCRIPTION
REVISED T.A.R. DETAIL
REVISED T.A.R. DETAIL
DRAWING:
SHEET NO. 1 OF 4
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 16, TOWNSHIP 5 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
OLD BRADLEY HIGHWAY
ABANDONED RAILROAD
T.A.R. - 34
20' WIDE EASEMENT
T.A.R. - 35
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
GRAPHIC SCALE IN FEET
REVISED T.A.R. DETAIL

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 16, TOWNSHIP 5 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 45.40' |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | S02°01'40"E | 200.44' |
| L5 | [illegible] | 114.[illegible] |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | 170.[illegible] |
| L12 | [illegible] | [illegible] |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | [illegible] |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | [illegible] |
| L19 | [illegible] | [illegible] |
| L20 | [illegible] | [illegible] |
| L21 | [illegible] | [illegible] |
| L22 | [illegible] | [illegible] |
| L23 | [illegible] | [illegible] |
| L24 | [illegible] | [illegible] |
| L25 | [illegible] | [illegible] |
| L26 | [illegible] | [illegible] |
| L27 | [illegible] | [illegible] |
| L28 | [illegible] | [illegible] |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L29 | [illegible] | [illegible] |
| L30 | [illegible] | [illegible] |
| L31 | [illegible] | [illegible] |
| L32 | [illegible] | [illegible] |
| L33 | [illegible] | [illegible] |
| L34 | [illegible] | [illegible] |
| L35 | [illegible] | [illegible] |
| L36 | [illegible] | [illegible] |
| L37 | [illegible] | [illegible] |
| L38 | [illegible] | [illegible] |
| L39 | [illegible] | [illegible] |
| L40 | [illegible] | [illegible] |
| L41 | [illegible] | [illegible] |
| L42 | [illegible] | [illegible] |
| L43 | [illegible] | [illegible] |

LEGEND:

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

TRC
Houston, TX

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | GP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF [illegible] |
| CKD BY: | TRC | |
| DATE: | [illegible] | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| [illegible] | [illegible] | REVISED T.A.R. DETAIL |
| 2 | [illegible] | REVISED T.A.R. DETAIL |
| DRAWING: | [illegible] | SHEET NO. [illegible] OF 4 |

Cheniere Midstream EXHIBIT "A" MIDSHIP Mainline
Owner: Melford L. Scott and Margaret L. Scott Revocable Trust Agreement TRACT NO. GR-0513.010

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the west half of Section 16, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Melford L. Scott and Margaret L. Scott Revocable Living Trust Agreement, recorded in Book 5751, Page 574, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod with red cap found marking the west quarter corner of said Section 16; THENCE North 00°48'19" West with the west line of said Section 16 a distance of 954.65 feet, THENCE South 49°30'38" East with the centerline of an abandoned railroad a distance of 1340.68 feet to the POINT OF BEGINNING;

THENCE South 00°41'11" West, a distance of 1935.45 feet, to a point;

THENCE South 00°49'48" West, a distance of 580.05 feet, to a point;

THENCE South 00°33'02" West, a distance of 212.77 feet, to the POINT OF TERMINATION on the south line of the southwest quarter of said Section 16, from which a 4 inch iron pipe found marking the southwest corner of said Section 16 bears South 89°29'10" West a distance of 935.14 feet, said baseline having a total distance of 2728.27 feet (165.35 rods), said Permanent Easement & Right of Way containing 3.132 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number GR-0513.010, Rev. 3 same date.

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA 8-29-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

Page 4 of 4

**Tract No(s). GR-0314.010**

1. **Surface Owner(s):**

   Connie Gayle Huseman
   1883 N. Main Street
   Alex, OK 73002

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $4,624.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 21, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
40' WIDE T.W.S.
10' WIDE T.W.S.
60' WIDE P.E.R.W.
A.T.W.S.
SEE DETAIL "1"
SHEET 2 OF 3
POINT OF TERMINATION
CONNIE GAYLE HUSEMAN
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
CONNIE GAYLE HUSEMAN
DWG BY:
CKD BY: TRC
DATE:
SCALE: 1" = 300'
REV# DATE DESCRIPTION
1 ADDED DETAIL
0 CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
TRC

# EXHIBIT "A"

**GRADY COUNTY, OKLAHOMA**
**SECTION 21, TOWNSHIP 5 NORTH,**
**RANGE 5 WEST OF THE INDIAN MERIDIAN**

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N70°32'07"W | 25.58' |
| L2 | N70°35'08"W | 15.74' |
| L3 | N70°29'29"W | 25.84' |
| L4 | N04°04'24"E | 84.15' |
| L5 | N86°55'35"W | 50.00' |
| L6 | N04°04'24"E | 176.00' |
| L7 | N85°03'30"E | 52.57' |
| L8 | S85°55'27"E | 31.07' |
| L9 | S04°04'24"W | 250.00' |

LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
PIPELINE
EXISTING PIPELINE
STATUTORY R.O.W.

TRC

NOTE:
SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | OP | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>CONNIE GAYLE HUSEMAN |
| CKD BY: | TRC | |
| DATE: | 7/25/18 | |
| SCALE: | N.T.S. | |
| REVS | DATE | DESCRIPTION |
| 1 | 7/25/2018 | ADDED DETAIL |
| 0 | 9/19/2017 | CERTIFIED |
| DRAWING: | GR-0314.018 | SHEET NO. 2 OF 5 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 21, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Connie Gayle Huseman, recorded in Book 3298, Page 154, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at an iron pipe fence post found marking the northwest corner of said Section 21; THENCE North 89°23'10" East, with the north line of said Section 21, a distance of 985.14 feet to the POINT OF BEGINNING;

THENCE South 00°38'02" West, a distance of 256.32 feet, to a point;

THENCE South 02°18'39" West, a distance of 916.72 feet, to a point;

THENCE South 04°04'24" West, a distance of 303.29 feet, to the POINT OF TERMINATION on the centerline of Roaring Creek, from which a 1/2 inch iron rod found marking the west quarter corner of said Section 21 bears South 35°10'49" West a distance of 1452.55 feet, said baseline having a total distance of 1476.33 feet (89.47 rods), said Permanent Easement & Right of Way containing 1.694 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0314.010, Rev. 1, same date.

[signature] 1-31-19

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1484 OKLAHOMA

**Tract No(s). GR-0322.010**

1. **Surface Owner(s):**

   Melford L. Scott and Margaret L. Scott,
   Trustees of the Melford L. Scott and
   Margaret L. Scott Revocable Trust
   271 US Hwy 277
   Cement, OK 73011

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,997.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
10' WIDE T.W.S.
40' WIDE T.W.S.
A.T.W.S.
MIDFORD L. SCOTT AND MARGARET L. SCOTT, TRUSTEES OF THE MILFORD L. SCOTT AND MARGARET L. SCOTT REVOCABLE TRUST
SEE SHEET 2 OF 5
MATCHLINE
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CP
CKD BY: TRC
SCALE:
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
REVS
DATE
DESCRIPTION
1
ADDED DETAILS
0
10/2017
CERTIFIED
DRAWING:
SHEET NO. 1 OF 5

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
MATCHLINE
SEE SHEET 1 OF 5
A.T.W.S.
SECTION 29
SECTION 28
A.T.W.S.
A.T.W.S.
WIDE T.W.S.
10' WIDE T.W.S.
50' WIDE P.M.R.W.
A.T.W.S.
POINT OF
TERMINATION
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
DWG BY:
CKD BY:
DATE:
SCALE:
MIDSHIP MAINLINE PROJECT
ACROSS THE PROPERTY OF
DATE
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
NOTE:
1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 4 OF 5 FOR LINE TABLE.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DWG BY: DP
CKD BY: TRC
SCALE: N.T.S.
REVS
DATE
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO. 5 OF 5
TRC

# EXHIBIT "A"

**GRADY COUNTY, OKLAHOMA**
**SECTION 28, TOWNSHIP 5 NORTH,**
**RANGE 5 WEST OF THE INDIAN MERIDIAN**

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°15'27"W | 65.01' |
| L2 | S00°01'10"W | 1,084.58' |
| L3 | S00°01'09"W | 200.00' |
| L4 | N89°58'50"W | 25.00' |
| L5 | N00°01'09"E | 200.00' |
| L6 | S89°58'53"E | 25.00' |
| L7 | S89°15'50"W | 66.01' |
| L8 | N00°01'10"E | 57.30' |
| L9 | N89°58'51"W | 50.00' |
| L10 | N00°01'09"E | 200.00' |
| L11 | S89°58'50"E | 50.00' |
| L12 | S00°01'09"W | 200.00' |
| L13 | N00°01'10"E | 768.58' |
| L14 | N89°58'51"W | 50.00' |
| L15 | N00°01'09"E | 200.00' |
| L16 | S89°58'51"E | 50.00' |
| L17 | S00°01'09"W | 200.00' |
| L18 | N00°01'09"E | 100.35' |
| L19 | N89°58'51"W | 50.00' |
| L20 | N00°01'10"E | 200.00' |
| L21 | S89°58'50"E | 50.00' |
| L22 | S00°01'09"W | 200.00' |
| L23 | N00°01'09"E | 540.65' |
| L24 | N89°58'50"W | 25.00' |
| L25 | N00°01'10"E | 200.13' |
| L26 | S89°58'58"E | 25.00' |
| L27 | S00°01'10"W | 200.13' |

**LEGEND:**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

10200 Park Ten Place
Houston, TX 77084
(281) 616-0300

**NOTE:**

1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 3 OF 5 FOR DETAILS.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: CP | | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>MILFORD L. SCOTT AND MARGARET L. SCOTT REVOCABLE TRUST |
| CKD BY: TRC | | |
| DATE: 7/26/18 | | |
| SCALE: N.T.S. | | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/26/2018 | ADDED DETAILS |
| 0 | 10/9/2017 | CERTIFIED |
| DRAWING: | GR-0328.010 | SHEET NO. 4 OF 5 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the west half of the west half of Section 28, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Melford L. Scott and Margaret L. Scott, Trustees of the Melford L. Scott and Margaret L. Scott Revocable Trust, recorded in Book 4661, Page 197, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the northwest corner of said Section 28; THENCE North 89°13'27" East, with the north line of said Section 28, a distance of 368.65 feet to the POINT OF BEGINNING;

THENCE South 00°01'10" West, a distance of 3957.02 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of the southwest quarter of said Section 28, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the west quarter corner of said Section 28 bears South 89°15'30" West, with the south line of the northwest quarter of the southwest quarter of said Section 28, a distance of 318.86 feet, THENCE North 00°42'41" West, with the west line of said Section 28, a distance of 1318.66 feet, said baseline having a total distance of 3957.02 feet (239.82 rods), said Permanent Easement & Right of Way containing 4.542 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 & 2 of 5, drawing number GR-0322.010, Rev. 1, same date.

[Seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1484, OKLAHOMA]

[Signature] 1-31-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

**Tract No(s). GR-0336.000**

1. **Surface Owner(s):**

   Sandy Creek Farms, Inc.
   c/o Kay Barrington
   2311 CR 1495
   Bradley, OK 73002

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   The First National Bank & Trust Co.,
   302 W Chickasha Ave.,
   Chickasha, OK 73018

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $38,213.00 (with GR-0338.000, GR-0340.00 and GR-0340.010)

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 4, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
60' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.
SECTION 4
SECTION 9
COUNTY RD. 1500
POINT OF TERMINATION
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
ADDED COUNTY ROAD
ADD T.A.R.
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

**Owner: Sandy Creek Farms, Inc., a corporation** **TRACT NO. GR-0836.000**

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 4, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Sandy Creek Farms, Inc., a corporation, recorded in Book 2608, Pages 153, 154, 155, 156, & 157, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 4; THENCE South 00°42'59" East, with the east line of said Section 4, a distance of 661.21 feet to the northeast corner of the south half of the north half of the southeast quarter of said Section 4, THENCE South 89°23'18" West, with the north line of the south half of the north half of the southeast quarter of said Section 4, a distance of 1448.40 feet to the POINT OF BEGINNING;

THENCE South 16°18'24" East, a distance of 2201.01 feet, to the POINT OF TERMINATION on the south line of said Section 4, from which a 1/2 inch iron rod found marking the southeast corner of said Section 4 bears North 89°25'08" East, with the south line of said Section 4, a distance of 492.51 feet, said baseline having a total distance of 2201.01 feet (133.39 rods), said Permanent Easement & Right of Way containing 2.526 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0836.000, Rev. 2, same date.

10-11-17

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). GR-0338.000**

1. **Surface Owner(s):**

Sandy Creek Farms, Inc.
c/o Kay Barrington
2311 CR 1495
Bradley, OK 73002

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

The First National Bank & Trust Co.,
302 W Chickasha Ave.,
Chickasha, OK 73018

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

*See* GR-0336.000

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
SECTION 4
SECTION 9
10' WIDE T.W.S.
40' WIDE T.W.S.
50' WIDE T.W.S.
A.T.W.S.
SANDY CREEK FARMS, INC., A CORPORATION
50' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.
MATCHLINE
SEE SHEET 2 OF 6
TOTAL DISTANCE ACROSS PROPERTY:
LEGEND
NOTES
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
ADD T.A.R. WIDTH AND AREA
REVISED T.A.R. DETAIL
J. M. DENNEY
1434
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
MATCHLINE
40' WIDE T.W.S.
MATCHLINE
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
DWG BY:
CR
CKD BY:
TRC
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADD T.A.R. WIDTH AND AREA
REVISED T.A.R. DETAIL
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SEE SHEET 2 OF 5
MATCHLINE
SECTION 9
SECTION 16
A.T.W.S.
SEE DETAIL "B"
10' WIDE T.W.S.
40' WIDE T.W.S.
A.T.W.S.
POINT OF TERMINATION
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
PROPERTY LINE
STATUTORY R.O.W.
NOTE:
SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
REVISED T.A.R. DETAIL
ADDED DETAILS
DRAWING:
SHEET NO.
TRC



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
L11
L12
L13
C1
LEGEND
NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
DWG BY:
CHK BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADD T.A.R. WIDTH AND AREA
REVISED T.A.R. DETAIL
DRAWING:
SHEET NO. 4 OF 6
GRAPHIC SCALE IN FEET
TRC

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | 12.17' |
| L13 | [illegible] | [illegible] |

| T.A.R. CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B | CH. L |
| C1 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 8, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
10' WIDE T.W.S.
40' WIDE T.W.S.
5' WIDE T.W.S.
NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
DWG BY: CR
CHK BY: TRC
SCALE: N.T.S.
REV DATE DESCRIPTION
ADD T.A.R. WIDTH AND AREA
REVISED T.A.R. DETAIL
DRAWING:
SHEET NO. 6 OF 6
TRC

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L14 | [illegible] | 21.94' |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | 105.78' |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | [illegible] |
| L19 | [illegible] | 117.[illegible] |
| L20 | [illegible] | [illegible] |
| L21 | [illegible] | [illegible] |
| L22 | [illegible] | [illegible] |
| L23 | [illegible] | [illegible] |
| L24 | [illegible] | [illegible] |
| L25 | [illegible] | [illegible] |
| L26 | S89°11'01"W | [illegible] |
| L27 | [illegible] | [illegible] |
| L28 | [illegible] | [illegible] |
| L29 | [illegible] | 221.[illegible] |
| L30 | [illegible] | 70.00' |
| L31 | [illegible] | [illegible] |
| L32 | [illegible] | [illegible] |
| L33 | [illegible] | [illegible] |
| L34 | [illegible] | [illegible] |
| L35 | [illegible] | 123.47' |
| L36 | [illegible] | 143.01' |
| L37 | [illegible] | [illegible] |
| L38 | [illegible] | [illegible] |
| L39 | [illegible] | [illegible] |
| L40 | [illegible] | [illegible] |
| L41 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the east half of Section 9, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Sandy Creek Farms, Inc., a corporation, recorded in Book 2608, Pages 153, 154, 155, 156, & 157, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the northeast corner of said Section 9; THENCE South 89°25'08" West, with the north line of said Section 9, a distance of 482.51 feet to the POINT OF BEGINNING;

THENCE South 26°18'24" East, a distance of 697.16 feet, to a point;

THENCE South 02°36'09" West, a distance of 5115.14 feet, to a point;

