STATE OF OKLAHOMA    )
                     )
COUNTY OF GRADY      )

**AFFIDAVIT OF BRETT CHAMPION**

BEFORE ME, the undersigned notary, on this day personally appeared Brett Champion a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1. "I, Brett Champion, am over the age of eighteen and am a competent adult. I have personal knowledge of the facts herein stated and those facts are true and correct.

2. I am the Senior Land Representative, for Midship Pipeline Company, LLC ("Midship").

3. Part of my responsibilities for Midship include being on location (that is, along the route of the pipeline) prior to and during the construction of the pipeline project that is subject of this condemnation lawsuit.

4. On the morning of April 12, 2019, I called and spoke with Mrs. Charles White about the fence that has been constructed across the Easement. Mrs. White stated that she would call me back; however, she did not return my call. Later that afternoon I called Mrs. White back, and she put her husband, Charles "Chuck" White on the phone. Mr. White told me that the fence would not be cut, and that Midship would not be coming in that property unless he was in jail. I asked Mr. White to please handle this civilly; however, he continued to swear at me and make threats directed at

Midship's construction crew. Mr. White stated that if anyone tried to come on his property they had better come prepared. Mr. White stated that he had bull dozers, and track hoes that he would be setting in the Easement, and that he would be stringing hot wire (electric fence) throughout the Easement. I explained to Mr. White that Midship had a court order to proceed with construction and Mr. White replied that he did not care what Midship had. I again asked Mr. White for civility on the matter and Mr. White stated he was not going to be civil. I told Mr. White he would relay his message, and ended the call."

Further affiant sayeth naught.

_____
Brett Champion

**STATE OF OKLAHOMA**   )
                       )
**COUNTY OF GRADY**    )

Signed and sworn to before me on April 15, 2019 by Brett Champion.

_____
Notary Public

(Seal)

CHRIS MULLINS
Notary Public, State of Oklahoma
Commission # 17004559
My Commission Expires 05-15-2021

My commission expires: 05-15-2021