STATE OF OKLAHOMA )
)
COUNTY OF GRADY )

AFFIDAVIT OF GARY PEE

BEFORE ME, the undersigned notary, on this day personally appeared Gary Pee a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

1. "I, Gary Pee, am over the age of eighteen and am a competent adult. I have personal knowledge of the facts herein stated and those facts are true and correct.

2. I am the Grade Foremen, for Strike, LLC ("Strike").

3. Part of my responsibilities for Midship include being on location (that is, along the route of the pipeline) prior to and during the construction of the pipeline project that is subject of this condemnation lawsuit.

4. Exhibit 2 of Midship's Motion for Contempt consists of three (3) photographs. I took these photographs from the Easement located on or across what is known as Midship Tract No. GR-0169.010 which is located near Amber, Grady County, Oklahoma. I took these photographs on or about April 12, 2019. I recognize these photographs, as I was the photographer. These photographs accurately and fairly depict the scene as it appeared the day they were taken. There are no material alterations to the photographs that I am aware of."

5. On April 12, 2019 I personally visited the Easement over, on, and across property I believe to be owned by Chuck's Rig Repair, LLC. While on site, I encountered Mr. Charles White and his associate. Mr. White's demeanor was angry and his associate had a firearm holstered to his hip. Mr. White informed me that "no one was to step foot on this property."

6. Additionally, a fence has recently been constructed across the Easement, which prevents Strike's ability to continue its construction activities on the Easement. Additionally, heavy equipment, not belonging to Strike or Midship, has been parked on the Easement. This heavy equipment is depicted in the pictures attached hereto. Strike is unable to continue construction until this equipment is relocated off of the Easement."

Further affiant sayeth naught.

_____
Gary Pee

STATE OF OKLAHOMA   )
                    )
COUNTY OF GRADY     )

Signed and sworn to before me on April 15, 2019 by Gary Pee.



(Seal)

_____
Notary Public

CHRIS MULLINS
Notary Public, State of Oklahoma
Commission # 17004559
My Commission Expires 05-15-2021

My commission expires: 05-15-2021





