Monday, April 15, 2019 at 1:15:23 PM Central Daylight Time

**Subject:** Fwd: GR-0169.010
**Date:** Friday, April 12, 2019 at 7:34:58 PM Central Daylight Time
**From:** Parker, Jay W.
**To:** Suzanne Hickham, Scott.Timpone@Cheniere.com, Victor.Favela@cheniere.com, Jim.Privett@cheniere.com, Tom Zabel, Scott Seidl, Vadim Bourenin
**CC:** Thomas, Jesse, Champion, Brett C., Samples, Lora, Morris, Samantha J.

All-

Please see Nate Laps comments below.  Both our land agent and Styke team member encountered Mr. White today and were told to stay off of his property.

Jay Parker
Land Manager
Representing Midship Pipeline Company LLC
Mobile-918-577-7811

Begin forwarded message:

> **From:** Nate Laps <nlaps@centrallandconsulting.com>
> **Date:** April 12, 2019 at 5:31:13 PM CDT
> **To:** "Parker, Jay W." <JWParker@trccompanies.com>
> **Cc:** Scott Timpone <Scott.Timpone@Cheniere.com>, DJ Marlatt <dmarlatt@centrallandconsulting.com>
> **Subject: Re: GR-0169.010**
>
> Jay - I have verified with Mr. White and his family, who have been present all day have expressed there has been no interference in the easement or even near the easement. This is the first time the Whites have heard about the issues and have not interfered with construction operations.
>
> Any further question feel free to contact me,
>
> Thank you,
>
> **Nate Laps**
> **President of Operations**
> **(330) 312-1060 * nlaps@centrallandconsulting.com**
> **Centrallandconsulting.com**
>
> **CONFIDENTIALITY: The information contained in this communication is confidential. This communication is intended only for the use of the individual or entity named as recipient. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.**
>
> **ELECTRONIC MEDIA DISCLAIMER: Any electronic media provided as an attachment to this communication is distributed for reference only. Central Land Consulting, LLC in no way guarantees the accuracy or completeness of the transmitted media file. Only signed and sealed hard copies of the drawings or specifications are considered drawings of record. Reproduction**

and/or distribution of the information contained herein is prohibited without written consent from Central Land Consulting, LLC.

On Apr 12, 2019, at 2:32 PM, Parker, Jay W. <JWParker@trccompanies.com> wrote:

Mr. Laps,

Chuck white of Chuck's Rig repair of the above referenced tract, is not allowing access to our right of way on his property. Mr. White has also constructed a new fence across out right of way and stated to our right of way agent that no one is to step foot on this property or touch his fences unless he is in jail. We then had a contractor go out to the property to check on equipment that is stationed on the property. Mr. White met the contractor at the fence with a gun on his hip and informed him that no one was to step foot on this property. Please contact your client and ask him to step aside so we can go to work.

Thank you,

Jay Parker
Land Manager
Representing Midship Pipeline Company LLC
Mobile-918-577-7811