# John D. Stiner

From:**Scott Seidl** <sseidl@zflawfirm.com>
Date: Thu, Apr 25, 2019, 9:05 AM
Subject: Re: White
To: Joseph Bocock <joe@bococklaw.com>
Cc: Tom Zabel <tzabel@zflawfirm.com>, Vadim Bourenin <vbourenin@zflawfirm.com>, Mark Banner <mbanner@hallestill.com>, Mason Schwartz <mschwartz@wbfblaw.com>, David M. Box <dmbox@wbfblaw.com>

Joe,

I just had a conversation with some high level folks at Midship and relayed the message below.  We will be moving forward with the hearing on Monday.

Please feel free to call me if you wish to discuss.

Thanks,

Scott

---

**From:** Joseph Bocock <joe@bococklaw.com>
**Date:** Wednesday, April 24, 2019 at 3:28 PM
**To:** Scott Seidl <sseidl@zflawfirm.com>
**Cc:** "John D. Stiner, Esq." <john@stinerlaw.com>
**Subject:** Re: White

The equipment should be removed tomorrow and we will send photographs

verifying that.

**Joseph H. Bocock**
ATTORNEY
(405) 602-1591 telephone
(405) 605-0218 direct
**joe@bococklaw.com**

BOCOCK LAW PLLC

Robinson Renaissance

1

119 N. Robinson Ave.

Suite 630

Oklahoma City, OK 73102

www.BocockLawPLLC.com

This message is sent by Bocock Law PLLC, a law firm, and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

On Wed, Apr 24, 2019 at 1:10 PM Scott Seidl <sseidl@zflawfirm.com> wrote:

> Joe,
>
> As a precursor to withdrawing the motion and discussing an agreement going forward, Midship has requested that the equipment be moved off right of way. If Mr. White does so Midship will consider withdrawing the motion and having me propose a draft of the agreement.
>
> I was a bit remise to propose the above; however, it would shock me if the Court didn't order him to move the equipment anyway.
>
> Thanks,
>
> Scott
>
> ---
>
> **From:** Joseph Bocock <joe@bococklaw.com>
> **Date:** Wednesday, April 24, 2019 at 11:55 AM
> **To:** Scott Seidl <sseidl@zflawfirm.com>
> **Subject:** Re: White
>
> A stipulation or agreement is indeed acceptable. I plan to supervise (in person) any execution of it.

I am standing by for a draft.

**Joseph H. Bocock**
ATTORNEY

BOCOCK LAW PLLC

Robinson Renaissance

119 N. Robinson Ave.

Suite 630

(405) 602-1591 telephone
(405) 605-0218 direct
joe@bococklaw.com

Oklahoma City, OK
73102

www.BocockLawPLLC.com

This message is sent by Bocock Law PLLC, a law firm, and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

On Wed, Apr 24, 2019 at 11:31 AM Scott Seidl <sseidl@zflawfirm.com> wrote:

Let me check with the client and get back with you. I am going to suggest that they withdraw their motion, on the condition that Mr. White provide some type of stipulation or agreement that he remove the obstructions immediately and ceases any further interfere with Midship's construction activities (whether by making threats, physically obstructing the easement, etc.).

Assuming Midship is agreeable to withdraw its motion, is my idea of stipulation/agreement something you'd consider?

Thanks,

Scott

**From:** Joseph Bocock <joe@bococklaw.com>
**Date:** Wednesday, April 24, 2019 at 11:25 AM
**To:** Scott Seidl <sseidl@zflawfirm.com>
**Cc:** "John D. Stiner, Esq." <john@stinerlaw.com>
**Subject:** White

Scott

I plan to personally visit Mr. White today. If I can secure his agreement not to interfere with the pipeline, will Midship withdraw its contempt claims?

**Joseph H. Bocock**
ATTORNEY

BOCOCK LAW PLLC

Robinson Renaissance

119 N. Robinson Ave.

Suite 630

(405) 602-1591 telephone
(405) 605-0218 direct
**joe@bococklaw.com**

Oklahoma City, OK 73102

www.BocockLawPLLC.com

This message is sent by Bocock Law PLLC, a law firm, and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.