IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, | § § § |
| Plaintiff, | § Case Number: 5:18-cv-858-G § |
| vs. | § Judge: Hon. Charles Goodwin § |
| TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA, *et al.*, Defendants. | § § § § § § § |

**PLAINTIFF MIDSHIP PIPELINE COMPANY LLC'S WITNESS AND EXHIBIT LIST FOR EMERGENCY MOTION FOR CONTEMPT AGAINST DEFENDANTS SANDY CREEK FARM, LLC AND <u>CENTRAL LAND CONSULTING, LLC</u>**

COMES NOW Plaintiff, Midship Pipeline Company, LLC )"Midship") and submits a list of witnesses it intends to call by live testimony or by way of a declaration or affidavit, and a list of exhibits for the hearing on Midship's Motion for Contempt Against Defendants Sandy Creek Farm, LLC and Central Land Consulting, LLC.

**WITNESSES**

Suzanne Hickham - by live testimony or by way of a declaration or affidavit

Shannon Farnan - by live testimony or by way of a declaration or affidavit

Deputy Jim Peek - by live testimony or by way of a declaration or affidavit

Steve Barrington - by live testimony or by way of a declaration or affidavit

Juan Angel Elicerio - by live testimony or by way of a declaration or affidavit

Cliff Pierce - by live testimony or by way of a declaration or affidavit

Forrest Michalk - by live testimony or by way of a declaration or affidavit

Cliff Pierce - by live testimony or by way of a declaration or affidavit

Any and all witnesses called by Defendants, and rebuttal witnesses thereto, as may be necessary.

## EXHIBITS

| | |
|---|---|
| 1 | Cheniere Utility Inspectors Daily Report |
| 2 | Cheniere Utility Inspectors Daily Report |
| 3 | Cheniere Utility Inspectors Daily Report |
| 4 | Cheniere Utility Inspectors Daily Report |
| 5 | Cheniere Utility Inspectors Daily Report |
| 6 | Cheniere Utility Inspectors Daily Report |
| 7 | Cheniere Utility Inspectors Daily Report |
| 8 | Cheniere Utility Inspectors Daily Report |
| 9 | Cheniere Utility Inspectors Daily Report |
| 10 | Cheniere Utility Inspectors Daily Report |
| 11 | Daily Construction Summary |
| 12 | Daily Construction Summary |
| 13 | Daily Construction Summary |
| 14 | Sandy Creek Farm Timeline |
| 15 | Photograph |

| | |
|---|---|
| 16 | Photograph |
| 17 | Photograph |
| 18 | Photograph |
| 19 | Photograph |
| 20 | Photograph |
| 21 | Photograph |
| 22 | Photograph |
| 23 | Photograph |
| 24 | Mov File |
| 25 | Mov File |
| 26 | Mov File |
| 27 | Photograph |
| 28 | Photograph |
| 29 | Photograph |
| 30 | Photograph |
| 31 | Photograph |
| 32 | Photograph |
| 33 | Photograph |
| 34 | Photograph |
| 35 | Photograph |
| 36 | Photograph |
| 37 | Declaration of Angel Elicerio |

38    Declaration of Shannon Fernan

39    Police reports

40    Estimate from Knutsen Irrigation

41    Estimate from Pierce Irrigation

42    Michalk Affidavit

43    Elicerio Affidavit

44    Hickham Affidavit

Midship reserves the right to amend and supplement these lists of witnesses and exhibits if necessary.

Respectfully submitted,

/s/ *Thomas Zabel*
Thomas A. Zabel (Attorney in charge)
Texas Bar No. 22235500
tzabel@zflawfirm.com
Vadim Bourenin
Texas Bar No. 24076284
vbourenin@zflawfirm.com
1135 Heights Boulevard,
Houston, TX 77008
713-802-9117 (telephone)
713-802-9114 (facsimile)

and

WILLIAMS, BOX, FORSHEE & BULLARD, PC
David M. Box, OBA #21943
Mason J. Schwartz, OBA #32864
522 Colcord Drive
Oklahoma City, OK 73102-2202

4

        405-232-0080 (telephone)
        405-236-5814 (facsimile)
        box@wbfblaw.com
        dmbox@wbfblaw.com

        and

        HALL, ESTILL, HARDWICK,
        GABLE, GOLDEN & NELSON, P.C.
        Mark Banner, OBA #13243
        320 North Boston, Suite 200
        Tulsa, OK 74103-3706
        Telephone:  (918) 594-0432
        Facsimile:  (918) 594-0505
        Email:  mbanner@hallestill.com

        **Attorneys for Plaintiff**
        **Midship Pipeline Company, LLC**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing has been filed and served via this Court's ECF/CM system on all the counsel of record.

                      */s/Thomas Zabel*
                      Thomas Zabel