IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MIDSHIP PIPELINE COMPANY, LLC,** | § § § | |
| *Plaintiff*, | § § | Case Number: 5:18-cv-858-G |
| vs. | § § | Judge: Charles Goodwin |
| **TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA,** *et al.*, | § § § § § § | |
| *Defendants*. | § | |

**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

NOW COME Plaintiff Midship Pipeline Company, LLC ("Midship") and Defendants Tract No. GR-0210.010, 1.590 Acres of Land, More or Less, Permanent Easement (Pipeline Right-of-Way), 1.558 Acres of Land, More or Less, Temporary Work Space, and 0.758 Acres of Land, More or Less, Additional Temporary Work Space in Grady County, Oklahoma and Phillip S. Schmidt and Kambi K. Schmidt ("Stipulating Defendants") (collectively, the "Parties"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 71.1(i)(1)(B), and hereby enter into the following Stipulation:

1. The Parties have reached a settlement agreement regarding all claims that have been filed against Stipulating Defendants in Midship's Verified Complaint for

Condemnation, as amended, and have executed the necessary documents to effectuate the Parties' settlement agreement ("Settlement").

2. The Parties further stipulate that any interim or final orders or judgments issued by this Court or Court-appointed Commission, or any appellate court in this civil action, shall not apply to Stipulating Defendants and shall not be construed by any party as invalidating and/or modifying the terms of the Parties' settlement agreement.

3. Midship hereby dismisses all claims currently pending against Tract No. GR-0210.010, 1.590 Acres of Land, More or Less, Permanent Easement (Pipeline Right-of-Way), 1.558 Acres of Land, More or Less, Temporary Work Space, and 0.758 Acres of Land, More or Less, Additional Temporary Work Space in Grady County, Oklahoma and Phillip S. Schmidt and Kambi K. Schmidt, as described in the Third Amended Verified Complaint for Condemnation with exhibits thereto in the above-styled case, without prejudice, with each party bearing its own fees, costs and expenses.  This Court shall retain continuing jurisdiction to enforce the Settlement.

          Respectfully submitted,

          ZABEL FREEMAN

*s/ George S. Padgitt (approved by email)*
George S. Padgitt, Ohio #89827
881 3rd Ave SW, Suite 101
Carmel, IN 46032
george@landownerattorneys.com

    *s/ Vadim Bourenin*_____
Thomas A. Zabel (Attorney in charge)
Texas Bar No. 22235500
tzabel@zflawfirm.com
Vadim O. Bourenin
Texas Bar No. 24076284
vbourenin@zflawfirm.com

Ph: 614-360-2818
Fax: 317-575-9943
**Attorney for Defendants Phillip S. Schmidt and Kambi K. Schmidt**

1135 Heights Boulevard,
Houston, TX 77008
713-802-9117 (telephone)
713-802-9114 (facsimile)

   and

WILLIAMS, BOX, FORSHEE & BULLARD, PC
David M. Box, OBA #21943
Mason J. Schwartz, OBA #32864
522 Colcord Drive
Oklahoma City, OK 73102-2202
( 405) 232-0080
(405) 236-5814 Fax
box@wbfblaw.com
dmbox@wbfblaw.com

   and

HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
Mark Banner, OBA #9643
320 North Boston, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0432
Facsimile:  (918) 594-0505
Email: mbanner@hallestill.com
**Attorneys for Plaintiff,  Midship Pipeline Company, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been filed and served via this Court's ECF/CM system on all the counsel of record.

*/s/ Vadim Bourenin*
Vadim Bourenin
