IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, § § § § § | |
| Plaintiff, § | Case Number: 18-CV-858 |
| vs. § | Judge: Scott L. Palk |
| TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT, et al, § § § § § | Magistrate Judge: Bernard M. Jones |
| Defendants. § | |

### Federal Rule 71.1(d) Notice of Commencement Return of Service

I, __Nicholai Granados__, being duly sworn, depose and say as follows:

1. I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

2. On the __16th__ day of __October__, 2018, I received the following documents filed in the instant action on September 6, 2018, pertaining to Tract No. __GR-0192.010__, and Defendant(s) __JP Morgan Chase Bank__ ("Defendants"): (1) The Federal Rule 71.1(d) Notice of Commencement of Condemnation Action; and (2) Motion for Order Confirming Condemnation Authority and Awarding Immediate Possession of Easements Sought and Expedited Briefing and Hearing Schedule with the Proposed Order hereto (collectively the "Pleadings").

3. I completed the following with regards to the aforementioned Pleadings:

" I personally served the Pleadings on Defendants at (place) _____ on (date) _____, 2018; or

" I left the Pleadings at the Defendants' residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the Defendants' last known address; or

" I served the Pleadings on (name) Marcos Rosado, Vice President/Branch Manager who is designated by law to accept service of process on behalf of Defendants JP Morgan Chase Bank on (date) 10/16/2018 4:00PM, 2018; or

" I returned the Pleadings unexecuted because (specify) _____

My fees are $ ===== for travel and $ ===== for service for a total of $ =====.

I declare under penalty of perjury that this information is true.

Date  Oct. 17, 2018

Server's Signature           10/17/18 Date:

Nicholai Granados,,Lic# 2028666
Server's name and number

Gabriela Galindo
Notary Public, State of New York
No. 01GA6187899
Qualified In Queens County
Commission Expires 6/02/20 20

Notary Public

10/17/18       6/02/2020
Date:          Commission expires:

Additional information regarding attempted service, etc.: On Tuesday October 16, 2018 at 03:20 AM - I attempted service at 4 NEW YORK PLAZA, 6TH FLOOR , NEW YORK, NY 10004, U.S.A. JP Morgan Chase Bank office but I was told JP Morgan Chase Bank does not have an agent authorized to accept legal documents here. I was instructed to route the papers to a branch. On Tuesday October 16, 2018 at 04:00 PM - The documents were delivered to: JP MORGAN CHASE BANK @ 158 WEST 14TH ST, NEW YORK, NY 10011, by Corporate Service by delivering to Vice President/Branch Manager Marcos Rosado.    2

**Marcos Rosado**
Vice President
Branch Manager
NMLS ID: 625412

**CHASE PRIVATE CLIENT**

NY1-0696
158 West 14th Street, Floor 01
New York, NY 10011-7307
Telephone: 212 645 3666
Facsimile: 855 323 0304
Marcos.A.Rosado@chase.com

JPMorgan Chase Bank, N.A.

