# EXHIBIT 1

# FEE OWNERS

| Tract(s)No. | Appraised Total Just Compensation Per Tract | Fee Owners | Just Compensation Due the Owner |
|---|---|---|---|
| CN-0004.000 CN-0005.000 CN-0006.000 | $16,037.00 | Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust, a revocable trust dated the 17th day of May 2004 | $16,037.00 |
| CN-0007.010 CN-0011.000 | $8,959.00 | Tracy G. Maass | $8,959.00 |
| CN-0020.000 | $5,356.00 | Thomas J. Leck Revocable Trust | $5,356.00 |
| CN-0027.000 | $3,843.00 | Charles A. Snyder and Diana M. Snyder | $3,843.00 |
| CN-0038.010 CN-0039.000 | $15,983.00 | Betty A. Crowly | $15,983.00 |
| CN-0052.000 | $5,153.00 | Travis D. Jacobs | $5,153.00 |
| CN-0060.000 CN-0062.000 | $23,308.00 | The Allen D. and Cindy L. Stover Revocable Trust, Allen Dale and Cindy Lou Stover, Co-Trustees | $23,308.00 |
| CN-0069.000 | $5,997.00 | Calumet Industries, Inc. | $5,997.00 |
| CN-0071.000 | $9,756.00 | Christy Lou Fees, Successor Trustee of the Wysetta V. Todd Farm Trust No. II | $9,756.00 |
| CN-0090.010 | $2,198.00 | John D. Von Tungeln | $2,198.00 |
| CN-0104.010 | $9,107.00 | John D. Von Tungeln | $9,107.00 |
| GR-0111.010 | $6,819.00 | Fitzgerald Farming and Ranching, LLC | $6,819.00 |
| GR-0117.010 | $6,756.00 | Ventris Family Trust, a revocable trust dated December 15, 2008, Eldon R. Ventris and Barbara J. Ventris, Co-Trustees | $6,756.00 |
| GR-0119.010 | $10,355.00 | Fitzgerald Farming and Ranching, LLC | $10,355.00 |

| | | | |
|---|---|---|---|
| GR-0126.010 | $527.00 | Mark Massey and Carrie Massey | $527.00 |
| GR-0129.010<br>GR-0130.000 | $15,046.00 | Chris J McComas and Christy D McComas | $15,046.00 |
| GR-0132.010 | $6,261.00 | Joe McComas and Arlene McComas, Co-Trustees of the Joe W.   McComas Revocable Trust dated December 11, 2000 | $6,261.00 |
| GR-0133.010<br>GR-0134.010<br>GR-0135.010 | $13,478.00 | Wesley and Mary E Burchfield, co-trustees of the Wesley and Mary E Burchfield Revocable Living Trust | $13,478.00 |
| GR-0139.010<br>GR-0140.010 | $7,622.00 | Jimmie L Vickrey and Shelly R Vickrey | $7,622.00 |
| GR-0141.020 | $1,164.00 | Jimmie L Vickrey and Shelly R Vickrey | $1,164.00 |
| GR-0149.010 | $4,436.00 | Terry Garrett and Wynetta Garrett | $4,436.00 |
| GR-0150.010 | $5,706.00 | Terry Garrett | $5,706.00 |
| GR-0151.010 | $7,278.00 | Terry Garrett | $7,278.00 |
| GR-0196.010 | $5,512.00 | Norman G. Sloan and Marilyn G. Sloan, Trustees of the Norman G. Sloan Grantor Trust dated September 13, 1995, and any amendments thereto, | $5,512.00 |
| GR-0289.010 | $6,467.00 | John H Mason and Martha Mason | $6,467.00 |
| GR-0310.000 | $6,550.00 | First National Bank and Trust Company, Corporate Trustee of the James L. McElvany and Linda R. McElvany Irrevocable Trust I dated the 28th day of December, 2012, | $6,550.00 |
| GR-0312.010 | $9,820.00 | Lyndel D. Shelby and Lanelle Shelby | $9,820.00 |
| GR-0313.010 | $9,762.00 | Melford Scott and Margaret L. Scott, Trustees of the Melford Scott and Margaret L. Scott Revocable Trust dated the 7th day of July, 2005 | $9,762.00 |
| GR-0314.010 | $4,264.00 | Connie Gayle Huseman | $4,264.00 |
| GR-0322.010 | $8,997.00 | Melford L. Scott and Margaret L. Scott, | $8,997.00 |

|  |  | Trustees of the Melford L. Scott and Margaret L. Scott Revocable Trust |  |
|---|---|---|---|
| GR-0355.000 | $3,534.00 | Shana Marie Elledge and Johnathan Eugene Elledge, Trustees of the Shana & Johnathan Eugene Elledge Family Trust Dated June 27, 2018 | $3,534.00 |
| CL-KI-0026.000 | $10,493.00 | Vincent N. Rother | $10,493.00 |
| CL-KI-0077.000 | $10,408.00 | KR&K Inc. | $10,408.00 |
| CL-KI-0079.010 | $2,529.00 | Louise Marie Hubbard, Trustee of the Louise Marie Hubbard Living Trust Agreement dated November 11, 1993, | $2,529.00 |
| CL-KI-0080.000 | $5,907.00 | Vincent Ray Mueggenborg | $5,907.00 |
| CL-KI-0081.000 | $13,882.00 | Dale F. Rother and Marian Elizabeth Rother | $13,882.00 |
| GA-0444.000 GA-0445.000 GA-0448.000 | $13,106.00 | Danny T. Christian | $13,106.00 |