IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, | § § § | |
| *Plaintiff*, | § § | Case Number: 5:18-cv-858-G |
| vs. | § § § | Judge: Charles Goodwin |
| TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA, *et al.*, | § § § § § § § | |
| *Defendants*. | § | |

**PLAINTIFF MIDSHIP PIPELINE COMPANY, LLC'S NOTICE OF FILING DOCUMENTS RELATED TO HEARING ON MIDSHIP'S MOTION IN LIMINE**

Plaintiff Midship Pipeline Company, LLC ("Midship"), per the instruction for the court-appointed Commission, respectfully submits for the record documents related to the Commission's hearing on Midship's Motion in Limine held on March 4, 2021:

Exhibit 1 – Midship's argument outline,

Exhibit 2 – Midship's post-hearing memorandum, and

Exhibit 3 – Midship's reply to counsel for Defendants Sandy Creek Farms, Inc., and Central Land Consulting, LLC's email to the Commission. All documents in the exhibits hereto have been previously produced to the Commission and counsel of record.

Respectfully submitted,

/s/ *Vadim Bourenin*
ZABEL FREEMAN

Thomas A. Zabel (Attorney in charge)
Texas Bar No. 22235500
tzabel@zflawfirm.com
Vadim O. Bourenin
Texas Bar No. 24076284
vbourenin@zflawfirm.com
1135 Heights Boulevard,
Houston, TX 77008
713-802-9117 (telephone)
713-802-9114 (facsimile)

and

WILLIAMS, BOX, FORSHEE &
BULLARD, PC
David M. Box, OBA #21943
Mason J. Schwartz, OBA #32864
522 Colcord Drive
Oklahoma City, OK 73102-2202
( 405) 232-0080
(405) 236-5814 Fax
box@wbfblaw.com
dmbox@wbfblaw.com

and

HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
Mark Banner, OBA #13243
320 North Boston, Suite 200
Tulsa, OK 74103-3706
Telephone:  (918) 594-0432
Facsimile:  (918) 594-0505
Email:  mbanner@hallestill.com
**ATTORNEYS FOR PLAINTIFF,
MIDSHIP PIPELINE COMPANY, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

_/s/ Vadim Bourenin__
Vadim Bourenin