IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, | § § § |
| *Plaintiff*, | § Case Number: 5:18-cv-858-G § |
| vs. | § Judge:  Charles Goodwin § |
| TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA, *et al.*, | § § § § § § |
| *Defendants*. | § |

**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

NOW COME Plaintiff Midship Pipeline Company, LLC ("Midship") and Defendants Wesley and Mary E Burchfield, Co-Trustees of the Wesley and Mary E Burchfield Revocable Living Trust, owners of the tracts of land in Grady County, Oklahoma, more particularly described and depicted in Midship's Verified Complaint for Condemnation and exhibits thereto, as amended, as Tracts Nos. GR-0133.010, GR-0134.010 and GR-0135.010, and Central Land Consulting, LLC, a third-party claiming interest in the above-named tracts ("Stipulating Defendants") (collectively, the "Parties"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 71.1(i)(1)(B), and hereby enter into the following Stipulation:

1. The Parties have reached a settlement agreement regarding all claims that have been filed against Stipulating Defendants in Midship's Verified Complaint for Condemnation, as amended, and have executed the necessary documents and processed payments to effectuate the Parties' settlement agreement ("Settlement").

2. The Parties further stipulate that any interim or final orders or judgments issued by this Court or Court-appointed Commission, or any appellate court in this civil action, shall not apply to Stipulating Defendants and shall not be construed by any party as invalidating and/or modifying the terms of the Parties' settlement agreement.

3. Midship hereby dismisses all claims currently pending against Wesley and Mary E Burchfield, Co-Trustees of the Wesley and Mary E Burchfield Revocable Living Trust, owners of the tracts of land in Grady County, Oklahoma, more particularly described and depicted in Midship's Verified Complaint for Condemnation and exhibits thereto, as amended, as Tracts Nos. GR-0133.010, GR-0134.010 and GR-0135.010, and Central Land Consulting, LLC, a third-party claiming interest on Tracts Nos. GR-0133.010, GR-0134.010 and GR-0135.010 without prejudice, with each party bearing its own fees, costs and expenses.

4. Midship will withdraw its Motion for Summary Judgement as it relates to the Stipulating Defendants only.

5. This Court shall retain continuing jurisdiction to enforce the Settlement.

| | Respectfully submitted, |
|---|---|
| *s/ Carolyn Elefant  authorized by email* | ZABEL FREEMAN |
| Carolyn Elefant (Bar No. 425433 ) | ____*s/  Thomas A. Zabel*_____ |
| Law Offices of Carolyn Elefant 1440 G Street N.W. 8th Floor Washington D.C. 20005 202-297-6100 | Thomas A. Zabel (Attorney in charge) |
| | Texas Bar No. 22235500 |
| | tzabel@zflawfirm.com |
| carolyn@carolynelefant.com | Vadim O. Bourenin |
| | Texas Bar No. 24076284 |
| **Attorney for Defendants, Wesley and Mary E Burchfield, Co-Trustees of the Wesley and Mary E Burchfield Revocable Living Trust, and Central Land Consulting, LLC** | vbourenin@zflawfirm.com |
| | 1135 Heights Boulevard, |
| | Houston, TX 77008 |
| | 713-802-9117 (telephone) |
| | 713-802-9114 (facsimile) |
| | and |
| | WILLIAMS, BOX, FORSHEE & BULLARD, PC |
| | David M. Box, OBA #21943 |
| | Mason J. Schwartz, OBA #32864 |
| | 522 Colcord Drive |
| | Oklahoma City, OK 73102-2202 |
| | ( 405) 232-0080 |
| | (405) 236-5814 Fax |
| | box@wbfblaw.com |
| | dmbox@wbfblaw.com |
| | and |
| | HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C**.** |
| | Mark Banner, OBA #9643 |
| | 320 North Boston, Suite 200 |
| | Tulsa, OK 74103-3706 |
| | Telephone: (918) 594-0432 |
| | Facsimile:  (918) 594-0505 |
| | Email: mbanner@hallestill.com |
| | **Attorneys for Plaintiff Midship Pipeline Company, LLC** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been filed and served via this Court's ECF/CM system on all the counsel of record.

*/s/ Thomas Zabel*
Thomas Zabel
