UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-18-858-G |
| TRACT NO. CN-0004.000,1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA, et al., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Commission hereby amends the Commission's Scheduling Order [Doc. No. 718] as follows:

| | |
|---|---|
| Hearings on Motions and status conference to address setting hearing dates and procedures for conducting hearings | by June 25, 2021 |
| Commission hearings shall commence | no earlier than August 1, 2021 |

All other deadlines in the Commission's Scheduling Order [Doc. No. 718] and in the Commission's Agreed Modified Scheduling Order [Doc. No. 736] remain unchanged and in full force and effect except as specifically amended in this Order. Defendant Landowners' Motion for Modification to Schedule for Just Compensation Hearings [Doc. No. 796] is denied as moot.

*/s/ Ryan Leonard*
Ryan Leonard
Commission Chair