## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MIDSHIP PIPELINE COMPANY, LLC,** | § § § | |
| *Plaintiff,* | § § | **Case Number: 5:18-cv-858-G** |
| **vs.** | § § | **Judge:  Charles Goodwin** |
| **TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA, *et al.*,** | § § § § § § § | |
| *Defendants.* | § § | |

## STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

NOW COME Plaintiff Midship Pipeline Company, LLC ("Midship") and Defendant Central Land Consulting, LLC ("Stipulating Defendant"), joined in this lawsuit as a party claiming an interest in the property in Grady County, Oklahoma, more particularly described and depicted in Midship's Verified Complaint for Condemnation and exhibits thereto, as amended, as Tract No. GR-0117.010 ("Property"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 and 71.1, and hereby enter into the following Stipulation:

1. The Parties have resolved all claims that have been filed against Stipulating Defendant in Midship's Verified Complaint for Condemnation.

2. Stipulating Defendant disclaims any compensable interest in the Property, condemnation award for the taking of the easement on the Property and in the security deposit posted by Midship for the Property pursuant to this Court's Order of February 6, 2019.

3. The Parties further stipulate that any interim or final orders or judgments issued by this Court or Court-appointed Commission, or any appellate court in this civil action, shall not apply to Stipulating Defendant as such orders may concern the Property.

4. Midship hereby dismisses all claims currently pending against Defendant Central Land Consulting, LLC, a third party claiming an interest in the tract of land in Grady County, Oklahoma, more particularly described and depicted in Midship's Verified Complaint for Condemnation and exhibits thereto, as amended, as to the Tract No. GR-0117.010, without prejudice, with each party bearing its own fees, costs and expenses.

5. Midship withdraws its Motion for Summary Judgement as it relates to Stipulating Defendant.

6. This Court shall retain continuing jurisdiction to enforce the Settlement.

Respectfully submitted,

ZABEL FREEMAN

*s/ Carolyn Elefant – authorized by email*
Carolyn Elefant (Bar No. 425433 )
Law Offices of Carolyn Elefant 1440 G
Street N.W. 8th Floor Washington D.C.
20005 202-297-6100
carolyn@carolynelefant.com
**Attorney for Defendant Central Land
Consulting, LLC on the Tract GR-
0117.010**

*s/ Thomas  Zabel*
Thomas A. Zabel (Attorney in charge)
Texas Bar No. 22235500
tzabel@zflawfirm.com
Vadim O. Bourenin
Texas Bar No. 24076284
vbourenin@zflawfirm.com
1135 Heights Boulevard,
Houston, TX 77008
713-802-9117 (telephone)
713-802-9114 (facsimile)

and

WILLIAMS, BOX, FORSHEE &
BULLARD, PC
David M. Box, OBA #21943
Mason J. Schwartz, OBA #32864
522 Colcord Drive
Oklahoma City, OK 73102-2202
( 405) 232-0080
(405) 236-5814 Fax
box@wbfblaw.com
dmbox@wbfblaw.com

and

HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
Mark Banner, OBA #9643
320 North Boston, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0432
Facsimile:  (918) 594-0505
Email: mbanner@hallestill.com
**Attorneys for Plaintiff, Midship
Pipeline Company, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing has been filed and served via

this Court's ECF/CM system on all the counsel of record.

_/s/ Thomas Zabel___
Thomas Zabel
