IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MIDSHIP PIPELINE COMPANY, LLC,** | § § § | |
| *Plaintiff*, | § § | Case Number: 5:18-cv-858-G |
| vs. | § § § | Judge: Charles Goodwin |
| **TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA,** *et al.*, | § § § § § § § | |
| *Defendants*. | § | |

**<u>STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS</u>**

NOW COME Plaintiff Midship Pipeline Company, LLC ("Midship") and Defendants Tract No. CN-0047.000, 3.032 Acres of Land, More or Less, Permanent Easement (Pipeline Right-Of-Way), 3.017 Acres of Land, More or Less, Temporary Work Space, and 0.172 Acres of Land, More or Less, Additional Temporary Work Space in Canadian County, Oklahoma (the "Property"), and Michael Hufnagel, Thomas Hufnagel, and Michael Hufnagel and Ann Hufnagel as joint tenants, owners of the Property, and Central Land Consulting, LLC ("CLC"), a third party claiming an interest in the Property (hereinafter, the "Stipulating Defendants") (collectively, the "Parties"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 and 71.1, and hereby enter into the following Stipulation:

1. The Parties have reached a settlement agreement regarding all claims that have been filed against the Stipulating Defendants in Midship's Verified Complaint for Condemnation, as amended, and have executed the necessary documents and agreed as to payments to effectuate the Parties' settlement agreement ("Settlement").

2. Defendant CLC disclaims any compensable interest in the Property, condemnation award for the taking of the easements on the Property and in the security deposit posted by Midship for the Property pursuant to this Court's Order of February 6, 2019.

3. The Parties further stipulate that any interim or final orders or judgments issued by this Court or Court-appointed Commission, or any appellate court in this civil action, shall not apply to the Stipulating Defendants and shall not be construed by any party as invalidating and/or modifying the terms of the Parties' settlement agreement.

4. Midship hereby withdraws its Motion for Summary Judgment as to the Settling Defendants and dismisses all claims currently pending against Defendants Tract No. CN-0047.000, 3.032 Acres of Land, More or Less, Permanent Easement (Pipeline Right-Of-Way), 3.017 Acres of Land, More or Less, Temporary Work Space, and 0.172 Acres of Land, More or Less, Additional Temporary Work Space in Canadian County, Oklahoma, Michael Hufnagel, Thomas Hufnagel, and Michael Hufnagel and Ann Hufnagel as joint tenants, and CLC as to Tract CN-0047.000 only, without prejudice, with each party bearing its own fees, costs and expenses.

5. This Court shall retain continuing jurisdiction to enforce the Settlement.

                Respectfully submitted,

                ZABEL FREEMAN

| | |
|---|---|
| *s/* _Carolyn Elefant_ – authorized by email_____<br>Carolyn Elefant (Bar No. 425433 )<br>Law Offices of Carolyn Elefant 1440 G Street N.W. 8th Floor Washington D.C. 20005 202-297-6100<br>carolyn@carolynelefant.com<br>**Attorney for Defendants Tract No. CN-0047.000, 3.032 Acres of Land, More or Less, Permanent Easement (Pipeline Right-Of-Way), 3.017 Acres of Land, More or Less, Temporary Work Space, and 0.172 Acres of Land, More or Less, Additional Temporary Work Space in Canadian County, Oklahoma Michael Hufnagel and Ann Hufnagel as joint tenants, Michael Hufnagel, and Thomas Hufnagel, and Central Land Consulting, LLC** | _____*s/*_ _Thomas Zabel_____<br>Thomas A. Zabel (Attorney in charge)<br>Texas Bar No. 22235500<br>tzabel@zflawfirm.com<br>Vadim O. Bourenin<br>Texas Bar No. 24076284<br>vbourenin@zflawfirm.com<br>1135 Heights Boulevard,<br>Houston, TX 77008<br>713-802-9117 (telephone)<br>713-802-9114 (facsimile)<br><br>and<br><br>WILLIAMS, BOX, FORSHEE & BULLARD, PC<br>David M. Box, OBA #21943<br>Mason J. Schwartz, OBA #32864<br>522 Colcord Drive<br>Oklahoma City, OK 73102-2202<br>(405) 232-0080 (telephone)<br>(405) 236-5814 (facsimile)<br>box@wbfblaw.com<br>dmbox@wbfblaw.com<br><br>and<br><br>HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C**.**<br>Mark Banner, OBA #9643<br>320 South Boston, Suite 200<br>Tulsa, OK 74103-3706<br>(918) 594-0432 (telephone)<br>(918) 594-0505  (facsimile) |

Email: mbanner@hallestill.com
**Attorneys for Plaintiff, Midship Pipeline Company, LLC**

Email: mbanner@hallestill.com
**Attorneys for Plaintiff, Midship Pipeline Company, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been filed and served via this Court's ECF/CM system on all counsel of record.

                                                  */s/ Thomas Zabel*