THENCE South 02°21'48" East, a distance of 1382.10 feet, to a point;

THENCE North 89°11'02" East, a distance of 323.98 feet, to the POINT OF TERMINATION on the east line of said Section 9, from which a 3/8 inch iron rod found marking the southeast corner of said Section 9 bears South 00°38'24" East, with the east line of said Section 9, a distance of 166.04 feet, said baseline having a total distance of 5518.38 feet (334.45 rods), said Permanent Easement & Right of Way containing 6.334 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1-3 of 6, drawing number GR-0538.000, Rev. 3, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-29-18

Date:

**Tract No(s). GR-0340.000**

1. **Surface Owner(s):**

Sandy Creek Farms, Inc.
c/o Kay Barrington
2311 CR 1495
Bradley, OK 73002

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

The First National Bank & Trust Co.,
302 W Chickasha Ave.,
Chickasha, OK 73018

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

*See* GR-0336.000

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 10
SANDY CREEK FARMS, INC.
BOOK 2049, PAGE 880
SEE DETAIL "1"
SHEET 2 OF 3
POINT OF BEGINNING
SEE DETAIL "2"
SHEET 2 OF 3
50' WIDE P.E.R.W.
40' WIDE T.W.S.
A.T.W.S.
SECTION 10
SECTION 15
POINT OF COMMENCING
POINT OF TERMINATION
BOOK 4454, PAGE 888
TOTAL DISTANCE ACROSS PROPERTY:
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
NOTES
J. M. DENNEY
1434
OKLAHOMA
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
DWG BY:
CKD BY:
DATE:
SCALE:
REVS
DATE
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 4 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
DETAIL "1"
DETAIL "2"
LEGEND
NOTE:
SEE SHEET 1 OF 2 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
REVS
DATE
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO.
TRC

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 70.00' |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | 170.04' |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | [illegible] |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | [illegible] |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | [illegible] |
| L19 | [illegible] | [illegible] |
| L20 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the south half of the southwest quarter of Section 10, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Sandy Creek Farms, Inc., recorded in Book 1046, Page 560, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 5/8 inch iron rod found marking the southwest corner of said Section 10; THENCE North 00°38'24" West, with the west line of said Section 10, a distance of 186.04 feet to the POINT OF BEGINNING;

THENCE North 89°11'02" East, a distance of 464.09 feet, to a point;

THENCE North 89°12'11" East, a distance of 825.49 feet, to a point;

THENCE South 22°30'27" East, a distance of 194.83 feet, to the POINT OF TERMINATION on the south line of said Section 10, from which a 3/8 inch iron rod found marking the south quarter corner of said Section 10 bears North 89°26'02" East, with the south line of said Section 10, a distance of 1270.56 feet, said baseline having a total distance of 1484.41 feet (89.96 rods), said Permanent Easement & Right of Way containing 1.704 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0940.000, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

[signature] 1.31.18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0340.010**

1. **Surface Owner(s):**
   Sandy Creek Farms, Inc.
   c/o Kay Barrington
   2311 CR 1495
   Bradley, OK 73002

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   The First National Bank & Trust Co.,
   302 W Chickasha Ave.,
   Chickasha, OK 73018

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0336.000

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
SECTION 10
SECTION 15
POINT OF TERMINATION
50' WIDE P.E.R.W.
LEGEND
NOTES
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
SANDY CREEK FARMS, INC.
J. M. DENNEY
1434
GRAPHIC SCALE IN FEET
CERTIFIED
DESCRIPTION
TRC

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northwest quarter of Section 15, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Sandy Creek Farms, Inc., recorded in Book 5046, Page 580, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the northwest corner of said Section 15; THENCE North 89°16'02" East, with the north line of said Section 15, a distance of 1368.42 feet to the POINT OF BEGINNING;

THENCE South 22°30'27" East, a distance of 583.71 feet, to a point;

THENCE South 27°18'33" East, a distance of 148.92 feet, to a point;

THENCE South 29°05'05" East, a distance of 89.22 feet, to a point;

THENCE South 22°16'12" East, a distance of 210.87 feet, to a point;

THENCE South 16°34'24" East, a distance of 294.88 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of the northwest quarter of said Section 15, from which a 3/8 inch iron rod found marking the north quarter corner of said Section 15 bears North 89°24'25" East a distance of 743.86 feet to the southeast corner of the northeast quarter of the northwest quarter of said Section 15, THENCE North 00°48'26" West, with the east line of the northwest quarter of said Section 15, a distance of 1322.01 feet, said baseline having a total distance of 1428.55 feet (86.58 rods), said Permanent Easement & Right of Way containing 1.640 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0340.010, Rev. 0, same date.

9-25-17

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA

**Tract No(s). GR-0353.000**

1. **Surface Owner(s):**

Mark A. Morris, as Trustee of the Mark A. Morris Revocable Trust dated March 27, 2012,
2840 County Street 2791
Chickasha, Oklahoma 73018

Marylin Morris, Trustee of the Marylin Morris Revocable Trust dated March 27, 2012,
2840 County Street 2791
Chickasha, Oklahoma 73018

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

Farm Service Agency,
U.S. Department of Agriculture,
828 W. Choctaw
Chickasha, Oklahoma 73018
c/o Robert J. Troester, U.S. Attorney
210 West Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102

and

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

First National Bank of Chickasha
302 W Chickasha Ave,
Chickasha, OK 73018

3. **Legal Description:**
   *See* attached plat.


4. **Just Compensation:**
   $ 7,571.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCEMENT
RIGHT OF WAY AGREEMENT
50' PIPELINE EASEMENT
POINT OF BEGINNING
POINT OF TERMINATION
TOTAL DISTANCE ACROSS PROPERTY
LEGEND
NOTES
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
MARK A. MORRIS REVOCABLE TRUST, ET AL
DESCRIPTION
ADDED DETAILS
REVISED ACCESS ROAD
DRAWING:
SHEET NO. 1 OF 4
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 4 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
DETAIL "1"
N.T.S.
DETAIL "2"
N.T.S.
DETAIL "3"
N.T.S.
DETAIL "4"
N.T.S.
LEGEND
NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
MARK A. MORRIS REVOCABLE TRUST, ET AL
DWG BY:
CKD BY: TRC
SCALE: N.T.S.
REV# DATE DESCRIPTION
2 ADDED DETAILS
1 REVISED ACCESS ROAD
DRAWING:
SHEET NO. 2 OF 4

# EXHIBIT "A"

**GRADY COUNTY, OKLAHOMA**
**SECTION 28, TOWNSHIP 4 NORTH,**
**RANGE 5 WEST OF THE INDIAN MERIDIAN**

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | [illegible] |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | [illegible] |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | [illegible] |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | [illegible] |
| L19 | [illegible] | [illegible] |
| L20 | [illegible] | 122.12' |
| L21 | [illegible] | [illegible] |
| L22 | [illegible] | 105.77' |
| L23 | [illegible] | [illegible] |
| L24 | [illegible] | [illegible] |
| L25 | [illegible] | 101.81' |
| L26 | [illegible] | [illegible] |
| L27 | [illegible] | 141.72' |
| L28 | [illegible] | [illegible] |
| L29 | [illegible] | [illegible] |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L30 | [illegible] | 548.70' |
| L31 | [illegible] | 25.00' |
| L32 | [illegible] | [illegible] |
| L33 | [illegible] | 25.00' |
| L34 | [illegible] | [illegible] |
| L35 | [illegible] | 1,170.11' |
| L36 | [illegible] | 197.42' |
| L37 | [illegible] | 25.00' |
| L38 | [illegible] | 197.42' |
| L39 | [illegible] | [illegible] |
| L40 | [illegible] | [illegible] |
| L41 | [illegible] | 100.00' |
| L42 | [illegible] | 100.00' |
| L43 | [illegible] | 50.00' |
| L44 | [illegible] | [illegible] |
| L45 | [illegible] | [illegible] |
| L46 | [illegible] | 50.00' |
| L47 | [illegible] | 174.04' |
| L48 | [illegible] | 100.00' |
| L49 | [illegible] | 100.00' |
| L50 | [illegible] | 50.00' |
| L51 | [illegible] | [illegible] |
| L52 | [illegible] | [illegible] |
| L53 | [illegible] | 50.00' |
| L54 | [illegible] | [illegible] |
| L55 | [illegible] | [illegible] |
| L56 | [illegible] | [illegible] |
| L57 | [illegible] | [illegible] |
| L58 | [illegible] | 50.00' |
| L59 | [illegible] | [illegible] |
| L60 | [illegible] | [illegible] |
| L61 | [illegible] | [illegible] |
| L62 | [illegible] | 300.00' |
| L63 | [illegible] | 50.00' |
| L64 | [illegible] | 197.15' |

NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: CP | | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF MARK A. MORRIS REVOCABLE TRUST, ET AL |
| CKD BY: TRC | | |
| DATE: 8/28/18 | | |
| SCALE: N.T.S. | | |
| REVS | DATE | DESCRIPTION |
| 2 | 8/28/2018 | ADDED DETAILS |
| 1 | 4/27/2018 | REVISED ACCESS ROAD |
| DRAWING: [illegible] | | SHEET NO. 3 OF 4 |

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of Section 26, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Mark A. Morris, as Trustee of the Mark A. Morris Revocable Trust and Marylin Morris, Trustee of the Marylin Morris Revocable Trust, recorded in Book 4585, Page 596, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 iron rod found marking the northwest corner of said Section 26; THENCE North 89°23'50" East, with the north line of said Section 26, a distance of 2715.34 feet to the POINT OF BEGINNING;

THENCE South 01°10'08" East, a distance of 9.64 feet, to a point;

THENCE South 00°11'47" East, a distance of 388.81 feet, to a point;

THENCE South 05°08'19" West, a distance of 1256.94 feet, to a point;

THENCE South 44°57'35" West, a distance of 228.86 feet, to a point;

THENCE South 19°33'32" East, a distance of 884.22 feet, to the POINT OF TERMINATION on the south line of the north half of said Section 26, from which a 1/2 inch iron rod found marking the west quarter corner of said Section 26 bears South 89°23'07" West a distance of 2745.55 feet, said baseline having a total distance of 2767.97 feet (167.76 rods), said Permanent Easement & Right of Way containing 3.177 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0353.000, Rev. 2, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLA
8-23-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s).GR-0355.000**

1. **Surface Owner(s):**

   Shana Marie Elledge and Johnathan Eugene Elledge,
   Trustees of the Shana & Johnathan Eugene Elledge Family Trust
   Dated June 27, 2018
   4126 County Street 2980
   Bradley, OK 73011

2. **Other Persons-in-Interest:**

   Farm Service Agency,
   U.S. Department of Agriculture
   828 W. Choctaw
   Chickasha, Oklahoma 73018
   c/o Robert J. Troester, U.S. Attorney
   210 West Park Avenue, Suite 400
   Oklahoma City, Oklahoma 73102

   and

   U.S. Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001


   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   Mark Morris
   2840 County Street 2791
   Chickasha, Oklahoma 73018

3. **Legal Description:**
   *See* attached plat.

4.  **Just Compensation:**
     $3,534.00

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
40' WIDE T.W.S.
10' WIDE T.W.S.
POINT OF TERMINATION
SECTION 26
SECTION 35
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DWG BY:
CHK BY:
DATE:
SCALE:
DESCRIPTION
OWNERS, ADD DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1454
OKLAHOMA
TRC

EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
A.T.W.S. SEGMENT TABLE
LINE
BEARING
DISTANCE
L1
L2
L3
L4
L5
L6
L7
L8
L9
L10
TRUSTEES OF THE
FAMILY TRUST
BOOK 5444, PAGE 488
N.T.S.
LEGEND
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
DWG BY:
CHK BY:
DATE:
SCALE:
REV:
DATE
DESCRIPTION
CERTIFIED
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 26, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Shana Marie Elledge and Johnathan Eugene Elledge, Trustees of the Shana & Johnathan Elledge Trust Family Trust Dated June 27, 2018, recorded in Book 5444, Page 453, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 26; THENCE North 89°28'07" East, with the north line of the south half of said Section 26, a distance of 2745.55 feet to the POINT OF BEGINNING;

THENCE South 19°33'32" East, a distance of 143.73 feet, to a point;

THENCE South 45°02'34" East, a distance of 250.20 feet, to a point;

THENCE South 19°29'01" East, a distance of 1052.01 feet, to the POINT OF TERMINATION on the south line of the north half of the southeast quarter of said Section 26, from which a 3/8 inch iron rod with cap found marking the south quarter corner of said Section 26 bears South 89°15'05" West, with the south line of the north half of the southeast quarter of said Section 26, a distance of 656.96 feet, THENCE South 00°45'37" East, with the west line of the southeast quarter of said Section 26, a distance of 1317.08 feet, said baseline having a total distance of 1445.94 feet (87.63 rods), said Permanent Easement & Right of Way containing 1.660 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0355.000, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**KINGFISHER COUNTY**

**Tract No(s). CL-KI-0026.000**

1. **Surface Owner(s):**

   Vincent N. Rother
   225 S. 4th Str.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,993.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 16, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
VINCENT N. ROTHER
SEE DETAIL "1" SHEET 2 OF 3
POINT OF TERMINATION
POINT OF BEGINNING
POINT OF COMMENCING
40' WIDE T.W.S.
50' WIDE P.E.R.W.
DETAIL N.T.S.
NOTES
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
VINCENT N. ROTHER
DWG BY:
CHK BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADDED DETAIL
REVISED ROUTE AND A.T.W.S.
DRAWING:
SHEET NO. 1 OF 3
J. M. DENNEY
1434
TRC

# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 60.12' |
| L2 | [illegible] | 3.48' |
| L3 | [illegible] | [illegible] |
| L4 | [illegible] | 34.95' |
| L5 | [illegible] | 70.57' |
| L6 | [illegible] | 149.46' |
| L7 | [illegible] | 50.00' |
| L8 | [illegible] | 180.93' |
| L9 | [illegible] | [illegible] |
| L10 | [illegible] | 7.77' |
| L11 | [illegible] | 572.19' |
| L12 | [illegible] | 50.00' |
| L13 | [illegible] | 180.00' |
| L14 | [illegible] | 50.00' |
| L15 | [illegible] | 180.00' |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | 50.00' |
| L18 | [illegible] | 180.00' |
| L19 | [illegible] | 50.00' |
| L20 | [illegible] | 180.00' |

LEGEND

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: CP | | CHISHOLM LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF VINCENT N. ROTHER |
| CKD BY: TRC | | |
| DATE: | | |
| SCALE: N.T.S. | | |
| REV# | DATE | DESCRIPTION |
| 2 | | ADDED DETAIL |
| 1 | | REVISED ROUTE AND A.T.W.S. |
| DRAWING: | | SHEET NO. 3 OF 3 |

TRC

**Cheniere Midstream** **EXHIBIT "A"** **Chisholm Lateral**
Owner: Vincent N. Rother TRACT NO. CL-KI-0026.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 15, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Vincent N. Rother, recorded in Book 2179, Page 80, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 5/8-inch iron rod with aluminum cap marked "TRC CA #144" set marking the south quarter corner of said Section 15; THENCE North 00°49'44" West, with the east line of the southwest quarter of said Section 15, a distance of 169.52 feet to the POINT OF BEGINNING;

THENCE South 89°26'05" West, a distance of 2551.03 feet, to a point;

THENCE South 44°26'05" West, a distance of 28.87 feet, to a point;

THENCE South 89°40'12" West, a distance of 74.26 feet, to the POINT OF TERMINATION on the west line of said Section 15, from which a 1/2-inch iron roded found marking the southwest corner of said Section 15 bears South 00°53'19" East, with the west line of said Section 15, a distance of 149.88 feet, said baseline having a total distance of 2654.16 feet (160.86 rods), said Permanent Easement & Right of Way containing 3.045 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 and 2 of 3, drawing number CL-KI-0026.000, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-16-18

**Tract No(s). CL-KI-0035.000**

1. **Surface Owner(s):**

Karen Schoeling Manuel
11809 Sundance Mountain Rd.
Oklahoma City, OK 73162

Dale Schoeling
1732 Green Leaf Ln.,
Edmond, OK

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
$6,928.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
KAREN SCHOELING MANUEL AND DALE SCHOELING
REVISED T.A.R. DETAIL
ADDED T.A.R. & A.T.W.S.
GRAPHIC SCALE IN FEET
TRC

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | [illegible] |
| L2 | [illegible] | [illegible] |
| L3 | [illegible] | 71.10' |
| L4 | [illegible] | [illegible] |
| L5 | [illegible] | [illegible] |
| L6 | [illegible] | [illegible] |

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
P.A.R. SEGMENT TABLE
LINE
BEARING
DISTANCE
L7
L8
L9
L10
L11
A.T.W.S. SEGMENT TABLE
L12
L13
L14
L15
100.00'
LEGEND
GRAPHIC SCALE IN FEET
TRC
MIDSHIP PIPELINE COMPANY, LLC
DWG BY:
CKD BY:
TRC
DATE:
SCALE:
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DATE
DESCRIPTION
REVISED T.A.R. DETAIL
ADDED T.A.R. & A.T.W.S.
DRAWING:
SHEET NO.
OF



EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 16 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 17
SECTION 20
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
GRAPHIC SCALE IN FEET
DRAWING:
SHEET NO. 4 OF 8

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 20, Township 16 North, Range 6 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Karen Schoeling Manuel and Dale Schoeling, recorded in Book 2029, Page 146, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the north quarter corner of said Section 20; THENCE South 89°33'27" West, along the north line of said Section 20, a distance of 918.82 feet to the POINT OF BEGINNING;

THENCE South 00°46'18" East, a distance of 189.81 feet, to a point;

THENCE South 89°41'12" West, a distance of 1668.52 feet, to a point;

THENCE South 45°00'00" West, a distance of 26.77 feet, to a point;

THENCE North 90°00'00" West, a distance of 68.70 feet, to the POINT OF TERMINATION on the west line of said Section 20, from which a 1/2 inch iron rod found marking the northwest corner of said Section 20 bears North 00°31'35" West, along the west line of said Section 20, a distance of 204.00 feet, said baseline having a total distance of 1953.80 feet (118.41 rods), said Permanent Easement & Right of Way containing 2.243 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CL-KI-0085.000, Rev. 8, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-23-18

Date: 6/27/2018

**Tract No(s). CL-KI-0065.000**

1. **Surface Owner(s):**

Terry Bruce Luber,
Personal Representative of
The Estate of Willis E. Luber, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Willis E. Luber, deceased,
221 S. 4th Street
Okarche, OK 73762

Sheryl Lynn Luber
1404 West Ash St.,
El Reno, OK

W. Bruce Luber
808 Wandering Way
Oklahoma City, OK 73170

Terry Bruce Luber,
221 S. 4th Street
Okarche, OK 73762

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**

*See* attached plat.

4. **Just Compensation:**

$12,826.00 (with CL-KI-0067.000)

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 16 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
SECTION 23
SECTION 26
SECTION 24
SECTION 25
POINT OF TERMINATION
POINT OF BEGINNING
50' WIDE P.E.R.W.
50' WIDE T.W.S.
SEE DETAIL "1"
SHEET 2 OF 3
A.T.W.S.
ESTATE OF WILLIS E. LUBER, DECEASED
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
NOTES
J. M. DENNEY
1434
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
MIDSHIP PIPELINE COMPANY, LLC
DWG BY:
CKD BY:
DATE:
SCALE:
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
ESTATE OF WILLIS E. LUBER, DECEASED
REV
DATE
DESCRIPTION
ADDED DETAILS
REVISED LO NAME
DRAWING:
SHEET NO. 1 OF 3
TRC

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
L1
L2
L3
L4
L5
L6
L7
L8
T.A.R.-12
DETAIL "1"
DETAIL "2"
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
EXISTING PIPELINE
STATUTORY R.O.W.
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CP
CKD BY: TRC
DATE: 8/1/17
SCALE: N.T.S.
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
ESTATE OF WILLIS E. LUBER, DECEASED
REV# DATE DESCRIPTION
3 ADDED DETAILS
2 11/ /2017 REVISED LO NAME
DRAWING:
SHEET NO. 2 OF 3
TRC

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | [illegible] | 75.00' |
| L2 | [illegible] | 34.44' |
| L3 | [illegible] | 60.00' |
| L4 | [illegible] | 150.00' |
| L5 | [illegible] | 60.00' |
| L6 | [illegible] | 150.00' |

T.A.R. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L7 | [illegible] | [illegible] |
| L8 | [illegible] | [illegible] |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 26, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Estate of Willis E. Luber, deceased, recorded in Book 800 Page 552, Book 627 Page 409, Book 538 Page 246 and Book 569 Page 3 of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2-inch iron rod found marking the northeast corner of said Section 26; THENCE South 00°32'18" East a distance of 58.06 feet to the POINT OF BEGINNING;

THENCE South 89°35'30" West, a distance of 1223.96 feet, to a point;

THENCE South 88°45'27" West, a distance of 1402.73 feet, to the POINT OF TERMINATION on the west line of the northeast quarter of said Section 26, from which a 1/2- inch iron rod found marking the east quarter corner of said Section 26 bears South 00°31'14" East a distance of 2594.20 feet, THENCE North 89°00'48" East a distance of 2627.40 feet, said baseline having a total distance of 2626.69 feet (159.19 rods), said Permanent Easement & Right of Way containing 3.015 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0065.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-16-18

Date:

**Tract No(s). CL-KI-0066.000**

1. **Surface Owner(s):**

Albert Joseph Skoch
625 Queensboro Pl.,
Yukon, OK 73099

The Dennis G. and Helen
M. Jones 2015 Revocable Trust dated the
17th day of March, 2015, Dennis G. Jones and Helen M. Jones,
Co-Trustees,
1700 Leawood Dr.,
Edmond, OK 73034

The Earlene R. Allison Trust Dated September 11,
2017, a revocable living trust, Earlene R. Allison, Trustee,
503 Kingston Pl.,
Yukon, OK 73099

Marilyn Elizabeth Skoch
12401 N. MacArthur, Apt. 2113
Oklahoma City

Robert Eugene Skoch
1109 NW 196th St.,
Edmond, OK 73012

Donald Richard Skoch
1825 W Highway 66
Yukon, OK 73099

Marilyn Elizabeth Skoch,
Trustee of the Marilyn E. Skoch Trust
dated June 20, 2018,
12401 N. MacArthur, Apt. 2113
Oklahoma City

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3.  **Legal Description:**
    *See* attached plat.

4.  **Just Compensation:**
    $9,602.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
VICINITY MAP
N.T.S.
POINT OF TERMINATION
POINT OF COMMENCING
POINT OF BEGINNING
SECTION 24
SECTION 25
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO.

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 24
SECTION 25
L1
L2
L3
L4
L5
L7
L9
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
DWG BY:
CKD BY:
DATE:
SCALE:
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO.
GRAPHIC SCALE IN FEET
LEGEND:
TRC

| ATWS SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N00°38'28"E | 5.00' |
| L2 | N89°19'40"E | 126.94' |
| L3 | S00°40'15"E | 50.00' |
| L4 | S89°19'45"W | 126.94' |
| L5 | S89°19'45"W | 5.00' |
| L6 | N00°40'14"W | 50.00' |

| ATWS SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | N89°19'40"E | 200.00' |
| L8 | S00°40'15"E | 50.00' |
| L9 | S89°19'45"W | 200.00' |
| L10 | N00°40'15"W | 50.00' |

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
VICINITY MAP
N.T.S.
LINE
BEARING
DISTANCE
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
GRAPHIC SCALE IN FEET
DRAWING:
SHEET NO.

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
N00°00'00"E
SECTION 25
MIDSHIP PIPELINE COMPANY, LLC
GRAPHIC SCALE IN FEET
DRAWING:

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 24
SECTION 25
L21
L22
DETAIL "F" CONTINUED
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
GRAPHIC SCALE IN FEET

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 25, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Albert Joseph Skoch, Helen Marie Skoch Jones, Barbara Rose Skoch Allison, Marlyn Elizabeth Skoch, Robert Eugene Skoch, and Donald Richard Skoch, recorded in Book 2678, Page 70, and that portion conveyed to Helen Marie Skoch Jones being further conveyed to Dennis G. Jones and Helen M. Jones, as Co-Trustees of the Dennis G. and Helen M. Jones 2015 Revocable Trust, recorded in Book 2772, page 170, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a ½ inch iron rod found marking the north quarter corner of said Section 25; THENCE South 00°32'11" East, with the east line of the northwest quarter of said Section 25, a distance of 56.88 feet to the POINT OF BEGINNING;

THENCE South 89°15'43" West, a distance of 2625.58 feet, to a point;

THENCE South 89°36'30" West, a distance of 27.41 feet, to the POINT OF TERMINATION on the west line of said Section 25, from which a ½ inch iron rod found marking the northwest corner of said Section 25 bears North 00°32'13" West, along the west line of said Section 25, a distance of 58.05 feet, said baseline having a total distance of 2652.99 feet (160.79 rods), said Permanent Easement & Right of Way containing 3.045 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CL-KI-0068.000, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
3-21-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s).CL-KI-0067.000**

1. **Surface Owner(s):**

    Terry Bruce Luber,
    Personal Representative of
    The Estate of Willis E. Luber, deceased, and all heirs and, or legatees,
    devisees, trustees, creditors and assigns of Willis E. Luber, deceased,
    P.O. Box 720
    Okarche, OK 73762

    Sheryl Lynn Luber
    1404 West Ash St.,
    El Reno, OK

    W. Bruce Luber
    808 Wandering Way
    Oklahoma City, OK 73170

    Terry Bruce Luber,
    221 S. 4th Street
    Okarche, OK 73762

2. **Other Persons-in-Interest:**

    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3. **Legal Description:**
    *See* attached plat.

4. **Just Compensation:**
    *See* Cl-KI-0065.000

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF TERMINATION
POINT OF BEGINNING
50' WIDE P.E.R.W.
50' WIDE T.W.S.
A.T.W.S.
SEE DETAIL "1" SHEET 2 OF 3
SEE DETAIL "2" SHEET 2 OF 3
ESTATE OF WILLIS B. LUBER, DECEASED
TOTAL DISTANCE ACROSS PROPERTY:
NOTES
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
ESTATE OF WILLIS B. LUBER, DECEASED
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADDED DETAILS
REVISED LO NAME
DRAWING:
SHEET NO. 1 OF 3
GRAPHIC SCALE IN FEET
J. M. DENNEY
1454
TRC

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S00°21'03"E | 75.00' |
| L2 | [illegible] | 349.22' |
| L3 | [illegible] | 100.02' |
| L4 | [illegible] | 15.36' |
| L5 | S00°21'43"W | 50.00' |
| L6 | N89°38'20"W | 12.75' |
| L7 | [illegible] | 100.00' |
| L8 | N01°08'48"W | 50.00' |
| L9 | S00°31'14"E | 75.01' |
| L10 | [illegible] | 14.57' |
| L11 | [illegible] | 3.49' |
| L12 | S00°21'43"W | 50.00' |
| L13 | [illegible] | 100.99' |
| L14 | N00°21'01"W | 50.00' |
| L15 | [illegible] | 200.00' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northwest quarter of Section 26, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Estate of Willis E. Luber, deceased, recorded in Book 888, Page 846, Book 877, Page 886 and Book 864, Page 213, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the northeast corner of said Section 26; THENCE South 88°54'48" West, along the north line of said Section 26, a distance of 2626.68 feet, THENCE South 00°31'14" East, along the east line of the northwest quarter of said Section 26, a distance of 46.31 feet to the POINT OF BEGINNING;

THENCE South 88°45'27" West, a distance of 14.47 feet, to a point;

THENCE North 89°38'17" West, a distance of 763.98 feet, to a point;

THENCE South 88°56'13" West, a distance of 532.98 feet, to the POINT OF TERMINATION on the west line of the east half of the northwest quarter of said Section 26, from which a PK nail marking the northwest corner of said Section 26 bears North 00°27'03" West, along the west line of the east half of the northwest quarter of said Section 26, a distance of 26.77 feet, THENCE South 88°54'48" West, along the north line of said Section 26, a distance of 1313.84 feet, said baseline having a total distance of 1311.43 feet (79.60 rods), said Permanent Easement & Right of Way containing 1.508 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0067.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-16-18

**Tract No(s).CL-KI-0069.000**

1. **Surface Owner(s):**

   Bradley Charles Krittenbrink
   305 Memorial Dr.
   Okarche, OK 73762

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $5,851.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
FND. PK NAIL
NW COR., SEC. 28
POINT OF BEGINNING
SEE DETAIL "1"
SHEET 2 OF 3
50' WIDE P.E.R.W.
A.T.W.S.
40' WIDE T.W.S.
POINT OF TERMINATION
SECTION 27
SECTION 28
MARK JOHN OPPEL AND SARAH BETH OPPEL, TRUSTEES OF THE MARK AND SARAH OPPEL REVOCABLE TRUST
TOTAL DISTANCE ACROSS PROPERTY:
NOTES
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
DWG BY:
CKD BY:
TRC
DATE:
SCALE:
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
J. M. DENNEY
1434
TRC

# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N00°27'03"W | 25.00' |
| L2 | S89°58'16"W | 210.72' |
| L3 | S45°25'03"W | 0.18' |
| L4 | S46°24'04"W | 78.88' |
| L5 | S46°24'03"W | 208.60' |
| L6 | N45°35'29"W | 50.00' |
| L7 | N46°39'07"E | 223.59' |
| L8 | N89°08'08"E | 72.88' |
| L9 | S00°27'08"E | 75.00' |
| L10 | S89°58'16"W | 61.25' |
| L11 | S01°08'45"E | 50.00' |
| L12 | S89°58'12"W | 100.00' |
| L13 | S46°24'04"W | 200.00' |
| L14 | N45°35'29"W | 50.00' |
| L15 | N46°24'04"E | 215.45' |
| L16 | N89°58'15"E | [illegible] |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

MIDSHIP PIPELINE COMPANY, LLC

| | | |
|---|---|---|
| DWG BY: | [illegible] | CHISHOLM LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF THE MARK AND SARAH OFFEL REVOCABLE TRUST, ET AL |
| CHKD BY: | TRC | |
| DATE: | [illegible] | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 8/14/2018 | ADDED DETAILS |
| 0 | [illegible] | CERTIFIED |

DRAWING: CL-KG-0029.000 SHEET NO. 2 OF 3

**Cheniere Midstream** **EXHIBIT "A"** **Chisholm Lateral**

**Owner: Mark John Oppel and Sarah Beth Oppel, Trustees of the Mark and Sarah Oppel Revocable Trust, Bradley Charles Krittenbrink, Anne Elise Krittenbrink and Allison Leigh Krittenbrink**

**TRACT NO. CL-KI-0069.000**

---

## PERMANENT EASEMENT & RIGHT OF WAY

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northwest quarter of Section 26, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Mark John Oppel and Sarah Beth Oppel, Trustees of the Mark and Sarah Oppel Revocable Trust, recorded in Book 2028, Page 808 and conveyed to Bradley Charles Krittenbrink, Anne Elise Krittenbrink and Allison Leigh Krittenbrink, recorded in Book 1949, Page 158, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a PK nail found marking the northwest corner of said Section 26; THENCE North 88°54'48" East, with the north line of said Section 26, a distance of 1318.84 feet, THENCE South 00°27'08" East, with the east line of the west half of the northwest quarter, a distance of 26.77 feet to the POINT OF BEGINNING;**

**THENCE South 88°56'13" West, a distance of 193.38 feet, to a point;**

**THENCE South 46°24'34" West, a distance of 1536.60 feet, to the POINT OF TERMINATION on the west line of said Section 26, from which said PK nail found marking the northwest corner of said Section 26 bears North 00°22'32" West, with the west line of said Section 26, a distance of 1084.97 feet, said baseline having a total distance of 1729.98 feet (104.84 rods), said Permanent Easement & Right of Way containing 1.986 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0069.000, Rev. 1, same date.**

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Date:**

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). CL-KI-0074.000**

1. **Surface Owner(s):**

Edward Rother
225 S 4th
Okarche, OK 73762

Herman J. Rother
20351 N Chiles Road
Okarche, OK 73762

2. **Other Persons-in-Interest:**

The Equitable Life Assurance Society of the United States
1290 Avenue of the Americas
New York, New York 10104

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
$ 7,315.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 34, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
POINT OF TERMINATION
5' WIDE T.W.S.
50' WIDE P.E.R.W.
45' WIDE T.W.S.
SEE DETAIL "1" SHEET 2 OF 3
SEE DETAIL "2" SHEET 2 OF 3
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
EDWARD ROTHER AND HERMAN J. ROTHER
DESCRIPTION
ADDED DETAILS
CERTIFIED
GRAPHIC SCALE IN FEET
J. M. DENNEY
OKLAHOMA
TRC

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 34, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
L1
L2
L3
L5
L7
L10
L11
L16
L17
DETAIL "Y"
1"=100'
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
LEGEND
I.R.
I.P.
FND.
N.T.S.
R.O.W.
T.W.S.
A.T.W.S.
P.E.R.S.
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
PIPELINE
EXISTING PIPELINE
STATUTORY R.O.W.
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CP
CHK BY: TRC
DATE: 8/14/18
SCALE: N.T.S.
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
EDWARD ROTHER AND HERMAN J. ROTHER
REV# DATE DESCRIPTION
1 8/14/2018 ADDED DETAILS
0 8/10/2017 CERTIFIED
DRAWING:
SHEET NO. 2 OF 3
TRC

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 72.85' |
| L2 | [illegible] | 84.29' |
| L3 | [illegible] | 100.00' |
| L4 | [illegible] | 50.00' |
| L5 | [illegible] | 183.86' |
| L6 | [illegible] | 61.85' |
| L7 | [illegible] | 861.59' |
| L8 | [illegible] | 100.00' |
| L9 | [illegible] | 100.00' |
| L10 | [illegible] | 179.96' |
| L11 | [illegible] | 25.00' |
| L12 | [illegible] | 179.27' |
| L13 | [illegible] | 25.00' |
| L14 | [illegible] | 115.31' |
| L15 | [illegible] | 112.31' |
| L16 | [illegible] | 50.00' |
| L17 | [illegible] | [illegible] |
| L18 | [illegible] | 34.47' |
| L19 | [illegible] | 54.05' |
| L20 | [illegible] | 100.00' |
| L21 | [illegible] | 50.00' |
| L22 | [illegible] | 100.00' |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 34, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Edward Rother and Herman J. Rother, recorded in Book 1616, Page 281, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the north quarter corner of said Section 34; THENCE South 89°38'32" West with the north line of said Section 34 a distance of 1004.72 feet to the POINT OF BEGINNING;

THENCE South 86°23'19" West, a distance of 1162.89 feet, to a point;

THENCE South 74°35'04" West, a distance of 925.02 feet, to the POINT OF TERMINATION on the west line of Section 34, from which a 3/8-inch cotton spindle found marking the west quarter corner of said Section 34 bears South 00°47'16" East a distance of 1494.86 feet, said baseline having a total distance of 2087.91 feet (126.54 rods), said Permanent Easement & Right of Way containing 2.397 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0074.000, Rev. 0, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1494
Firm License No. 144

Date:

[Seal: REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1494 OKLAHOMA]

**Tract No(s). CL-KI-0076.000**

1. **Surface Owner(s):**

Bernita M. Wolf,
Trustee of the Bernita M. Wolf Living Trust dated June 21, 2002
P. O. Box 562
Okarche, OK 73762

Donna M. Coley
Successor Trustee of the Bernita M. Wolf Living Trust dated June 21, 2002,
4101 Champlain Ct.,
Yukon, OK 73099-2180

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
$9,796.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 33, TOWNSHIP 16 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 28
SECTION 27
SECTION 33
SECTION 34
POINT OF BEGINNING
POINT OF TERMINATION
POINT OF COMMENCING
50' PIPELINE EASEMENT
TOM-STACK, LLC
4' WIDE T.W.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
A.T.W.S.
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
BERNITA M. WOLF LIVING TRUST
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADDED DETAILS
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3
NOTES
LEGEND
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
TRC

# EXHIBIT "A"

**KINGFISHER COUNTY, OKLAHOMA**
**SECTION 33, TOWNSHIP 16 NORTH,**
**RANGE 8 WEST OF THE INDIAN MERIDIAN**

DETAIL "1"
1" = 500'

DETAIL "2"
1" = 100'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N74°35'04"E | [illegible] |
| L2 | N74°35'04"E | 200.00' |
| L3 | S15°24'57"E | [illegible] |
| L4 | S74°35'04"W | 200.00' |
| L5 | N15°24'57"W | [illegible] |
| L6 | N74°35'04"E | 141.35' |
| L7 | N74°35'04"E | 200.00' |
| L8 | [illegible] | [illegible] |
| L9 | S74°35'04"W | 200.00' |
| L10 | N15°24'56"W | [illegible] |
| L11 | S00°47'16"E | 72.94' |
| L12 | S74°35'04"W | 32.77' |
| L13 | [illegible] | [illegible] |
| L14 | S74°35'04"W | [illegible] |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |

LEGEND

NOTE:
SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | CHISHOLM LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF BERNITA M. WOLF LIVING TRUST |
| CKD BY: | TRC | |
| DATE: | 8/16/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 8/14/2018 | ADDED DETAILS |
| 0 | 8/15/2017 | CERTIFIED |
| DRAWING: | [illegible] | SHEET NO. 2 OF 5 |



**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 33, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Bernita M. Wolf, Trustee of the Bernita M. Wolf Living Trust, recorded in Book 1818, Page 16, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma(O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8" inch cotton spindle found marking the east quarter corner of said Section 33; THENCE North 00°47'16" West with the east line of said Section 33 a distance of 1494.86 feet to the POINT OF BEGINNING;

THENCE South 74°35'04" West, a distance of 2269.60 feet, to a point;

THENCE South 75°17'48" West, a distance of 448.52 feet, to the POINT OF TERMINATION on the west line of the northeast quarter of said Section 33, from which a 5/8-inch iron rod found marking the center section of said Section 33 bears South 00°37'22" East a distance of 809.00 feet, said baseline having a total distance of 2718.12 feet (164.73 rods), said Permanent Easement & Right of Way containing 3.120 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0076.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1494
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1494 OKLAHOMA

Date: 8-17-18

**Tract No(s). CL-KI-0077.000**

1. **Surface Owner(s):**

   KR&K Inc.
   c/o Dale Rother
   603 Reuter Ln.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $9,489.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 33, TOWNSHIP 16 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF TERMINATION
POINT OF BEGINNING
POINT OF COMMENCING
50' WIDE P.E.R.O.W.
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.O.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
K R & K, INC.
DESCRIPTION
ADDED DETAIL
ADDED DETAILS
DRAWING:
SHEET NO. 1 OF 3
TRC

# EXHIBIT "A"

**KINGFISHER COUNTY, OKLAHOMA**
**SECTION 33, TOWNSHIP 15 NORTH,**
**RANGE 8 WEST OF THE INDIAN MERIDIAN**

DETAIL "1"
1" = 300'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 72.65' |
| L2 | N76°[illegible]"E | [illegible] |
| L3 | N76°[illegible]"E | 274.57' |
| L4 | N76°42'13"E | 51.59' |
| L5 | S13°17'47"E | 50.00' |
| L6 | S76°42'13"W | 21.49' |
| L7 | S76°[illegible]"W | 258.30' |
| L8 | N90°00'00"E | 61.61' |
| L9 | N76°42'13"E | 108.59' |
| L10 | N76°42'13"E | 250.00' |
| L11 | S13°17'47"E | 50.00' |
| L12 | S76°42'13"W | 250.00' |
| L13 | N13°17'47"W | 50.00' |
| L14 | S76°15'11"W | 208.59' |
| L15 | S13°46'49"E | 55.00' |
| L16 | S76°15'11"W | 100.00' |
| L17 | N13°46'49"W | 55.00' |
| L18 | N76°15'11"E | 100.00' |

DETAIL "2"
1" = 200'

| T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L19 | N76°13'49"E | 196.16' |
| L20 | N01°20'16"E | 42.25' |
| L21 | N77°02'03"E | 100.67' |
| L22 | N80°15'06"E | 22.57' |
| L23 | S76°09'[illegible]"E | 19.89' |
| L24 | S65°30'37"E | 22.91' |

DETAIL "3"
N.T.S.

LEGEND

TRC

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | DR | CHISHOLM LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF K R & K, INC. | |
| CKD BY: | TRC | | |
| DATE: | 8/14/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 2 | 8/30/2018 | ADDED DETAIL | |
| 1 | 8/14/2018 | ADDED DETAILS | |
| DRAWING: | CL-KI-0077.000 | SHEET NO. 2 OF 3 | |

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 33, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to K R & K, Inc., recorded in Book 1408, Page 179, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 3/8 inch iron rod found marking the center of said Section 33; THENCE North 00°37'32" West, along the east line of the northwest quarter of said Section 33, a distance of 809.00 feet to the POINT OF BEGINNING;**

**THENCE South 75°17'48" West, a distance of 324.73 feet, to a point;**

**THENCE South 76°13'20" West, a distance of 727.21 feet, to a point;**

**THENCE South 76°10'19" West, a distance of 218.84 feet, to a point;**

**THENCE South 75°39'18" West, a distance of 418.87 feet, to a point;**

**THENCE South 76°42'13" West, a distance of 728.77 feet, to a point;**

**THENCE South 75°38'05" West, a distance of 287.77 feet, to the POINT OF TERMINATION on the west line of said Section 33, from which a 3/8 inch iron rod found marking the west quarter corner of said Section 33 bears South 00°28'13" East, along the west line of said Section 33, a distance of 184.40 feet, said baseline having a total distance of 2708.29 feet (164.02 rods), said Permanent Easement & Right of Way containing 3.108 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0077.000, Rev. 2, same date.**

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Date:**

PROFESSIONAL LAND SURVEYOR REGISTERED J. M. DENNEY 1434 OKLAHOMA
5-29-18

**Tract No(s). CL-KI-0078.000**

1. **Surface Owner(s):**

   Ralph E. Schaefer
   3810 S 100 E. Ave.
   Tulsa, OK 74146

   Mary Jo Hoffman,
   Trustee of the Mary Jo Hoffman Revocable Trust dated January 14, 2005
   2222 Heritage Garden Ct.,
   Enid, OK 73703

   Matthias B. Schaefer and Marla M. Schaefer individually and as Co-Trustees of the Schaefer Family Trust dated April 21, 2006,
   8724 S 79th East Ave., Apt 79
   Tulsa, OK 74133

   Barbara M. Schaefer
   10605 Strawberry Hill
   Midwest City, OK 73130

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**

   *See* attached plat.

4. **Just Compensation:**

   $2,892.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF TERMINATION
POINT OF COMMENCING
SECTION 32
SECTION 33
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
RALPH E. SCHAEFER, ET AL
DESCRIPTION
REVISE OWNERSHIP
ADDED DETAIL
DRAWING:
SHEET NO. 1 OF 3
DENNEY
1434
OKLAHOMA
TRC
GRAPHIC SCALE IN FEET

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
L1
L4
POINT OF
COMMENCING
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
DWG BY:
CKD BY:
DATE:
SCALE:
ACROSS THE PROPERTY OF
DESCRIPTION
ADDED DETAIL
DRAWING:
SHEET NO. 2 OF 3
LEGEND
TRC

**Cheniere Midstream** **EXHIBIT "A"** **Chisholm Lateral**

**Owner: Ralph E. Schaefer, Mary Jo Hoffman, Trustee of the Mary Jo Hoffman Revocable Trust, Matthias B. Schaefer, Matthias B. Schaefer and Maria M. Schaefer, Co-Trustees of the Schaefer Family Trust and Barbara M. Schaefer**

**TRACT NO. CL-KI-0078.000**

---

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of the northeast quarter of Section 32, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Ralph E. Schaefer, Mary Jo Hoffman, Trustee of the Mary Jo Hoffman Revocable Trust, , Matthias B. Schaefer and Maria M. Schaefer, Co-Trustees of the Schaefer Family Trust and Barbara M. Schaefer, recorded in Book 2788, Page 389, Book 2101, Page 182, Book 1999, Page 235, Book 1818, Page 225, Book 1287, Page 297, Book 1235, Page 72, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 3/8 inch iron rod found marking the east quarter corner of said Section 32; THENCE North 00°26'13" West, with the east line of said Section 32, a distance of 184.40 feet to the POINT OF BEGINNING;**

**THENCE South 75°38'08" West, a distance of 178.92 feet, to a point;**

**THENCE South 76°23'50" West, a distance of 637.82 feet, to the POINT OF TERMINATION on the south line of the southeast quarter of the northeast quarter of said Section 32, from which a 3/8 inch iron rod found marking the east quarter corner of said Section 32 bears North 89°29'24" East, with the south line of the southeast quarter of the northeast quarter of said Section 32, a distance of 789.84 feet, said baseline having a total distance of 811.74 feet (49.20 rods), said Permanent Easement & Right of Way containing 0.932 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CL-KI-0078.000, Rev. 2, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M.
DENNEY
1434
OKLAHOMA
8-29-18

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Date:**

**Tract No(s). CL-KI-0079.010**

1. **Surface Owner(s):**

   Louise Marie Hubbard,
   trustee of the Louise Marie Hubbard Living Trust
   Agreement dated November 11, 1993,
   11425 NW 109th St
   Yukon, OK 73099

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $2,276.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
POINT OF TERMINATION
50' WIDE P.E.R.W.
40' WIDE T.W.S.
LOUISE MARIE HUBBARD, TRUSTEE OF THE LOUISE MARIE HUBBARD LIVING TRUST AGREEMENT
SECTION 32
SECTION 33
E 0850 RD. / 240TH ST. NW.
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
NOTES
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
OKLAHOMA
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
10-12-17
TRC
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DATE
DESCRIPTION
10/9/2017
CERTIFIED
DRAWING:
SHEET NO. 1 OF 2

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the southeast quarter of Section 32, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Louise Marie Hubbard, Trustee of the Louise Marie Hubbard Living Trust Agreement, recorded in Book 2556, Page 178, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (D.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the east quarter corner of said Section 32; THENCE South 89°23'24" West, with the north line of the southeast quarter of said Section 32, a distance of 789.94 feet to the POINT OF BEGINNING;

THENCE South 76°25'50" West, a distance of 407.74 feet, to a point;

THENCE South 75°24'44" West, a distance of 133.63 feet, to the POINT OF TERMINATION on the west line of the east half of the southeast quarter of said Section 32, from which a 1/2 inch iron rod found marking the south quarter corner of said Section 32 bears South 00°25'59" East, with the west line of the east half of the southeast quarter of said Section 32, a distance of 2519.01 feet, THENCE South 89°20'41" West, with the south line of said Section 32, a distance of 1318.21 feet, said baseline having a total distance of 541.37 feet (32.81 rods), said Permanent Easement & Right of Way containing 0.621 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number CL-KI-0079.010, Rev. 0, same date.

10·12·17

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). CL-KI-0080.000**

1. **Surface Owner(s):**
   Vincent Ray Mueggenborg
   10380 248th ST NW
   Okarche, OK 73762

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 5,440.00

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF TERMINATION
50' WIDE P.E.R.W.
A.T.W.S.
SEE SHT. 2 OF 3
45' WIDE T.W.S.
POINT OF BEGINNING
VINCENT RAY MUEGGENBORG
TOTAL DISTANCE ACROSS PROPERTY
TOTAL AREA OF P.E.R.W.
TOTAL AREA OF T.W.S.
TOTAL AREA OF A.T.W.S.
LEGEND
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET
NOTES
J. M. DENNEY
1434
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
TRC
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
VINCENT RAY MUEGGENBORG
DWG BY:
CHK BY: TRC
DATE:
SCALE:
REV
DATE
DESCRIPTION
ADDED DETAIL
CERTIFIED
DRAWING:
SHEET NO. 1 OF 3

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
WORKSPACE DETAIL
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: OR
CKD BY: TRC
DATE: 7/13/18
SCALE: 1"=100'
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
VINCENT RAY MUEGGENBORG
REVS DATE DESCRIPTION
1 7/13/2018 ADDED DETAIL
0 10/2/2017 CERTIFIED
GRAPHIC SCALE IN FEET
TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the west half of the southeast quarter of Section 32, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Vincent Ray Mueggenborg, recorded in Book 2551, Page 48, Book 2547, Page 52, Book 2547, Page 50 and Book 2536, Page 90, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the east quarter corner of said Section 32; THENCE South 89°23'24" West, with the north line of the southeast quarter of said Section 32, a distance of 1318.52 feet, THENCE South 00°23'58" East, with the east line of the west half of the southeast quarter of said Section 32, a distance of 123.72 feet to the POINT OF BEGINNING;

THENCE South 75°24'44" West, a distance of 1066.90 feet, to a point;

THENCE North 74°30'33" West, a distance of 293.57 feet, to the POINT OF TERMINATION on the west line of the southeast quarter of said Section 32, from which a 1/2 iron rod found marking the south quarter corner of said Section 32 bears South 00°21'47" East, with the west line of the southeast quarter of said Section 32, a distance of 1343.77 feet, said baseline having a total distance of 1360.47 feet (82.45 rods), said Permanent Easement & Right of Way containing 1.562 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number CL-KI-0080.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date: 9-27-18

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

**Tract No(s). CL-KI-0081.000**

1. **Surface Owner(s):**
   Dale F. Rother and Marian Elizabeth Rother
   10844 248th St. NW
   Okarche, OK 73762

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 18,720.00



EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF TERMINATION
POINT OF COMMENCEMENT
50' WIDE P.E.R.W.
A.T.W.S.
SECTION 32
LEGEND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DALE F. ROTHER AND MARIAN ELIZABETH ROTHER
DESCRIPTION
ADDED DETAILS
REVISED ROUTE
DRAWING:
SHEET NO. 1 OF 4
TRC

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
WORKSPACE DETAIL 1
WORKSPACE DETAIL 2
DALE F. ROTHER AND
MARIAN ELIZABETH ROTHER
NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
ADDED DETAILS
REVISED ROUTE
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
WORKSPACE DETAIL 3
WORKSPACE DETAIL 4
WORKSPACE DETAIL 5
L17
L16
L18
L19
L21
S00°21'47"E - 72.77'
LEGEND
NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL
GRAPHIC SCALE IN FEET
TRC

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L13 | [illegible] | [illegible] |
| L14 | S78°10'11"E | [illegible] |
| L15 | [illegible] | [illegible] |
| L16 | [illegible] | [illegible] |
| L17 | [illegible] | [illegible] |

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L18 | [illegible] | [illegible] |
| L19 | N74°30'3[illegible]"W | 217.4[illegible]' |
| L20 | [illegible] | [illegible] |
| L21 | [illegible] | [illegible] |

| A.T.W.S. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L22 | S00°21'47"E | [illegible] |
| L23 | [illegible] | [illegible] |
| L24 | [illegible] | [illegible] |
| L25 | S74°30'21"E | 1.01' |

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: LAT | | CHISHOLM LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF DALE R. ROTHER AND MARIAN ELIZABETH ROTHER |
| CKD BY: TRC | | |
| DATE: 7/12/18 | | |
| SCALE: 1" = 300' | | |
| REVS | DATE | DESCRIPTION |
| 2 | 7/12/2018 | ADDED DETAILS |
| 1 | [illegible] | REVISED ROUTE |
| DRAWING: CL-KI-[illegible] | | SHEET NO. 3 OF 4 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the southwest quarter of Section 32, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Dale F. Rother and Marian Elizabeth Rother, recorded in Book 2347, Page 179, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2-inch iron rod found marking the south quarter corner of said Section 32; THENCE North 00°21'47" West, with the east line of the southwest quarter of said Section 32, a distance of 2348.77 feet to the POINT OF BEGINNING;

THENCE North 74°20'33" West, a distance of 612.49 feet, to a point;

THENCE North 78°10'12" West, a distance of 34.12 feet, to a point;

THENCE South 89°14'11" West, a distance of 1498.15 feet, to a point;

THENCE South 81°34'36" West, a distance of 407.35 feet, to a point;

THENCE South 00°17'11" East, a distance of 829.99 feet, to a point;

THENCE North 90°00'00" West, a distance of 190.56 feet, to the POINT OF TERMINATION on the west line of said Section 32, from which a 1/2-inch iron rod found marking the west quarter corner of said Section 32 bears North 00°18'30" West a distance of 1004.53 feet, said baseline having a total distance of 3572.66 feet (204.40 rods), said Permanent Easement & Right of Way containing 3.871 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number CL-KI-0081.000, Rev. 2, same date.

7-27-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

Date:

**STEPHENS COUNTY**

**Tract No(s). VL-ST-0003.000**

1. **Surface Owner(s):**
Daniel E. McCarley, Trustee of the Daniel E. McCarley Trust, dated May 25,2007;
3672 Course Dr.,
Sarasota, FL 34232

Douglas Robert Irwin;
7516 Lamar Ave Apt 78
Prairie Village, KS 66208

Jennifer Ann Irwin;
1719 County Road 4480
Salem, MO 65560

Amanda L Irwin
1719 County Road 4480
Salem, MO 65560

Gina Lynn Lankford
P.O. Box 267
Blanco, TX 78606

Johnyne Rees
P.O. Box 745
Duncan OK 73534

or

1730 W Camelback Road
Duncan, OK 73533

Stephen R. Whitten
2809 Springdale Ln.,
Duncan, OK 73534

Melinda K. Craig, same person as Melinda Kay Whitten, same person as Melinda Kay Whitten Craig
609 Larrie Ellen Way
Brandon FL 33511

John R. Whitten
4506 Hanover St
Grand Prairie, TX 75052

**2. Other Persons-in-Interest:**

**3. Legal Description:**
*See* attached plat.

**4. Just Compensation:**
$978.00

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 1 SOUTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
OLD STATE HIGHWAY 7
POINT OF TERMINATION
SECTION 13
SECTION 24
FND. RAILROAD SPIKE
NW COR., SEC. 24
POINT OF BEGINNING
POINT OF COMMENCING
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: LAT
CKD BY: TRC
SCALE
REV# DATE DESCRIPTION
ADDED DETAILS
REVISED WORKSPACE
DRAWING:
SHEET NO. 1 OF 4
PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA
TRC

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 1 SOUTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
WORKSPACE SEGMENT TABLE
LINE | BEARING | DISTANCE
L1 | N87°47'07"E | 17.44'
L2 | N03°01'[illegible]"E | [illegible]
L3 | N76°10'18"E | [illegible]
L4 | S21°03'[illegible]"W | [illegible]
L5 | S87°47'07"W | [illegible]
L6 | N00°24'16"W | 25.01'
DETAIL "A"
N.T.S.
WORKSPACE SEGMENT TABLE
LINE | BEARING | DISTANCE
L7 | N55°48'06"W | 25.00'
L8 | N34°11'54"E | 160.27'
L9 | S55°48'06"E | 25.00'
L10 | S34°11'54"W | 160.27'
DETAIL "B"
N.T.S.
NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: LAT
CKD BY: TRC
SCALE: 1" = 50'
VELMA LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
WHITTEN FAMILY REVOCABLE TRUST, ET AL
REV# DATE DESCRIPTION
ADDED DETAILS
2 10/19/2017 REVISED WORKSPACE
DRAWING:
SHEET NO. 2 OF 4
TRC
GRAPHIC SCALE IN FEET

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 1 SOUTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
L13
L12
DETAIL "E"
N.T.S.
NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: LAT
CKD BY: TRC
SCALE: 1" = 50'
VELMA LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
WHITTEN FAMILY REVOCABLE TRUST, ET AL
REV# DATE DESCRIPTION
ADDED DETAILS
2 10/18/2017 REVISED WORKSPACE
DRAWING:
SHEET NO. 5 OF 4
TRC
GRAPHIC SCALE IN FEET

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L11 | [illegible] | [illegible] |
| L12 | [illegible] | [illegible] |
| L13 | [illegible] | [illegible] |
| L14 | [illegible] | [illegible] |

**Cheniere Midstream** | **EXHIBIT "A"** | **Velma Lateral**

**Owner: Whitten Family Revocable Trust, et al** | **TRACT NO. VL-ST-0003.000**

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northwest quarter of Section 24, Township 1 South, Range 5 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to Whitten Family Revocable Trust, et al, recorded in Book 4243, Page 279, Book 1871, Page 48, Book 3701, Page 148, Book 4088, Page 195, Book 2349, Page 2, Book 2788, Page 24, Book 1872, Page 720, Book 1982, Page 115 and Book 4925, Page 136 of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with cap found marking the west quarter corner of said Section 24; THENCE North 00°24'16" West, with the west line of said Section 24, a distance of 2028.64 feet to the POINT OF BEGINNING;

THENCE North 87°47'07" East, a distance of 16.49 feet, to a point;

THENCE North 76°10'18" East, a distance of 54.01 feet, to a point;

THENCE North 24°11'54" East, a distance of 402.29 feet, to a point;

THENCE North 27°26'13" East, a distance of 142.04 feet, to a point;

THENCE North 37°28'40" East, a distance of 19.78 feet, to the POINT OF TERMINATION on the north line of said Section 24, from which a railroad spike found marking the northwest corner of said Section 24 bears South 89°04'36" West, with the north line of said Section 24, a distance of 361.66 feet, said baseline having a total distance of 734.57 feet (44.52 rods), said Permanent Easement & Right of Way containing 0.843 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 4, drawing number VL-ST-0003.000, Rev. 8, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M.
DENNEY
1434
OKLAHOMA

7-31-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). VL-ST-0018.010**

1. **Surface Owner(s):**

   Norwest Capital Management & Trust Co., Trustee or Successor
   Trustee of the Revocable Living Trust Agreement dated December
   17, 1980,
   Troy Goodwin, agent
   175 N 27th St 1st NW Natl Bldg,
   Billings MT 59117

   A. P. Goodwin, Jr.
   28116 Highway 76
   Foster OK 73424

   Donald L. Green
   13336 SE 147th Road
   Wister, OK 74966

   E Arline Sims
   286277 E 1790 Rd.
   Comanche, OK 73529

   Imogene A. Lewis
   P.O. Box 232
   Duncan OK 73534

   Lucille Sims whether alive or deceased,  and, if deceased,  the
   executor, executrix and, or administrator of the Estate of Lucille Sims,
   deceased, and all heirs and, or legatees, devisees, trustees, creditors
   and assigns of Lucille Sims, deceased,
   P.O. Box 296
   Duncan OK 73534

   D. Darlene Henricks
   1012 W Chestnut Ave
   Duncan, OK 73533

   E. Arlene Sims
   286277 E 1790 Rd
   Comanche, OK 73529

Robert P. Sims, whether alive or deceased,  and, if deceased,  the executor, executrix and, or administrator of the Estate of Robert P. Sims, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Robert P. Sims, deceased.
3800 Forrest Rd
Sulphur, OK 73086

Elizabeth Beeson, Trustee(s) of the James F. Beeson and Elizabeth Beeson Family Trust created January 20, 1992
1634 Box Prairie Cir.,
Loveland, CO 80538

Kelly J. Egebrecht
6102 Wildcat Ln
Pasco, WA 99301

Donna A. Hornberger
400 Tolas Pl., #22
Fallon, NV 89406

Silas Virgil Goodwin and Sharon Diane Goodwin, as Trustees of the Silas Virgil Goodwin and Sharon Diane Goodwin Revocable Trust, dated July 20, 1998
8119 E 126th St N Apt 126
Collinsville, OK 7402

Charles Dean Goodwin
4619 SE Highway 82
Wister, OK 74966

Wanda Williams, formerly Daily
1213 W Stewart Ave.,
Duncan, OK 73533

William Presto Gray
c/o Anita Gray
330 K ST SW
Ardmore, OK 73401

Amaleta Marline Gray
2900 Worthington dr.,
Norman, OK 73072

Kenneth Ray Gray
1213 W Stewart Ave.,
Duncan, OK 73533

Amaleta Marlina Sharp
3900 Worthington Dr
Norman, OK 73072

Lucille Gray, s/p/a Lucia Gray, whether alive or deceased,  and, if
deceased,  the executor, executrix and, or administrator of the Estate
of Lucille Gray, s/p/a Lucia Gray, deceased, and all heirs and, or
legatees, devisees, trustees, creditors and assigns of Lucille Gray,
s/p/a Lucia Gray, deceased
Rt 1 Box 66H
Duncan OK 73533

or
207 W Florida Ave
Anadarko, OK 73005

David Nunley
3055 Hidden Lake Dr.,
Duluth, GA 30096

Alan Morgan
Address Unknown

Donny Morgan
Address Unknown

Kevin Morgan
P.O. Box 602
Marlow, OK 73055

Hettie Mae Ditmore
164484 5 Mile Rd
Marlow, OK 73055

Cleo C. Holland, Jr.
407 W Commanche
Marlow, OK 73055

Clytis Reynolds, whether alive or deceased,  and, if deceased,  the executor, executrix and, or administrator of the Estate of Clytis Reynolds, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Clytis Reynolds, deceased,
P.O. Box 602
Marlow, OK 73055

Pernecie Bocast
P.O. Box 602
Marlow, OK 73055

Gladys Reusser
P.O. Box 602
Marlow, OK 73055

Peggy Joe Chadwick, nee Holland
28116 Highway 76
Foster OK 73424

Donna Kay Hornback
3404 Woodknoll
Duncan, OK 73533


Ojuana A. Nichols, whether alive or deceased,  and, if deceased,  the executor, executrix and, or administrator of the Estate of Ojuana A. Nichols, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Ojuana A. Nichols, deceased,
500 W Santa Maria St Spc 134
Santa Paula, CA 93060

Dianna Olcott now McCreight
69720 Old Wagon Rd.,
Sisters, OR 97759

Rebecca Jean Behrendt, whether alive or deceased,  and, if deceased,  the executor, executrix and, or administrator of the Estate of Rebecca Jean Behrendt, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Rebecca Jean Behrendt, deceased,
10687 Yolo Str.,
Ventura, CA 93004

Wynema D. Nix, whether alive or deceased,  and, if deceased,  the
executor, executrix and, or administrator of the Estate of Wynema D.
Nix, deceased, and all heirs and, or legatees, devisees, trustees,
creditors and assigns of Wynema D. Nix, deceased,
14901 N Pennsylvania Ave Apt 287
Oklahoma City, OK 73134

Debra D. Nix
1117 N 12th St
Duncan, OK 7353

Donna D. Nix
1117 N 12th St
Duncan, OK 7353

Richard D. Nix
2809 Melina Dr.,
Yukon, OK 73099

Billy Dwain Ferguson
28998 N County Road 3120
Elmore City, OK 73433

Danny Ray Ferguson
703 N Walnut Ave
Cache, OK 73527

Rory Dale Ferguson
21444 E County Road 1670
Elmore City, OK 73433

Vicki Lynn Ferguson, now Fryar
1610 Wind Hill Rd.,
Norman, OK 73071


Mary Jo Bush, a/k/a Mary Jo Newman, now Hotchko, whether alive
or deceased,  and, if deceased,  the executor, executrix and, or
administrator of the Estate of Mary Jo Bush, a/k/a Mary Jo Newman,
now Hotchko, deceased, and all heirs and, or legatees, devisees,
trustees, creditors and assigns of Mary Jo Bush, a/k/a Mary Jo
Newman, now Hotchko, deceased,
510 Rocky Creek Rd.,

Mansfield TX 76063

Ray Gene Newman, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Ray Gene Newman, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Ray Gene Newman, deceased,
122 Chamale Dr.,
Slidell, LA 70460

Frona Vastal Goodwin, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Frona Vastal Goodwin, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Frona Vastal Goodwin, deceased,
2 Chickasaw Dr.,
Shawnee, OK 74801

Michael Don Goodwin
26440 E 113th Ct.,
Coweta, OK 74429

Judith Carrol Snider
26440 E 113th Ct.,
Coweta, OK 74429

2. **Other Persons-in-Interest:**


3. **Legal Description:**
   *See* attached plat.


4. **Just Compensation:**
   $4,410.00

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 2, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
50' WIDE P.E.R.W.
30' WIDE T.W.S.
SEE DETAIL
POINT OF BEGINNING
POINT OF COMMENCING
DETAIL
N.T.S.
VL-ST-0018.000
BOOK 4178, PAGE 000
LEGEND
NOTES
J. M. DENNEY
1434
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: LAT
CHK BY: TRC
DATE:
SCALE: 1"=200'
VELMA LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
VICKI LYNN FERGUSON, NOW FRYAR
REVS
DATE
DESCRIPTION
ADDED DETAIL
REVISED WORKSPACE
DRAWING:
SHEET NO. 1 OF 3
TRC
GRAPHIC SCALE IN FEET

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 2, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SECTION 2
SECTION 11
POINT OF TERMINATION
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
MIDSHIP PIPELINE COMPANY, LLC
VELMA LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
VICKI LYNN FERGUSON, NOW FRYAR
ADDED DETAIL
REVISED WORKSPACE
GRAPHIC SCALE IN FEET

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N01°19'43"W | 25.00' |
| L2 | N89°40'38"E | [illegible] |
| L3 | S00°19'34"E | 25.00' |
| L4 | S89°40'38"W | [illegible] |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L5 | N00°19'34"W | 25.00' |
| L6 | N89°40'38"E | 137.55' |
| L7 | N59°41'46"E | 117.12' |
| L8 | N89°27'54"E | 101.96' |
| L9 | S00°32'06"E | 25.00' |
| L10 | S89°27'54"W | 94.35' |
| L11 | S59°41'46"W | 117.19' |
| L12 | S89°40'38"W | 144.48' |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L13 | N25°47'20"W | 25.00' |
| L14 | N64°12'40"E | 145.71' |
| L15 | S85°07'28"E | 10.94' |
| L16 | S19°13'03"W | 25.60' |
| L17 | S64°12'40"W | 156.85' |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L18 | N04°52'38"E | 25.00' |
| L19 | S85°07'28"E | 13.65' |
| L20 | S75°38'57"E | 81.39' |
| L21 | N89°41'10"E | 219.80' |
| L22 | S00°18'50"E | 25.00' |
| L23 | S89°41'10"W | 226.40' |
| L24 | N75°38'57"W | 82.45' |
| L25 | N85°07'28"W | 11.04' |

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 2, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
L37
BOIS D'ARC RD / CEMETARY RD.
DETAIL "E"
N.T.S.
NOTE:
MIDSHIP PIPELINE COMPANY, LLC
VELMA LATERAL PROJECT
GRAPHIC SCALE IN FEET
TRC

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the south half of the southwest quarter of Section 2, Township 1 South, Range 4 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to Vicki Lynn Ferguson, now Fryar, recorded in Book 2942, Page 132, of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the southwest corner of said Section 2; THENCE North 00°39'25" West, with the west line of said Section 2, a distance of 12.40 feet to the POINT OF BEGINNING;

THENCE North 89°40'36" East, a distance of 478.65 feet, to a point;

THENCE North 58°41'46" East, a distance of 117.26 feet, to a point;

THENCE North 89°27'54" East, a distance of 521.56 feet, to a point;

THENCE North 84°12'40" East, a distance of 141.94 feet, to a point;

THENCE South 85°07'25" East, a distance of 252.37 feet, to a point;

THENCE South 73°38'57" East, a distance of 84.75 feet, to a point;

THENCE North 89°41'10" East, a distance of 931.46 feet, to a point;

THENCE South 05°05'26" East, a distance of 66.59 feet, to the POINT OF TERMINATION on the south line of said Section 2, from which a 1/2 inch iron rod found marking the south quarter corner of said Section 2 bears North 89°35'12" East, with the south line of said Section 2, a distance of 170.30 feet, said baseline having a total distance of 2594.58 feet (157.25 rods), said Permanent Easement & Right of Way containing 2.880 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 & 2 of 5, drawing number VL-ST-0018.010, Rev. 2, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

5-7-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). VL-ST-0024.000**

1. **Surface Owner(s):**

Charles Allen Regan
202 E Modoc Ave
McAlester, OK 74501

Marcella W. Regan whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Marcella W. Regan, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Marcella W. Regan, deceased,
1920 N. Honeysuckle Ave.,
Mangum, OK 73554

Robert Edward Regan
306 4th St. #16
Talihina, OK 74571

Marsha Nan Regan, a.k.a Marsha Nan Regan Purtell
1920 N. Honeysuckle Ave.,
Mangum, OK 73554

John Patrick Regan
26290 Turkey Ridge Rd.,
Bush, LA 70431

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
$4,154.00 (with VL-ST-0025.000)

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF BEGINNING
POINT OF TERMINATION
50' WIDE P.E.R.W.
A.T.W.S.
MIDSHIP PIPELINE COMPANY, LLC
VELMA LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
MARCELLA W. REGAN, ET AL
J. M. DENNEY
1484
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
GRAPHIC SCALE IN FEET
TRC

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN
DETAIL "1"
DETAIL "2"
DETAIL "3"
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
EXISTING R.O.W.
NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
TRC
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: LAT
CKD BY: TRC
DATE: 7/30/18
SCALE: N.T.S.
VELMA LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
MARCELLA W. REGAN, ET AL
REV# DATE DESCRIPTION
3 8/30/2018 REVISE OWNERSHIP
2 7/30/2018 ADDED DETAILS
DRAWING: VL-ST-0024.000 SHEET NO. 2 OF 3

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N00°42'36"W | 71.42' |
| L2 | N45°45'17"E | 534.58' |
| L3 | N46°16'44"W | 25.00' |
| L4 | N43°43'17"E | 75.70' |
| L5 | N50°21'22"E | 28.98' |
| L6 | S40°12'30"E | 25.00' |
| L7 | S50°21'25"W | 22.75' |
| L8 | S43°43'17"W | 77.25' |
| L9 | N50°21'24"E | 105.88' |
| L10 | N39°38'36"W | 25.00' |
| L11 | N50°21'23"E | 80.80' |
| L12 | N68°40'42"E | 55.85' |
| L13 | S24°19'16"E | 25.00' |
| L14 | S68°40'42"W | 62.57' |
| L15 | S50°21'34"W | 47.43' |
| L16 | S00°43'29"E | 62.33' |
| L17 | N54°04'59"W | 446.07' |
| L18 | S35°55'05"W | 25.00' |
| L19 | N54°04'55"W | 214.29' |
| L20 | N68°40'42"E | 28.50' |

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L21 | S54°04'55"E | 200.00' |
| L22 | N00°43'29"W | 31.15' |
| L23 | N54°04'55"W | 632.80' |
| L24 | S68°40'42"W | 150.00' |
| L25 | N24°19'16"W | 25.00' |
| L26 | N68°40'42"E | 126.71' |
| L27 | S54°04'54"E | 28.80' |

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the southwest quarter of Section 1, Township 1 South, Range 4 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to Marcella W. Regan, Charles Allen Regan, Robert Edward Regan, Marsha Nan Regan, and John Patrick Regan, recorded Book 1976, Page 446 and in Book 914, Page 169 of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 3/8 inch iron rod found marking the west quarter corner of said Section 1; THENCE North 89°20'33" East, along the north line of the southwest quarter of said Section 1, a distance of 1318.24 feet, THENCE South 00°42'36" East, along the west line of the northeast quarter of the southwest quarter of said Section 1, a distance of 1094.16 feet to the POINT OF BEGINNING;**

**THENCE North 43°43'17" East, a distance of 519.88 feet, to a point;**

**THENCE North 50°21'23" East, a distance of 169.22 feet, to a point;**

**THENCE North 65°40'42" East, a distance of 365.46 feet, to a point;**

**THENCE South 54°04'56" East, a distance of 608.09 feet, to the POINT OF TERMINATION on the east line of the southwest quarter of said Section 1, from which a 1/2 inch rod with cap found marking the south quarter corner of said Section 1 bears South 00°45'29" East, along the east line of the southwest quarter of said Section 1, a distance of 1811.94 feet, said baseline having a total distance of 1662.65 feet (100.77 rods), said Permanent Easement & Right of Way containing 1.908 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number VL-ST-0024.000, Rev. 3, same date.**

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1484 OKLAHOMA
5-24-18

**Date:**

**Tract No(s). VL-ST-0025.000**

1. **Surface Owner(s):**

Charles Allen Regan
202 E Modoc Ave
McAlester, OK 74501

Marcella W. Regan whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Marcella W. Regan, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Marcella W. Regan, deceased,
1920 N. Honeysuckle Ave.,
Mangum, OK 73554

Robert Edward Regan
4500 Pear Ridge Dr., Apt. 913
Dallas, TX 75287

Marsha Nan Regan, a.k.a Marsha Nan Regan Purtell
1920 N. Honeysuckle Ave.,
Mangum, OK 73554

John Patrick Regan
26290 Turkey Ridge Rd.,
Bush, LA 70431

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
*See* attached plat.

4. **Just Compensation:**
*See* VL-ST-0024.000

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF TERMINATION
A.T.W.S.
SEE DETAIL "1"
SHEET 2 OF 3
POINT OF COMMENCING
SECTION 1
SECTION 12
LEGEND
NOTES
MIDSHIP PIPELINE COMPANY, LLC
VELMA LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
MARCELLA W. REGAN, ET AL
DRAWING:
SHEET NO. 1 OF 3
J. M. DENNEY
1484
OKLAHOMA
8-24-18
GRAPHIC SCALE IN FEET

# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN

DETAIL "1"
1"=200'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible] | 60.00' |
| L2 | S89°22'49"W | 104.08' |
| L3 | [illegible] | 25.00' |
| L4 | S89°22'49"W | 108.28' |
| L5 | [illegible] | 108.28' |
| L6 | [illegible] | 25.00' |
| L7 | [illegible] | 100.00' |
| L8 | [illegible] | 100.00' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | LAT | VELMA LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF MARCELLA W. REGAN, ET AL |
| CKD BY: | TRD | |
| DATE: | 7/30/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 2 | 8/30/2018 | REVISE OWNERSHIP |
| 1 | 7/30/2018 | ADDED DETAIL |
| DRAWING: | [illegible] | SHEET NO. 2 OF 3 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 1, Township 1 South, Range 4 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to Marcella W. Regan, Charles Allan Regan, Robert Edward Regan, Martha Nan Regan, and John Patrick Regan, recorded in Book 1976, Page 446 and in Book 914, Page 188, of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with cap found marking the south quarter corner of said Section 1; THENCE North 00°43'29" West, with the west line of the southeast quarter of said Section 1, a distance of 1811.94 feet to the POINT OF BEGINNING;

THENCE South 54°04'56" East, a distance of 474.28 feet, to a point;

THENCE North 89°22'48" East, a distance of 277.46 feet, to the POINT OF TERMINATION on the east line of the west half of the west half of the southeast quarter of said Section 1, from which a 1/2 inch iron rod found marking the southeast corner of said Section 1 bears South 00°44'49" East a distance of 207.80 feet to the southeast corner of the southwest quarter of the northwest quarter of the southeast quarter of said Section 1, THENCE North 89°20'58" East a distance of 1316.18 feet to the northeast corner of the west half of the southeast quarter of the southeast quarter of said Section 1, THENCE South 00°47'28" East a distance of 1321.90 feet to the southeast corner of the west half of the southeast quarter of the southeast quarter of said Section 1, THENCE North 89°20'42" East, with the south line of said Section 1, a distance of 658.60 feet, said baseline having a total distance of 751.74 feet (45.56 rods), said Permanent Easement & Right of Way containing 0.863 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number VL-ST-0025.000, Rev. 2, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1484
OKLAHOMA

8-24-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1484
Firm License No. 144

Date:

**Tract No(s). VL-ST-0026.000**

1. **Surface Owner(s):**

Jimmy R. Barker
205 Rowell's Lane
Cache, OK 73527

Marie Robinson whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Marie Robinson, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Marie Robinson, deceased,
P.O. Box 326,
Cache, OK 73527

Jimmy Ray Barker
205 Rowell's Lane
Cache, OK 73527

Jackie Ruth Barker, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Jackic Ruth Barker, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Jackie Ruth Barker, deceased,
3826 Somerset Ave., NE
Albany, OR 97322

Suellen Kaye Thiessen
611 N 8th St.,
Cache, OK 73527

Ronald D. Barker
205 Rowell's Lane
Cache, OK 73527

B.G. Hestand, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of B.G. Hestand, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of B.G. Hestand, deceased,
Address Unknown

John Hestand, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of John Hestand, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of John Hestand, deceased,
Address Unknown

Sallie Hestand Rawlinson, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Sallie Hestand Rawlinson, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Sallie Hestand Rawlinson, deceased,
Address unknown

Cora Hestand Mosby, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Cora Hestand Mosby, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Cora Hestand Mosby, deceased,
Address unknown

Isaac D. Hestand, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Isaac D. Hestand, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Isaac D. Hestand, deceased,
Address unknown

Ruth Hestand Pettijohn, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Ruth Hestand Pettijohn, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Ruth Hestand Pettijohn, deceased,
Address Unknown

Arva Hestand Arnold, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Arva Hestand Arnold, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Arva Hestand Arnold, deceased,
Address Unknown

**2. Other Persons-in-Interest:**

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**

   $3,354.00

EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
POINT OF TERMINATION
POINT OF BEGINNING
25' WIDE T.W.S.
50' WIDE P.E.R.W.
A.T.W.S.
COUNTYLINE ROAD
NOTES
LEGEND
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
VELMA LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DWG BY:
CKD BY:
DATE:
SCALE:
REVS
DATE
DESCRIPTION
ADDED DETAILS
REVISED WORKSPACE
DRAWING:
SHEET NO. 1 OF 3
PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1494
OKLAHOMA
TRC

# EXHIBIT "A"

**STEPHENS COUNTY, OKLAHOMA**
**SECTION 1, TOWNSHIP 1 SOUTH,**
**RANGE 4 WEST OF THE INDIAN MERIDIAN**

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N84°08'13"E | 4.49' |
| L2 | N84°08'08"E | 58.67' |
| L3 | N84°08'13"E | 41.49' |
| L4 | S05°54'58"E | 24.96' |
| L5 | S84°08'08"W | 100.00' |
| L6 | N05°54'58"W | 25.00' |
| L7 | N77°50'47"E | 94.58' |
| L8 | N77°50'45"E | 58.58' |
| L9 | N77°50'46"E | 40.98' |
| L10 | S12°09'14"E | 25.00' |
| L11 | S77°50'46"W | 100.00' |
| L12 | N12°09'14"W | 25.00' |
| L13 | S00°48'47"E | 50.71' |
| L14 | S78°38'31"W | 17.29' |
| L15 | S00°31'38"E | 25.53' |
| L16 | S78°38'31"W | 124.55' |
| L17 | N10°25'29"W | 25.00' |
| L18 | N78°38'31"E | 129.00' |

**LEGEND**

- I.R. — IRON ROD
- I.P. — IRON PIPE
- FND. — FOUND
- N.T.S. — NOT TO SCALE
- R.O.W. — RIGHT OF WAY
- T.W.S. — TEMPORARY WORKSPACE
- A.T.W.S. — ADDITIONAL TEMPORARY WORKSPACE
- P.E.R.W. — PERMANENT EASEMENT & RIGHT OF WAY
- BROKEN LINE NOT SCALABLE
- PROPERTY LINE
- BASELINE
- EXISTING PIPELINE
- STATUTORY R.O.W.

**NOTE:**
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

TRC
14000 Park Ten Place
Houston, TX 77084
(281) 616-0180

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | LAT | VELMA LATERAL PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>JIMMY RAY BARKER AND JACKIE RUTH BARKER, ET AL |
| CKD BY: | TRC | |
| DATE: | 7/30/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 3 | 7/30/2018 | ADDED DETAILS |
| 2 | 10/25/2017 | REVISED WORKSPACE |
| DRAWING: | VL-ST-0036.000 | SHEET NO. 2 OF 3 |

**Cheniere Midstream** **EXHIBIT "A"** **Velma Lateral**
Owner: Jimmy Ray Barker and Jackie Ruth Barker, et al TRACT NO. VL-ST-0026.000

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 1, Township 1 South, Range 4 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to John Hestand, Sallie Hestand Rawlinson, Cora Hestand Mosby, Isaac D. Hestand, Arva Hestand Arnold, and Ruth Hestand Pettijohn, or their unknown heirs, B.G. Hestand, Marie Robinson, Jimmy Ray Barker and Jackie Ruth Barker, Suellen Kaye Thiessen and Ronald D. Barker, recorded in Book 414, Page 321, Book 802, Page 319, Book 844, Page 458, Book 2412, Page 251, Book 3281, Page 134 and in Book 3823, Page 125 of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 1; THENCE South 89°20'33" West a distance of 2680.55 feet to the center of said Section 1, THENCE South 00°43'29" East a distance of 660.93 feet to the southwest corner of the north half of the north half of the southeast quarter of said Section 1, THENCE North 89°20'35" East a distance of 657.84 feet to the southeast corner of the northwest quarter of the northwest quarter of the southeast quarter of said Section 1, THENCE South 00°44'49" East with the east line of the west half of the west half of the southeast quarter of said Section 1 a distance of 458.64 feet to the POINT OF BEGINNING;

THENCE North 89°22'48" East, a distance of 1258.84 feet, to a point;

THENCE North 84°05'08" East, a distance of 167.85 feet, to a point;

THENCE North 77°50'46" East, a distance of 301.31 feet, to a point;

THENCE North 79°39'51" East, a distance of 245.91 feet, to the POINT OF TERMINATION on the east line of said Section 1, from which a 1/2 inch iron rod found marking the southeast corner of said Section 1 bears South 00°46'47" East a distance of 1645.45 feet, said baseline having a total distance of 1984.01 feet (120.24 rods), said Permanent Easement & Right of Way containing 2.277 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number VL-ST-0026.000, Rev. 3, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

.31-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

Page 3 of 3

# GARVIN COUNTY

## Tract No(s). GA-0444.000

1. **Surface Owner(s):**

   Danny T. Christian
   607 W. Plato
   Duncan, OK 73533

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $7,056.00 (with GA-0445.000 and GA-0448.000)

EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
POINT OF TERMINATION
DANNY T. CHRISTIAN
SECTION 10
SECTION 15
SECTION 11
MATCHLINE
LEGEND
NOTES
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DANNY T. CHRISTIAN
ADDED T.A.R. WIDTH AND AREA
ADDED DETAILS
SHEET NO. 1 OF 4

EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SEE SHEET 1 OF 3
MATCHLINE
SECTION 9
SECTION 16
SECTION 10
SECTION 15
FND. PK NAIL
SW COR., SEC. 10
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DANNY T. CHRISTIAN
DESCRIPTION
ADDED T.A.R. WIDTH AND AREA
ADDED DETAILS
DRAWING:
SHEET NO. 2 OF 4
GRAPHIC SCALE IN FEET
NOTE:
TRC

# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | [illegible] | 48.42' |
| L2 | [illegible] | 43.10' |
| L3 | [illegible] | 93.13' |
| L4 | [illegible] | 13.62' |
| L5 | [illegible] | 185.15' |
| L6 | [illegible] | 59.00' |
| L7 | [illegible] | 181.65' |
| L8 | [illegible] | 9.16' |
| L9 | [illegible] | 50.00' |
| L10 | [illegible] | 70.75' |
| L11 | [illegible] | 54.45' |
| L12 | [illegible] | 137.05' |
| L13 | [illegible] | 19.04' |
| L14 | [illegible] | 20.26' |
| L15 | [illegible] | 14.50' |
| L16 | [illegible] | 136.57' |

T.A.R. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L35 | N31°19'59"E | 26.65' |
| L36 | [illegible] | 24.67' |
| L37 | N40°30'04"E | 24.44' |
| L38 | N44°15'28"E | 24.03' |
| L39 | N51°20'25"E | 24.47' |
| L40 | [illegible] | 24.05' |
| L41 | [illegible] | 22.47' |
| L42 | N71°45'24"E | 21.20' |
| L43 | N76°35'30"E | 19.84' |
| L44 | N81°44'50"E | 16.32' |
| L45 | [illegible] | 2.03' |
| L46 | [illegible] | 64.43' |
| L47 | [illegible] | 21.15' |
| L48 | [illegible] | 3.57' |

T.A.R. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L17 | N03°17'39"E | 64.02' |
| L18 | N08°39'21"E | 60.45' |
| L19 | N12°54'15"E | 65.66' |
| L20 | N16°27'48"E | 37.27' |
| L21 | [illegible] | 23.94' |
| L22 | [illegible] | 36.25' |
| L23 | [illegible] | 41.50' |
| L24 | N27°10'15"E | 42.91' |
| L25 | [illegible] | 44.55' |
| L26 | N21°21'15"E | 23.44' |
| L27 | [illegible] | 27.32' |
| L28 | N19°44'46"E | 41.82' |
| L29 | N15°14'36"E | 42.10' |
| L30 | [illegible] | 27.55' |
| L31 | [illegible] | 35.74' |
| L32 | N26°20'37"E | 37.07' |
| L33 | N32°31'32"E | 9.26' |
| L34 | N39°01'50"E | 7.16' |

LEGEND:

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | MAINLINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

NOTE:

SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

TRC

MIDSHIP PIPELINE COMPANY, LLC

| | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF DANNY T. CHRISTIAN |
| CKD BY: | TRC | |
| DATE: | 7/24/18 | |
| SCALE: | N.T.S. | |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 8/29/2018 | ADDED T.A.R. WIDTH AND AREA |
| 2 | 7/24/2018 | ADDED DETAILS |

DRAWING: GA-0444.000 SHEET NO. 3 OF 4

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the southwest quarter of Section 10, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to Danny T. Christian, recorded in Book 1792, Page 27, of the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 10; THENCE South 89°15'33" West, with the north line of the south half of said Section 10, a distance of 3243.65 feet to the POINT OF BEGINNING;**

**THENCE South 34°36'36" East, a distance of 121.25 feet, to a point;**

**THENCE South 24°01'39" East, a distance of 1325.40 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of the southwest quarter of said Section 10, from which a PK nail found marking the south quarter corner of said Section 10 bears North 89°18'03" East, with the south line of the northeast quarter of the southwest quarter of said Section 10, a distance of 19.95 feet, THENCE South 00°50'48" East, with the east line of the southwest quarter of said Section 10, a distance of 1318.12 feet, said baseline having a total distance of 1446.65 feet (87.68 rods), said Permanent Easement & Right of Way containing 1.659 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number GA-0444.000, Rev. 3, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
8-25-18

**James Michael Denney** **Date:**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

**Tract No(s). GA-0445.000**

1. **Surface Owner(s):**
   Danny T. Christian
   607 W. Plato
   Duncan, OK 73533

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GA-0444.000

EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
SEE SHEET 2 OF 3
T.A.R. - 55
SEE SHEET 3 OF 4 FOR LINE TABLE
DAN T. CHRISTIAN
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DAN T. CHRISTIAN
ADDED T.A.R. WIDTH AND AREA
ADDED DIMENSIONS
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
OKLAHOMA

EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
POINT OF COMMENCING
POINT OF BEGINNING
POINT OF TERMINATION
L47
L43
SEE SHEET 3 OF 4 FOR LINE TABLE
A.T.W.S.
T.W.S.
DAN T. CHRISTIAN
SECTION 10
SECTION 15
SECTION 11
FND. PK NAIL
LEGEND
NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.
TRC
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
DWG BY: CP
CKD BY: TRC
SCALE: 1"=100'
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DAN T. CHRISTIAN
REVS
DATE
DESCRIPTION
2
ADDED T.A.R. WIDTH AND AREA
1
ADDED DIMENSIONS
DRAWING:
SHEET NO. 2 OF 4

# EXHIBIT "A"

**GARVIN COUNTY, OKLAHOMA**
**SECTION 10, TOWNSHIP 1 NORTH,**
**RANGE 3 WEST OF THE INDIAN MERIDIAN**

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N88°01'02"E | 28.21' |
| L2 | N89°01'51"E | 25.29' |
| L3 | N41°37'22"E | 25.20' |
| L4 | N48°22'01"E | 24.84' |
| L5 | N55°28'59"E | 30.81' |
| L6 | N55°01'19"E | 28.68' |
| L7 | N88°58'49"E | 21.49' |
| L8 | N04°28'08"E | 43.97' |
| L9 | N33°11'49"E | 60.08' |
| L10 | N55°28'59"E | 61.47' |
| L11 | N33°41'49"E | 68.57' |
| L12 | N04°41'18"E | 62.44' |
| L13 | N61°30'38"E | 48.88' |
| L14 | N55°58'10"E | 22.58' |
| L15 | N40°48'58"E | 23.04' |
| L16 | N60°18'49"E | 33.53' |
| L17 | N55°30'42"E | 20.78' |
| L18 | N88°32'46"E | 19.12' |
| L19 | N74°41'47"E | 32.52' |
| L20 | N76°08'08"E | 47.84' |
| L21 | N76°21'02"E | 18.81' |
| L22 | N81°22'44"E | 21.76' |
| L23 | N48°58'03"E | 12.48' |
| L24 | N55°38'48"E | 21.81' |
| L25 | N11°34'19"E | 18.44' |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L26 | N33°08'04"W | 19.08' |
| L27 | N04°11'39"E | 15.59' |
| L28 | N12°10'30"E | 18.82' |
| L29 | N19°21'09"E | 28.47' |
| L30 | N38°41'08"E | 19.83' |
| L31 | N39°08'04"E | 19.88' |
| L32 | N32°08'30"E | 18.87' |
| L33 | N55°15'49"E | 22.30' |
| L34 | N57°38'28"E | 22.42' |
| L35 | N38°35'00"E | 22.01' |
| L36 | N40°40'28"E | 20.78' |
| L37 | N33°43'10"E | 19.94' |
| L38 | N61°38'48"E | 22.58' |
| L39 | N38°24'32"E | 24.74' |
| L40 | N38°28'39"E | 28.05' |
| L41 | N27°04'12"E | 28.86' |
| L42 | N38°01'57"E | 19.59' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L43 | S88°16'08"W | 70.78' |
| L44 | S24°01'39"E | 61.61' |
| L45 | S88°53'22"W | 60.00' |
| L46 | N24°01'39"W | 76.07' |
| L47 | N88°16'03"E | 64.48' |

**LEGEND**

I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.O.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD

BROKEN LINE NOT SCALABLE
PROPERTY LINE
SHORELINE
EXISTING PIPELINE
STATUTORY R.O.W.

**NOTE:**
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF DAN T. CHRISTIAN | |
| CKD BY: | TRC | | |
| DATE: | 6/28/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 2 | 8/22/2018 | ADDED T.A.R. WIDTH AND AREA | |
| 1 | 7/24/2018 | ADDED DIMENSIONS | |
| DRAWING: | | GA-0446.000 | SHEET NO. 3 OF 4 |

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a Permanent Easement & Right of Way situated in the southeast quarter of the southwest quarter of Section 10, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to Dan T. Christian, recorded in Book 1375, Page 584, of the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said Permanent Easement & Right of Way being situated twenty-five-feet on the southwest side of and being all of the southeast quarter of the southwest quarter of said Section 10 northeast of the herein described baseline, said baseline being more particularly described as follows:**

**COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 10; THENCE South 89°15'55" West, with the north line of the southeast quarter of said Section 10, a distance of 2684.58 feet, THENCE South 00°50'46" East, with the east line of the southwest quarter of said Section 10, a distance of 1318.12 feet, THENCE South 89°18'05" West, with the north line of the southeast quarter of the southwest quarter of said Section 10, a distance of 19.95 feet to the POINT OF BEGINNING;**

**THENCE South 24°01'39" East, a distance of 50.67 feet, to the POINT OF TERMINATION on the east line of the southwest quarter of said Section 10, from which a PK nail found marking the south quarter corner of said Section 10 bears South 00°50'46" East, with the east line of the southwest quarter of said Section 10, a distance of 1271.59 feet, said baseline having a total distance of 50.67 feet (3.07 rods), said Permanent Easement & Right of Way containing 0.060 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 & 2 of 4, drawing number GA-0445.000, Rev. 2, same date.**

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1434**
**Firm License No. 144**

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

5-23-18

**Date:**

**Tract No(s). GA-0448.000**

1. **Surface Owner(s):**

   Danny T. Christian
   607 W. Plato
   Duncan, OK 73533

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GA-0444.000

EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
E COUNTY RD. 1580
SEE DETAIL "1" SHEET 3 OF 5
POINT OF COMMENCING FND. PK NAIL
A.T.W.S.
15' WIDE T.W.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
SEE DETAIL "2" SHEET 3 OF 5
POINT OF TERMINATION
FND. PK NAIL
DANNY T. CHRISTIAN
TOTAL DISTANCE ACROSS PROPERTY:
TOTAL AREA OF P.E.R.W.:
TOTAL AREA OF T.W.S.:
TOTAL AREA OF A.T.W.S.:
NOTES
LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
150 0 150 300
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA
TRC
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DANNY T. CHRISTIAN
DWG BY:
CKD BY:
DATE:
SCALE:
REV#
DATE
DESCRIPTION
ADDED T.A.R. WIDTH & AREA
ADDED DETAILS
DRAWING:
SHEET NO. 1 OF 5

EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
E COUNTY RD. 1660
T.A.R.-60 - 1,941'
LEGEND
NOTE:
1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 4 OF 5 FOR LINE TABLES.
GRAPHIC SCALE IN FEET
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DANNY T. CHRISTIAN
DESCRIPTION
ADDED T.A.R. WIDTH & AREA
ADDED DETAILS
DRAWING:

EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
DETAIL "F"
DETAIL "E"
LEGEND
NOTE:
1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURES, AND SEAL.
2. SEE SHEET 4 OF 5 FOR LINE TABLES.
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DANNY T. CHRISTIAN
ADDED T.A.R. WIDTH & AREA
ADDED DETAILS

# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN

**T.A.R. LINE TABLE**

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S01°02'29"E | 70.72' |
| L2 | S03°24'28"E | 48.59' |
| L3 | S00°37'28"E | 61.88' |
| L4 | S01°03'44"W | 72.94' |
| L5 | S00°01'48"W | 65.85' |
| L6 | S01°35'58"E | 73.89' |
| L7 | S01°41'13"E | 63.24' |
| L8 | S00°50'58"E | 70.71' |
| L9 | S02°50'59"E | 61.08' |
| L10 | S00°04'36"W | 54.27' |
| L11 | S05°54'21"W | 50.96' |
| L12 | S02°01'23"E | 75.48' |
| L13 | S01°33'20"W | 22.48' |
| L14 | S05°10'42"W | 24.89' |
| L15 | S12°32'39"W | 24.59' |
| L16 | S32°45'49"W | 22.46' |
| L17 | S30°39'52"W | 27.21' |
| L18 | S41°40'08"W | 68.40' |
| L19 | S41°01'39"W | 66.82' |
| L20 | S01°16'10"W | 36.05' |
| L21 | S05°04'47"W | 51.97' |
| L22 | S05°16'30"W | 38.45' |
| L23 | S10°51'48"E | 38.87' |
| L24 | S27°05'02"E | 60.59' |
| L25 | S37°07'44"E | 68.40' |
| L26 | S61°52'49"E | 38.29' |
| L27 | N70°09'49"E | 69.95' |
| L28 | N84°29'58"E | 27.29' |
| L29 | N62°29'18"E | 60.89' |
| L30 | N86°16'10"E | 63.78' |
| L31 | N84°54'49"E | 84.49' |
| L32 | N72°05'11"E | 28.88' |
| L33 | N81°52'47"E | 24.44' |
| L34 | S77°43'13"E | 65.19' |
| L35 | S80°29'59"E | 23.63' |
| L36 | S70°57'53"E | 48.29' |
| L37 | S78°22'23"E | 64.20' |
| L38 | S77°59'59"E | 179.03' |

**A.T.W.S. LINE TABLE**

| LINE | BEARING | DISTANCE |
|---|---|---|
| L39 | S83°17'01"W | 67.81' |
| L40 | S18°47'03"E | 9.19' |
| L41 | S18°47'04"E | 189.01' |
| L42 | S74°12'59"W | 60.07' |
| L43 | N19°59'22"W | 128.59' |
| L44 | N01°02'29"W | 39.39' |
| L45 | N01°02'29"W | 5.82' |
| L46 | N02°03'00"E | 2.74' |
| L47 | N05°19'41"E | 2.29' |
| L48 | N13°04'47"E | 2.86' |
| L49 | N16°23'57"E | 2.85' |
| L50 | N30°54'29"E | 1.02' |
| L51 | N28°54'09"E | 1.02' |
| L52 | N35°17'22"E | 1.02' |
| L53 | N30°39'50"E | 1.02' |
| L54 | N33°01'23"E | 1.02' |
| L55 | N36°57'32"E | 1.59' |
| L56 | N41°10'30"E | 2.37' |
| L57 | N45°45'45"E | 1.99' |
| L58 | N49°10'37"E | 1.95' |
| L59 | N50°26'40"E | 1.89' |
| L60 | N53°03'59"E | 1.09' |
| L61 | N55°23'45"E | 1.09' |
| L62 | N59°24'44"E | 2.29' |
| L63 | N64°49'47"E | 2.39' |
| L64 | N72°04'00"E | 3.83' |
| L65 | N78°17'22"E | 2.57' |
| L66 | N89°31'08"E | 5.09' |
| L67 | N88°58'17"E | 7.09' |
| L68 | S86°17'38"W | 66.51' |
| L69 | N13°59'29"W | 21.21' |
| L70 | N77°55'50"W | 60.29' |
| L71 | N28°30'49"W | 178.88' |
| L72 | N67°29'13"E | 50.00' |
| L73 | S22°30'49"E | 280.09' |
| L74 | S22°30'49"E | 11.41' |
| L75 | S12°59'29"E | 1.80' |

**LEGEND**

I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
PIPELINE
EXISTING PIPELINE
STATUTORY R.O.W.

NOTE:
SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF DANNY T. CHRISTIAN |
|---|---|---|
| CKD BY: | TRC | |
| DATE: | 7/24/18 | |
| SCALE: | N.T.S. | |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 2 | 3/26/2019 | ADDED T.A.R. WIDTH & AREA |
| 1 | 7/24/2018 | ADDED DETAILS |

DRAWING: GA-0142.000 SHEET NO. 4 OF 5



**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northeast quarter of Section 15, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to Danny T. Christian, recorded in Book 1262, Page 878, of the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a PK nail found marking the north quarter corner of said Section 15; THENCE North 89°17'01" East, with the north line of said Section 15, a distance of 351.75 feet to the POINT OF BEGINNING;**

**THENCE South 15°47'04" East, a distance of 723.76 feet, to a point;**

**THENCE South 22°20'46" East, a distance of 624.52 feet, to a point;**

**THENCE South 12°56'14" East, a distance of 42.64 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of the northeast quarter of said Section 15, from which a PK nail found marking the northeast corner of said Section 15 bears North 89°17'35" East, with the south line of the northwest quarter of the northeast quarter of said Section 15 a distance of 540.18 feet, THENCE North 00°45'22" West, with the east line of the northwest quarter of the northeast quarter of said Section 15, a distance of 1320.51 feet, THENCE North 89°17'01" East, with the north line of said Section 15, a distance of 1320.08 feet, said baseline having a total distance of 1390.92 feet (84.30 rods), said Permanent Easement & Right of Way containing 1.597 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 of 5, drawing number GA-0448.000, Rev. 2, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
9-5-18

James Michael Denney **Date:**
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

**Tract No(s).GA-0450.000**

1. **Surface Owner(s):**
   Dan Christian and Johnettee Christian
   607 W. Plato
   Duncan, OK 73533

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $141.00



EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF BEGINNING
POINT OF COMMENCING
POINT OF TERMINATION
40' WIDE T.W.S.
A.T.W.S.
SECTION 15
SECTION 14
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
PREMIUMENERGY CORPORATION, ET AL
ADDED DIMENSIONS
CERTIFIED
J. M. DENNEY
1434
IRON ROD
IRON PIPE
FOUND
NOT TO SCALE
RIGHT OF WAY
TEMPORARY WORKSPACE
ADDITIONAL TEMPORARY WORKSPACE
PERMANENT EASEMENT & RIGHT OF WAY
TEMPORARY ACCESS ROAD
PERMANENT ACCESS ROAD
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET

A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S89°19'09"W | 70.05' |
| L2 | S22°36'10"E | [illegible] |
| L3 | S22°36'10"E | 127.46' |
| L4 | S01°23'05"E | 109.86' |
| L5 | N89°26'09"W | 120.40' |
| L6 | N22°36'10"W | 130.05' |
| L7 | N67°26'50"E | 60.00' |

**Cheniere Midstream** **EXHIBIT "A"** **MIDSHIP Mainline**

**Owner: PrimeEnergy Corporation and Dan Christian and Johnettee Christian** **TRACT NO. GA-0450.000**

**PERMANENT EASEMENT & RIGHT OF WAY**

**Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the southeast quarter of Section 15, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to PrimeEnergy Corporation and Dan Christian and Johnettee Christian, recorded in Book 2008, Page 354 and Book 1556, Page 472 and Book 1556, Page 471, of the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:**

**COMMENCING at a PK nail found marking the west quarter corner of said Section 15; THENCE North 89°19'09" East, with the north line of the south half of said Section 15, a distance of 3948.44 feet to the POINT OF BEGINNING;**

**THENCE South 22°35'10" East, a distance of 15.01 feet, to the POINT OF TERMINATION on the east line of the northwest quarter of the southeast quarter of said Section 15, from which a 1/2 inch iron rod found marking the east quarter corner of said Section 15 bears North 00°50'09" West, with the east line of the northwest quarter of the southeast quarter of said Section 15, a distance of 13.93 feet, THENCE North 89°19'09" East, with the north line of the southeast quarter, a distance of 1318.96 feet, said baseline having a total distance of 15.01 feet (0.91 rods), said Permanent Easement & Right of Way containing 0.030 acres of land.**

**All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.**

**For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GA-0450.000, Rev. 1, same date.**

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1484 OKLAHOMA

8·1·18

**James Michael Denney**
**Registered Professional Land Surveyor**
**Oklahoma Registration No. 1484**
**Firm License No. 144**

**Date:**

**Tract No(s). GA-0453.000**

1. **Surface Owner(s):**

A. Michael Monroe,
7175 E. 520 Road
Claremore, OK 74019

C. Patrick Wallace, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of C. Patrick Wallace, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of C. Patrick Wallace, deceased,
P. O. Box 453
Marietta, OK 73448

Jon Kent Curby
1201 S Rustic Rd.,
Columbia, MO 65201

Jay Lynn Perkins
718 9th St SE
Washington, DC 20003

Ken Christian Perkins
7846 Centaur Dr.,
Evergreen, CO 80439

Phillip Lee Perkins
5409 Maryland Way, Suite 200
Brentwood, TN 37027

Keith Carroll Perkins
1806 Country Club Road
Duncan, OK 73533

Dan Christian
607 Plato Road
Duncan, OK 73533
Dale P. Cowan
107 N B Str.,

Duncan, OK 73533

Imogen Gentry
7001 Winthorp Dr.,
Arlington, TX 76001

H. F. Bare, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of H. F. Bare, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of H. F. Bare, deceased,
2221 Donnell Rd.,
Choctaw, OK 73020

Lola M. Bare
645 SW 13th,
Moore, OK 73160

Dawn Hull
17251 Banner Rd.,
Lexington, OK 73051

Christy Rogers
5201 SE 58th,
Oklahoma City, OK 73135

Misty Bare
10125 Bellview Dr.
Midwest City, OK 73160

**2. Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

**3. Legal Description:**
*See* attached plat.

**4. Just Compensation:**
$2,848.00



EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN
VICINITY MAP
N.T.S.
POINT OF COMMENCING
CAMELBACK RD. / E 1700 RD.
POINT OF TERMINATION
10' WIDE T.W.S.
50' WIDE P.E.R.W.
40' WIDE T.W.S.
A.T.W.S.
LEGEND
MIDSHIP PIPELINE COMPANY, LLC
MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
THE KIPLIN D. DOWAN REVOCABLE TRUST, ET AL
DESCRIPTION
ADDED DETAIL
CERTIFIED
GRAPHIC SCALE IN FEET
J. M. DENNEY
1434
TRC

# EXHIBIT "A"

**GARVIN COUNTY, OKLAHOMA**
**SECTION 15, TOWNSHIP 1 NORTH,**
**RANGE 3 WEST OF THE INDIAN MERIDIAN**

DETAIL "1"
1"=100'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | [illegible]°[illegible]'41"W | 72.8[illegible]' |
| L2 | N27°03'01"W | 8.8[illegible]' |
| L3 | S[illegible]°[illegible]'[illegible]"W | [illegible]' |
| L4 | N22°[illegible]'13"W | 1[illegible]' |
| L5 | N67°30'47"E | 60.00' |
| L6 | S[illegible]°[illegible]'14"E | 160.00' |

LEGEND:

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

TRC
[illegible] Park Ten Place
Houston, TX [illegible]
([illegible]) [illegible]

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | OP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF THE KIPLIN D. CONAN REVOCABLE TRUST, ET AL. |
| CKD BY: | TRC | |
| DATE: | 7/26/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/26/2018 | ADDED DETAIL |
| 0 | 8/14/2017 | CERTIFIED |
| DRAWING: | GA-0[illegible]-000 | SHEET NO. 2 OF 3 |

**PERMANENT EASEMENT & RIGHT OF WAY**

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of the southeast quarter of Section 15, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to the The Kiplin D. Cowan Revocable Trust, et al, recorded in, Book 1792, Page 27, Book 1755, Page 875, Book 1556, Page 918, Book 1418, Page 878, Book 1855, Page 200 and Book 1238, Page 825 the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 15; THENCE South 00°50'39" East, with the east line of said Section 15, a distance of 1319.30 feet, THENCE South 89°14'35" West, with the north line the southeast quarter of the southeast quarter of Section 15, a distance of 797.70 feet to the POINT OF BEGINNING;

THENCE South 22°29'14" East, a distance of 1382.93 feet, to a point;

THENCE South 27°08'51" East, a distance of 38.55 feet, to the POINT OF TERMINATION on the south line of said Section 15, from which a 1/2 inch iron rod found marking the southeast corner of said Section 15 bears North 89°15'41" East, with the south line of said Section 15, a distance of 270.82 feet, said baseline having a total distance of 1421.48 feet (86.15 rods), said Permanent Easement & Right of Way containing 1.632 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GA-0453.000, Rev. 1, same date.

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA
11-5-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GA-0469.010**

1. **Surface Owner(s):**
James A. Clark and Cheri S. Clark
2410 Oakhollow Ct.,
Ardmore, OK 73401

Cecil Hooks
1321 S. Burnside Ave.,
Los Angeles, CA 90019

Chere Hooks
1321 S. Burnside Ave.,
Los Angeles, CA 90019

Dorscine S. Littles, as Trustee of The
Revocable Trust Agreement of Dorscine
S. Littles,
3310 N Forest Park Dr
Oklahoma City, OK 73121

The executor, executrix and, or administrator of the Estate of Tams Bixby Spigner, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Tams Bixby Spigner, deceased,
16821 21st Ave., CT E, Apt 21
Spanaway, WA 98387

or
1321 S. Burnside Ave.,
Los Angeles, CA 90019

L.K. Spigner, Jr.
16821 21st Ave., CT E, Apt 21
Spanaway, WA 98387

Evelyn Edwards, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Evelyn Edwards, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Evelyn Edwards, deceased,
918 SW 66th St.,
Oklahoma City, OK 73139

Alvin Moton Spigner,
4020 S 130th East Ave., Apt. 603
Tulsa, OK 74134

The executrix and, or administrator of the Estate of Theresa Spigner "Potts"
Bonner, deceased, and all heirs and, or legatees, devisees, trustees, creditors
and assigns of Theresa Spigner "Potts" Bonner, deceased,
Address Unknown

Jessie Davis
4664 Sand Creek Ave., Apt. D
Las Vegas, NV 89103

Theresa Caldwell a/k/a Theresa Foreman
4664 Sand Creek Ave., Apt. D
Las Vegas, NV 89103

Itasca Renee' Banks a/k/a Renee'
328 N 11th St., Apt. 225
Las Vegas, NV 89101

Clezell Foreman
4664 Sand Creek Ave., Apt. A
Las Vegas, NV 89103

Denise McGee a/k/a Denese Foreman
2219 N Rancho Dr., #2176
Las Vegas, NV 89130

Althea Foreman
114 Hughes Ave.,
Bakersfield, CA 93308

Kenneth Wright
22638 Cohasset St.,
West Hills, CA 91307

Catherine Walker a/k/a Catherine Wright
5225 E Charleston Blvd., Apt. 1056
Las Vegas, NV 8914

Zachary Wright
3950 Captain Morgan Ave.,
North Las Vegas, NV 89031

Zoe Wright a/k/a Zoelea Wright a/k/a
Zoe Lea Wright
4920 Forest Oaks Dr.,
Las Vegas, NV 89149

Jerome Wright, II
312 S Beverly Dr., Unit 3392,
Beverly Hills, CA 90212

The executrix and, or administrator of the Estate of Nathan A. Spigner,
deceased, and all heirs and, or legatees, devisees, trustees, creditors and
assigns of Nathan A. Spigner, deceased,
1141 Carverdale Dr.
Oklahoma City, OK 73117

Margaret Spigner Hudson
2133 NE 26th St
Oklahoma City, OK 73111

The executrix and, or administrator of the Estate of Bob Shirey, deceased,
and all heirs and, or legatees, devisees, trustees, creditors and assigns of Bob
Shirey, deceased,
13503 Perthshire Road,
Houston, TX 77079

Gregory Rick Shirey
110 Offord Cir.,
Jacksonville, OR 97530

Sheree R. Burkett
13503 Perthshire Road,
Houston, TX 77079

Dorothy Sue Riley, s/p/a Dorothy
Hudson
1005 Surrey Dr.,
Ardmore, OK 73401

**2. Other Persons-in-Interest:**


**3. Legal Description:**
   *See* attached plat.


**4. Just Compensation:**
   $310.00

# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 36, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN

36

VICINITY MAP
N.T.S.

CR-0472.000
BOOK 4909, PAGE 209

RANGE RD

SECTION 36 SECTION 31

GA-0469.010
CHERE HOOKS, ET AL.
BOOK 1862, PAGE 256
BOOK 1754, PAGE 405
BOOK 1754, PAGE 398
BOOK 1727, PAGE 710
BOOK 830, PAGE 258
BOOK 1883, PAGE 789
BOOK 732, PAGE 119
BOOK 667, PAGE 382
BOOK 383, PAGE 453

33'

SET 1/2" I.R. W/ ALUMIMINUM CAP "TRC CA #144" S/4 COR., SEC. 36

T.A.R - 69
1,721' - 25' WIDE EASEMENT
0.860 ACRES

L1

E1730 RD

S89°17'19"W - 521.62'

L14 L13 L12 L11 L10 L9 L8 L7 L6 L5 L4 L3 L2

33'

S01°00'21"E - 8.07'

FND. 1/2" I.R.
SE COR., SEC 36

N3110 RD

CR-0470.000
BOOK 5304, PAGE 177

T.A.R. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S77°21'01"W | 38.29' |
| L2 | N89°01'40"W | 111.38' |
| L3 | N89°17'08"W | 83.98' |
| L4 | N89°46'26"W | 73.48' |
| L5 | S89°36'58"W | 130.17' |
| L6 | S89°40'08"W | 90.78' |

T.A.R. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L7 | S87°53'50"W | 71.41' |
| L8 | S89°37'14"W | 152.03' |
| L9 | N89°28'26"W | 228.26' |
| L10 | S89°18'48"W | 174.74' |
| L11 | S88°13'42"W | 239.12' |
| L12 | S89°22'57"W | 145.88' |

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.
2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.
3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| R/W | STATUTORY R.O.W. |

200 0 200 400
GRAPHIC SCALE IN FEET

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

REGISTERED PROFESSIONAL LAND SURVEYOR J. M. DENNEY 1434 OKLAHOMA

8-23-18

TRC
15350 Park Ten Place
Houston, TX 77084
(281) 616-0100

MIDSHIP PIPELINE COMPANY, LLC

| | | |
|---|---|---|
| DWG BY: | JCL | MIDSHIP MAINLINE PROJECT TEMPORARY ACCESS ROAD ACROSS THE PROPERTY OF CHERE HOOKS, ET AL. |
| CKD BY: | TRC | |
| DATE: | 8/23/18 | |
| SCALE: | 1" = 400' | |
| REV# | DATE | DESCRIPTION |
| 1 | 8/23/2018 | ADDED T.A.R. WIDTH AND AREA |
| 0 | 8/17/2018 | CERTIFIED |

DRAWING: GA-0469.010 SHEET NO. 1 OF 1