# EXHIBIT 1

# CANADIAN COUNTY

## Tract No(s). CN-0004.000

1.  **Surface Owner(s):**

    Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of
    the Clayton J. Hufnagel Trust,
    a revocable trust dated the 17th day of May 2004,
    609 Elizabeth Drive.,
    Okarche, OK 73762

    Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi
    L. Hufnagel Trust, a revocable trust dated the 17th day of May, 2004,
    609 Elizabeth Drive.,
    Okarche, OK 73762

2.  **Other Persons-in-Interest:**

    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3.  **Legal Description:**

    *See* attached plat.

4.  **Just Compensation:**

    $15,093.00 (with CN-0005.000 and CN-0006.000)



# EXHIBIT "A"
### CANADIAN COUNTY, OKLAHOMA
### SECTION 6, TOWNSHIP 14 NORTH,
### RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

248TH ST NW   SECTION 31, T-15-N, R-8-W
SECTION 6, T-14-N., R-8-W
66'

POINT OF
COMMENCING
FND. 1/2" I.R.
N/4 COR., SEC. 6

S00°16'12"E - 1,487.23'

POINT OF
BEGINNING
N:12970496.35
E:1809674.06

CN-0004.000
CLAYTON J. HUFNAGEL AND CHRISTI L. HUFNAGEL,
TRUSTEES OF THE CLAYTON J. HUFNAGEL TRUST AND
CHRISTI L. HUFNAGEL AND CLAYTON J. HUFNAGEL,
TRUSTEES OF THE CHRISTI L. HUFNAGEL TRUST
BOOK RB 2916, PAGE 135
BOOK RB 2857, PAGE 627

N COURTNEY ROAD

SECTION 1, T-14-N, R-9-W
SECTION 6, T-14-N, R-8-W

66'

S29°14'57"W - 1,310.12'

CN-0003.000
BOOK RB 3450, PAGE 28
BOOK RB 1522, PAGE 249

25'   25'
50' WIDE P.E.R.W.
40' WIDE T.W.S.
10' WIDE T.W.S.

S88°57'45"W - 1,740.64'

POINT OF
TERMINATION
N:12969333.28
E:1809033.92

CN-0005.000
BOOK RB 2916, PAGE 135
BOOK RB 2851, PAGE 780

FND. 1/2" I.R.
W/4 COR. SEC. 6

| | | |
|---|---|---|
| TOTAL DISTANCE ACROSS PROPERTY: | 1310.12 | FEET |
| | OR | |
| | 79.40 | RODS |
| TOTAL AREA OF P.E.R.W.: | 1.504 | ACRES |
| TOTAL AREA OF T.W.S.: | 1.585 | ACRES |

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

—— BROKEN LINE NOT SCALABLE
—— PROPERTY LINE
—— BASELINE
——I—— EXISTING PIPELINE
—R/W— STATUTORY R.O.W.

200   0   200   400
GRAPHIC SCALE IN FEET

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

9/21/17

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | LAT | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/17/17 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 400' | THE CLAYTON J. HUFNAGEL TRUST AND THE CHRISTI L. HUFNAGEL TRUST |
| REV# | DATE | DESCRIPTION |
| 0 | 9/20/2017 | CERTIFIED |
| DRAWING: | | CN-0004.000   SHEET NO.   1 OF 2 |

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**

Owner: Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L.
Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust          TRACT NO. CN-0004.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section
6, Township 14 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through
and across a tract of land conveyed to Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J.
Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust, recorded
in Book RB 2916, Page 135 and in Book RB 2857, Page 627 of the Office of the Clerk and Recorder of Canadian
County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated
twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right
of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more
particularly described as follows:

**COMMENCING** at a 1/2-inch iron rod found marking the north quarter corner of said Section 6; **THENCE** South
00°16'12" East with the east line of the northwest corner of said Section 6 a distance of 1487.20 feet to the **POINT
OF BEGINNING;**

**THENCE** South 29°14'57" West, a distance of 1310.12 feet, to the **POINT OF TERMINATION** in the south line of the
northwest quarter of said Section 6, from which a ½-inch iron rod found marking the west quarter corner of said
Section 6 bears South 88°57'45" West a distance of 1740.64 feet, said baseline having a total distance of 1310.12
feet (79.40 rods), said Permanent Easement & Right of Way containing 1.504 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator
Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the
ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0004.000, Rev. 0,
same date.

James Michael Denney          Date: 9·21·17
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CN-0005.000

1. **Surface Owner(s):**

   Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of
   the Clayton J. Hufnagel Trust,
   a revocable trust dated the 17th day of May 2004,
   609 Elizabeth Drive.,
   Okarche, OK 73762

   Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi
   L. Hufnagel Trust, a revocable trust dated the 17th day of May, 2004,
   609 Elizabeth Drive.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* CN-0004.000



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 6, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**

Owner: Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L.
Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust          TRACT NO. CN-0005.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section
6, Township 14 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through
and across a tract of land conveyed to Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J.
Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust recorded in
Book RB 2916, Page 135, and Book RB 2851, Page 780 of the Office of the Clerk and Recorder of Canadian County,
Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-
feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way
being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more
particularly described as follows:

COMMENCING at a 5/8-inch iron rod found marking the south quarter corner of said Section 6; THENCE North
00°16'14" West a distance of 2638.61 feet to the northeast corner of the southwest quarter of said Section 6,
THENCE South 88°57'45" West with the north line of the southwest quarter of said Section 6 a distance of 645.57
feet to the POINT OF BEGINNING;

THENCE South 29°14'57" West, a distance of 1115.60 feet, to a point;

THENCE South 20°43'43" West, a distance of 349.48 feet, to the POINT OF TERMINATION on the west line of the
east half of the southwest quarter of said Section 6, from which said 5/8-inch iron rod bears South 00°14'14" East
a distance of 1353.17 feet to the southwest corner of the east half of the southwest quarter of said Section 6,
THENCE North 88°51'05" East a distance of 1321.38 feet, said baseline having a total distance of 1465.08 feet
(88.79 rods), said Permanent Easement & Right of Way containing 1.682 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator
Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the
ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0005.000, Rev. 0,
same date.

9.21.17

James Michael Denney          Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CN-0006.000

**1.  Surface Owner(s):**

>    Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of
>    the Clayton J. Hufnagel Trust,
>    a revocable trust dated the 17th day of May 2004,
>    609 Elizabeth Drive.,
>    Okarche, OK 73762

>    Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi
>    L. Hufnagel Trust, a revocable trust dated the 17th day of May, 2004,
>    609 Elizabeth Drive.,
>    Okarche, OK 73762

**2.  Other Persons-in-Interest:**
>    Central Land Consulting LLC
>    c/o The Corporation Company
>    1833 S Morgan Rd.,
>    Oklahoma City, OK 73128

**3.  Legal Description:**
>    *See* attached plat.

**4.  Just Compensation:**
>    *See* CN-0004.000



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 6, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

N88°57'45"E - 1,066.41'

POINT OF
COMMENCING
FND. 1/2" I.R.
W/4 COR., SEC. 6

S00°14'14"E - 1,288.03'

CN-0006.000
CLAYTON J. HUFNAGEL AND CHRISTI
L. HUFNAGEL, TRUSTEES OF THE
CLAYTON J. HUFNAGEL TRUST AND
CHRISTI L. HUFNAGEL AND CLAYTON
J. HUFNAGEL, TRUSTEES OF THE
CHRISTI L. HUFNAGEL TRUST
BOOK RB 2916, PAGE 135
BOOK RB 2851, PAGE780

POINT OF
BEGINNING
N:12986053.03
E:1906385.14

66'

S20°43'43"W – 1,458.00'

10' WIDE T.W.S.

40' WIDE T.W.S.

50' WIDE P.E.R.W.

CN-0005.000
BOOK RB 2916, PAGE 135
BOOK RB 2851, PAGE 782

SECTION 1, T-14-N, R-8-W
SECTION 6, T-14-N, R-8-W

25'                          25'

FND. 5/8" I.R.
SW COR., SEC. 6

50' x 355'
A.T.W.S.
SEE SHT.
2 OF 3

66'

SECTION 6

SECTION 7

234TH ST NW

POINT OF
TERMINATION
N:12986888.41
E:1907846.89

S88°51'04"W – 543.28'

CN-0007.000
BOOK RB 4206, PAGE 883

| | TOTAL DISTANCE ACROSS PROPERTY: | 1458.00 FEET |
| | OR: | 88.36 RODS |
| | TOTAL AREA OF P.E.R.W.: | 1.674 ACRES |
| | TOTAL AREA OF T.W.S.: | 1.777 ACRES |
| | TOTAL AREA OF A.T.W.S.: | 0.419 ACRES |

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE
UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH,
NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S.
SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY
TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE
RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED
BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED
AS A COPY AND NOT THE ORIGINAL.

## LEGEND

| | | |
|---|---|---|
| I.R. | IRON ROD | |
| I.P. | IRON PIPE | |
| FND. | FOUND | |
| N.T.S. | NOT TO SCALE | |
| R.O.W. | RIGHT OF WAY | |
| T.W.S. | TEMPORARY WORKSPACE | |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE | |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY | |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
—R/W— STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
200   0   200   400

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434
OKLAHOMA

16350 Park Ten Place
Houston, TX 77084
(281) 636-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | LAT | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/17/17 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 400' | THE CLAYTON J. HUFNAGEL TRUST AND THE CHRISTI L. HUFNAGEL TRUST |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 1 | 7/11/2018 | ADDED DETAIL |
| 0 | 8/17/2017 | CERTIFIED |

DRAWING: CN-0006.000 | SHEET NO. 1 OF 3



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 6, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

CN-0006.000
CLAYTON J. HUFNAGEL AND CHRISTI L.
HUFNAGEL, TRUSTEES OF THE CLAYTON J.
HUFNAGEL TRUST AND CHRISTI L. HUFNAGEL
AND CLAYTON J. HUFNAGEL, TRUSTEES OF
THE CHRISTI L. HUFNAGEL TRUST
BOOK RB 2916, PAGE 135
BOOK RB 2851, PAGE780

### A.T.W.S. SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S88°01'35"W | 53.61' |
| L2 | N20°43'44"E | 374.90' |
| L3 | S69°16'17"E | 50.00' |
| L4 | S20°43'44"W | 355.00' |

234TH ST NW

N20°43'44"E - 32.01'

SECTION 6

68'

SECTION 7

WORKSPACE DETAIL

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
50   0   50   100

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | LAT | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/17/17 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | THE CLAYTON J. HUFNAGEL TRUST AND THE CHRISTI L. HUFNAGEL TRUST |
| REV# | DATE | DESCRIPTION |
| 1 | 7/11/2018 | ADDED DETAIL |
| 0 | 8/17/2017 | CERTIFIED |
| DRAWING: | | CN-0008.000   SHEET NO.   2   OF   3 |

**Cheniere Midstream**               **EXHIBIT "A"**               **MIDSHIP Mainline**

Owner: Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J. Hufnagel Trust and Christi L.
Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust         TRACT NO. CN-0006.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section
6, Township 14 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through
and across a tract of land conveyed to Clayton J. Hufnagel and Christi L. Hufnagel, Trustees of the Clayton J.
Hufnagel Trust and Christi L. Hufnagel and Clayton J. Hufnagel, Trustees of the Christi L. Hufnagel Trust, recorded
in Book RB 2916, Page 135 and in Book RB 2851, Page 780 of the Office of the Clerk and Recorder of Canadian
County, Oklahoma (O.C.R.CN.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated
twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right
of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more
particularly described as follows:

**COMMENCING** at a ½-inch iron rod found marking the west quarter corner of said Section 6; **THENCE** North
88°57'45" East a distance of 1066.41 feet to the northeast corner of Lot 6 of said Section 6, **THENCE** South
00°14'14" East with the east line of Lot 6 of said Section 6 a distance of 1288.03 feet to the **POINT OF BEGINNING**;

**THENCE** South 20°43'43" West, a distance of 1458.00 feet, to the **POINT OF TERMINATION** on the south line of
said Section 6, from which a 5/8 inch iron rod found marking the southwest corner of said Section 6, bears South
88°51'04" West a distance of 543.28 feet, said baseline having a total distance of 1458.00 feet (88.36 rods), said
Permanent Easement & Right of Way containing 1.674 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator
Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the
ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0006.000, Rev. 1,
same date.

James Michael Denney
Registered Professional Land Surveyor                                Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CN-0007.010

1. **Surface Owner(s):**

   > Tracy G. Maass
   > 28319 N 2780 Rd.,
   > Okarche, OK 73762

2. **Other Persons-in-Interest:**
   > Central Land Consulting LLC
   > c/o The Corporation Company
   > 1833 S Morgan Rd.,
   > Oklahoma City, OK 73128

3. **Legal Description:**
   > *See* attached plat.

4. **Just Compensation:**
   > $8,146.00 (with CN-0011.000)



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

CN-0007.000
BOOK RB 4206, PAGE 983

POINT OF
BEGINNING
N:1296048.12
E:1907817.94

N89°08'49"E - 521.01'          S00°52'24"E - 33.35'

POINT OF
COMMENCING
FND. 1" I.R.
W/4 COR., SEC 7

40' WIDE T.W.S.

10' WIDE T.W.S.          50' X 176'
A.T.W.S.
SEE SHT.
2 OF 3

POINT OF
TERMINATION
N:1293813.22
E:1907301.23
CN-0011.000
BOOK RB 3966
PAGE 627

S70°39'53"W - 648.35'
50' WIDE P.E.R.W.
25'

S01°05'50"E - 2,412.24'

66'

220TH ST NW

FND. 3/8 " I.R.
SW COR., SEC 7

| | | |
|---|---|---|
| TOTAL DISTANCE ACROSS PROPERTY: | 601.70 FEET | |
| | OR: | 36.47 RODS |
| TOTAL AREA OF P.E.R.W.: | 0.691 ACRES | |
| TOTAL AREA OF T.W.S.: | 0.630 ACRES | |
| TOTAL AREA OF A.T.W.S.: | 0.248 ACRES | |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

60   0   50   100
GRAPHIC SCALE IN FEET

**NOTES**

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE
UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH,
NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S.
SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY
TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE
RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED
BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED
AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434
OKLAHOMA

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/28/2017 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | TRACY G. MAASS |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 7/11/2018 | ADDED DETAIL |
| 2 | 9/7/2017 | REVISED LEGAL DESC. |

| DRAWING: | CN-0007.010 | SHEET NO. | 1 OF 3 |
|---|---|---|---|



**EXHIBIT "A"**
CANADIAN COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 14 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

SECTION 12, T-14-N, R-9-W
SECTION 7, T-14-N, R-8-W

66'

N70°39'53"E - 485.10'

CN-0007.010
TRACY G. MAASS
BOOK RB 3966, PAGE 827

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N70°39'53"E | 100.00' |
| L2 | N00°52'24"W | 78.57' |
| L3 | N89°08'48"E | 50.00' |
| L4 | S00°52'24"E | 114.50' |
| L5 | S70°39'54"W | 136.02' |
| L6 | N19°20'07"W | 50.00' |

WORKSPACE DETAIL

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
50  0   50   100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/25/2017 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | TRACY G. MAASS |
| REV# | DATE | DESCRIPTION |
| 3 | 7/11/2018 | ADDED DETAIL |
| 2 | 9/7/2017 | REVISED LEGAL DESC. |
| DRAWING: | | CN-0007.010   SHEET NO.   2   OF   3 |

**Cheniere Midstream**              **EXHIBIT "A"**              **MIDSHIP Mainline**
Owner: Tracy G. Maass                                            TRACT NO. CN-0007.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 7, Township 14 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Tracy G. Maass, recorded in Book RB 3966, Page 827, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1-inch iron rod found marking the west quarter corner of said Section 7; THENCE North 89°06'48" East a distance of 521.01 feet to the **POINT OF BEGINNING**;

THENCE South 00°52'24" East, a distance of 53.35 feet, to a point;

THENCE South 70°39'53" West, a distance of 548.35 feet, to the POINT OF TERMINATION on the west line of said Section 7, from which a 3/8 inch iron rod found marking the southwest corner of said Section 7 bears South 01°05'50" East a distance of 2412.24 feet, said baseline having a total distance of 601.70 feet (36.47 rods), said Permanent Easement & Right of Way containing 0.691 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0007.010, Rev. 3, same date.

7·27·18

James Michael Denney
Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s).CN-0011.000

1. **Surface Owner(s):**

   Tracy G. Maass
   28319 N 2780 Rd.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* CN-0007.000



# EXHIBIT "A"
## CANADIAN COUNTY, OKLAHOMA
## SECTION 12, TOWNSHIP 14 NORTH,
## RANGE 9 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

SECTION 12, T-14-N, R-9-W

SECTION 7, T-14-N, R-8-W

CN-0011.000
TRACY G. MAASS
BOOK RB 3968, PAGE 827

S70°39'53"W - 510.16'

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S19°20'07"E | 50.00' |
| L2 | S70°39'53"W | 100.00' |
| L3 | S19°32'06"W | 100.00' |
| L4 | N70°27'54"W | 50.00' |
| L5 | N19°32'06"E | 123.92' |
| L6 | N70°38'53"E | 123.92' |

66'

WORKSPACE DETAIL

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/26/2017 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | TRACY G. MAASS |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 1 | 7/11/2016 | ADDED DETAIL |
| 0 | 8/15/2017 | CERTIFIED |

DRAWING: | CN-0011.000 | SHEET NO.  2  OF  3

**LEGEND**

| I.R. | IRON ROD |
|------|----------|
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
100   0   100   200

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| Cheniere Midstream | EXHIBIT "A" | MIDSHIP Mainline |
|---|---|---|
| Owner: Tracy G. Maass | | TRACT NO. CN-0011.000 |

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 12, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Tracy G. Maass, recorded in Book RB 3966, Page 827, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1-inch iron rod found marking the east quarter corner of said Section 12; THENCE South 01°05'50" East a distance of 226.88 feet to the POINT OF BEGINNING;

THENCE South 70°39'53" West, a distance of 557.65 feet, to a point;

THENCE South 19°32'06" West, a distance of 1755.82 feet, to the POINT OF TERMINATION on the west line of said Maass tract, from which a 3/8-inch iron rod found marking the southeast corner of said Section 12 bears South 00°27'02" East a distance of 589.85 feet, THENCE North 89°08'10" East a distance of 1155.00 feet, said baseline having a total distance of 2313.47 feet (140.21 rods), said Permanent Easement & Right of Way containing 2.656 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number CN-0011.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

## Tract No(s). CN-0013.000

**1.  Surface Owner(s):**
David John Rother
305 W Elm St.,
El Reno, OK 73762

Bob Alan Rother
301 W. Elm St.,
El Reno, OK 73036

Mark D. Rother and Aletia R. Rother Living Trust,
Mark D. Rother and Aletia R. Rother, Trustees,
301 W Elm St.,
El Reno, OK 73762

**2.  Other Persons-in-Interest:**
Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

**3.  Legal Description:**
*See* attached plat.

**4.  Just Compensation:**
$8,631.00 (with CN-0015.000)



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

13

CN-0012.000
BOOK RB 3703, PAGE 359
BOOK RB 3065, PAGE 1080
BOOK RB 3065, PAGE 708

CN-0011.000
BOOK RB 3965, PAGE 827

N89°08'10"E - 7.33'

S89°08'10"W - 1,324.63'

SECTION 12
SECTION 13

P.E.R.W.

220TH STREET NW

POINT OF
BEGINNING
N:12961381.45
E:1906022.95

POINT OF
COMMENCING
FND. 3/8" I.R.
NE COR., SEC. 13

N00°23'32"W - 128.30'

CN-0014.000
BOOK RB 2308, PAGES 887 & 858

S02°52'38"W - 128.57'

SEE SHT.
2 OF 3
WORKSPACE
DETAIL

CN-0013.000
DAVID JOHN ROTHER, ET AL
BOOK RB 3539, PAGE 91
BOOK RB 3705, PAGE 683

TOTAL AREA OF P.E.R.W.:  0.011 ACRES
TOTAL AREA OF T.W.S.:    0.026 ACRES

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREON, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| –R/W– | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
25   0   25   50

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 646-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | JCL | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/11/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 50' | DAVID JOHN ROTHER, ET AL |
| REV# | DATE | DESCRIPTION |
| 2 | 7/11/2018 | ADDED DETAIL |
| 1 | 9/21/2017 | REVISED LEGAL DESC. |
| DRAWING: | | CN-0013.000   SHEET NO.   1   OF   3 |



# EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

N89°08'10"E – 7.33'

SECTION 12
SECTION 13

220TH STREET NW

L1

**T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|-----------|----------|
| L1 | N89°08'09"E | 8.80' |
| L2 | S22°22'18"W | 12.81' |
| L3 | S00°09'10"W | 121.61' |
| L4 | S17°57'01"W | 31.82' |
| L5 | N00°23'32"W | 35.19' |
| L6 | N02°52'39"E | 128.57' |

CN-0014.000
BOOK RB 2368, PAGES 857 & 858

CN-0013.000
DAVID JOHN ROTHER, ET AL
BOOK RB 3539, PAGE 91
BOOK RB 3705, PAGE 683

WORKSPACE DETAIL

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0300

GRAPHIC SCALE IN FEET
25  0  25  50

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | JCL | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/11/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 50' | DAVID JOHN ROTHER, ET AL |
| REV# | DATE | DESCRIPTION |
| 2 | 7/11/2018 | ADDED DETAIL |
| 1 | 9/21/2017 | REVISED LEGAL DESC. |
| DRAWING: | | CN-0013.000  SHEET NO.  2  OF  3 |

**Cheniere Midstream**　　　　　**EXHIBIT "A"**　　　　　**MIDSHIP Mainline**
Owner: David John Rother, et al　　　　　　　　　　　　　TRACT NO. CN-0013.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of Section 13, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to David John Rother and Bob Alan Rother, recorded in Book 3539, Page 91 and conveyed to the Mark D. Rother and Aletia R. Rother Living Trust, recorded in Book 3705, Page 683, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said Permanent Easement & Right of Way being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the northeast corner of said Section 13; THENCE South 89°08'10" West, with the north line of said Section 13, a distance of 1324.63 feet to the POINT OF BEGINNING;

THENCE South 02°52'39" West, a distance of 128.57 feet to a point on the west line of the northeast quarter of the northeast quarter of said Section 13;

THENCE North 00°23'32" West, with the west line of the northeast quarter of the northeast quarter of said Section 13, a distance of 128.30 feet to a point on the the north line of said Section 13;

THENCE North 89°08'10" East, with the north line of said Section 13, a distance of 7.33 feet to the POINT OF BEGINNING, said Permanent Easement & Right of Way containing 0.011 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0013.000, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor　　　　　　　　　　　Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CN-0014.000

1. **Surface Owner(s):**

   Wanda R. Hansen and Christian J. Hansen, Jr., Trustees, or their successors in trust, under the Wanda R. Hansen Living Trust, dated August 23, 2000,
   16810 N. Calumet Road
   Calumet, OK 73014

   Christian J. Hansen, Jr. and Wanda R. Hansen, Trustees, or their successors in trust, under the C. J. Hansen, Jr. Living Trust, dated August 23, 2000,
   16810 N. Calumet Road
   Calumet, OK 73014

2. **Other Persons-in-Interest:**

   Canadian Hills Wind, LLC
   c/o Corporation Service Company
   10300 Greenbriar Place.
   Oklahoma City, OK 73159

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,766.00



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

SECTION 12
220 ST. NW
SECTION 13

66'
S02°52'37"W - 12.03'

### A.T.W.S. SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|-----------|----------|
| L1 | S02°52'39"W | 102.87' |
| L2 | S17°57'01"W | 97.13' |
| L3 | N72°03'00"W | 50.00' |
| L4 | N17°57'01"E | 90.51' |
| L5 | N02°52'39"E | 92.82' |
| L6 | N88°57'02"E | 50.12' |

CN-0014.000
WANDA R. HANSEN AND CHRISTIAN J. HANSEN, JR.,
TRUSTEES, OR THEIR SUCCESSORS IN TRUST, UNDER
THE WANDA R. HANSEN LIVING TRUST AND CHRISTIAN
J. HANSEN, JR. AND WANDA R. HANSEN, TRUSTEES, OR
THEIR SUCCESSORS IN TRUST,
UNDER THE C. J. HANSEN, JR. LIVING TRUST
BOOK RB 2368, PAGES 857 & 858

WORKSPACE DETAIL

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
50   0   50   100

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|-----|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/10/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | THE WANDA R. HANSEN LIVING TRUST, ET AL |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 1 | 7/10/2018 | ADDED DETAIL |
| 0 | 8/17/2017 | CERTIFIED |

| DRAWING: | CN-0014.000 | SHEET NO.   2  OF  3 |

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**

Owner: Wanda R. Hansen and Christian J. Hansen, Jr., Trustees, or their successors in trust, under the Wanda R. Hansen Living Trust and Christian J. Hansen, Jr. and Wanda R. Hansen, Trustees, or their successors in trust, under the C. J. Hansen, Jr. Living Trust                                                                 TRACT NO. CN-0014.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 13, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Wanda R. Hansen and Christian J. Hansen, Jr., Trustees, or their successors in trust, under the Wanda R. Hansen Living Trust and Christian J. Hansen, Jr. and Wanda R. Hansen, Trustees, or their successors in trust, under the C. J. Hansen, Jr. Living Trust, recorded in Book RB 2368, Pages 867 & 858, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a ½ inch iron rod found marking the north quarter corner of said Section 13; **THENCE** North 89°08'10" East a distance of 1314.25 feet to the **POINT OF BEGINNING;**

**THENCE** South 02°52'39" West, a distance of 127.76 feet, to a point;

**THENCE** South 17°57'01" West, a distance of 1413.92 feet, to a point;

**THENCE** South 13°56'06" West, a distance of 549.83 feet, to a point;

**THENCE** South 00°19'04" West, a distance of 217.93 feet, to a point;

**THENCE** South 11°40'08" West, a distance of 435.91 feet, to the **POINT OF TERMINATION** on the south line of said northeast quarter from which a ½ inch iron rod found marking the east quarter corner of said Section 13 bears North 89°08'59" East a distance of 2032.43 feet, said baseline having a total distance of 2745.35 feet (166.38 rods), said Permanent Easement & Right of Way containing 3.140 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0014.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor          Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s).CN-0015.000

**1. Surface Owner(s):**

David John Rother
305 W Elm St.,
El Reno, OK 73762

Bob Alan Rother
301 W Elm St.,
El Reno, OK 73762

Mark D. Rother and Aletia R. Rother Living Trust,
 Dated September 22, 2010,
Mark D. Rother and Aletia R. Rother, Trustees,
301 W Elm St.,
El Reno, OK 73762

**2. Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

**3. Legal Description:**
*See* attached plat.

**4. Just Compensation:**
*See* CN-0013.000



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 13, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN



| T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N43°43'37"W | 43.79' |
| L2 | N09°19'44"E | 16.11' |
| L3 | N46°16'23"E | 58.23' |
| L4 | N09°19'42"E | 762.71' |

**DETAIL "1"**
N.T.S.



| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L5 | N89°19'18"E | 35.01' |
| L6 | N00°40'53"E | 27.90' |
| L7 | N00°40'53"E | 53.23' |
| L8 | N09°19'42"E | 151.89' |
| L9 | S80°40'18"E | 50.00' |
| L10 | S09°19'43"W | 148.11' |
| L11 | S00°40'53"W | 49.45' |
| L12 | N89°19'07"W | 50.00' |

**DETAIL "2"**
N.T.S.

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

— BROKEN LINE NOT SCALABLE
— PROPERTY LINE
— BASELINE
—I— EXISTING PIPELINE
—R/W— STATUTORY R.O.W.



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | JCL | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/10/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | DAVID JOHN ROTHER, ET AL |
| REV# | DATE | DESCRIPTION |
| 1 | 8/22/2018 | ADDED DETAIL |
| 0 | 8/18/2017 | CERTIFIED |
| DRAWING: | | CN-0015.000 | SHEET NO.  2  OF  3 |

**Cheniere Midstream**                    **EXHIBIT "A"**                    **Midship Mainline**

Owner: David John Rother, Bob Alan Rother and Mark D. Rother and Aletia R. Rother, Trustees of the Mark D.
Rother and Aletia R. Rother Living Trust                                    TRACT NO. CN-0015.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 13, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to David John Rother, Bob Alan Rother and Mark D. Rother and Aletia R. Rother, Trustees of the Mark D. Rother and Aletia R. Rother Living Trust, recorded in Book RB 3539, Page 91 and Book RB 3705, Page 683, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a ½-inch iron rod found marking the east quarter corner of said Section 13; **THENCE** South 89°08'59" West with the north line of the southeast quarter of said Section 13 a distance of 2032.43 feet to the **POINT OF BEGINNING;**

**THENCE** South 11°40'08" West, a distance of 872.42 feet, to a point;

**THENCE** South 09°19'42" West, a distance of 1724.99 feet, to a point;

**THENCE** South 00°40'53" West, a distance of 84.61 feet, to the **POINT OF TERMINATION** on the south line of said Section 13, from which a ½-inch iron rod found marking the south quarter corner of said Section 13 bears South 89°19'18" West a distance of 158.24 feet, said baseline having a total distance of 2682.02 feet (162.55 rods), said Permanent Easement & Right of Way containing 3.079 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CN-0015.000, Rev. 1, same date.

James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

*(Surveyor's seal: PROFESSIONAL LAND SURVEYING — J. M. DENNEY — 1434 — REGISTERED — OKLAHOMA — 8-20-18)*

## Tract No(s). CN-0020.000

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**
   Canadian Hills Wind, LLC
   c/o Corporation Service Company
   10300 Greenbriar Place.
   Oklahoma City, OK 73159

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 5,356.00



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

CN-0019.000
BOOK RB 2189, PAGE 29 & 30
BOOK RB 2185, PAGE 379
BOOK RB 2120, PAGE 479

POINT OF
BEGINNING
N:12950796.44
E:1903405.95

POINT OF
COMMENCING
FND. 1/2" I.R.
N/4 COR., SEC. 25

192ND ST NW   SECTION 24

SECTION 25

S89°17'20"W - 1,367.55'

50' X 150'
A.T.W.S.
SEE DETAIL 1
SHT. 2 OF 3

40' WIDE T.W.S.

N00°35'00"W - 1,315.95'

S00°37'57"W - 1,314.29'

50' WIDE P.E.R.W.

CN-0020.000
THOMAS J. LECK, TRUSTEE OF
THE THOMAS J. LECK REVOCABLE TRUST
BOOK RB 3547, PAGE 112
BOOK RB 3499, PAGE 302

10' WIDE T.W.S.

25' X 200'
A.T.W.S.
SEE DETAIL 2
SHT. 2 OF 3

N89°22'19"E - 1,395.43'

POINT OF
TERMINATION
N:12949482.23
E:1903391.44

CN-0021.000
BOOK RB 5837, PAGE 348

| TOTAL DISTANCE ACROSS PROPERTY: | 1314.29 FEET |
| | OR: | 79.65 RODS |
| TOTAL AREA OF P.E.R.W.: | 1.599 ACRES |
| TOTAL AREA OF T.W.S.: | 1.599 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.272 ACRES |

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

## LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
150   0   150   300

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
16300 Park Ten Place
Houston, TX 77084
(281) 616-0190

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF THOMAS J. LECK, TRUSTEE OF THE THOMAS J. LECK REVOCABLE TRUST |
| CKD BY: | TRC | |
| DATE: | 7/10/18 | |
| SCALE: | 1" = 300' | |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 1 | 7/10/2018 | ADDED DETAILS |
| 0 | 8/18/2017 | CERTIFIED |

| DRAWING: | CN-0020.000 | SHEET NO. 1 OF 3 |



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

25

2ND ST

Rd Ref

192ND ST NW

S00°37'57"W - 33.33'

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|-----------|----------|
| L1 | S00°37'57"W | 150.00' |
| L2 | N89°22'02"W | 50.00' |
| L3 | N00°37'57"E | 67.10' |
| L4 | N10°54'30"E | 83.46' |
| L5 | N89°22'24"E | 35.12' |

**DETAIL 1**

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|-----------|----------|
| L6 | N89°22'03"W | 25.00' |
| L7 | N00°37'58"E | 200.00' |
| L8 | S89°22'03"E | 25.00' |
| L9 | S00°37'57"W | 200.00' |

N00°37'57"E
179.34'

**DETAIL 2**

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

16350 Park Ten Place
Houston, TX 77084
(281) 616-9100

50   0   50   100
GRAPHIC SCALE IN FEET

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|-----|-------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/10/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | THOMAS J. LECK, TRUSTEE OF THE THOMAS J. LECK REVOCABLE TRUST |

| REV# | DATE | DESCRIPTION |
|------|---------|-------------|
| 1 | 7/10/2018 | ADDED DETAILS |
| 0 | 8/16/2017 | CERTIFIED |

| DRAWING: | CN-0020.000 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**          **EXHIBIT "A"**          **Midship Mainline**
Owner: Thomas J. Leck, Trustee of the Thomas J. Leck Revocable Trust          TRACT NO. CN-0020.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the northwest quarter of Section 25, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Thomas J. Leck, Trustee of the Thomas J. Leck Revocable Trust, recorded in Book RB 3547, Page 112 and Book RB 3493, Page 302, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a ½ inch iron rod found marking the north quarter corner of said Section 25; **THENCE** South 89°17'20" West, with the north line of said Section 25, a distance of 1367.55 feet to the **POINT OF BEGINNING**;

**THENCE** South 00°37'57" West, a distance of 1314.29 feet, to the **POINT OF TERMINATION** on the south line of the north half of the northwest quarter of said Section 25, from which said ½ inch iron rod found marking the north quarter corner of said Section 25 bears North 89°22'19" East, with the south line of the north half of the northwest quarter of said Secton 25, a distance of 1395.43 feet, **THENCE** North 00°35'00" West, with the east line of the northwest quarter of said Section 25, a distance of 1315.95 feet, said baseline having a total distance of 1314.29 feet (79.65 rods), said Permanent Easement & Right of Way containing 1.509 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CN-0020.000, Rev. 1, same date.

James Michael Denney          Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

<u>**Tract No(s). CN-0027.000**</u>

**1.  Surface Owner(s):**

> Charles A. Snyder and Diana M. Snyder
> P.O. Box 80
> 303 S. Walls Ave.,
> Calumet, OK 73014

**2.  Other Persons-in-Interest:**

> Central Land Consulting LLC
> c/o The Corporation Company
> 1833 S Morgan Rd.,
> Oklahoma City, OK 73128

**3.  Legal Description:**
> *See* attached plat.

**4.  Just Compensation:**

> $3,494.00



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 36, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 36, TOWNSHIP 14 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

CN-0023.000
BOOK RB 2520, PAGE 812

POINT OF COMMENCING
FND. MAG NAIL
W SHINER
NW COR., SEC. 36

SECTION 25
EDMOND RD. NW.
SECTION 36

S15°12'07"W - 35.87'

CN-0026.000
BOOK RB 3878, PAGE 24

N74°06'17"E - 43.61'

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S15°12'07"W | 150.00' |
| L2 | N74°47'54"W | 50.00' |
| L3 | N16°12'07"E | 135.94' |
| L4 | N89°29'49"E | 51.94' |

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L5 | N74°06'17"E | 95.92' |
| L6 | N15°12'07"E | 154.08' |
| L7 | S74°47'56"E | 50.00' |
| L8 | S15°12'07"W | 162.31' |
| L9 | S74°06'17"W | 135.92' |
| L10 | N01°34'13"W | 51.60' |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
50   0   50   100

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/9/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | CHARLES A. SNYDER AND DIANA M. SNYDER |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 1 | 7/09/2018 | ADDED DETAIL |
| 0 | 8/14/2017 | CERTIFIED |

| DRAWING: | CN-0027.000 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**
Owner: Charles A. Snyder and Diana M. Snyder

**EXHIBIT "A"**

**MIDSHIP Mainline**
TRACT NO. CN-0027.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northwest quarter of Section 36, Township 14 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Charles A. Snyder and Diana M. Snyder, recorded in Book RB 2037, Page 774, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a MAG nail with shiner found marking the northwest corner of said Section 36; THENCE North 89°30'53" East, with the north line of said Section 36, a distance of 232.23 feet to the POINT OF BEGINNING;

THENCE South 15°12'07" West, a distance of 466.01 feet, to a point;

THENCE South 74°06'17" West, a distance of 110.13 feet, to the POINT OF TERMINATION on the west line of said Section 36, from which a 1/2 inch iron rod found marking the west quarter corner of said Section 36 bears South 00°29'31" East, with the west line of said Section 36, a distance of 2175.15 feet, said baseline having a total distance of 576.14 feet (34.92 rods), said Permanent Easement & Right of Way containing 0.661 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0027.000, Rev. 1, same date.

James Michael Denney
Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

*(seal: PROFESSIONAL LAND SURVEYOR, REGISTERED, J. M. DENNEY, 1434, OKLAHOMA)*

<u>Tract No(s). **CN-0038.010**</u>

1. **Surface Owner(s):**
   Betty A. Crowly,
   1529 W Hickory
   El Reno, OK 73014

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 12,136.00 (with CN-0039.000)



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 11, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 11, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

CN-0038.010
BETTY ANN CROWLY
BOOK RB 491, PAGE 104
BOOK RB 4619, PAGE 86

N42°10'40"E 865.80'

S00°39'57"E - 51.47'

**DETAIL "1"**
1"=200'

**WORKSPACE SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N47°49'19"W | 50.00' |
| L2 | N42°10'40"E | 100.00' |
| L3 | N01°59'10"W | 100.00' |
| L4 | N88°00'50"E | 50.00' |
| L5 | S01°59'10"E | 120.28' |
| L6 | S42°10'40"W | 120.28' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —(—— | EXISTING PIPELINE |
| ——R/E—— | STATUTORY R.O.W. |

100    0    100    200
**GRAPHIC SCALE IN FEET**

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | BETTY ANN CROWLY |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 2 | 8/29/2018 | REVISE OWNERSHIP |
| 1 | 7/23/2018 | ADDED DETAIL |

| DRAWING: | CN-0038.010 | SHEET NO. | 2 OF 3 |

**Cheniere Midstream**  
Owner: Betty Ann Crowly

**EXHIBIT "A"**

**MIDSHIP Mainline**  
TRACT NO. CN-0038.010

---

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the southwest quarter of Section 11, Township 13 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Betty Ann Crowly, recorded in Book RB 4619, Page 66, and Book RB 491, Page 104, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2-inch iron rod found marking the west quarter corner of said Section 11; **THENCE** North 89°25'54" East, with the north line of the southwest quarter of said Section 11, a distance of 1930.70 feet to the **POINT OF BEGINNING**;

**THENCE** South 01°59'10" East, a distance of 1035.54 feet, to a point;

**THENCE** South 42°10'41" West, a distance of 934.87 feet, to the **POINT OF TERMINATION** on the west line of the east half of the southwest quarter of said Section 11, from which a 2 inch brass cap found marking the southwest corner of said Section 11 bears South 00°39'57" East, with the west line of the east half of the southwest quarter of said Section 11, a distance of 915.90 feet, **THENCE** South 89°16'50" West, with the south line of said Section 11, a distance of 1319.38 feet, said baseline having a total distance of 1970.41 feet (119.42 rods), said Permanent Easement & Right of Way containing 2.262 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0038.010, Rev. 2, same date.

James Michael Denney  
Registered Professional Land Surveyor  
Oklahoma Registration No. 1434  
Firm License No. 144

Date:

## Tract No(s). CN-0039.000

1. **Surface Owner(s):**

   Betty A. Crowly,
   1529 W Hickory
   El Reno, OK 73014

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* CN-0038.010



# EXHIBIT "A"
### CANADIAN COUNTY, OKLAHOMA
### SECTION 11, TOWNSHIP 13 NORTH,
### RANGE 9 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 11, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

## WORKSPACE SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N89°43'10"W | 50.00' |
| L2 | N00°16'49"E | 119.14' |
| L3 | N42°10'41"E | 119.14' |
| L4 | S47°49'19"E | 50.00' |
| L5 | S42°10'40"W | 100.00' |
| L6 | S00°16'50"W | 100.00' |

SECTION 11

MEMORIAL RD. NW.        N00°16'50"E - 35.53'

N89°16'50"E - 504.11'

SECTION 14

FND. 2" BRASS CAP
SW COR., SEC 11

DETAIL "1"
1" = 100'

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

15350 Park Ten Place
Houston, TX 77084
(281) 646-0100

GRAPHIC SCALE IN FEET
50   0   50   100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/1/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | BETTY ANN CROWLY |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 2 | 8/29/2018 | REVISE OWNERSHIP |
| 1 | 7/24/2018 | ADDED DETAIL |

DRAWING:   CN-0039.000   SHEET NO.   2   OF   3

| Cheniere Midstream | EXHIBIT "A" | Midship Mainline |
|---|---|---|
| Owner: Betty Ann Crowly | | TRACT NO. CN-0039.000 |

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the southwest quarter of Section 11, Township 13 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Betty Ann Crowly, recorded in Book RB 4619, Page 66, and Book RB 491, Page 104, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the south quarter corner of said Section 11; THENCE South 89°16'50" West a distance of 1319.38 feet to the southeast corner of the west half of the southwest quarter of said Section 11, THENCE North 00°39'57" West with the east line of the west half of the southwest quarter of said Section 11 a distance of 915.90 feet to the POINT OF BEGINNING;

THENCE South 42°10'41" West, a distance of 1100.65 feet, to a point;

THENCE South 00°16'50" West, a distance of 109.61 feet, to the POINT OF TERMINATION on the south line of said Section 11, from which a 2-inch brass cap found marking the southwest corner of said Section 11 bears South 89°16'50" West a distance of 569.12 feet, said baseline having a total distance of 1210.26 feet (73.35 rods), said Permanent Easement & Right of Way containing 1.389 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number CN-0039.000, Rev. 2, same date.

James Michael Denney                                        Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CN-0054.000

1. **Surface Owner(s):**

    Marian Elizabeth Rother
    10844 248th Street NW
    Okarche, OK 73762

    Joan Margaret Watkins
    506 Travis Ln.,
    Okarche, OK 73762

2. **Other Persons-in-Interest:**

    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3. **Legal Description:**
    *See* attached plat.

4. **Just Compensation:**

    $12,058.00



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 13 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN



**Cheniere Midstream**   **EXHIBIT "A"**   **MIDSHIP Mainline**
Owner: Joan M. Watkins and Marian Elizabeth Rother   TRACT NO. CN-0054.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 26, Township 13 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Joan M. Watkins and Marian Elizabeth Rother, recorded in Book RB 3738, Page 67, Book RB 3725, Page 177, Book RB 2908, Page 79, and Book RB 1801, Page 355 of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a railroad spike found marking the northwest corner of said Section 26; **THENCE** North 89°24'39" East with the north line of said Section 26 a distance of 719.27 feet to the **POINT OF BEGINNING;**

THENCE South 00°06'36" East, a distance of 345.57 feet, to a point;

THENCE South 57°37'49" East, a distance of 915.09 feet, to a point;

THENCE South 09°58'43" East, a distance of 523.27 feet, to a point;

**THENCE** South 13°51'23" East, a distance of 1309.32 feet, to the **POINT OF TERMINATION** on the south line of the northwest quarter of said Section 26, from which a 5/8-inch iron rod found marking the west quarter corner of said Section 26 bears South 89°29'43" West a distance of 1862.35 feet, said baseline having a total distance of 3093.25 feet (187.47 rods), said Permanent Easement & Right of Way containing 3.551 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0054.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor   Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CN-0069.000

1. **Surface Owner(s):**
   Calumet Industries, Inc.
   c/o LD Todd
   14005 Highway 66 W
   Calumet, OK 73712

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $4,497.00



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

CN-0066.000
BOOK RB 2412, PAGE 338

POINT OF
BEGINNING
N:12903335.52
E:1906389.20

POINT OF
COMMENCING
FND. "X" IN CONCRETE
N/4 COR., SEC. 12

E. 1020 RD. / RTE. 66

SECTION 1

SECTION 12

S00°00'00"E - 113.88'

S89°51'42"W - 122.29'

50' X 150'
A.T.W.S.
DETAIL "1"
SHEET 2 OF 5

N00°33'24"W - 880.81'

S20°54'33"E - 238.34'

ACCESS ROAD
SHEET 3 OF 5

10' WIDE T.W.S.

CN-0069.000
CALUMET INDUSTRIES, INC.
BOOK RB 2825, PAGE 287

25'
25'

CN-0068.000
BOOK RB 3515, PAGE 650

S00°36'06"E - 323.87'

40' WIDE T.W.S.
50' WIDE P.E.R.W.

POINT OF
TERMINATION
N:12902675.14
E:1906476.85
N89°51'42"E - 40.06'

CN-0071.000
BOOK RB 2825, PAGE 285

TOTAL DISTANCE ACROSS PROPERTY:   676.09 FEET
OR:   40.98 RODS
TOTAL AREA OF P.E.R.W.:   0.776 ACRES
TOTAL AREA OF T.W.S.:   0.776 ACRES
TOTAL AREA OF A.T.W.S.:   0.183 ACRES

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE
UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH,
NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S.
SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY
TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE
RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED
BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED
AS A COPY AND NOT THE ORIGINAL.

4. SEE SHEET 4 OF 5 FOR DESCRIPTION.

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

100   0   100   200
GRAPHIC SCALE IN FEET

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434
OKLAHOMA

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | CALUMET INDUSTRIES, INC. |
| REV# | DATE | DESCRIPTION |
| 3 | 8/30/2018 | COMBINED DRAWINGS |
| 2 | 7/26/2018 | ADDED DETAIL |
| DRAWING: | CN-0069.000_MM | SHEET NO. 1 OF 5 |



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

CN-0066.000
BOOK RB 2412, PAGE 338

POINT OF
COMMENCING
FND. "X" IN
CONCRETE
N/4 COR., SEC. 12

66'

SECTION 1

E. 1020 RD. / RTE. 66

S89°51'42"W - 187.29'

SECTION 12

S00°00'00"E - 68.87'

L6

## WORKSPACE SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S00°00'00"E | 68.86' |
| L2 | S20°34'34"E | 81.15' |
| L3 | S69°05'27"W | 50.00' |
| L4 | N20°54'34"W | 90.37' |
| L5 | N00°00'00"E | 78.06' |
| L6 | N90°00'00"E | 50.00' |

CN-0069.000
CALUMET INDUSTRIES, INC.
BOOK RB 2825, PAGE 287

DETAIL "1"
N.T.S.

## LEGEND

I.R.        IRON ROD
I.P.        IRON PIPE
FND.        FOUND
N.T.S.      NOT TO SCALE
R.O.W.      RIGHT OF WAY
T.W.S.      TEMPORARY WORKSPACE
A.T.W.S.    ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.    PERMANENT EASEMENT & RIGHT OF WAY
            BROKEN LINE NOT SCALABLE
            PROPERTY LINE
            BASELINE
            EXISTING PIPELINE
            STATUTORY R.O.W.

TRC
16320 Park Ten Place
Houston, TX 77084
(281) 516-0100

50   0   50   100
GRAPHIC SCALE IN FEET

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | CALUMET INDUSTRIES, INC. |
| REV# | DATE | DESCRIPTION |
| 3 | 8/30/2018 | COMBINED DRAWINGS |
| 2 | 7/26/2018 | ADDED DETAIL |
| DRAWING: | CN-0069.000_MM | SHEET NO.   2   OF   5 |



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

TOTAL LENGTH OF ACCESS ROAD: 665.48 FEET
TOTAL AREA OF ACCESS ROAD: 0.369 ACRES

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THE PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

4. SEE SHEET 5 OF 5 FOR DESCRIPTION.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| P.A.R. | PERMANENT ACCESS ROAD |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

PROPERTY LINE
BROKEN LINE NOT SCALABLE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
GRAPHIC SCALE IN FEET

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT ACCESS ROAD ACROSS THE PROPERTY OF CALUMET INDUSTRIES, INC. |
| CKD BY: | TRC | |
| DATE: | 8/8/18 | |
| SCALE: | 1"=200' | |
| REV# | DATE | DESCRIPTION |
| 1 | 8/30/2018 | COMBINED DRAWINGS |
| 0 | 8/8/2018 | CERTIFIED |
| DRAWING: | CN-0069.000_SITE | SHEET NO.   3   OF   5 |

| Cheniere Midstream | **EXHIBIT "A"** | **MIDSHIP Mainline** |
|---|---|---|
| Owner: Calumet Industries, Inc. | | TRACT NO. CN-0069.000 |

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Calumet Industries, Inc., recorded in Book RB 2825, Page 287, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at an "X" in concrete found marking the north quarter corner of said Section 12; **THENCE** South 89°51'42" West, with the north line of said Section 12, a distance of 122.29 feet to the **POINT OF BEGINNING**;

**THENCE** South 00°00'00" East, a distance of 113.88 feet, to a point;

**THENCE** South 20°54'33" East, a distance of 238.34 feet, to a point;

**THENCE** South 00°38'05" East, a distance of 323.87 feet, to the **POINT OF TERMINATION** on the south line of the north half of the northeast quarter of the northwest quarter of said Section 12, from which an "X" in concrete found marking the north quarter corner of said Section 12 bears North 89°51'42" East, with the south line of the north half of the northeast quarter of the northwest quarter of said Section 12, a distance of 40.06 feet, **THENCE** North 00°33'24" West, with the east line of the northwest quarter of said Section 12, a distance of 660.61 feet, said baseline having a total distance of 676.09 feet (40.98 rods), said Permanent Easement & Right of Way containing 0.779 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 5, drawing number CN-0069.000, Rev. 3, same date.

James Michael Denney                                          Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Calumet Industries, Inc.                          TRACT NO. CN-0069.000

## ACCESS ROAD

A 25-foor-wide strip of land situated in the northeast quarter of the northeast quarter of the northwest quarter (NE1/4NE1/4NW1/4) of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Calumet Industries, Inc., recorded in Book RB 2825, Page 287, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said strip of land being twelve and one-half (12.5) feet on each side of a centerline being more particularly described as follows:

**COMMENCING** at an "X" in concrete found marking the north quarter corner of said Section 12; **THENCE** South 89°51'42" West, with the north line of said Section 12, a distance of 134.87 feet; THENCE South 00°08'18"East a distance of 33.00 feet to the **POINT OF BEGINNING** at the south line of the existing roadway easement;

THENCE South 00°00'00" East, a distance of 83.16 feet, to a point;

THENCE South 20°54'33" East, a distance of 238.41 feet, to a point;

THENCE South 00°38'05" East, a distance of 321.53 feet, to the **POINT OF TERMINATION** on the south line of the north half of the northeast quarter of the northwest quarter of said Section 12, from which an "X" in concrete found marking the north quarter corner of said Section 12 bears North 89°51'42" East, with the south line of the north half of the northeast quarter of the northwest quarter of said Section 12, a distance of 52.56 feet, **THENCE** North 00°33'24" West, with the east line of the northwest quarter of said Section 12, a distance of 660.61 feet, having a total length of 643.10 feet and an area of 0.369 acres.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 3 of 5, drawing number CN-0069.000_SITE, Rev. 1, same date.

James Michael Denney                          Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CN-0071.000

1. **Surface Owner(s):**
   Christy Lou Fees,
   Successor Trustee of the Wysetta V. Todd Farm Trust No. II
   824 N. Calumet Rd.,
   Calumet, OK 73014

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,493.00



# EXHIBIT "A"
### CANADIAN COUNTY, OKLAHOMA
### SECTION 12, TOWNSHIP 12 NORTH,
### RANGE 9 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

POINT OF COMMENCING
FND. "X" IN CONCRETE
N/4 COR., SEC. 12

E. 1020 RD / RTE. 66    SECTION 1

CN-0065.000
BOOK RB 2825, PAGE 287

S89°51'42"W - 40.06'
POINT OF BEGINNING
N:12902876.14
E:1906476.85

S00°33'24"E - 650.81'

SEE DETAIL THIS SHEET
T-TAP SURFACE SITE
AND ACCESS ROAD
SHEET 3 OF 7

50' X 200'
A.T.W.S.
DETAIL "1"
SHEET 2 OF 7

CN-0071.000
CHRISTY LOU FEES, SUCCESSOR TRUSTEE
OF THE WYSETTA V. TODD FARM TRUST NO. II
BOOK RB 2825, PAGE 285

10' WIDE T.W.S.

S00°38'05"E - 1,413.86'

POINT OF BEGINNING
N: 12902876.14
E: 1906476.85

℄ PROPOSED CANA METER TAP
SHEET 4 OF 7

50' X 200'
A.T.W.S.
DETAIL "2"
SHEET 2 OF 7

40' WIDE T.W.S.

CN-0068.000
BOOK RB 3515, PAGE 650

50' WIDE P.E.R.W.

10' WIDE T.W.S.

S00°17'41"W - 561.94'

DETAIL
N.T.S.

50' X 200'
A.T.W.S.
DETAIL "2"
SHEET 2 OF 7

INTERSTATE HIGHWAY 40
STATE HIGHWAY 270

POINT OF TERMINATION
N:12900699.44
E:1906489.62

FND. 1/2" I.R.
CNT., SEC. 12
N88°50'26"E - 46.48'

TOTAL DISTANCE ACROSS PROPERTY:    1975.80 FEET
OR:    119.75 RODS
TOTAL AREA OF P.E.R.W.:    2.268 ACRES
TOTAL AREA OF T.W.S.:    1.712 ACRES
TOTAL AREA OF A.T.W.S.:    0.688 ACRES

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

4. SEE SHEET 5 OF 7 FOR DESCRIPTION.

LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
250  0  250  500

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
16350 Park, Ten Place
Houston, TX 77084
(281) 616-0150

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF WYSETTA V. TODD FARM TRUST NO. II |
| CKD BY: | TRC | |
| DATE: | 8/30/18 | |
| SCALE: | 1" = 500' | |
| REV# | DATE | DESCRIPTION |
| 3 | 8/30/2018 | COMBINED DRAWINGS |
| 2 | 7/27/2018 | ADDED DETAILS |
| DRAWING: | CN-0071.000_MM | SHEET NO.  1  OF 7 |



# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

N90°00'00"W - 65.00'

S00°38'04"E - 240.13'

**DETAIL "1"**
N.T.S.

### WORKSPACE SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S00°38'05"E | 200.00' |
| L2 | S89°21'55"W | 50.00' |
| L3 | N00°38'05"W | 200.00' |
| L4 | N89°21'55"E | 50.00' |

S00°38'05"E - 281.92'

### WORKSPACE SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L5 | S00°38'05"E | 200.00' |
| L6 | S89°21'55"W | 50.00' |
| L7 | N00°38'05"W | 200.00' |
| L8 | N89°21'54"E | 50.00' |

S89°42'18"E - 40.00'

S00°17'41"W - 483.96'

### WORKSPACE SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L9 | S00°38'05"E | 122.36' |
| L10 | S00°17'41"W | 77.65' |
| L11 | S89°46'59"W | 50.00' |
| L12 | N00°17'36"E | 77.69' |
| L13 | N00°29'57"W | 122.34' |
| L14 | N89°45'56"E | 49.71' |

FND. 1/2" I.R.
CNT., SEC. 12

**DETAIL "2"**
N.T.S.

N90°00'00"E - 25.00'

INTERSTATE HIGHWAY 40
STATE HIGHWAY 270

### LEGEND

| | | |
|------|------|------|
| I.R. | IRON ROD | |
| I.P. | IRON PIPE | |
| FND. | FOUND | |
| N.T.S. | NOT TO SCALE | |
| R.O.W. | RIGHT OF WAY | |
| T.W.S. | TEMPORARY WORKSPACE | |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE | |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY | |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
100   0   100   200

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | WYSETTA V. TODD FARM TRUST NO. II |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 8/30/2018 | COMBINED DRAWINGS |
| 2 | 7/27/2018 | ADDED DETAILS |

| DRAWING: | CN-0071.000_MM | SHEET NO. 2 OF 7 |



EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

SITE LOCATION

12

VICINITY MAP
N.T.S.

E. 1020 RD / RTE. 66    SECTION 1

SECTION 12

POINT OF COMMENCING
FND. "X" IN CONCRETE
N/4 COR., SEC. 12

S00°33'24"E
661.35'

S00°33'24"E
660.61'
CN-0066.000
BOOK RB 2825, PAGE 285

SEE ACCESS ROAD DETAIL
THIS SHEET

N89°21'55"E - 50.00'

NE COR.,
SE/4 NE/4
NW/4, SEC.12
S89°51'42"W
52.56'

POINT OF BEGINNING
ACCESS ROAD
N: 12902675.11
E: 1906464.36

POINT OF BEGINNING
SURFACE SITE
N:12902874.35
E:1905501.86

S89°26'36"W - 15.05'

12.5'

25'

S00°38'06"E - 1.17'

POINT OF TERMINATION
ACCESS ROAD
N: 12902673.94
E: 1906464.36

T-TAP SURFACE SITE
0.080 ACRES

Ɫ PROPOSED
CANA METER TAP

P.A.R. 2B
ACCESS ROAD DETAIL
N.T.S.

S89°21'55"W - 50.00'

60' WIDE P.E.R.W.

CN-0071.000
CHRISTY LOU FEES, SUCCESSOR TRUSTEE
OF THE WYSETTA V. TODD FARM TRUST NO. II
BOOK RB 2825, PAGE 285

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)](EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

4. SEE SHEET 6 OF 7 FOR DESCRIPTIONS.

LEGEND

I.R.        IRON ROD
I.P.        IRON PIPE
FND.        FOUND
N.T.S.      NOT TO SCALE
R.O.W.      RIGHT OF WAY
T.W.S.      TEMPORARY WORKSPACE
P.A.R.      PERMANENT ACCESS ROAD
A.T.W.S.    ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.    PERMANENT EASEMENT & RIGHT OF WAY
            PROPERTY LINE
            BROKEN LINE NOT SCALABLE
            BASELINE
            EXISTING PIPELINE
            STATUTORY R.O.W.

TOTAL DISTANCE OF ACCESS ROAD:   1.17 FEET
TOTAL AREA OF ACCESS ROAD: < 0.001 ACRES
TOTAL AREA OF SURFACE SITE:   0.080 ACRES

GRAPHIC SCALE IN FEET
15   0   15   30

James Michael Denney
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

36350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT CANA METER TAP SITE AND ACCESS ROAD ACROSS THE PROPERTY OF WYSETTA V. TODD FARM TRUST NO. II |
| CKD BY: | TRC | |
| DATE: | 8/7/18 | |
| SCALE: | 1" = 30' | |
| REV# | DATE | DESCRIPTION |
| 1 | 8/30/2018 | COMBINED DRAWINGS |
| 0 | 8/07/2018 | CERTIFIED |
| DRAWING: | CN-0071.000_SITE | SHEET NO.   3   OF   7 |



# EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 12, TOWNSHIP 12 NORTH,
RANGE 9 WEST OF THE INDIAN MERIDIAN

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Christy Lou Fees, Successor Trustee of the Wysetta V. Todd Farm Trust No. II          TRACT NO. CN-0071.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Christy Lou Fees, Successor Trustee of the Wysetta V. Todd Farm Trust No. II, recorded in Book RB 2825, Page 285, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at an "X" in concrete found marking the north quarter corner of said Section 12; THENCE South 00°33'24" East, with the east line of the northwest quarter of said Section 12, a distance of 660.61 feet, THENCE South 89°51'42" West a distance of 40.06 feet to the **POINT OF BEGINNING;**

THENCE South 00°38'05" East, a distance of 1413.86 feet, to a point;

THENCE South 00°17'41" West, a distance of 561.94 feet, to the **POINT OF TERMINATION** on the north right of way line of Interstate Highway 40, from which a 1/2 inch iron rod found marking the center of said Section 12 bears North 89°50'28" East a distance of 46.48 feet, said baseline having a total distance of 1975.80 feet (119.75 rods), said Permanent Easement & Right of Way containing 2.268 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 7, drawing number CN-0071.000_MM, Rev. 3, same date.

_____                                                          _____
James Michael Denney                                                                Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

**Cheniere Midstream**      **EXHIBIT "A"**      **MIDSHIP Mainline**
Owner: Christy Lou Fees, Successor Trustee of the Wysetta V. Todd Farm Trust No. II      TRACT NO. CN-0071.000

### T-TAP SURFACE SITE

A 3500-square-foot parcel of land situated in the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Christy Lou Fees, Successor Trustee of the Wysetta V. Todd Farm Trust No. II, recorded in Book RB 2825, Page 285, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said 3500-square-foot parcel being more particularly described as follows:

**COMMENCING** at an "X" in concrete found marking the north quarter corner of said Section 12; **THENCE** South 00°33'24" East, with the east line of the northwest quarter of said Section 12, a distance of 661.35, passing at 660.61 feet the northeast corner of the southeast quarter of the northeast quarter of the northwest quarter (SE1/4NE1/4NW1/4) of said Section 12, THENCE South 89°26'36" West a distance of 15.05 feet to the **POINT OF BEGINNING;**

**THENCE** South 00°38'05" East, a distance of 70.00 feet, to a point;

**THENCE** South 89°21'55" West, a distance of 50.00 feet, to a point;

**THENCE** North 00°38'05 West, a distance of 70.00 feet, to a point;

**THENCE** North 89°21'55" East, a distance of 50.00 feet, to the **POINT OF BEGINNING** having an area of 0.080 acres (3500 square feet).

### ACCESS ROAD

A 25-foot-wide strip of land situated in the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Christy Lou Fees, Successor Trustee of the Wysetta V. Todd Farm Trust No. II, recorded in Book RB 2825, Page 285, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said strip of land being twelve and one-half (12.5) feet on each side of a centerline being more particularly described as follows:

**COMMENCING** at an "X" in concrete found marking the north quarter corner of said Section 12; **THENCE** South 00°33'24" East, with the east line of the northwest quarter of said Section 12, a distance of 660.61 feet the northeast corner of the southeast quarter of the northeast quarter of the northwest quarter (SE1/4NE1/4NW1/4) of said Section 12, **THENCE** South 89°51'42" West, with the north line of the SE1/4NE1/4NW1/4 a distance of 52.56 feet to the **POINT OF BEGINNING;**

THENCE South 00°38'05" East a distance of 1.17 feet to the **POINT OF TERMINATION**, having a total length of 1.17 feet and an area of 29 square feet.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 3 of 7, drawing number CN-0071.000_SITE, Rev. 1, same date.

James Michael Denney            Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

| Cheniere Midstream | EXHIBIT "A" | Cana Meter Tap |
|---|---|---|
| Owner: Christy Lou Fees, Successor Trustee of the Wysetta V. Todd Farm Trust No. II | | TRACT NO. CN-0071.000 |

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 12, Township 12 North, Range 9 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Christy Lou Fees, Successor Trustee of the Wysetta V. Todd Farm Trust No. II, recorded in Book RB 2825, Page 285, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at an "X" in concrete found marking the north quarter corner of said Section 12; THENCE South 00°33'24" East, with the east line of the northwest quarter of said Section 12, a distance of 686.34 feet to the POINT OF BEGINNING;

THENCE South 89°23'20" West, a distance of 40.02 feet, to the POINT OF TERMINATION on the centerline of the proposed MIDSHIP mainline, from which a 1/2 inch iron rod found marking the center section of said Section 12 bears South 01°43'57" East a distance of 1950.41 feet, said baseline having a total distance of 40.02 feet (2.43 rods), said Permanent Easement & Right of Way containing 0.046 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 4 of 7, drawing number CN-0071.000_CMT, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor                    Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CN-0097.010

**1. Surface Owner(s):**

> Betty J. Johnston
> 5600 S Country Club Rd.,
> El Reno, OK 73036

> Sheila Preno
> 4710 S Country Club Rd.,
> El Reno, OK 73036

**2. Other Persons-in-Interest:**

> Central Land Consulting LLC
> c/o The Corporation Company
> 1833 S Morgan Rd.,
> Oklahoma City, OK 73128

**3. Legal Description:**
*See* attached plat.

**4. Just Compensation:**
$7,802.00



# EXHIBIT "A"
CANADIAN COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 11 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

POINT OF
BEGINNING
N:12885082.37
E:1922655.29

S55°27'05"E - 361.52'

CN-0097.010
BETTY J. JOHNSTON AND SHEILA PRENO
BOOK RB 2984, PAGE 602
BOOK RB 2888, PAGE 77

CN-0098.020
BOOK RB 3572, PAGE 188

10' WIDE T.W.S.

S43°50'50"E - 1,543.08'

N00°39'12"W - 1,601.55'

40' WIDE T.W.S.
25'

25'

50' WIDE P.E.R.W.

FND. 3/8" I.R.
W/ CAP
SE COR., SEC. 9

SEE DETAIL "A"
SHEET 2 OF 3
50' X 250'
A.T.W.S.

S24°13'29"E - 293.63'

SW. 29TH ST.

SECTION 9

66'

POINT OF
COMMENCING
FND. 1/2" I.R.
S/4 COR., SEC. 9

SECTION 16

POINT OF
TERMINATION
N:12886498.73
E:1924142.48

N89°23'01"E - 1,152.23'

CN-0098.010
BOOK RB 2948, PAGE 553

SECTION 9 | SECTION 10

N. 2760 RD. / S. BRANDLEY RD.

| | | |
|---|---|---|
| TOTAL DISTANCE ACROSS PROPERTY: | | 2198.23 FEET |
| | OR: | 133.23 RODS |
| | TOTAL AREA OF P.E.R.W.: | 2.523 ACRES |
| | TOTAL AREA OF T.W.S.: | 2.485 ACRES |
| | TOTAL AREA OF A.T.W.S.: | 0.264 ACRES |

## NOTES
1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.
2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.
3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

## LEGEND
| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
250  0  250  500

J. M.
DENNEY
1434
OKLAHOMA

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/27/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | BETTY J. JOHNSTON AND SHEILA PRENO |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 1 | 7/27/2018 | ADDED DETAIL |
| 0 | 9/20/2017 | CERTIFIED |

DRAWING:   CN-0097.010   SHEET NO.   1   OF   3

# EXHIBIT "A"

CANADIAN COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 11 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1"=200'

### A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S89°23'01"W | 70.94' |
| L2 | N24°13'29"W | 38.24' |
| L3 | N89°22'28"W | 55.10' |
| L4 | N24°13'29"W | 183.94' |
| L5 | N43°50'50"W | 25.61' |
| L6 | N46°09'09"E | 60.00' |
| L7 | S43°50'50"E | 34.26' |
| L8 | S24°13'29"E | 215.74' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |


16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT | |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY | |
| DATE: | 7/27/18 | ACROSS THE PROPERTY OF | |
| SCALE: | N.T.S. | BETTY J. JOHNSTON AND SHEILA PRENO | |
| REV# | DATE | DESCRIPTION | |
| 1 | 7/27/2018 | ADDED DETAIL | |
| 0 | 9/20/2017 | CERTIFIED | |
| DRAWING: | | CN-0097.010 | SHEET NO.   2  OF  3 |

**Cheniere Midstream**                **EXHIBIT "A"**                **MIDSHIP Mainline**
Owner: Betty J. Johnston and Sheila Preno                              TRACT NO. CN-0097.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 9, Township 11 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Betty J. Johnston and Sheila Preno, recorded in Book RB 2964, Page 602 and Book RB 2868, Page 77, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the south quarter corner of said Section 9; THENCE North 00°39'12" West, with the west line of the southeast quarter of said Section 9, a distance of 1601.55 feet to the POINT OF BEGINNING;

THENCE South 55°27'05" East, a distance of 361.52 feet, to a point;

THENCE South 43°50'50" East, a distance of 1543.08 feet, to a point;

THENCE South 24°13'29" East, a distance of 293.63 feet, to the POINT OF TERMINATION on the south line of said Section 9, from which a 3/8 inch iron rod with cap found marking the southeast corner of said Section 9 bears North 89°23'01" East, with the south line of said Section 9, a distance of 1152.23 feet, said baseline having a total distance of 2198.23 feet (133.23 rods), said Permanent Easement & Right of Way containing 2.523 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "B", Sheet No. 1 of 3, drawing number CN-0097.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

*(Seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1434, OKLAHOMA)*

Page 3 of 3

### Tract No(s). CN-0107.030

**1. Surface Owner(s):**

Billy Long
P.O. Box 851126
8053 N Alberts Dr.,
Yukon, OK 73085

Melvin Long
P.O. Box 851126
8053 N Alberts Dr.,
Yukon, OK 73085

**2. Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

**3. Legal Description:**

*See* attached plat.

**4. Just Compensation:**

$1,422.00



# EXHIBIT "A"
### CANADIAN COUNTY, OKLAHOMA
### SECTION 35, TOWNSHIP 11 NORTH,
### RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

POINT OF COMMENCING
FND. 3/8" I.R.
CTR. SEC. 35

CN-0107.020
BOOK RB 4307, PAGE 757

POINT OF BEGINNING
N:12849832.50
E:1932634.26

S89°17'47"W - 851.46'

50' WIDE P.E.R.W.

CN-0107.030
BILLY LONG AND
MELVIN LONG
BOOK RB 2221, PAGE 432

S01°46'59"E - 1,651.78'

CANADIAN RIVER

GR-0109.010
BOOK 5181, PAGE 275

POINT OF TERMINATION
N:12848181.61
E:1932585.66

N83°48'21"E - 3,469.83'

66'

SECTION 36
SECTION 1
FND. 3/8" I.R.
SE COR., SEC. 35

| TOTAL DISTANCE ACROSS PROPERTY: | 1651.78 FEET |
| | OR: | 100.11 RODS |
| TOTAL AREA OF P.E.R.W.: | 1.898 ACRES |

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

## LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| R/W | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
250   0   250   500

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

9.17.17

TRC
16390 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF BILLY LONG AND MELVIN LONG |
| CKD BY: | TRC | |
| DATE: | 8/10/17 | |
| SCALE: | 1" = 500' | |
| REV# | DATE | DESCRIPTION |
| 0 | 9/6/2017 | CERTIFIED |
| DRAWING: | | CN-0107.030   SHEET NO. 1 OF 2 |

**Cheniere Midstream**
Owner: Billy Long and Melvin Long

**EXHIBIT "A"**

**MIDSHIP Mainline**
TRACT NO. CN-0107.030

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 35, Township 11 North, Range 8 West of the Indian Meridian, Canadian County, Oklahoma and being over, through and across a tract of land conveyed to Billy Long and Melvin Long, recorded in Book RB 2221, Page 432, of the Office of the Clerk and Recorder of Canadian County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the center of said Section 35; THENCE South 00°28'06" East, with the east line of the southwest quarter of said Section 35, a distance of 1321.66 feet to the northeast corner of Government Lot 4 of said Section 35, THENCE South 89°17'47" West, with the north line of said Government Lot 4, a distance of 851.46 feet to the POINT OF BEGINNING;

THENCE South 01°46'59" East, a distance of 1651.78 feet, to the POINT OF TERMINATION on the centerline of the Canadian River, from which a 3/8 inch iron rod found marking the southeast corner of said Section 35 bears North 83°48'21" East a distance of 3469.63 feet, said baseline having a total distance of 1651.78 feet (100.11 rods), said Permanent Easement & Right of Way containing 1.896 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CN-0107.030, Rev. 0, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

# GRADY COUNTY

## Tract No(s).GR-0111.010

1. **Surface Owner(s):**

   Fitzgerald Farming and Ranching, LLC
   c/o Larry Joe Fitzgerald
   P. O. Box 502
   714 NW 3rd,
   Minco,  OK   73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $6,819.00



# EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 11, TOWNSHIP 10 NORTH,
### RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

GR-0110.010
BOOK 4438, PAGE 510
BOOK 3827, PAGE 362

POINT OF BEGINNING
N:12840459.41
E:1832897.82

N89°02'40"E - 2,100.75'

SECTION 2
SECTION 11

COUNTY RD. 1140

POINT OF COMMENCING
FND. 1/2" I.R. W/ CAP
N/W COR., SEC. 11

50' X 150'
A.T.W.S.

S23°44'36"E - 73.68'
S03°08'43"E - 282.71'

50' WIDE T.W.S.

FND. 1/2" I.R. W/ CAP
N/4 COR., SEC. 11

SEE DETAIL "1"
SHEET 2 OF 3

S05°02'25"E - 353.32'

10' WIDE T.W.S.

N00°47'56"W - 1,996.43'

40' WIDE T.W.S.

S19°15'13"E - 477.44'

GR-0111.010
FITZGERALD FARMING AND RANCHING, L.L.C.,
A LIMITED LIABILITY COMPANY
BOOK 4663, PAGE 84

50' WIDE P.E.R.W.

SEE DETAIL "2"
SHEET 2 OF 3

S25°38'00"E - 814.38'

25' X 200'
A.T.W.S.

25'

POINT OF TERMINATION
N:12838572.40
E:1833473.73

GR-0112.010
BOOK 4465, PAGE 335
BOOK 4465, PAGE 332

SECTION 10
SECTION 11

CS 2790

66'

| TOTAL DISTANCE ACROSS PROPERTY: | 2001.61 FEET |
| | OR: 121.32 RODS |
| TOTAL AREA OF P.E.R.W.: | 2.298 ACRES |
| TOTAL AREA OF T.W.S.: | 2.448 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.299 ACRES |

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

## LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
250   0   250   500

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA
REGISTERED PROFESSIONAL LAND SURVEYOR

TRC
16390 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/18/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | FITZGERALD FARMING AND RANCHING, LLC., A LIMITED LIABILITY COMPANY |
| REV# | DATE | DESCRIPTION |
| 1 | 7/18/2018 | ADDED DETAIL |
| 0 | 9/19/2017 | CERTIFIED |
| DRAWING: | | GR-0111.010   SHEET NO.   1   OF   3 |

# EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 11, TOWNSHIP 10 NORTH,
### RANGE 8 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N23°44'37"W | 33.83' |
| L2 | S66°15'23"W | 50.00' |
| L3 | N23°44'36"W | 170.94' |
| L4 | N88°59'05"E | 54.21' |
| L5 | S23°44'36"E | 150.00' |
| L6 | S25°38'00"E | 383.85' |
| L7 | S25°38'00"E | 200.00' |
| L8 | S64°21'59"W | 25.00' |
| L9 | N25°38'00"W | 200.00' |
| L10 | N64°21'59"E | 25.00' |



DETAIL "2"
N.T.S.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| R/W | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/18/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | FITZGERALD FARMING AND RANCHING, L.L.C., A LIMITED LIABILITY COMPANY |
| REV# | DATE | DESCRIPTION |
| 1 | 7/18/2018 | ADDED DETAIL |
| 0 | 8/19/2017 | CERTIFIED |
| DRAWING: | | GR-0111.010   SHEET NO.  2  OF  3 |

| Cheniere Midstream | EXHIBIT "A" | MIDSHIP Mainline |
|---|---|---|
| Owner: Fitzgerald Farming and Ranching, L.L.C., a limited liability company | | TRACT NO. GR-0111.010 |

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 11, Township 10 North, Range 8 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Fitzgerald Farming and Ranching, L.L.C., a limited liability company, recorded in Book 4663, Page 64, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with cap found marking the northwest corner of said Section 11; THENCE North 89°02'40" East, with the north line of said Section 11, a distance of 2100.75 feet to the POINT OF BEGINNING;

THENCE South 23°44'36" East, a distance of 73.98 feet, to a point;

THENCE South 03°06'43" East, a distance of 282.71 feet, to a point;

THENCE South 05°02'25" East, a distance of 353.32 feet, to a point;

THENCE South 19°15'13" East, a distance of 477.44 feet, to a point;

THENCE South 25°38'00" East, a distance of 814.36 feet, to the POINT OF TERMINATION on the east line of the northwest quarter of said Section 11, from which a 1/2 inch iron rod with cap found marking the north quarter corner of said Section 11 bears North 00°47'58" West, with the east line of the northwest quarter of said Section 11, a distance of 1896.43 feet, said baseline having a total distance of 2001.81 feet (121.32 rods), said Permanent Easement & Right of Way containing 2.298 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number GR-0111.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

J. M. DENNEY 1434 OKLAHOMA

Date: 7.27.18

## Tract No(s). GR-0119.010

1. **Surface Owner(s):**
   Fitzgerald Farming and Ranching, LLC
   c/o Larry Joe Fitzgerald
   P. O. Box 502
   714 NW 3rd,
   Minco,  OK  73059

2. **Other Persons-in-Interest:**
   Chisholm Trail Farm Credit FCLA
   1027 W. Choctaw
   Chickasha, OK 73023

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 9,384.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 10 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

### GRADY COUNTY, OKLAHOMA
### SECTION 24, TOWNSHIP 10 NORTH,
### RANGE 8 WEST OF THE INDIAN MERIDIAN



**DETAIL "1"**
N.T.S.



**DETAIL "2"**
N.T.S.



**DETAIL "3"**
N.T.S.



**DETAIL "4"**
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N00°34'03"W | 212.55' |
| L2 | N00°34'03"W | 150.00' |
| L3 | N89°25'58"E | 50.00' |
| L4 | S00°34'03"E | 150.00' |
| L5 | S89°25'58"W | 50.00' |
| L6 | N25°48'52"W | 182.62' |
| L7 | S64°11'08"W | 25.00' |
| L8 | N25°48'53"W | 200.00' |
| L9 | N64°11'07"E | 25.00' |
| L10 | S25°48'53"E | 200.00' |
| L11 | S24°52'12"E | 84.85' |
| L12 | S24°52'10"E | 200.00' |
| L13 | S65°07'49"W | 35.00' |
| L14 | N24°52'11"W | 200.00' |
| L15 | N65°07'50"E | 35.00' |
| L16 | S89°13'35"W | 71.20' |
| L17 | S89°13'35"W | 38.34' |
| L18 | N24°52'11"W | 157.27' |
| L19 | N65°07'50"W | 35.00' |
| L20 | S24°52'10"E | 172.93' |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| ——/—— | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| ——↑—— | EXISTING PIPELINE |
| ——R/W—— | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

**NOTE:**
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/19/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | FITZGERALD FARMING & RANCHING, L.L.C. |
| REV# | DATE | DESCRIPTION |
| 2 | 7/18/2018 | ADDED DETAILS |
| 1 | 9/14/2017 | BOOK NUMBER |
| DRAWING: | | GR-0119.010   SHEET NO.   2 OF 3 |

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Fitzgerald Farming & Ranching, L.L.C.                              TRACT NO. GR-0119.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 24, Township 10 North, Range 8 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Fitzgerald Farming & Ranching, L.L.C., recorded in Book 4682, Page 487, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the north quarter corner of said Section 24; THENCE North 89°17'34" East, with the north line of said Section 24, a distance of 223.53 feet to the POINT OF BEGINNING;

THENCE South 00°34'03" East, a distance of 336.95 feet, to a point;

THENCE South 25°48'53" East, a distance of 1869.94 feet, to a point;

THENCE South 24°52'11" East, a distance of 666.51 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of said Section 24, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the east quarter corner of said Section 24 bears North 89°13'35" East, with the south line of the northeast quarter of said Section 24, a distance of 1351.44 feet, said baseline having a total distance of 2873.40 feet (174.15 rods), said Permanent Easement & Right of Way containing 3.298 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0119.010, Rev. 2, same date.

James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0126.010

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**
   Liberty National Bank
   629 SW C Ave.
   Lawton, OK 73501

   Chickasha Bank & Trust Company
   5003 E Highway 37
   Tuttle, OK 73089

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $485.00



**Cheniere Midstream**                    **EXHIBIT "A"**              **MIDSHIP Mainline**
Owner: Mark Massey and Carrie Massey                                  TRACT NO. GR-0126.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of the
northwest quarter of Section 30, Township 10 North, Range 7 West of the Indian Meridian, Grady County,
Oklahoma and being over, through and across a tract of land conveyed to Mark Massey and Carrie Massey,
recorded in Book 3804, Page 233 of the Office of the Clerk and Recorder of Grady County, Oklahoma
(O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each
side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened
or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as
follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 30; THENCE North
89°27'58" East, with the south line of the northwest quarter of said Section 30, a distance of 1703.63 feet,
THENCE North 00°21'48" East, with the west line of the subject tract, a distance of 115.70 to the POINT OF
BEGINNING;

THENCE South 34°34'19" East, a distance of 25.62 feet, to a point;

THENCE South 35°11'12" East, a distance of 114.82 feet, to the POINT OF TERMINATION on the south line of the
northwest quarter of said Section 30, from which a 1/2 inch iron rod with cap found marking the east quarter
corner of said Section 30 bears North 89°27'58" East, with the south line of the north half of said Section 30, a
distance of 3478.66 feet, said baseline having a total distance of 140.44 feet (8.51 rods), said Permanent
Easement & Right of Way containing 0.161 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator
Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the
ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0126.010, Rev. 0,
same date.

James Michael Denney                                      Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## <u>Tract No(s). GR-0127.010</u>

1. **Surface Owner(s):**

   Martin Dale Hardesty and Sharon Ann Hardesty
   1454 State Highway 37
   Tuttle, OK 73089

   Betty Ann Lindheim,
   1454 State Highway 37
   Tuttle, OK 73089

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 5,914.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 30, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN



DETAIL "A"
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°27'58"W | 78.02' |
| L2 | S35°11'13"E | 41.78' |
| L3 | S35°11'12"E | 150.00' |
| L4 | S54°48'47"W | 50.00' |
| L5 | N35°11'12"W | 184.72' |
| L6 | N89°35'18"E | 60.87' |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

—//— BROKEN LINE NOT SCALABLE
———— PROPERTY LINE
———— BASELINE
——( )—— EXISTING PIPELINE
——R/W—— STATUTORY R.O.W.

TRC
15350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>MARTIN DALE HARDESTY, ET AL | |
| CKD BY: | TRC | | |
| DATE: | 7/19/18 | | |
| SCALE: | ######### | | |
| REV# | DATE | DESCRIPTION | |
| 1 | 7/19/2018 | ADDED DETAIL | |
| 0 | 9/7/2017 | CERTIFIED | |
| DRAWING: | | GR-0127.010 | SHEET NO.  2  OF  3 |

**Cheniere Midstream**                    **EXHIBIT "A"**                    **MIDSHIP Mainline**
Owner: Martin Dale Hardesty, Sharon Ann Hardesty and Betty Ann Lindheim                    TRACT NO. GR-0127.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the south half of Section 30, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Martin Dale Hardesty, Sharon Ann Hardesty and Betty Ann Lindheim, recorded in Book 3322, Page 468 and Book 1027, Page 335, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 30; THENCE North 89°27'58" East, with the north line of the southwest quarter of said Section 30, a distance of 1785.08 feet to the POINT OF BEGINNING;

THENCE South 35°11'12" East, a distance of 1608.15 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of the southeast quarter of said Section 30, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the south quarter corner of said Section 30 bears South 89°25'17" West, with the south line of the northwest quarter of the southeast quarter of said Section 30, a distance of 74.35 feet, THENCE South 00°38'24" East, with the west line of the southeast quarter, a distance of 1322.94 feet, said baseline having a total distance of 1608.15 feet (97.46 rods), said Permanent Easement & Right of Way containing 1.846 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0127.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor                    Date:
Oklahoma Registration No. 1434
Firm License No. 144

*[Seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1434, OKLAHOMA, 7·27·18]*

## Tract No(s).GR-0129.010

1. **Surface Owner(s):**
   Chris J McComas and Christy D McComas
   P.O. Box 605
   878 Highway 152
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $13,318.00 (with GR-0130.000)





EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 30, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

30

SECTION 30

SECTION 29

COUNTY ST. 2820

GR-0129.010
CHRIS J. McCOMAS AND
CHRISTY D. McCOMAS
BOOK 3124, PAGE 339

FND. 1/2" I.R.
SE COR., SEC. 30

T.A.R. - 17
28' - 25' WIDE EASEMENT
0.016 ACRES

SECTION 30

N00°02'09"W - 26.02'

S89°22'35"W - 8.33'
SECTION 31

DETAIL "1"
1" = 50'

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

25   0   25   50
GRAPHIC SCALE IN FEET

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/27/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 50' | CHRIS J. McCOMAS AND CHRISTY D. McCOMAS |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 2 | 8/27/2018 | ADDED T.A.R. DETAIL |
| 1 | 8/24/2018 | ADD T.A.R. WIDTH AND AREA |
| DRAWING: | | GR-0129.010   SHEET NO.   2   OF   3 |

**Cheniere Midstream**                **EXHIBIT "A"**                **MIDSHIP Mainline**
Owner: Chris J. McComas and Christy D. McComas                                    TRACT NO. GR-0129.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the southeast quarter of Section 30, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris J. McComas and Christy D. McComas, recorded in Book 3124, Page 339, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the south quarter corner of said Section 30; **THENCE** North 00°38'24" West, with the west line of the southeast quarter of said Section 30, a distance of 1322.94 feet, **THENCE** North 89°25'17" East, with the north line of the southwest quarter of the southeast quarter of said Section 30, a distance of 74.35 feet to the **POINT OF BEGINNING**;

**THENCE** South 35°11'12" East, a distance of 1606.41 feet, to the **POINT OF TERMINATION** on the south line of said Section 30, from which a 1/2 inch iron rod found marking the southeast corner of said Section 30 bears North 89°22'35" East, with the south line of said Section 30, a distance of 1655.52 feet, said baseline having a total distance of 1606.41 feet (97.36 rods), said Permanent Easement & Right of Way containing 1.844 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0129.010, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor                              Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0130.010

1.  **Surface Owner(s):**

> Chris J McComas and Christy D McComas
> P.O. Box 605
> 878 Highway 152
> Minco, OK 73059

2.  **Other Persons-in-Interest:**
> Central Land Consulting LLC
> c/o The Corporation Company
> 1833 S Morgan Rd.,
> Oklahoma City, OK 73128

3.  **Legal Description:**
> *See* attached plat.

4.  **Just Compensation:**
> *See* GR-0129.010



**EXHIBIT "A"**
GRADY COUNTY, OKLAHOMA
SECTION 31, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 31, TOWNSHIP 10 NORTH,
### RANGE 7 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

SEE TIE DETAIL

N00°02'09"W - 260.22'

S89°22'32"W
8.33'

FND. 1/2" I.R.
NE COR., SEC. 31

T.A.R.-17

N00°29'10"W - 323.16'

**TIE DETAIL**
N.T.S.

N00°26'17"W - 307.29'

N00°53'54"W - 190.76'

T.A.R.-17
1982 - 25' WIDE
EASEMENT
1.138 ACRES

N01°44'48"W - 184.73'

N00°55'10"W - 301.82'

GR-0130.010
CHRIS J. McCOMAS AN
CHRISTY D. McCOMAS
BOOK 3124, PAGE 339

N01°42'19"W - 324.42'

N00°49'23"W - 66.92'

N00°18'54"W - 23.25'

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
150  0  150  300

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/28/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 300' | CHRIS J. McCOMAS AND CHRISTY D, McCOMAS |
| REV# | DATE | DESCRIPTION |
| 2 | 8/28/2018 | ADDED T.A.R. DETAIL |
| 1 | 8/24/2018 | ADD T.A.R. WIDTH AND AREA |
| DRAWING: | | GR-0130.010  SHEET NO.  2  OF  3 |

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Chris J. McComas and Christy D. McComas                    TRACT NO. GR-0130.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 31, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris J. McComas and Christy D. McComas, recorded in Book 3124, Page 339, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod found marking the northwest corner of said Section 31; **THENCE** North 89°22'35" East, with the north line of said Section 31, a distance of 3608.97 feet to the **POINT OF BEGINNING;**

**THENCE** South 35°11'12" East, a distance of 2155.14 feet, to a point;

**THENCE** South 05°40'57" East, a distance of 207.49 feet, to the **POINT OF TERMINATION** on the south line of the north half of the southeast quarter of the northeast quarter of said Section 31, from which a 1/2 inch iron rod found marking the northeast corner of said Section 31 bears North 89°23'13" East, with the south line of the north half of the southeast quarter of the northeast quarter of said Section 31, a distance of 414.76 feet, **THENCE** North 00°37'42" West, with the east line of said Section 31, a distance of 1981.52 feet, said baseline having a total distance of 2362.63 feet (143.19 rods), said Permanent Easement & Right of Way containing 2.712 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0130.010, Rev. 2, same date.

James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0131.010

1. **Surface Owner(s):**
   Chris J McComas
   P.O. Box 605
   878 Highway 152
   Minco, OK 73059

   Christy D McComas
   P.O. Box 605
   878 Highway 152
   Minco, OK 73059

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $2,310.00



**EXHIBIT "A"**

GRADY COUNTY, OKLAHOMA
SECTION 31, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

SECTION 30
33'

SECTION 31

POINT OF COMMENCING
FND. 1/2" I.R.
NE COR., SEC. 31

GR-0130.010
BOOK 3124, PAGE 339

POINT OF BEGINNING
N:12617465.60
E:1946800.33

S89°23'13"W - 414.76'

25'    25'    33'

S05°40'57"E - 262.30'

60' WIDE P.E.R.W.

T.A.R.-17
175' x 25' WIDE EASEMENT
0.063 ACRES
DETAIL "2"

SEE DETAIL "1"
SHEET 2 OF 3

10' WIDE T.W.S.

GR-0131.010
CHRIS J. McCOMAS AND
CHRISTY D. McCOMAS
BOOK 3124, PAGE 333
BOOK 2748, PAGE 33
BOOK 2130, PAGE 68

GR-0132.010
BOOK 3519, PAGE 465

50' X 200'
A.T.W.S.

40' WIDE T.W.S.

S69°08'41"E - 420.88'

POINT OF TERMINATION
N:12617958.65
E:1947219.62

50' X 144'
A.T.W.S.

SEE DETAIL "1"
SHEET 2 OF 3

S00°37'42"E - 2,887.13'

33'

SECTION 31, T-10-N, R-7-W

FND. RAILROAD SPIKE
SE COR., SEC. 31

SECTION 6, T-9-N, R-7-W

| TOTAL DISTANCE ACROSS PROPERTY: | 683.27 FEET |
| OR: | 41.41 RODS |
| TOTAL AREA OF P.E.R.W.: | 0.784 ACRES |
| TOTAL AREA OF T.W.S.: | 0.843 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.431 ACRES |

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
100   0   100   200

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
15350 Park Ten Place
Houston, TX 77084
(281) 616-0100

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF CHRIS J. McCOMAS AND CHRISTY D. McCOMAS |
| CKD BY: | TRC | |
| DATE: | 8/22/18 | |
| SCALE: | 1"=200' | |

| REV# | DATE | DESCRIPTION |
| 3 | 8/29/2018 | ADDED T.A.R. WIDTH AND AREA |
| 2 | 8/22/2018 | T.A.R. DETAIL ADDED |
| DRAWING: | | GR-0131.010   SHEET NO. 1   OF 3 |

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 31, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

### A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S89°23'13"W | 85.26' |
| L2 | S05°40'57"E | 208.35' |
| L3 | S05°40'57"E | 100.00' |
| L4 | S69°08'41"E | 100.00' |
| L5 | S20°51'19"W | 50.00' |
| L6 | N69°08'41"W | 130.92' |
| L7 | N05°40'57"W | 130.92' |
| L8 | N84°19'04"E | 50.00' |
| L9 | S00°37'42"E | 69.85' |
| L10 | N69°12'57"W | 84.60' |
| L11 | S20°51'19"W | 49.90' |
| L12 | N69°08'41"W | 144.47' |
| L13 | N20°51'19"E | 50.00' |
| L14 | S69°06'12"E | 144.47' |



DETAIL "1"
1" = 300'

### T.A.R. SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L15 | N16°11'19"W | 5.64' |
| L16 | N05°17'23"W | 28.74' |
| L17 | N01°38'54"E | 68.56' |
| L18 | N00°18'54"W | 73.50' |



DETAIL "2"
1" = 100'

## LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.


16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/22/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | CHRIS J. McCOMAS AND CHRISTY D. McCOMAS |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 8/23/2018 | ADDED T.A.R. WIDTH AND AREA |
| 2 | 8/22/2018 | T.A.R. DETAIL ADDED |

DRAWING: GR-0191.010  SHEET NO. 2 OF 3

**Cheniere Midstream**  **EXHIBIT "A"**  **MIDSHIP Mainline**
Owner: Chris J. McComas and Christy D. McComas  TRACT NO. GR-0131.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of the northeast quarter of Section 31, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris J. McComas and Christy D. McComas, recorded in Book 3124, Page 333, Book 2746, Page 33 and Book 2130, Page 68, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the northeast corner of said Section 31; THENCE South 00°37'42" East, with the east line of said Section 31, a distance of 1981.52 feet, THENCE South 89°23'13" West, with the north line of the southeast quarter of the southeast quarter of the northeast quarter of said Section 31, a distance of 414.76 feet to the POINT OF BEGINNING;

THENCE South 05°40'57" East, a distance of 262.39 feet, to a point;

THENCE South 69°08'41" East, a distance of 420.88 feet, to the POINT OF TERMINATION on the east line of said Section 31, from which a railroad spike found marking the southeast corner of said Section 31 bears South 00°37'42" East, with the east line of said Section 31, a distance of 2887.13 feet, said baseline having a total distance of 683.27 feet (41.41 rods), said Permanent Easement & Right of Way containing 0.784 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0131.010, Rev. 3, same date.

James Michael Denney  Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0132.010

1. **Surface Owner(s):**

   Joe McComas and Arlene McComas, Co-Trustees of the Joe W.
   McComas Revocable Trust dated December 11, 2000,
   510 NE Cemetery Rd.,
   Minco, OK 73059

   Chris J. McComas
   P.O. Box 605
   878 Highway 152
   Minco, OK 73059

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $5,566



### EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | JOE W. McCOMAS REVOCABLE TRUST |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 2 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 1 | 7/23/2018 | ADDED DETAILS |

DRAWING:   GR-0132.010   SHEET NO. 1 OF 4



# EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 32, TOWNSHIP 10 NORTH,
### RANGE 7 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S36°22'25"E | 4.50' |
| L2 | N00°10'26"E | 56.05' |
| L3 | S69°08'42"E | 30.71' |
| L4 | S36°22'28"E | 223.49' |
| L5 | S53°37'32"W | 50.00' |
| L6 | N36°22'28"W | 204.29' |
| L7 | S36°22'28"E | 120.01' |
| L8 | S36°22'28"E | 150.00' |
| L9 | S53°37'33"W | 50.00' |
| L10 | N36°22'28"W | 126.69' |
| L11 | N30°32'45"E | 54.35' |
| L12 | N36°22'28"W | 111.46' |
| L13 | S53°37'32"W | 50.00' |
| L14 | N36°22'26"W | 200.00' |
| L15 | N53°37'33"E | 50.00' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L16 | S36°22'28"E | 200.00' |
| L17 | N01°37'07"W | 345.12' |
| L18 | N01°37'08"W | 137.31' |
| L19 | N36°22'27"W | 100.00' |
| L20 | N53°37'31"E | 50.00' |
| L21 | S36°22'28"E | 115.85' |
| L22 | S01°37'07"E | 152.96' |
| L23 | S88°22'53"W | 50.00' |
| L24 | S01°37'07"E | 56.05' |
| L25 | S01°37'07"E | 200.00' |
| L26 | S40°14'22"E | 100.00' |
| L27 | S49°45'38"W | 50.00' |
| L28 | N40°14'22"W | 117.52' |
| L29 | N01°37'07"W | 217.52' |
| L30 | N88°22'53"E | 50.00' |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L31 | N00°10'27"E | 84.07' |
| L32 | N02°44'35"W | 48.08' |
| L33 | N18°28'08"W | 17.15' |
| L34 | N28°31'22"W | 13.75' |
| L35 | N28°31'24"W | 11.82' |
| L36 | N37°46'57"W | 1.78' |
| L37 | N40°48'54"W | 27.32' |
| L38 | N46°22'47"W | 5.29' |
| L39 | N46°22'49"W | 21.11' |
| L40 | N35°55'57"W | 19.52' |
| L41 | N19°44'63"W | 26.43' |
| L42 | N16°11'19"W | 10.08' |

NOTE:
1. SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 2 OF 4 FOR DETAILS.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

—//— BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
—(—)— EXISTING PIPELINE
—R/W— STATUTORY R.O.W.



16330 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF JOE W. McCOMAS REVOCABLE TRUST |
| CKD BY: | TRC | |
| DATE: | 8/23/16 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 1 | 7/23/2018 | ADDED DETAILS |
| DRAWING: | | GR-0132.010  SHEET NO.  3  OF  4 |

**Cheniere Midstream**      **EXHIBIT "A"**      **MIDSHIP Mainline**
Owner: The Joe W. McComas Revocable Trust               TRACT NO. GR-0132.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the west half of the west half of Section 32, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Joe W. McComas and Arlene E. McComas, Co-Trustee of the Joe W. McComas Revocable Trust, recorded in Book 3519, Page 465, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the west quarter corner of said Section 32; THENCE North 00°37'42" West, with the west line of said Section 32, a distance of 245.10 feet to the **POINT OF BEGINNING**;

THENCE South 69°08'41" East, a distance of 68.29 feet, to a point;

THENCE South 36°22'28" East, a distance of 723.97 feet, to a point;

THENCE South 01°37'07" East, a distance of 483.74 feet, to a point;

THENCE South 40°14'22" East, a distance of 609.30 feet, to the **POINT OF TERMINATION** on the south line of the north half of the southwest quarter of said Section 32, from which a railroad spike found marking the southwest corner of said Section 32 bears South 89°20'30" West, with the south line of the north half of the southwest quarter of said Section 32, a distance of 883.31 feet; THENCE South 00°37'42" East, with the west line of said Section 32, a distance of 1321.01 feet, said baseline having a total distance of 1885.30 feet (114.26 rods), said Permanent Easement & Right of Way containing 2.164 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number GR-0132.010, Rev. 2, same date.

James Michael Denney              Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). **GR-0133.010**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**

> Minco Wind, LLC,
> Assignee of Boulevard Associates LLC,
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159
>
> Minco Wind II, LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159
>
> **Legal Description:**
> *See* attached plat.

3. **Just Compensation:**
> $11,888.00 (with GR-0134.010, GR-0135.010)



**EXHIBIT "A"**

GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 10 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

32

### A.T.W.S. SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N00°00'00"E | 28.19' |
| L2 | N40°35'08"W | 121.81' |
| L3 | N49°24'53"E | 50.00' |
| L4 | S40°35'08"E | 140.30' |
| L5 | S00°00'00"E | 46.66' |
| L6 | N90°00'00"W | 50.00' |

SECTION 32, T-10-N, R-7-W

S01°16'08"W - 26.13'

SECTION 5, T-9-N, R-7-W

CLAYTON RD.

N90°00'00"W - 35.01'

**DETAIL "1"**
1" = 100'

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
50   0   50   100

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---------|----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/15/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | THE WESLEY BURCHFIELD AND MARY E. BURCHFIELD REVOCABLE LIVING TRUST |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 1 | 8/15/2018 | ADDED DETAIL |
| 0 | 9/13/2017 | CERTIFIED |

DRAWING:   GR-0139.010   SHEET NO.   2   OF   3

**Cheniere Midstream**                **EXHIBIT "A"**               **MIDSHIP Mainline**
Owner: The Wesley Burchfield and Mary E. Burchfield Revocable Living Trust          TRACT NO. GR-0133.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the south half of the southwest quarter of Section 32, Township 10 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Wesley Burchfield and Mary E. Burchfield, Trustees of the Wesley Burchfield and Mary E. Burchfield Revocable Living Trust, recorded in Book 4354, Page 206, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a railroad spike found marking the southwest corner of said Section 32; THENCE North 00°37'42" West, with the west line of said Section 32, a distance of 1321.01 feet, THENCE North 89°20'30" East, with the north line of the south half of the southwest quarter, a distance of 883.31 feet to the POINT OF BEGINNING;

THENCE South 40°14'22" East, a distance of 1418.43 feet, to a point;

THENCE South 40°35'08" East, a distance of 244.06 feet, to a point;

THENCE South 00°36'37" West, a distance of 41.92 feet, to the POINT OF TERMINATION on the south line of said Section 32, from which a PK nail with washer stamped "TRC CA #144" set marking the south quarter corner of said Section 32 bears North 89°22'45" East, with the south line of said Section 32, a distance of 708.32 feet, said baseline having a total distance of 1704.41 feet (103.30 rods), said Permanent Easement & Right of Way containing 1.956 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0133.010, Rev. 1, same date.

James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s).GR-0134.010

1.  **Surface Owner(s):**

2.  **Other Persons-in-Interest:**

> Boulevard Associates LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

> Minco Wind, LLC,
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

> Minco Wind II, LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

3.  **Legal Description:**
    *See* attached plat.

4.  **Just Compensation:**
    *See* GR-0133.010



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1"=200'

### A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N89°22'45"E | 35.01' |
| L2 | S00°36'34"W | 15.55' |
| L3 | S89°23'23"E | 50.00' |
| L4 | S00°36'34"W | 13.89' |
| L5 | S32°29'14"E | 106.41' |
| L6 | S57°30'46"W | 50.00' |
| L7 | N32°29'14"W | 121.25' |
| L8 | N00°38'37"E | 28.74' |
| L9 | S89°22'45"W | 65.02' |
| L10 | S00°36'37"W | 71.86' |
| L11 | S32°29'15"E | 77.72' |
| L12 | S32°29'14"E | 400.00' |
| L13 | S57°30'46"W | 50.00' |
| L14 | N32°29'14"W | 400.00' |
| L15 | N57°30'46"E | 50.00' |
| L16 | S32°29'14"E | 236.65' |
| L17 | S32°29'14"E | 200.00' |
| L18 | S57°30'46"W | 50.00' |
| L19 | N32°29'14"W | 200.00' |
| L20 | N57°30'46"E | 50.00' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT<br>PERMANENT EASEMENT & RIGHT OF WAY<br>ACROSS THE PROPERTY OF<br>WESLEY BURCHFIELD AND MARY E. BURCHFIELD REVOCABLE LIVING TRUST |
| CKD BY: | TRC | |
| DATE: | 8/18/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 8/18/2018 | ADDED DETAIL |
| 0 | 9/19/2017 | CERTIFIED |
| DRAWING: | | GR-0134.010 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**      **EXHIBIT "A"**      **Midship Mainline**
Owner: Wesley Burchfield and Mary E. Burchfield Revocable Living Trust      TRACT NO. GR-0134.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Wesley Burchfield and Mary E. Burchfield, Trustees of the Wesley Burchfield and Mary E. Burchfield Revocable Living Trust, recorded in Book 4354, Page 206, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a railroad spike found marking the northwest corner of said Section 5; THENCE North 89°22'45" East with the north line of said Section 5 a distance of 1943.50 feet to the **POINT OF BEGINNING;**

**THENCE** South 00°36'37" West, a distance of 53.94 feet, to a point;

**THENCE** South 32°29'14" East, a distance of 190.41 feet, to a point;

**THENCE** South 32°29'14" East, a distance of 1289.92 feet, to the **POINT OF TERMINATION** on the north line of Lot 19 of said Section 5, from which a ½-inch iron rod found marking the west quarter corner of said Section 5 bears South 89°26'17" West a distance of 59.70 feet to the northwest corner of said Lot 19, THENCE South 01°09'37" East a distance of 1311.16 feet to the southwest corner of said Lot 19, THENCE South 89°29'48" West with the south line of the northwest quarter of said Section 5 a distance of 2670.27 feet, said baseline having a total distance of 1534.27 feet (92.99 rods), said Permanent Easement & Right of Way containing 1.761 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number GR-0134.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor      Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0135.010

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**

   Boulevard Associates LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind, LLC,
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind II, LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0133.010



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

WIND FARM EASEMENT AGREEMENT,
BOOK 4242, PAGE 330;
BLANKET EASEMENT ACROSS
SUBJECT PROPERTY

POINT OF
BEGINNING
N:12812890.15
E:1949989.20

25'
25'
50' WIDE P.E.R.W.

N89°26'17"E - 59.70'

10' WIDE T.W.S.

N01°08'37"W - 1,311.16'

40' WIDE T.W.S.

GR-0134.010
BOOK 4354, PAGE 206

POINT OF
TERMINATION
N:12812888.26
E:1950117.76

GR-0136.010
BOOK 4801, PAGE 294

25' X 150'
A.T.W.S.

## A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S01°36'12"W | 115.82' |
| L2 | S01°59'12"W | 44.54' |
| L3 | N32°29'14"W | 186.32' |
| L4 | N57°30'45"E | 26.00' |
| L5 | S32°29'14"E | 149.45' |

LEONARD B. SCOTT RD.

33'

N89°29'48"E - 2,670.27'

GR-0135.010
WESLEY BURCHFIELD AND
MARY E. BURCHFIELD,
TRUSTEES OF THE WESLEY
BURCHFIELD AND MARY E.
BURCHFIELD REVOCABLE
LIVING TRUST
BOOK 4354, PAGE 206

33'

COUNTY RD. 1200

POINT OF
COMMENCING
FND. 1/2" I.R.
W/4 COR., SEC. 5

TOTAL DISTANCE ACROSS PROPERTY:   239.35 FEET
                                      OR:   14.51 RODS
TOTAL AREA OF P.E.R.W.:   0.275 ACRES
TOTAL AREA OF T.W.S.:   0.342 ACRES
TOTAL AREA OF A.T.W.S.:   0.096 ACRES

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE
UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH,
NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH2010.0000)), U.S.
SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY
TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE
RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED
BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED
AS A COPY AND NOT THE ORIGINAL.

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

PROPERTY LINE NOT SCALABLE
BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

35   0   35   70
GRAPHIC SCALE IN FEET

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434
OKLAHOMA

TRC
_Solutions you can rely on_
16830 Park Ten Place
Houston, TX 77084
(281) 616-0500

## MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | |
|---------|-----|---|
| CKD BY: | TRC | MIDSHIP MAINLINE PROJECT |
| DATE: | 8/16/18 | PERMANENT EASEMENT & RIGHT OF WAY |
| SCALE: | 1" = 70' | ACROSS THE PROPERTY OF |
| | | WESLEY BURCHFIELD AND MARY E. BURCHFIELD REVOCABLE LIVING TRUST |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 1 | 8/16/2018 | ADDED DIMENSIONS |
| 0 | 9/19/2017 | CERTIFIED |

| DRAWING: | GR-0135.010 | SHEET NO. | 1 OF 2 |

**Cheniere Midstream**  **EXHIBIT "A"**  **Midship Mainline**
Owner: Wesley Burchfield and Mary E. Burchfield Revocable Living Trust  TRACT NO. GR-0135.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Wesley Burchfield and Mary E. Burchfield, Trustees of the Wesley Burchfield and Mary E. Burchfield Revocable Living Trust, recorded in Book 4354, Page 206, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 5; THENCE North 89°29'48" East, along the south line of the northwest quarter of said Section 5, a distance of 2670.27 feet, THENCE North 01°09'37" West, along the west line of the northeast quarter of said Section 5, a distance of 1311.16 feet, THENCE North 89°26'17" East, along the north line of Lot 19 of said Section 5, a distance of 59.70 feet to the POINT OF BEGINNING;

THENCE South 32°29'14" East, a distance of 239.35 feet, to the POINT OF TERMINATION, from which a 3/8 inch rod with cap found marking the southeast corner of Lot 21 of said Section 5 bears South 01°39'12" West, with the east line of Lots 19, 20 and 21 of said Section 5, a distance of 3751.28 feet, said baseline having a total distance of 239.35 feet (14.51 rods), said Permanent Easement & Right of Way containing 0.275 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number GR-0135.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor  Date:
Oklahoma Registration No. 1434
Firm License No. 144

**Tract No(s).GR-0137.010**

1. **Surface Owner(s):**
   Chris Joe McComas
   P.O. Box 605
   878 Highway 152
   Minco, OK 73059

   Janice McComas Estes
   5725 W OKC Reno St
   El Reno, OK 73036

2. **Other Persons-in-Interest:**

   Boulevard Associates LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind, LLC,
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Minco Wind II, LLC
   c/o The Corporation Services company
   10300 Greenbriar Place,
   Oklahoma City, OK 73159

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 13,937.00



**EXHIBIT "A"**
GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

### GRADY COUNTY, OKLAHOMA
### SECTION 5, TOWNSHIP 9 NORTH,
### RANGE 7 WEST OF THE INDIAN MERIDIAN



**DETAIL "1"**
1"=200'



**DETAIL "2"**
1"=100'

### A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S33°55'37"E | 154.76' |
| L2 | S33°55'37"E | 200.00' |
| L3 | S56°04'23"W | 25.00' |
| L4 | N33°55'37"W | 206.00' |
| L5 | N56°04'23"E | 25.00' |
| L6 | S00°39'48"E | 25.00' |
| L7 | N89°36'10"W | 52.69' |
| L8 | S00°38'24"E | 40.51' |
| L9 | S00°36'46"E | 167.70' |
| L10 | S88°40'55"W | 249.08' |
| L11 | N01°23'36"W | 496.58' |
| L12 | S33°55'37"E | 46.49' |
| L13 | S01°23'36"E | 285.05' |
| L14 | S89°36'10"E | 226.47' |

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:
1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | **MIDSHIP MAINLINE PROJECT** |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 10/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | CHRIS JOE McCOMAS & JANICE McCOMAS ESTES |
| REV# | DATE | DESCRIPTION |
| 4 | 02/28/2019 | CENTERLINE REVISION |
| 3 | 10/23/2018 | ADDED EASEMENT |
| DRAWING: | | GR-0137.010   SHEET NO.   2   OF   5 |



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 5, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

MAIN LINE VALVE SITE

POINT OF BEGINNING
MLV SITE
N: 12,803,141.19
E: 1,982,346.89

POINT OF BEGINNING
P.A.R.

P.A.R.-17A
0.121 ACRES

GR-0137.010
CHRIS JOE McCOMAS AND
JANICE McCOMAS ESTES
BOOK 4857, PAGES 383 & 360

GR-0138.010
BOOK 4857, PAGES 383 & 360

U.S. HIGHWAY 81

**P.A.R. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N00°39'48"W | 237.82' |
| L2 | S89°20'12"W | 20.63' |
| L3 | N89°17'25"E | 25.00' |
| L4 | S86°36'10"E | 140.57' |
| L5 | S74°43'18"E | 23.11' |
| L6 | S47°03'35"E | 22.90' |
| L7 | S14°10'39"E | 22.91' |
| L8 | S01°23'36"E | 16.59' |

**MLV LINE TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L9 | S88°36'24"W | 50.00' |
| L10 | N01°23'36"W | 70.00' |
| L11 | N88°36'24"E | 50.00' |
| L12 | S01°23'36"E | 70.00' |
| L13 | N01°23'36"W | 21.44' |
| L14 | N89°36'10"W | 190.34' |
| L15 | N00°39'28"W | 276.97' |

POINT OF COMMENCING
FND. PK NAIL
SE COR., SEC. 6

SECTION 5 / SECTION 8

COUNTY RD. 1200

TOTAL DISTANCE OF P.A.R.: 251.08 FEET
OR: 15.22 RODS
TOTAL AREA OF MLV SITE: 0.080 ACRES

SEE SHEET 5 OF 5 FOR DESCRIPTIONS

**LEGEND**

I.R. — IRON ROD
I.P. — IRON PIPE
FND. — FOUND
N.T.S. — NOT TO SCALE
R.O.W. — RIGHT OF WAY
T.W.S. — TEMPORARY WORKSPACE
A.T.W.S. — ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. — PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. — TEMPORARY ACCESS ROAD
P.A.R. — PERMANENT ACCESS ROAD
— BROKEN LINE NOT SCALABLE
— PROPERTY LINE
— BASELINE
— EXISTING PIPELINE
— R/W — STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
25   0   25   50

**NOTES**

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)). U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1436
FIRM LICENSE NO. 144

J. M. DENNEY
1436
OKLAHOMA

16350 Park Ten Place
Houston, TX 77084
(281) 558-8100

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CR | |
|---------|-----|---|
| CKD BY: | TRC | |
| DATE: | 2/28/19 | |
| SCALE: | 1" = 50' | |

MIDSHIP MAINLINE PROJECT
MAINLINE VALVE SITE
ACROSS THE PROPERTY OF
CHRIS JOE McCOMAS & JANICE McCOMAS ESTES

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 2 | 2/28/2019 | REVISED P.A.R & MLV |
| 1 | 8/30/2018 | COMBINE DRAWINGS |

DRAWING: GR-0137.010_MLV   SHEET NO. 3 OF 5

**Cheniere Midstream**           **EXHIBIT "A"**            **MIDSHIP Mainline**
Owner: Chris Joe McComas & Janice McComas Estes                    TRACT NO. GR-0137.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris Joe McComas and Janice McComas Estes, recorded in Book 4867, Pages 363 & 360, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a MAG nail found marking the east quarter corner of said Section 5; THENCE South 89°29'48" West, with the north line of the southeast quarter of said Section 5, a distance of 1695.25 feet to the POINT OF BEGINNING;

THENCE South 41°38'39" East, a distance of 427.29 feet, to a point;

THENCE South 33°55'37" East, a distance of 2182.33 feet, to a point;

THENCE South 01°23'36" East, a distance of 241.02 feet, to a point;

THENCE South 89°36'10" East, a distance of 215.00 feet, to the POINT OF TERMINATION on the east line of said Section 5, from which a PK nail found marking the southeast corner of said Section 5 bears South 00°39'48" East, with the east line of said Section 5, a distance of 251.96 feet, said baseline having a total distance of 3065.64 feet (185.80 rods), said Permanent Easement & Right of Way containing 3.519 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 5, drawing number GR-0137.010, Rev. 4, same date.

James Michael Denney                               Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

**Cheniere Midstream**
Owner: Chris Joe McComas & Janice McComas Estes

**EXHIBIT "A"**

**MIDSHIP Mainline**
TRACT NO. GR-0137.010

### MAIN LINE VALVE SITE

A 3500-square-foot parcel of land situated in the southeast quarter of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris Joe McComas and Janice McComas Estes, recorded in Book 4867, Pages 363 & 360, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said 3500-square-foot parcel being more particularly described as follows:

COMMENCING at a PK nail found marking the southeast corner of said Section 5; THENCE North 00°39'48" West, with the east line of said Section 5, a distance of 276.97 feet; THENCE North 89°36'10" West, a distance of 190.34 feet; THENCE North 01°23'36" West, a distance of 21.44 feet to the POINT OF BEGINNING;

THENCE South 88°36'24" West, a distance of 50.00 feet, to a point;

THENCE North 01°23'36" West, a distance of 70.00 feet, to a point;

THENCE North 88°36'24" East, a distance of 50.00 feet, to a point;

THENCE South 01°23'36" East, a distance of 70.00 feet, to the POINT OF BEGINNING having an area of 0.080 acres (3500 square feet).

### ACCESS ROAD

A 20-foot wide strip of land situated in the southeast quarter of Section 5, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chris Joe McComas and Janice McComas Estes, recorded in Book 4867, Pages 363 & 360, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said strip of land being twelve and one-half (12.50) feet on each side of a centerline being more particularly described as follows:

COMMENCING at a PK nail found marking the southeast corner of said Section 5; THENCE North 00°39'48" West, with the east line of said Section 5, a distance of 237.82 feet; THENCE South 89°20'12" West, a distance of 20.63 feet to the POINT OF BEGINNING at the edge of an existing roadway within the right-of-way of U. S. Highway 81;

THENCE South 89°17'25" West, a distance of 25.00 feet, to an angle point;

THENCE North 89°36'10" West, a distance of 140.57 feet, to an angle point;

THENCE North 74°43'19" West, a distance of 23.11 feet, to an angle point;

THENCE North 47°03'35" West, a distance of 22.90 feet, to an angle point;

THENCE North 14°10'39" West, a distance of 22.91 feet, to an angle point;

THENCE North 01°23'36" West, a distance of 16.59 feet, to the POINT OF TERMINATION in the south line of the Main Line Valve Site described above, having a total length of 251.08 feet and an area of 0.121 acres.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 5 of 5, drawing number GR-0137.010_MLV, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

## Tract No(s). <u>GR-0139.010</u>

**1. Surface Owner(s):**

**2. Other Persons-in-Interest:**

> Boulevard Associates LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

> Minco Wind, LLC,
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

> Minco Wind II, LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

**3. Legal Description:**
   *See* attached plat.

**4. Just Compensation:**
   $7,918.00 (with GR-0140.010)



# EXHIBIT "A"

### GRADY COUNTY, OKLAHOMA
### SECTION 9, TOWNSHIP 9 NORTH,
### RANGE 7 WEST OF THE INDIAN MERIDIAN

T.A.R. - 18
37' - 25' WIDE EASEMENT
0.021 ACRES



DETAIL "1"
1"=200'



DETAIL "2"
1"=200'

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | S89°39'21"W | 98.00' |
| L2 | S48°47'45"E | 43.37' |
| L3 | S48°47'44"E | 133.43' |
| L4 | S48°47'46"E | 16.57' |
| L5 | S41°12'16"W | 100.00' |
| L6 | N48°47'44"W | 260.08' |
| L7 | N88°57'03"E | 148.72' |
| L8 | S00°41'28"E | 31.98' |
| L9 | N52°06'10"W | 140.59' |
| L10 | S37°53'50"W | 40.00' |
| L11 | S37°53'46"W | 35.00' |
| L12 | N52°06'10"W | 200.00' |
| L13 | N37°53'50"E | 35.00' |
| L14 | S52°06'09"E | 200.00' |
| L15 | N89°38'31"E | 56.53' |
| L16 | N89°38'31"E | 104.98' |
| L17 | S52°06'09"E | 50.56' |
| L18 | S37°53'51"W | 65.00' |
| L19 | N52°06'09"W | 133.01' |

| T.A.R. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L20 | S04°55'23"W | 37.36' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/16/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | JIMMIE L. VICKREY AND SHELLY R. VICKREY |
| REV# | DATE | DESCRIPTION |
| 3 | 8/29/2018 | ADD T.A.R. WIDTH AND AREA |
| 2 | 8/16/2017 | ADDED DETAILS |
| DRAWING: | | GR-0139.010 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**       **EXHIBIT "A"**      **MIDSHIP Mainline**
Owner: Jimmie L. Vickrey and Shelly R. Vickrey        TRACT NO. GR-0139.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northwest quarter of Section 9, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Jimmie L. Vickrey and Shelly R. Vickrey, recorded in Book 2382, Page 127, as described in Book 2040, Page 179, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a PK nail found marking the northwest corner of said Section 9; **THENCE** North 89°39'21" East, with the north line of said Section 9, a distance of 338.25 feet to the **POINT OF BEGINNING**;

**THENCE** South 48°47'44" East, a distance of 874.89 feet, to the **POINT OF EXIT** on the east line of the west half of the northeast quarter of the northwest quarter of the northwest quarter of said Section 9;

**THENCE** South 50°39'03" East, a distance of 126.38 feet, to the **POINT OF RE-ENTRY** on the north line of the southeast quarter of the northwest quarter of the northwest quarter of said Section 9;

**THENCE** South 52°06'09" East, a distance of 298.22 feet, to the **POINT OF TERMINATION** on the east line of the northwest quarter of the northwest quarter of said Section 9, from which a 1/2 inch iron rod with cap found marking the north quarter corner of said Section 9 bears North 56°53'54" East a distance of 1562.76 feet, said baseline having a total distance of 1173.11 feet (71.10 rods), said Permanent Easement & Right of Way containing 1.347 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 and 2 of 3, drawing number GR-0139.010, Rev. 3, same date.

James Michael Denney            Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s).GR-0140.010

1.  **Surface Owner(s):**

2.  **Other Persons-in-Interest:**

> Boulevard Associates LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

> Minco Wind, LLC,
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

> Minco Wind II, LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

3.  **Legal Description:**
    *See* attached plat.

4.  **Just Compensation:**
    *See* GR-0139.010



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

WIND FARM EASEMENT AGREEMENT,
BOOK 4224, PAGE 11:
BLANKET EASEMENT ACROSS
SUBJECT PROPERTY

VICINITY MAP
N.T.S.

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/16/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 300' | JIMMIE L. VICKREY AND SHELLY R. VICKREY |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 2 | 8/16/2018 | ADDED DETAIL |
| 1 | 4/27/2018 | REVISED WORKSPACE |

| DRAWING: | GR-0140.010 | SHEET NO. | 1 OF 3 |

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

TRC
15350 Park Ten Place
Houston, TX 77084
(281) 616-0100

# EXHIBIT "A"

### GRADY COUNTY, OKLAHOMA
### SECTION 9, TOWNSHIP 9 NORTH,
### RANGE 7 WEST OF THE INDIAN MERIDIAN





**DETAIL "1"**
1"=100'

**A.T.W.S LINE TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N89°38'31"E | 58.53' |
| L2 | N52°06'09"W | 66.99' |
| L3 | N37°53'51"E | 65.00' |
| L4 | S52°06'09"E | 149.42' |
| L5 | S89°38'31"W | 104.98' |

**T.W.S. LINE TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L6 | S89°38'31"W | 40.38' |
| L7 | S89°38'31"W | 56.38' |
| L8 | N00°41'21"W | 47.15' |
| L9 | S46°47'44"E | 33.80' |
| L10 | S52°06'09"E | 39.94' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| ———— | BROKEN LINE NOT SCALABLE |
| ———— | PROPERTY LINE |
| ———— | BASELINE |
| ———— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/16/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | JIMMIE L. VICKREY AND SHELLY R. VICKREY |
| REV# | DATE | DESCRIPTION |
| 2 | 8/16/2018 | ADDED DETAIL |
| 1 | 4/27/2018 | REVISED WORKSPACE |
| DRAWING: | | GR-0140.010   SHEET NO. 2 OF 3 |

**Cheniere Midstream**   **EXHIBIT "A"**   **MIDSHIP Mainline**
Owner: Jimmie L. Vickrey and Shelly R. Vickrey   TRACT NO. GR-0140.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 9, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Jimmie L. Vickrey and Shelly R. Vickrey, recorded in Book 2382, Page 127, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail found marking the northwest corner of said Section 9; THENCE North 89°39'22" East a distance of 989.51 feet to the northwest corner of the east half of the northeast quarter of the northwest quarter of the northwest quarter of said Section 9, THENCE South 00°41'21" East with the west line of the east half of the northeast quarter of the northwest quarter of the northwest quarter of said Section 9 a distance of 580.29 feet to the POINT OF BEGINNING;

THENCE South 48°47'44" East, a distance of 55.51 feet, to a point;

THENCE South 52°06'09" East, a distance of 70.92 feet, to a POINT OF EXIT on the south line of the east half of the northeast quarter of the northwest quarter of the northwest quarter of said Section 9;

THENCE South 52°06'09" East, a distance of 298.22 feet, to a POINT OF RE-ENTRY on the west line of the east half of the northwest quarter of said Section 9;

THENCE South 52°06'09" East, a distance of 491.91 feet, to a POINT OF EXIT on the westerly right-of-way line of the Oklahoma, Kansas and Texas Railroad;

THENCE South 52°06'09" East, a distance of 230.06 feet, to a POINT OF RE-ENTRY on the easterly right-of-way line of the Oklahoma, Kansas and Texas Railroad;

THENCE South 52°06'09" East, a distance of 122.03 feet, to the POINT OF TERMINATION on the east line of the west half of the east half of the northwest quarter of said Section 9, from which a 1/2 inch iron rod with cap found marking the north quarter corner of said Section 9 bears North 00°41'27" West, with the east line of the west half of the east half of the northwest quarter of said Section 9, a distance of 1368.03 feet; THENCE North 89°39'21" East, with the north line of said Section 9, a distance of 659.62 feet, said baseline having a total distance of 740.37 feet (44.87 rods), said Permanent Easement & Right of Way containing 0.850 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 and 2 of 3, drawing number GR-0140.010, Rev. 3, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). GR-0141.020**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**

> Boulevard Associates LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159
>
> Minco Wind, LLC,
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159
>
> Minco Wind II, LLC
> c/o The Corporation Services company
> 10300 Greenbriar Place,
> Oklahoma City, OK 73159

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $1,069.00



EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

### GRADY COUNTY, OKLAHOMA
### SECTION 9, TOWNSHIP 9 NORTH,
### RANGE 7 WEST OF THE INDIAN MERIDIAN

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N86°44'54"W | 176.76' |
| L2 | N87°14'46"W | 72.50' |
| L3 | N85°17'29"W | 82.79' |
| L4 | N86°41'44"W | 162.07' |
| L5 | N84°58'38"W | 213.47' |
| L6 | N85°46'59"W | 106.70' |
| L7 | N88°11'55"W | 108.08' |
| L8 | N86°47'19"W | 75.82' |
| L9 | N88°30'03"W | 41.76' |
| L10 | S88°58'48"W | 47.73' |
| L11 | S85°14'38"W | 30.73' |
| L12 | S75°55'31"W | 32.65' |
| L13 | S62°33'13"W | 23.96' |
| L14 | S59°23'01"W | 26.69' |
| L15 | S54°00'24"W | 23.13' |
| L16 | S49°47'51"W | 28.96' |
| L17 | S39°50'37"W | 28.56' |
| L18 | S28°46'12"W | 30.04' |
| L19 | S18°27'24"W | 29.55' |
| L20 | S11°36'29"W | 33.82' |
| L21 | S03°13'50"W | 30.16' |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L22 | S02°14'07"W | 65.46' |
| L23 | S00°59'25"E | 98.81' |
| L24 | S00°21'29"E | 136.21' |
| L25 | S00°26'59"W | 107.33' |
| L26 | S01°32'54"E | 62.69' |
| L27 | S00°34'26"E | 84.95' |
| L28 | S00°40'03"E | 73.06' |
| L29 | S00°52'49"E | 56.66' |
| L30 | S00°33'56"E | 85.80' |
| L31 | S00°58'22"E | 100.26' |
| L32 | S02°21'33"E | 82.71' |
| L33 | S01°25'26"E | 147.21' |
| L34 | S01°27'04"E | 104.57' |
| L35 | S02°07'33"E | 44.31' |
| L36 | S02°18'29"E | 49.39' |
| L37 | S01°15'06"W | 45.46' |
| L38 | S15°16'08"W | 22.63' |
| L39 | S26°00'33"W | 14.36' |
| L40 | S40°53'17"W | 16.19' |
| L41 | S58°22'23"W | 17.00' |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

— BROKEN LINE NOT SCALABLE
— PROPERTY LINE
— BASELINE
—·— EXISTING PIPELINE
—R/R— STATUTORY R.O.W.



15350 Park Ten Place
Houston, TX 77084
(281) 616-0100

**NOTE:**

SEE SHEET 1 OF 2 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | JCL | | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | | TEMPORARY ACCESS ROAD |
| DATE: | 8/23/18 | | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | | JIMMIE L. VICKERY AND WIFE SHELLY R. VICKREY |
| REV# | DATE | | DESCRIPTION |
| 1 | 8/23/2018 | | ADDED T.A.R. WIDTH AND AREA |
| 0 | 8/16/2018 | | CERTIFIED |
| DRAWING: | | GR-0141.020 | SHEET NO.  2  OF  2 |

## Tract No(s). GR-0149.010

1. **Surface Owner(s):**
   Terry Garrett
   1072 County Road 1230
   Pocasset, OK 73079

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $4,055.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 22, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Terry L. Garrett and Wynetta Garrett                              TRACT NO. GR-0149.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the southeast quarter of Section 22, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Terry L. Garrett and Wynetta Garrett, , recorded in Book 4029, Page 371, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 iron rod found marking the north quarter corner of said Section 22; THENCE South 00°40'59" East, with the west line of the east half of said Section 22, a distance of 2865.11 feet to the POINT OF BEGINNING;

THENCE South 22°32'53" East, a distance of 1180.20 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of the southeast quarter of said Section 22, from which a 1/2 inch iron rod found marking the south quarter corner of said Section 22 bears South 89°19'36" West, with the south line of the northwest quarter of the southeast quarter of said Section 22, a distance of 439.53 feet, THENCE South 00°40'59" East, with the west line of the east half of said Section 22, a distance of 1320.22 feet, said baseline having a total distance of 1180.20 feet (71.53 rods), said Permanent Easement & Right of Way containing 1.355 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number GR-0149.010, Rev. 0, same date.

_____                          9·6·17
James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0150.010

1. **Surface Owner(s):**
   Terry Garrett
   1072 County Road 1230
   Pocasset, OK 73079


2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128


3. **Legal Description:**
   *See* attached plat.


4. **Just Compensation:**
   $5,231.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 22, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"
## GRADY COUNTY, OKLAHOMA
### SECTION 22, TOWNSHIP 9 NORTH,
### RANGE 7 WEST OF THE INDIAN MERIDIAN



**DETAIL "A"**
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°19'12"W | 71.66' |
| L2 | N25°36'19"W | 19.37' |
| L3 | S89°31'31"W | 54.38' |
| L4 | N22°32'53"W | 129.55' |
| L5 | N87°27'07"E | 50.00' |
| L6 | S22°32'53"E | 142.59' |
| L7 | S25°36'17"E | 7.41' |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 516-0100

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF TERRY L. GARRETT |
| CKD BY: | TRC | |
| DATE: | 8/23/17 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/19/2018 | ADDED DETAIL |
| 0 | 8/23/2017 | CERTIFIED |
| DRAWING: | | GR-0150.010   SHEET NO.   2  OF  3 |

**Cheniere Midstream**　　　　**EXHIBIT "A"**　　　　**MIDSHIP Mainline**
Owner: Terry L. Garrett　　　　　　　　　　　　　　　　　　TRACT NO. GR-0150.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the southeast quarter of Section 22, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Terry L. Garrett, recorded in Book 2927, Page 387, Book 954, Page 204 of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a ½ inch iron rod found marking the south quarter corner of said Section 22; **THENCE** North 00°40'59" West, with the west line of the southeast quarter of said Section 22, a distance of 1320.22 feet, **THENCE** North 89°19'36" East, with the north line of the southwest quarter of the southeast quarter of said Section 22, a distance of 439.53 feet to the **POINT OF BEGINNING;**

**THENCE** South 22°32'53" East, a distance of 1368.75 feet, to a point;

**THENCE** South 25°36'19" East, a distance of 55.25 feet, to the **POINT OF TERMINATION** on the south line of said Section 22, from which said ½ inch iron rod found marking the south quarter corner of said Section 22 bears South 89°19'52" West, with the south line of said Section 22, a distance of 972.57 feet, said baseline having a total distance of 1424.00 feet (86.30 rods), said Permanent Easement & Right of Way containing 1.635 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0150.010, Rev. 1, same date.

James Michael Denney　　　　　　　　　　　　　　　Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

*[Surveyor's seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1434, OKLAHOMA]*

*[Date on seal: 7·27·18]*

## Tract No(s). GR-0151.010

1.  **Surface Owner(s):**
    Terry Garrett
    1072 County Road 1230
    Pocasset, OK 73079

2.  **Other Persons-in-Interest:**
    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3.  **Legal Description:**
    *See* attached plat.

4.  **Just Compensation:**
    $6,672.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 27, TOWNSHIP 9 NORTH,
RANGE 7 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1"=200'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°19'55"W | 71.68' |
| L2 | S25°36'19"E | 29.07' |
| L3 | S25°36'20"E | 150.00' |
| L4 | S64°23'41"W | 50.00' |
| L5 | N25°36'19"W | 173.30' |
| L6 | N89°22'48"E | 65.16' |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| —⫻— | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —1— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |


16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/19/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | TERRY LYNN GARRETT |
| REV# | DATE | DESCRIPTION |
| 1 | 7/19/2018 | ADDED DETAIL |
| 0 | 9/19/2017 | CERTIFIED |
| DRAWING: | | GR-0151.010   SHEET NO.   2   OF   3 |

**Cheniere Midstream**             **EXHIBIT "A"**             **MIDSHIP Mainline**
Owner: Terry Lynn Garrett                                     TRACT NO. GR-0151.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 27, Township 9 North, Range 7 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Terry Lynn Garrett, recorded in Book 3592, Page 448, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the north quarter corner of said Section 27; THENCE North 89°19'55" East, with the north line of said Section 27, a distance of 972.57 feet to the POINT OF BEGINNING;

THENCE South 25°36'19" East, a distance of 1820.03 feet, to the POINT OF TERMINATION on the south line of the north half of the north half of the south half of the northeast quarter of said Section 27, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the east quarter corner of said Section 27 bears North 89°20'51" East a distance of 894.08 feet, THENCE South 00°42'20" East, with the east line of said Section 27, a distance of 990.35 feet, said baseline having a total distance of 1820.03 feet (110.30 rods), said Permanent Easement & Right of Way containing 2.089 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0151.010, Rev. 1, same date.

James Michael Denney                                   Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

**Tract No(s). GR-0169.010**

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**

   D&H Rig Service, Ltd
   941 S. Treadaway
   Abilene, TX 79602

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 11,000.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

GR-0168.010
BOOK 4207, PAGE 144

S62°24'33"E - 1,027.50'

POINT OF
BEGINNING
N:12776023.37
E:1978479.34

S80°54'33"E - 408.50'

50' x 290'
A.T.W.S.
DETAIL "1"
SHEET 4 OF 5

N89°16'27"E - 774.27'

T.A.R. - 22
2,107' - 25' WIDE EASEMENT
1.205 ACRES
SHEET 3 OF 5

S61°30'24"E - 539.61'

N00°32'41"W - 1,775.71'

S53°52'10"E - 152.07'

SEE DETAIL

GR-0169.010
CHUCK'S RIG REPAIR, L.L.C.
BOOK 3906, PAGE 101

S43°11'00"E - 1,929.65'

POINT OF
COMMENCING
FND. 1/2" I.R.
W/4 COR., SEC. 7

10' WIDE T.W.S.
50' WIDE P.E.R.W.
25'
25'

40' WIDE T.W.S.

DETAIL
N.T.S.

SEE SHEET 2 OF 5
MATCHLINE

SECTION 7, T-8-N, R-7-W
SECTION 12, T-8-N, R-7-W

CS 2870

| TOTAL DISTANCE ACROSS PROPERTY: | 2821.27 FEET |
| OR: | 158.86 RODS |
| TOTAL AREA OF P.E.R.W.: | 3.009 ACRES |
| TOTAL AREA OF T.W.S.: | 3.060 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.628 ACRES |

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| R/F | STATUTORY R.O.W. |

250   0   250   500

GRAPHIC SCALE IN FEET

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434
OKLAHOMA

8-29-18

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/27/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | CHUCK'S RIG REPAIR, L.L.C. |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 8/29/2018 | ADDED A.T.W.S. DETAIL |
| 2 | 8/27/2018 | ADDED T.A.R. DETAIL |

| DRAWING: | GR-0169.010 | SHEET NO. | 1 OF 5 |



# EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

MATCHLINE
SEE SHEET 1 OF 5

GR-0169.010
CHUCK'S RIG REPAIR, L.L.C.
BOOK 3906, PAGE 101

SEE DETAIL

S43°11'00"E - 1,929.69'

STATE HIGHWAY 92

33'

POINT OF
TERMINATION
N:12774269.27
E:1979396.87

100' x 150'
A.T.W.S.
DETAIL "2"
SHEET 4 OF 5

S51°19'00"E - 2,098.69'

10' WIDE T.W.S.
50' WIDE P.E.R.W.
25'
25'

40' WIDE T.W.S.

DETAIL
N.T.S.

33'

7    8

E 1270 RD.

18    17

FND. 1/2" I.R.
SE COR., SEC. 7

## LEGEND
| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

PROPERTY LINE
BROKEN LINE NOT SCALABLE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

NOTE:
SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.

250   0   250   500
GRAPHIC SCALE IN FEET

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| | | MIDSHIP PIPELINE COMPANY, LLC | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT | |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY | |
| DATE: | 8/27/18 | ACROSS THE PROPERTY OF | |
| SCALE: | 1" = 500' | CHUCK'S RIG REPAIR, L.L.C. | |
| REV# | DATE | DESCRIPTION | |
| 3 | 8/29/2018 | ADDED A.T.W.S. DETAIL | |
| 2 | 8/27/2018 | ADDED T.A.R. DETAIL | |
| DRAWING: | | GR-0169.010 | SHEET NO. 2 OF 5 |



# EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

GR-0169.010
CHUCK'S RIG REPAIR, L.L.C.
BOOK 3906, PAGE 101

T.A.R. - 22
2107' - 25' WIDE
EASEMENT
1.205 ACRES

| \ T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S86°14'32"E | 47.58' |
| L2 | S65°49'47"E | 74.20' |
| L3 | S63°29'06"E | 102.30' |
| L4 | S62°38'25"E | 86.59' |
| L5 | S61°52'07"E | 131.53' |
| L6 | S61°15'13"E | 73.62' |
| L7 | S61°12'47"E | 80.42' |
| L8 | S62°29'26"E | 66.02' |
| L9 | S62°33'22"E | 50.35' |
| L10 | S62°12'35"E | 78.29' |
| L11 | S64°36'26"E | 92.81' |
| L12 | S63°06'30"E | 49.53' |
| L13 | S61°21'26"E | 50.33' |
| L14 | S61°21'09"E | 148.44' |
| L15 | S59°47'15"E | 117.81' |
| L16 | S58°26'16"E | 67.03' |
| L17 | S59°17'48"E | 28.70' |
| L18 | S63°27'47"E | 22.37' |
| L19 | S69°13'51"E | 29.16' |
| L20 | S76°33'07"E | 25.19' |
| L21 | S67°03'43"E | 33.95' |
| L22 | N86°46'45"E | 49.08' |
| L23 | N87°34'40"E | 40.76' |
| L24 | N90°00'00"E | 65.23' |
| L25 | N90°00'00"E | 102.50' |
| L26 | S89°44'41"E | 189.82' |
| L27 | N69°14'53"E | 100.24' |
| L28 | N89°09'48"E | 66.86' |
| L29 | N89°34'46"E | 27.64' |

NOTE:
SEE SHEET 1 OF 5 FOR
NOTES SIGNATURE,
AND SEAL.

LEGEND
I.R. IRON ROD
I.P. IRON PIPE
FND. FOUND
N.T.S. NOT TO SCALE
R.O.W. RIGHT OF WAY
T.W.S. TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
T.A.R. TEMPORARY ACCESS ROAD
P.A.R. PERMANENT ACCESS ROAD

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF CHUCK'S RIG REPAIR, L.L.C. |
| CKD BY: | TRC | |
| DATE: | 8/27/18 | |
| SCALE: | 1" = 400' | |
| REV# | DATE | DESCRIPTION |
| 3 | 8/29/2018 | ADDED A.T.W.S. DETAIL |
| 2 | 8/27/2018 | ADDED T.A.R. DETAIL |
| DRAWING: | | GR-0169.010 SHEET NO. 3 OF 5 |

TRC 1635B Park Ten Place Houston, TX 77084 (281) 616-0100

GRAPHIC SCALE IN FEET  200 0 200 400



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

SECTION 6

SECTION 7

L30
L31
L32
L34

GR-0169.010
CHUCK'S RIG REPAIR, L.L.C.
BOOK 3906, PAGE 101

DETAIL "1"
N.T.S.

### A.T.W.S. SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L30 | S61°30'24"E | 81.84' |
| L31 | N89°22'01"E | 102.72' |
| L32 | S61°30'24"E | 200.00' |
| L33 | S28°29'37"W | 50.00' |
| L34 | N61°30'24"W | 289.73' |

GR-0169.010
CHUCK'S RIG REPAIR, L.L.C.
BOOK 3906, PAGE 101

### A.T.W.S. SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L35 | S46°10'57"W | 65.00' |
| L36 | S46°52'39"W | 100.01' |
| L37 | N43°11'00"W | 151.64' |
| L38 | N46°49'00"E | 100.00' |
| L39 | S43°11'00"E | 150.00' |

DETAIL "2"
N.T.S.

NOTE:
SEE SHEET 1 OF 5 FOR
NOTES SIGNATURE,
AND SEAL.

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
50  0  50  100

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/27/18 | ACROSS THE PROPERTY OF |
| SCALE: | -1"=100' | CHUCK'S RIG REPAIR, L.L.C. |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 8/29/2018 | ADDED A.T.W.S. DETAIL |
| 2 | 8/27/2018 | ADDED T.A.R. DETAIL |

| DRAWING: | GR-0169.010 | SHEET NO. 4 OF 5 |

**Cheniere Midstream**         **EXHIBIT "A"**        **MIDSHIP Mainline**
Owner: Chuck's Rig Repair, L.L.C.                 TRACT NO. GR-0169.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the west half and the east half of Section 7, Township 8 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Chuck's Rig Repair, L.L.C., recorded in Book 3906, Page 101, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 7; THENCE North 00°32'41" West with the west line of said Section 7, a distance of 1775.71 feet; THENCE South 62°24'33" East with the north boundary of the subject tract, a distance of 1027.50 feet; THENCE South 60°54'33" East continuing with the north boundary of the subject tract, a distance of 406.50 feet; THENCE North 89°16'27" East continuing with the north boundary of the subject tract, a distance 774.27 feet to the POINT OF BEGINNING on the northerly boundary line of said subject tract;

THENCE South 61°30'24" East, a distance of 539.51 feet, to a point;

THENCE South 53°52'10" East, a distance of 152.07 feet, to a point;

THENCE South 43°11'00" East, a distance of 1929.69 feet, to the POINT OF TERMINATION on the northwesterly right-of-way line of State Highway 92, from which a 1/2 inch iron rod found marking the southeast corner of said Section 7 bears South 31°51'50" East a distance of 2299.63 feet, said baseline having a total distance of 2621.27 feet (158.86 rods), said Permanent Easement & Right of Way containing 3.009 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 & 2 of 3, drawing number GR-0169.010, Rev. 3, same date.

James Michael Denney
Registered Professional Land Surveyor       Date:
Oklahoma Registration No. 1434
Firm License No. 144

<u>Tract No(s). **GR-0170.010**</u>

1. **Surface Owner(s):**


2. **Other Persons-in-Interest:**
   Chisholm Trail Farm Credit FCLA
   P. O. Box 868
   Chickasha, OK  73023


3. **Legal Description:**
   *See* attached plat.


4. **Just Compensation:**
   $13,427.00 (with GR-0171.010)



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/8/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | TURNER LAND AND CATTLE, LLC |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 1 | 7/19/2018 | ADDED DETAIL |
| 0 | 10/18/2017 | CERTIFIED |

DRAWING: GR-0170.010 SHEET NO. 1 OF 3

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 7, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S45°54'16"W | 25.00' |
| L2 | S43°11'00"E | 14.54' |
| L3 | S46°00'14"W | 40.00' |
| L4 | S43°11'00"E | 150.00' |
| L5 | S46°49'00"W | 100.00' |
| L6 | N43°11'00"W | 148.58' |
| L7 | N46°00'14"E | 100.01' |



DETAIL "2"
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L8 | S89°26'52"W | 65.00' |
| L9 | N00°40'00"W | 30.67' |
| L10 | S89°09'26"W | 50.00' |
| L11 | N00°40'00"W | 83.62' |
| L12 | N23°04'16"W | 46.66' |
| L13 | N88°55'43"E | 50.00' |
| L14 | S23°04'16"E | 56.56' |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF TURNER LAND AND CATTLE, LLC | |
| CKD BY: | TRC | | |
| DATE: | 8/8/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 1 | 7/19/2018 | ADDED DETAIL | |
| 0 | 10/18/2017 | CERTIFIED | |
| DRAWING: | | GR-0170.010 | SHEET NO.  2  OF  3 |

**Cheniere Midstream**                    **EXHIBIT "A"**                    **MIDSHIP Mainline**
Owner: Turner Land and Cattle, LLC                                          TRACT NO. GR-0170.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 7, Township 8 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Turner Land and Cattle, LLC, recorded in Book 4560, Page 556, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.C.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod found marking the south quarter corner of said Section 7; **THENCE** North 39°51'53" East a distance of 2412.39 feet to the **POINT OF BEGINNING** on the southeasterly right-of-way of State Highway 92;

**THENCE** South 43°11'00" East, a distance of 647.05 feet, to a point;

**THENCE** South 23°04'17" East, a distance of 1324.67 feet, to a point;

**THENCE** South 00°40'00" East, a distance of 136.94 feet, to the **POINT OF TERMINATION** on the south line of said Section 7, from which a 1/2 inch iron rod found marking the southeast corner of said Section 7 bears North 89°26'52" East a distance of 131.39 feet, said baseline having a total distance of 2108.66 feet (127.80 rods), said Permanent Easement & Right of Way containing 2.420 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0170.010, Rev. 1, same date.

_____          3·9·18
James Michael Denney                                    **Date:**
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s).GR-0171.010

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**
   Chisholm Trail Farm Credit FCLA
   P. O. Box 868
   Chickasha, OK  73023

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0170.010



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 18, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

33'
S89°28'52"W - 131.39'

POINT OF
BEGINNING
N:12772314.92
E:1979479.47
GR-0170.010
BOOK 4560, PAGE 556

POINT OF
COMMENCING
FND. 1/2" I.R.
NE COR., SEC. 18

E 1270 RD.        SECTION 7
                  SECTION 18

SECTION 8
SECTION 17

24' WIDE T.W.S.

S00°40'00"E - 194.62'

50' x 160'
A.T.W.S.
DETAIL "1"
SHT. 2 OF 3

S45°40'00"E - 98.32'

40' WIDE T.W.S.
50' WIDE P.E.R.W.

N 2880 RD.

10' WIDE T.W.S.

25'
25'

GR-0171.010
TURNER LAND AND CATTLE, LLC
BOOK 4560, PAGE 556

S00°21'28"E - 1,055.36'

GR-0174.010
BOOK 4661, PAGE 65

POINT OF
TERMINATION
N:12770998.28
E:1979558.55
N89°25'13"E - 97.56'

S00°40'01"E - 1,319.32'

FND. 1/2" I.R. W/ PLASTIC CAP
E/4 COR., SEC. 18

TOTAL DISTANCE ACROSS PROPERTY:    1348.30 FEET
                              OR:
TOTAL AREA OF P.E.R.W.:    81.72 RODS
TOTAL AREA OF T.W.S.:    1.546 ACRES
TOTAL AREA OF A.T.W.S.:    1.489 ACRES
                         0.13D ACRES

NOTES

1.   ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE
     UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH,
     NORTH AMERICAN DATUM OF 1993 (NAD83(2011))(EPOCH:2010.00000), U.S.
     SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY
     TRC PIPELINE SERVICES, LLC IN MAY 2017.

2.   THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE
     RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3.   IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED
     BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED
     AS A COPY AND NOT THE ORIGINAL.

LEGEND

I.R.        IRON ROD
I.P.        IRON PIPE
FND.        FOUND
N.T.S.      NOT TO SCALE
R.O.W.      RIGHT OF WAY
T.W.S.      TEMPORARY WORKSPACE
A.T.W.S.    ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.    PERMANENT EASEMENT & RIGHT OF WAY
T.A.R.      TEMPORARY ACCESS ROAD
P.A.R.      PERMANENT ACCESS ROAD
            BROKEN LINE NOT SCALABLE
            PROPERTY LINE
            BASELINE
            EXISTING PIPELINE
            STATUTORY R.O.W.

150   0      150      300
GRAPHIC SCALE IN FEET

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434
OKLAHOMA
8-29-18

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/5/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 300' | TURNER LAND AND CATTLE, LLC |
| REV# | DATE | DESCRIPTION |
| 3 | 8/29/2018 | ADDED DIMENSION |
| 2 | 7/05/2018 | REROUTE & WORKSPACE DETAIL |
| DRAWING: | | GR-0171.010   SHEET NO.  1  OF  3 |



# EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 18, TOWNSHIP 8 NORTH,
### RANGE 6 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

GR-0170.010
BOOK 4560, PAGE 556

S89°26'52"W - 156.39'

FND. 1/2" I.R.
NE COR., SEC. 18

33'

E 1270 RD.   SECTION 7 | SECTION 8

L10

N00°40'00"W - 91.73'   SECTION 17

SECTION 18

N45°40'00"W - 27.72'

N00°40'00"W - 32.33'

**T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S00°40'00"E | 205.02' |
| L2 | S45°40'00"E | 98.24' |
| L3 | S00°21'28"E | 1,046.02' |
| L4 | S89°25'13"W | 40.00' |
| L5 | N00°21'28"W | 1,028.48' |
| L6 | N45°59'07"W | 97.58' |
| L7 | N04°37'50"E | 181.27' |
| L8 | S88°12'13"W | 17.66' |
| L9 | N00°40'00"W | 32.33' |
| L10 | N89°26'52"E | 40.00' |

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L11 | N45°40'00"W | 70.71' |
| L12 | N00°40'00"W | 88.34' |
| L13 | N89°20'00"E | 50.00' |
| L14 | S00°40'00"E | 138.34' |

GR-0171.010
TURNER LAND AND CATTLE, LLC
BOOK 4560, PAGE 556

GR-0174.010
BOOK 4881, PAGE 65

DETAIL "1"
N.T.S.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
100   0   100   200

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
|---------|-----|---------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/5/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | TURNER LAND AND CATTLE, LLC |

| REW# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 8/29/2018 | ADDED DIMENSION |
| 2 | 7/05/2018 | REROUTE & WORKSPACE DETAIL |

| DRAWING: | GR-0171.010 | SHEET NO. 2 OF 3 |
|----------|-------------|-------------------|

**Cheniere Midstream**
Owner: Turner Land and Cattle, LLC

**EXHIBIT "A"**

**MIDSHIP Mainline**
TRACT NO. GR-0171.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of Section 18, Township 8 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Turner Land and Cattle, LLC, recorded in Book 4560, Page 556, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 iron rod found marking the northeast corner of said Section 18; THENCE South 89°26'52" West, with the north line of said Section 18, a distance of 131.39 feet to the POINT OF BEGINNING;

THENCE South 00°40'00" East, a distance of 194.62 feet, to a point;

THENCE South 45°40'00" East, a distance of 98.32 feet, to a point;

THENCE South 00°21'28" East, a distance of 1055.36 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of the northeast quarter of said Section 18, from which a 1/2 inch iron rod with plastic cap found marking the east quarter corner of said Section 18 bears North 89°25'13" East, with the south line of the northeast quarter of the northeast quarter of said Section 18, a distance of 67.56 feet, THENCE South 00°40'01" East, with the east line of said Section 18, a distance of 1319.32 feet, said baseline having a total distance of 1348.30 feet (81.72 rods), said Permanent Easement & Right of Way containing 1.548 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0171.010, Rev. 3, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

*Seal: REGISTERED PROFESSIONAL LAND SURVEYOR — J. M. DENNEY — 1434 — OKLAHOMA*

## Tract No(s). GR-0186.010

**1. Surface Owner(s):**


**2. Other Persons-in-Interest:**
      Chisholm Trail Farm Credit FCLA
      P. O. Box 868
      Chickasha, OK  73023

      Martin Farms, Inc.
      1718 CR 1280
      Amber OK 73004


**3. Legal Description:**
      *See* attached plat.


**4. Just Compensation:**
      $16,189.00



### EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 29, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

### GRADY COUNTY, OKLAHOMA
### SECTION 29, TOWNSHIP 8 NORTH,
### RANGE 6 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1" = 300'

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | S86°18'46"W | 71.86' |
| L2 | S25°55'36"E | 36.04' |
| L3 | S25°55'36"E | 160.00' |
| L4 | S64°04'15"W | 50.00' |
| L5 | N25°55'42"W | 89.45' |
| L6 | N25°55'35"W | 90.16' |
| L7 | N89°22'11"E | 55.30' |

NOTE:

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| ——/— | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| ——)—— | EXISTING PIPELINE |
| ——x/x—— | STATUTORY R.O.W. |

 TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---------|--------|-----------------------------|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/19/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | GRANT A. TURNER AND TIFFANY D. TURNER |
| REV# | DATE | DESCRIPTION |
| 1 | 7/19/2018 | ADDED DETAIL |
| 0 | 8/13/2017 | CERTIFIED |
| DRAWING: | | GR-0186.010   SHEET NO.   2   OF   3 |

**Cheniere Midstream**                    **EXHIBIT "A"**              **MIDSHIP Mainline**
Owner: Grant A. Turner and Tiffany D. Turner                          TRACT NO. GR-0186.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of Section 29, Township 8 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Grant A. Turner and Tiffany D. Turner, recorded in Book 4172, Page 393, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail with washer stamped "TRC CA #144 " set marking the north quarter corner of said Section 29; THENCE North 89°18'46" East, with the north line of said Section 29, a distance of 554.41 feet to the **POINT OF BEGINNING;**

THENCE South 25°55'35" East, a distance of 71.95 feet, to a point;

THENCE South 25°55'42" East, a distance of 4825.91 feet, to the **POINT OF TERMINATION** on the east line of said Section 29 from which a railroad spike found marking the southeast corner of said Section 29 bears South 00°40'32" East, with the east line of said Section 29, a distance of 850.46 feet, said baseline having a total distance of 4897.86 feet (296.84 rods), said Permanent Easement & Right of Way containing 5.622 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0186.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor            Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0190.010

1.  **Surface Owner(s):**


2.  **Other Persons-in-Interest:**
    Chisholm Trail Farm Credit FCLA
    P. O. Box 868
    Chickasha, OK  73023

3.  **Legal Description:**
    *See* attached plat.

4.  **Just Compensation:**
    $ 8,350.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 33, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

POINT OF
COMMENCING
FND. MAG NAIL
W/ SHINER
N/4 COR., SEC 33

33'

E 1300 RD.

S00°35'21"E - 1,619.74'

S65°02'45"E - 227.83'

SEE DETAIL "1"
SHEET 2 OF 3

GR-0190.010
THE TURNER FAMILY REVOCABLE TRUST
BOOK 4129, PAGE 572

POINT OF
BEGINNING
N:12754946.90
E:1867741.14

50' x 200'
A.T.W.S.

10' WIDE T.W.S.

50' WIDE P.E.R.W.

50' x 136'
A.T.W.S.

25'

25'

GR-0189.010
BOOK 2976,
PAGE 589

S14°07'46"E - 2,264.41'

SET 1/2" I.R.
W/ ALUMINUM CAP
"TRC CA #144"
E/4 COR., SEC. 33

40' WIDE T.W.S.

N89°19'17"E - 1,925.70'

POINT OF
TERMINATION
N:12752620.46
E:1868480.55

GR-0191.010
BOOK 3806, PAGE 311

TOTAL DISTANCE ACROSS PROPERTY: 2482.24 FEET
OR: 151.04 RODS
TOTAL AREA OF P.E.R.W.: 2.881 ACRES
TOTAL AREA OF T.W.S.: 2.802 ACRES
TOTAL AREA OF A.T.W.S.: 0.387 ACRES

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE
UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH,
NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S.
SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY
TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE
RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED
BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED
AS A COPY AND NOT THE ORIGINAL.

LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
250   0   250   500

J. M. DENNEY
1434
OKLAHOMA

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 516-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
THE TURNER FAMILY REVOCABLE TRUST |
| CKD BY: | TRC | |
| DATE: | 7/20/18 | |
| SCALE: | 1" = 500' | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/20/2018 | ADDED DETAIL |
| 0 | 8/19/2017 | CERTIFIED |
| DRAWING: | | GR-0190.010 | SHEET NO.   1   OF 3 |

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 33, TOWNSHIP 8 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1"=200'

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | S00°35'21"E | 79.83' |
| L2 | S55°02'45"E | 20.83' |
| L3 | S55°02'44"E | 136.31' |
| L4 | S34°57'16"W | 50.00' |
| L5 | N55°02'44"W | 100.16' |
| L6 | N00°55'08"W | 81.70' |
| L7 | N00°35'21"W | 43.02' |
| L8 | S55°02'44"E | 165.89' |
| L9 | N34°57'16"E | 50.00' |
| L10 | S55°02'44"E | 118.65' |
| L11 | S14°07'46"E | 118.66' |
| L12 | S75°52'14"W | 50.00' |
| L13 | N14°07'46"W | 100.00' |
| L14 | N55°02'45"W | 100.00' |

NOTE:

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

| | |
|------|------|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| —⊬— | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —·—·— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---------|---------|----------|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/20/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | THE TURNER FAMILY REVOCABLE TRUST |
| REV# | DATE | DESCRIPTION |
| 1 | 7/20/2018 | ADDED DETAIL |
| 0 | 6/19/2017 | CERTIFIED |
| DRAWING: | | GR-0190.010 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: The Turner Family Revocable Trust                                          TRACT NO. GR-0190.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of Section 33, Township 8 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to The Turner Family Revocable Trust, recorded in Book 4129, Page 572, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a MAG nail with shiner found marking the north quarter corner of said Section 33; **THENCE** South 00°35'21" East, with the west line of the northeast quarter of said Section 33, a distance of 1619.74 feet to the **POINT OF BEGINNING;**

**THENCE** South 55°02'45" East, a distance of 227.83 feet, to a point;

**THENCE** South 14°07'46" East, a distance of 2264.41 feet, to the **POINT OF TERMINATION** on the south line of the north half of the southeast quarter of said Section 33, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the east quarter corner of said Section 33 bears North 89°19'17" East a distance of 1925.70 feet to the southeast corner of the north half of the southeast quarter of said Section 33, **THENCE** North 00°34'21" West, with the east line of said Section 33, a distance of 1315.74 feet, said baseline having a total distance of 2492.24 feet (151.04 rods), said Permanent Easement & Right of Way containing 2.861 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0190.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor          Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0192.010

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**
   JP Morgan Chase Bank
   4 New York Place
   6th Floor
   New York, New York 10004

   GTP Acquisition Partners II, LLC
   c/o The Corporation Company
   1833 S. Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,419.00



## EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 4, TOWNSHIP 7 NORTH,
### RANGE 6 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

GR-0191.010
BOOK 3606, PAGE 311

POINT OF
BEGINNING
N:12751311.96
E:1989139.49

SET 1/2" I.R.
W/ ALUMINUM CAP
"TRC CA #144"
NE COR., SEC. 4

N89°17'59"E - 1,360.91'

E1310 RD. /
BIRCHFIELD LN.

50' x 150'
A.T.W.S.

SECTION 33, T-8-N, R-6-W
SECTION 4, T-7-N, R-6-W

SEE DETAIL "1"
SHEET 2 OF 3

45' WIDE T.W.S.

POINT OF
COMMENCING
FND. RAILROAD SPIKE
N/4 COR. SEC. 4

S57°24'20"E - 398.38'

5' WIDE T.W.S.

50' x 200'
A.T.W.S.

S51°25'42"E - 302.79'

SEE DETAIL "2"
SHEET 2 OF 3
10' WIDE T.W.S.

N00°57'02"W
1,776.56'

40' WIDE T.W.S.

S23°05'23"E - 1,341.81'

25'
25'

GR-0192.020
BOOK 3823,
PAGE 220

GR-0192.010
PAUL J. BROWN AND KAY L. BROWN
BOOK 3497, PAGE 583

25' x 218'
A.T.W.S.

SEE DETAIL "3"
SHEET 2 OF 3

POINT OF
TERMINATION
N:12749551.29
E:1990448.83

50' x 191'
A.T.W.S.

S59°44'24"E - 244.01'

SEE DETAIL "4"
SHEET 2 OF 3

33'

| | | |
|---|---|---|
| TOTAL DISTANCE ACROSS PROPERTY: | 2286.99 FEET | |
| OR: | 138.61 RODS | |
| TOTAL AREA OF P.E.R.W.: | 2.625 ACRES | |
| TOTAL AREA OF T.W.S.: | 2.607 ACRES | |
| TOTAL AREA OF A.T.W.S.: | 0.704 ACRES | |

**LEGEND**

I.R.           IRON ROD
I.P.           IRON PIPE
FND.           FOUND
N.T.S.         NOT TO SCALE
R.O.W.         RIGHT OF WAY
T.W.S.         TEMPORARY WORKSPACE
A.T.W.S.       ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.       PERMANENT EASEMENT & RIGHT OF WAY
T.A.R.         TEMPORARY ACCESS ROAD
P.A.R.         PERMANENT ACCESS ROAD
               BROKEN LINE NOT SCALABLE
               PROPERTY LINE
               BASELINE
               EXISTING PIPELINE
               STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
250   0   250   500

**NOTES**

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/11/2017 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | PAUL J. BROWN AND KAY L. BROWN |
| REV# | DATE | DESCRIPTION |
| 1 | 7/20/2018 | ADDED DETAILS |
| 0 | 11/7/2017 | CERTIFIED |
| DRAWING: | | GR-0192.010   SHEET NO.   1   OF   3 |

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 4, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
1"=200'



DETAIL "2"
1" = 300'



DETAIL "3"
1" = 300'



DETAIL "4"
1"=100'

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | N89°17'56"E | 127.52' |
| L2 | S57°24'20"E | 48.34' |
| L3 | N89°21'11"E | 91.21' |
| L4 | S57°24'20"E | 73.71' |
| L5 | S32°35'40"E | 50.00' |
| L6 | N57°24'20"W | 150.00' |
| L7 | S23°05'23"E | 113.03' |
| L8 | N86°54'36"E | 50.00' |
| L9 | S23°05'23"E | 200.00' |
| L10 | S66°54'37"W | 50.00' |
| L11 | N23°05'23"W | 200.00' |
| L12 | S00°57'02"E | 76.00' |
| L13 | N59°44'24"W | 100.48' |
| L14 | N59°44'29"W | 12.97' |
| L15 | S30°15'36"W | 60.00' |

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L16 | N59°44'24"W | 166.14' |
| L17 | N23°05'23"W | 268.07' |
| L18 | N86°54'39"E | 25.00' |
| L19 | S23°05'23"E | 217.91' |
| L20 | S59°44'24"E | 191.47' |
| L21 | S00°57'02"E | 116.56' |
| L22 | S00°57'02"E | 18.97' |
| L23 | N24°52'22"W | 17.34' |
| L24 | N65°07'37"E | 7.69' |

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

| | |
|---|---|
| —/—/— | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —⊣— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | | |
|------|------|------|------|------|
| DWG BY: | CP | | MIDSHIP MAINLINE PROJECT | |
| CKD BY: | TRC | | PERMANENT EASEMENT & RIGHT OF WAY | |
| DATE: | 9/11/2017 | | ACROSS THE PROPERTY OF | |
| SCALE: | N.T.S. | | PAUL J. BROWN AND KAY L. BROWN | |
| REV# | DATE | | DESCRIPTION | |
| 1 | 7/20/2018 | | ADDED DETAILS | |
| 0 | 11/7/2017 | | CERTIFIED | |
| DRAWING: | | | GR-0192.010 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Paul J. Brown and Kay L. Brown                    TRACT NO. GR-0192.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 4, Township 7 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Paul J. Brown and Kay L. Brown, recorded in Book 3497, Page 583, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a railroad spike found marking the north quarter corner of said Section 4; THENCE North 89°17'59" East, with the north line of said Section 4, a distance of 1360.91 feet to the POINT OF BEGINNING;

THENCE South 57°24'20" East, a distance of 398.38 feet, to a point;

THENCE South 51°25'42" East, a distance of 302.79 feet, to a point;

THENCE South 23°05'23" East, a distance of 1341.81 feet, to a point;

THENCE South 59°44'24" East, a distance of 244.01 feet, to the POINT OF TERMINATION on the east line of said Section 4, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the northeast corner of said Section 4 bears North 00°57'02" West, with the east line of said Section 4, a distance of 1776.56 feet, said baseline having a total distance of 2286.99 feet (138.61 rods), said Permanent Easement & Right of Way containing 2.625 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0192.010, Rev. 1, same date.

_____

James Michael Denney                                      Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s).GR-0192.020

1. **Surface Owner(s):**

2. **Other Persons-in-Interest:**

    Chisholm Trail Farm Credit PCA
    PO Box 868
    Chickasha, OK 73023

3. **Legal Description:**
    *See* attached plat.

4. **Just Compensation:**
    $3,560.00



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 3, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

SECTION 34, T-8-N, R-6-W
SECTION 3, T-7-N, R-6-W

POINT OF
COMMENCING
SET 1/2" I.R.
W/ ALUMINUM CAP
"TRC CA #144"
NW COR., SEC. 3

S56°44'24"E - 105.01'

S00°57'02"E - 1,776.56'

POINT OF
BEGINNING
N:1274955129
E:1990448.83

50' x 200'
A.T.W.S.

SEE DETAIL "1"
SHEET 2 OF 3

50' x 200'
A.T.W.S.

26'

25'

S24°52'23"E - 906.84'

60' WIDE P.E.R.W.

40' WIDE T.W.S.

10' WIDE T.W.S.

GR-0192.010
BOOK 3497, PAGE 583

GR-0192.020
GRANT ALLEN TURNER
BOOK 3623, PAGE 220

SET 1/2" I.R.
W/ ALUMINUM CAP
"TRC CA #144"
W/4 COR., SEC. 3

S89°16'23"W - 457.54'

POINT OF
TERMINATION
N:1274867565
E:1990920.96

GR-0193.010
BOOK 3268, PAGE 275

| | |
|---|---|
| TOTAL DISTANCE ACROSS PROPERTY: | 1011.85 FEET |
| OR: | 61.32 RODS |
| TOTAL AREA OF P.E.R.W.: | 1.181 ACRES |
| TOTAL AREA OF T.W.S.: | 1.104 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.478 ACRES |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.
PROPERTY LINE
BROKEN LINE NOT SCALABLE

GRAPHIC SCALE IN FEET
150   0   150   300

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE
   UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH,
   NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S.
   SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY
   TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE
   RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED
   BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED
   AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434
OKLAHOMA
8-7-18

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/20/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 300' | GRANT ALLEN TURNER |
| REV# | DATE | DESCRIPTION |
| 1 | 7/20/2018 | ADDED DETAIL |
| 0 | 9/19/2017 | CERTIFIED |
| DRAWING: | GR-0192.020 | SHEET NO.  1  OF  3 |

# EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 3, TOWNSHIP 7 NORTH,
### RANGE 6 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1"=200'

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | S00°57'02"E | 76.00' |
| L2 | S59°44'24"E | 45.22' |
| L3 | S24°52'23"E | 200.00' |
| L4 | S65°07'39"W | 50.00' |
| L5 | N24°52'22"W | 182.66' |
| L6 | N00°57'02"W | 18.97' |
| L7 | N85°07'37"E | 42.31' |
| L8 | N00°57'02"W | 40.92' |
| L9 | S59°44'24"E | 76.18' |
| L10 | N30°16'36"E | 50.00' |
| L11 | S59°44'24"E | 77.73' |
| L12 | S24°52'22"E | 153.67' |
| L13 | S65°07'38"W | 50.00' |
| L14 | N24°52'22"W | 137.97' |
| L15 | N59°44'24"W | 62.03' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |



15350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---------|------|--------------------------------|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/20/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | GRANT ALLEN TURNER |
| REV# | DATE | DESCRIPTION |
| 1 | 7/20/2018 | ADDED DETAIL |
| 0 | 9/19/2017 | CERTIFIED |
| DRAWING: | | GR-0192.020   SHEET NO.   2   OF   3 |

**Cheniere Midstream**                    **EXHIBIT "A"**                    **MIDSHIP Mainline**
Owner: Grant Allen Turner                                                   TRACT NO. GR-0192.020

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of the
northwest quarter of Section 3, Township 7 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma
and being over, through and across a tract of land conveyed to Grant Allen Turner, recorded in Book 3623, Page
220, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide
Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described
baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the
boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the northwest
corner of said Section 3; THENCE South 00°57'02" East with the west line of said Section 3 a distance of 1776.56
feet to the POINT OF BEGINNING;

THENCE South 59°44'24" East, a distance of 105.01 feet, to a point;

THENCE South 24°52'23" East, a distance of 906.84 feet, to the POINT OF TERMINATION on the south line of the
northwest quarter of said Section 3, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144"
set marking the west quarter corner of said Section 3 bears South 89°16'23" West, with the south line of the
northwest quarter of said Section 3, a distance of 457.54 feet, said baseline having a total distance of 1011.85 feet
(61.32 rods), said Permanent Easement & Right of Way containing 1.161 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator
Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the
ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0192.020, Rev. 1,
same date.

James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0196.010

1.  **Surface Owner(s):**

    Norman G. Sloan and Marilyn G. Sloan,
    Trustees of the Norman G. Sloan Grantor
    Trust dated September 13, 1995, and any
    amendments thereto,
    11434 S. Yale
    Tulsa, OK 74137

2.  **Other Persons-in-Interest:**

    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3.  **Legal Description:**
    *See* attached plat.

4.  **Just Compensation:**
    $5,511.00



**EXHIBIT "A"**
GRADY COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

15

GR-0195.010
BOOK 4030, PAGE 688

POINT OF
BEGINNING
N:12740796.30
E:1984759.97

POINT OF
COMMENCING
SET PK NAIL W/ WASHER
"TRC CA#144"
N/4 COR., SEC. 15
N89°08'01"E - 1,535.64'

45' x 113'
A.T.W.S.

SEE DETAIL "2"
SHEET 2 OF 3
E. 1330 RD.

FND. RAILROAD SPIKE
NE COR., SEC. 15

SECTION 10
SECTION 15

33'

50' x 150'
A.T.W.S.

T.A.R. #23A
141' - 25' WIDE EASEMENT
0.0812 ACRES
DETAIL "3"

SEE DETAIL "1"
SHEET 2 OF 3

40' WIDE T.W.S.

10' WIDE T.W.S.

N00°42'54"W - 1,320.39'

S27°09'16"E - 1,472.46'

50' WIDE P.E.R.W.

SECTION 15
SECTION 14

25'

25'

GR-0196.010
NORMAN G. SLOAN AND MARILYN G. SLOAN
TRUSTEES OF THE NORMAN G. SLOAN GRANTOR TRUST
BOOK 5252, PAGE 180
BOOK 5213, PAGE 396

POINT OF
TERMINATION
N:12739486.13
E:1995431.98

N89°09'38"E - 443.14'

GR-0197.010
BOOK 6006, PAGE 38

33'

| TOTAL DISTANCE ACROSS PROPERTY: | 1472.46 FEET |
| | OR: 89.24 RODS |
| TOTAL AREA OF P.E.R.W.: | 1.680 ACRES |
| TOTAL AREA OF T.W.S.: | 1.690 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.242 ACRES |

**LEGEND**

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

**NOTES**

1. ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

250 0 250 500
GRAPHIC SCALE IN FEET

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/20/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | THE NORMAN G. SLOAN GRANTOR TRUST |
| REV# | DATE | DESCRIPTION |
| 4 | 8/23/2018 | ADDED T.A.R. WIDTH & AREA |
| 3 | 8/20/2018 | ADDED DETAILS |
| DRAWING: | GR-0196.010 | SHEET NO. 1 OF 3 |



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 7 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

DETAIL "1"
1" = 400'

DETAIL "2"
1" = 50'

DETAIL "3"
1"=100'

FND. RAILROAD
SPIKE
NE COR., SEC. 15

N89°08'00"E - 986.08'

N00°51'59"W
13.03'

L25

T.A.R. #23A
141'

| A.T.W.S. LINE TABLE | | | A.T.W.S. LINE TABLE | | | A.T.W.S. LINE TABLE | | |
|---|---|---|---|---|---|---|---|---|
| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
| L1 | S63°08'01"W | 72.50' | L9 | N89°08'01"E | 39.04' | L17 | S21°01'19"E | 1.12' |
| L2 | S27°09'15"E | 28.72' | L10 | S27°09'15"E | 29.51' | L18 | S08°10'51"E | 2.20' |
| L3 | S27°09'15"E | 117.87' | L11 | N88°48'41"E | 45.39' | L19 | S08°19'54"E | 1.11' |
| L4 | S27°09'14"E | 32.13' | L12 | S28°38'17"E | 0.71' | L20 | S05°46'54"E | 1.11' |
| L5 | S62°50'45"W | 50.00' | L13 | S26°06'34"E | 1.11' | L21 | S12°40'08"E | 0.55' |
| L6 | N27°09'14"W | 32.13' | L14 | S23°14'56"E | 1.37' | L22 | S01°59'24"E | 91.60' |
| L7 | N27°09'15"W | 142.46' | L15 | S20°42'57"E | 0.84' | L23 | N27°09'16"W | 44.48' |
| L8 | N89°02'20"E | 55.72' | L16 | S21°02'06"E | 1.13' | L24 | N27°09'15"W | 68.66' |

| T.A.R. SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L25 | S01°59'20"E | 141.27' |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| ———/——— | BROKEN LINE NOT SCALABLE |
| ——————— | PROPERTY LINE |
| ——————— | BASELINE |
| ——I—— | EXISTING PIPELINE |
| ——R/W—— | STATUTORY R.O.W. |

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0190

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF THE NORMAN G. SLOAN GRANTOR TRUST |
| CKD BY: | TRC | |
| DATE: | 8/20/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 4 | 8/23/2018 | ADDED T.A.R. WIDTH & AREA |
| 3 | 8/20/2018 | ADDED DETAILS |
| DRAWING: | | GR-0198.010  SHEET NO.  2  OF  3 |

**Cheniere Midstream**                    **EXHIBIT "A"**              **MIDSHIP Mainline**
Owner: The Norman G. Sloan Grantor Trust                                    TRACT NO. GR-0196.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northeast quarter of Section 15, Township 7 North, Range 6 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to The Norman G. Sloan Grantor Trust, recorded in Book 5252, Page 180, and Book 5213, Page 396 of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail with washer stamped "TRC CA #144" set marking the north quarter corner of said Section 15; THENCE North 89°08'01" East, with the north line of said Section 15, a distance of 1535.64 feet to the POINT OF BEGINNING;

THENCE South 27°09'15" East, a distance of 1472.46 feet, to the POINT OF TERMINATION on the south line of the northeast quarter of the northeast quarter of said Section 15, from which a railroad spike found marking the northeast corner of said Section 15 bears North 89°09'38" East, with the south line of the northeast quarter of the northeast quarter of said Section 15, a distance of 443.14 feet, THENCE North 00°42'54" West, with the east line of said Section 15, a distance of 1320.39 feet, said baseline having a total distance of 1472.46 feet (89.24 rods), said Permanent Easement & Right of Way containing 1.690 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0196.010, Rev. 4, same date.

James Michael Denney                                     Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0289.010

1. **Surface Owner(s):**

    John H Mason and Martha Mason
    1400 Tilden Street
    Wichita Falls, TX 76309

2. **Other Persons-in-Interest:**
    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3. **Legal Description:**
    *See* attached plat.

4. **Just Compensation:**
    $6,467.00



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 6 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | JOHN H. MASON AND MARTHA MASON |
| REV# | DATE | DESCRIPTION |
| 3 | 8/30/2018 | CORRECT AREA TABLE |
| 2 | 8/23/2018 | ADDED T.A.R. DETAIL |
| DRAWING: | | GR-0289.010   SHEET NO.  1  OF  3 |

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 6 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°06'24"W | 70.15' |
| L2 | S04°36'56"E | 20.42' |
| L3 | S04°36'54"E | 150.00' |
| L4 | S85°23'06"W | 50.00' |
| L5 | N04°36'54"W | 164.04' |
| L6 | N80°00'00"E | 50.16' |
| L7 | N72°25'30"W | 672.45' |
| L8 | S17°34'30"W | 50.00' |
| L9 | N72°25'30"W | 133.90' |
| L10 | N04°36'54"W | 133.60' |
| L11 | N85°23'06"E | 50.00' |
| L12 | S04°36'54"E | 100.00' |
| L13 | S72°25'30"E | 100.00' |
| L14 | S00°41'34"E | 279.17' |
| L15 | N85°48'30"W | 285.38' |
| L16 | S07°15'04"E | 100.00' |
| L17 | S82°44'58"W | 100.00' |
| L18 | N07°15'04"W | 100.00' |
| L19 | N82°44'56"E | 100.00' |



DETAIL "2"
N.T.S.

T.A.R.- 15B
25' WIDE EASEMENT
0.182 ACRES

S07°15'04"E - 316.39'

S72°25'30"E - 389.80'

DETAIL "3"
N.T.S.

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| ---------- | BROKEN LINE NOT SCALABLE |
| ---------- | PROPERTY LINE |
| ---------- | BASELINE |
| ----I---- | EXISTING PIPELINE |
| --R/W-- | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | JOHN H. MASON AND MARTHA MASON |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 8/30/2018 | CORRECT AREA TABLE |
| 2 | 8/23/2018 | ADDED T.A.R. DETAIL |
| DRAWING: | | GR-0289.010   SHEET NO.   2   OF   3 |

**Cheniere Midstream**                    **EXHIBIT "A"**                    **MIDSHIP Mainline**
Owner: John H. Mason and Martha Mason                                      TRACT NO. GR-0289.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the northwest quarter of Section 20, Township 6 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to John H. Mason and Martha Mason, recorded in Book 4174, Page 204, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 60D nail found marking the northwest corner of said Section 20; **THENCE** North 89°06'24" East, with the north line of said Section 20, a distance of 1266.23 feet to the **POINT OF BEGINNING;**

**THENCE** South 04°36'54" East, a distance of 822.64 feet, to a point;

**THENCE** South 72°25'30" East, a distance of 701.91 feet, to the **POINT OF TERMINATION** on the east line of the west half of the northeast quarter of the northwest quarter of said Section 20, from which a 1/2 inch iron rod found marking the north quarter corner of said Section 20 bears North 00°41'34" West, with the east line of the west half of the northeast quarter of the northwest quarter of said Section 20, a distance of 1043.26 feet, **THENCE** North 89°06'24" East, with the north line of said Section 20, a distance of 663.01 feet, said baseline having a total distance of 1524.55 feet (92.40 rods), said Permanent Easement & Right of Way containing 1.750 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number GR-0289.010, Rev. 3, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

## Tract No(s). GR-0310.000

1. **Surface Owner(s):**

   First National Bank and Trust Company,
   Corporate Trustee of the James L. McElvany and Linda R.
   McElvany Irrevocable Trust I dated the 28th day of December,
   2012,
   302 Chickasha Ave,
   Chickasha, OK 73018

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $6,550.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 8, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN



| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°10'11"W | 74.26' |
| L2 | N29°45'17"W | 846.79' |
| L3 | S59°48'15"W | 50.00' |
| L4 | N30°11'44"W | 113.49' |
| L5 | N00°00'00"E | 121.75' |
| L6 | S89°41'16"E | 17.27' |
| L7 | N00°18'46"E | 199.93' |
| L8 | N89°41'14"E | 30.00' |
| L9 | S00°28'09"E | 200.00' |
| L10 | S00°28'09"E | 108.28' |
| L11 | S29°45'17"E | 99.56' |
| L12 | N00°28'09"W | 61.86' |
| L13 | N00°28'09"W | 200.00' |
| L14 | N89°31'51"E | 75.00' |
| L15 | S00°28'09"E | 200.00' |
| L16 | S89°31'52"W | 75.00' |

DETAIL "1"
N.T.S.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/25/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | JAMES L. MCELVANY AND LINDA R. MCELVANY IRREVOCABLE TRUST I |
| REV# | DATE | DESCRIPTION |
| 1 | 7/23/2018 | ADDED DETAIL |
| 0 | 11/6/2017 | CERTIFIED |
| DRAWING: | | GR-0310.000   SHEET NO.   2   OF   3 |

**Cheniere Midstream**                    **EXHIBIT "A"**                    **MIDSHIP Mainline**
Owner: James L. McElvany and Linda R. McElvany Irrevocable Trust I          TRACT NO. GR-0310.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the east half of Section 8, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to the First National Bank and Trust Company, Chickasha, Oklahoma, Trustee of the James L. McElvany and Linda R. McElvany Irrevocable Trust I, recorded in Book 4567, Page 89, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at the east quarter corner of said Section 8, from which corner a 1/2 inch iron rod with cap stamped "TRC CA #144" set for witness bears South 00°59'42" East, a distance of 400.00 feet; THENCE North 41°35'41" West a distance of 772.41 feet to the **POINT OF BEGINNING** on the centerline of the current channel of the Washita River;

**THENCE** South 00°28'09" East, a distance of 1063.05 feet, to a point;

**THENCE** South 29°45'17" East, a distance of 965.28 feet, to the **POINT OF TERMINATION** on the south line of the north half of the southeast quarter of said Section 8, from which a 3/8 inch iron rod found marking the southeast corner of said Section 8 bears North 89°10'10" East a distance of 48.06 feet to the southeast corner of the north half of the southeast quarter of said Section 8, THENCE South 00°59'54" East, with the east line of said Section 8, a distance of 1322.88 feet, said baseline having a total distance of 2028.33 feet (122.93 rods), said Permanent Easement & Right of Way containing 2.328 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0310.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor                                        Date:
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0312.010

1. **Surface Owner(s):**

    Lyndel D. Shelby and Lanelle Shelby
    4980 Fig Ave.,
    Ireton, IA 51027

2. **Other Persons-in-Interest:**

    Chris Witt and Chancey Witt
    1595 County Rd., 1440,
    Ninnekah, OK 73067

    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3. **Legal Description:**
    *See* attached plat.

4. **Just Compensation:**
    $9,820.00



# EXHIBIT "A"
## GRADY COUNTY, OKLAHOMA
### SECTION 16, TOWNSHIP 5 NORTH, RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

GR-0311.010
BOOK 6218, PAGE 64

N89°23'48"E
680.56'

POINT OF
BEGINNING
N:12677860.70
E:2016393.45

33'

POINT OF
COMMENCING
FND. 3/8" I.R.
NW COR., SEC. 16

40' WIDE T.W.S.

S29°45'17"E - 777.23'

SEE DETAIL "1"
SHEET 2 OF 4

50' x 200'
A.T.W.S.

33'

GR-0312.010
LYNDEL D. SHELBY AND LANELLE SHELBY
BOOK 5195, PAGE 121

SEE DETAIL "2"
SHEET 2 OF 4

1,621'
T.A.R. - 34
SEE DETAIL "4"
SHEET 2 OF 4

S00°41'11"W - 1,902.28'

10' WIDE T.W.S.

50' WIDE P.E.R.W.

25'

25'

SEE DETAIL "3"
SHEET 2 OF 4

OLD BRADLEY HIGHWAY
& ABANDONED RAILROAD

GR-0313.010
BOOK 3751,
PAGE 574

FND. 3/8" I.R.
W/ CAP
W/4 COR.,
SEC. 16

POINT OF
TERMINATION
N:12676073.80
E:2016756.40

50' x 150'
A.T.W.S.

S85°13'24"W - 1,009.68'

TOTAL DISTANCE ACROSS PROPERTY: 2679.51 FEET
OR: 162.38 RODS
TOTAL AREA OF P.E.R.W.: 3.076 ACRES
TOTAL AREA OF T.W.S.: 3.053 ACRES
TOTAL AREA OF A.T.W.S.: 0.378 ACRES

## LEGEND

| I.R. | IRON ROD |
|---|---|
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
250   0   250   500

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF LYNDEL D. SHELBY AND LANELLE SHELBY |
|---|---|---|
| CKD BY: | TRC | |
| DATE: | 8/23/18 | |
| SCALE: | 1" = 500' | |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 1 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | | GR-0312.010   SHEET NO. 1 OF 4 |



# EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 16, TOWNSHIP 5 NORTH,
### RANGE 5 WEST OF THE INDIAN MERIDIAN

10' WIDE T.W.S.

40' WIDE T.W.S.

20' WIDE T.W.S.

30' WIDE T.W.S.

14' WIDE T.W.S.

36' WIDE T.W.S.

DETAIL "1"
N.T.S.

13' WIDE T.W.S.

L1

36' WIDE T.W.S.

L5

10' WIDE T.W.S.

L4

40' WIDE T.W.S.

L3

DETAIL "2"
N.T.S.

L10

L9

L11

L8

L7

L6

DETAIL "3"
N.T.S.

C1      L15

L14

L13

1,521'
T.A.R. - 34
25' WIDE
EASEMENT
0.873 ACRES

L12

DETAIL "4"
N.T.S.

LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| —/— | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —(—)— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

TRC
16550 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:
1. SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 3 OF 4 FOR LINE AND CURVE TABLES.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | LYNDEL D. SHELBY AND LANELLE SHELBY |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 1 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | | GR-0312.010   SHEET NO.   2   OF   4 |

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 16, TOWNSHIP 5 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

### A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S00°41'11"W | 25.01' |
| L2 | S00°41'11"W | 200.00' |
| L3 | N89°18'50"W | 50.00' |
| L4 | N00°41'11"E | 198.63' |
| L5 | N89°05'52"E | 50.02' |
| L6 | N00°41'11"E | 1.48' |
| L7 | N52°18'18"W | 23.26' |
| L8 | N49°30'36"W | 40.91' |
| L9 | N00°41'10"E | 109.81' |
| L10 | S89°18'50"E | 50.00' |
| L11 | S00°41'11"W | 150.00' |

### T.A.R. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L12 | N00°22'49"E | 720.04' |
| L13 | N00°19'11"W | 397.18' |
| L14 | N00°19'11"W | 83.82' |
| L15 | N89°06'52"E | 241.77' |

### T.A.R. CURVE TABLE

| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L. |
|---------|-----------|--------|-------|--------|--------|
| C1 | 78.05 | 50.00 | 089°26'03" | N44°23'51"E | 70.35' |

**NOTE:**

1. SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 2 OF 4 FOR DETAILS.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —t— | EXISTING PIPELINE |
| —s/R— | STATUTORY R.O.W. |



16330 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | LYNDEL D. SHELBY AND LANELLE SHELBY |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 1 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | | GR-0312.010  SHEET NO.  3  OF  4 |

**Cheniere Midstream**
Owner: Lyndel D. Shelby and Lanelle Shelby

**EXHIBIT "A"**

**MIDSHIP Mainline**
TRACT NO. GR-0312.010

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 16, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Lyndel D. Shelby and Lanelle Shelby, recorded in Book 5195, Page 121, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 3/8 inch iron rod found marking the northwest corner of said Section 16; **THENCE** North 89°23'48" East, with the north line of said Section 16, a distance of 680.56 feet to the **POINT OF BEGINNING**;

**THENCE** South 29°45'17" East, a distance of 777.23 feet, to a point;

**THENCE** South 00°41'11" West, a distance of 1902.28 feet, to the **POINT OF TERMINATION** on the centerline of an abandoned railroad and the southwest line of the subject tract, from which a 3/8 inch iron rod with cap found marking the west quarter corner of said Section 16 bears South 85°13'24" West a distance of 1009.68 feet, said baseline having a total distance of 2679.51 feet (162.39 rods), said Permanent Easement & Right of Way containing 3.076 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number GR-0312.010, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

## Tract No(s). GR-0314.010

1. **Surface Owner(s):**

    Connie Gayle Huseman
    1883 N. Main Street
    Alex, OK 73002

2. **Other Persons-in-Interest:**
    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3. **Legal Description:**
    *See* attached plat.

4. **Just Compensation:**
    $4,624.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 21, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

POINT OF BEGINNING
N:12672345.74
E:2018722.77

GR-0313.010
BOOK 3751, PAGE 574

N89°23'10"E - 935.14'

POINT OF COMMENCING
FND. IRON PIPE
FENCE POST
NW COR., SEC. 21

GR-0314.010
CONNIE GAYLE HUSEMAN
BOOK 3293, PAGE 154

S00°33'02"W - 256.32'

10' WIDE T.W.S.

40' WIDE T.W.S.

60' WIDE P.E.R.W.

25'

26'

S02°16'39"W - 916.72'

ℓ ROARING CREEK

50' x 200'
A.T.W.S.

GR-0315.010
BOOK 4936, PAGE 127
BOOK 3701, PAGE 410

S04°04'24"W - 303.29'

SEE DETAIL "1"
SHEET 2 OF 3

POINT OF TERMINATION
N:12670870.93
E:2018661.80

S35°10'49"W - 1452.56'

FND. 1/2" I.R.
W/4 COR., SEC. 21

TOTAL DISTANCE ACROSS PROPERTY:   1476.33 FEET
                              OR:   89.47 RODS
TOTAL AREA OF P.E.R.W.:   1.694 ACRES
TOTAL AREA OF T.W.S.:   1.883 ACRES
TOTAL AREA OF A.T.W.S.:   0.224 ACRES

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

150   0   150   300
GRAPHIC SCALE IN FEET

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREON, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF CONNIE GAYLE HUSEMAN |
| CKD BY: | TRC | |
| DATE: | 7/25/18 | |
| SCALE: | 1" = 300' | |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 1 | 7/25/2018 | ADDED DETAIL |
| 0 | 9/13/2017 | CERTIFIED |

| DRAWING: | GR-0314.010 | SHEET NO. 1 OF 3 |
|---|---|---|

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 21, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1"=200'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N70°32'07"W | 25.83' |
| L2 | N70°32'08"W | 15.74' |
| L3 | N75°29'29"W | 25.24' |
| L4 | N04°04'24"E | 54.18' |
| L5 | N85°55'35"W | 60.00' |
| L6 | N04°04'24"E | 173.00' |
| L7 | N39°06'50"E | 32.97' |
| L8 | S85°55'37"E | 31.07' |
| L9 | S04°04'24"W | 200.00' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF CONNIE GAYLE HUSEMAN |
| CKD BY: | TRC | |
| DATE: | 7/25/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/25/2018 | ADDED DETAIL |
| 0 | 9/13/2017 | CERTIFIED |
| DRAWING: | | GR-0314.010 | SHEET NO.  2  OF  3 |

**Cheniere Midstream**
Owner: Connie Gayle Huseman

**EXHIBIT "A"**

**MIDSHIP Mainline**
TRACT NO. GR-0314.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 21, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Connie Gayle Huseman, recorded in Book 3293, Page 154, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at an iron pipe fence post found marking the northwest corner of said Section 21; THENCE North 89°23'10" East, with the north line of said Section 21, a distance of 935.14 feet to the **POINT OF BEGINNING**;

**THENCE** South 00°33'02" West, a distance of 256.32 feet, to a point;

**THENCE** South 02°18'39" West, a distance of 916.72 feet, to a point;

**THENCE** South 04°04'24" West, a distance of 303.29 feet, to the **POINT OF TERMINATION** on the centerline of Roaring Creek, from which a 1/2 inch iron rod found marking the west quarter corner of said Section 21 bears South 35°10'49" West a distance of 1452.55 feet, said baseline having a total distance of 1476.33 feet (89.47 rods), said Permanent Easement & Right of Way containing 1.694 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0314.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

## Tract No(s). GR-0322.010

1. **Surface Owner(s):**

   Melford L. Scott and Margaret L. Scott,
   Trustees of the Melford L. Scott and
   Margaret L. Scott Revocable Trust
   271 US Hwy 277
   Cement, OK 73011

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,997.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

N89°13'27"E - 368.65'

POINT OF BEGINNING
N:12667037.42
E:2018234.34

GR-0319.010
BOOK 4632, PAGE 193

33'

POINT OF COMMENCING
FND. 1/2" I.R.
NW COR., SEC. 28

10' WIDE T.W.S.

40' WIDE T.W.S.

50' WIDE P.E.R.W.

25'

25'

33'

S00°01'10"W - 3,957.02'

25' x 200'
A.T.W.S.

GR-0322.010
MELFORD L. SCOTT AND MARGARET L. SCOTT,
TRUSTEES OF THE MELFORD L. SCOTT AND
MARGARET L. SCOTT REVOCABLE TRUST
BOOK 4861, PAGE 197

SEE DETAIL "1"
SHEET 3 OF 5

SEE SHEET 2 OF 5
MATCHLINE

| | TOTAL DISTANCE ACROSS PROPERTY: | 3957.02 FEET |
| | OR: | 239.82 RODS |
| | TOTAL AREA OF P.E.R.W.: | 4.542 ACRES |
| | TOTAL AREA OF T.W.S.: | 4.542 ACRES |
| | TOTAL AREA OF A.T.W.S.: | 0.916 ACRES |

LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

150   0   150   300
GRAPHIC SCALE IN FEET

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT | |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY | |
| DATE: | 7/26/18 | ACROSS THE PROPERTY OF | |
| SCALE: | 1" = 300' | MELFORD L. SCOTT AND MARGARET L. SCOTT REVOCABLE TRUST | |
| REV# | DATE | DESCRIPTION | |
| 1 | 7/26/2018 | ADDED DETAILS | |
| 0 | 10/2/2017 | CERTIFIED | |
| DRAWING: | | GR-0322.010 | SHEET NO. 1 OF 5 |



EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

28

MATCHLINE
SEE SHEET 1 OF 5

SEE DETAIL "3"
SHEET 3 OF 5

25' x 200'
A.T.W.S.

S00°01'10"W - 3,957.02'

SECTION 29
SECTION 28

50' x 200'
A.T.W.S.

SEE DETAIL "3"
SHEET 3 OF 5

33'

GR-0322.010
MELFORD L. SCOTT AND MARGARET L. SCOTT,
TRUSTEES OF THE MELFORD L. SCOTT AND
MARGARET L. SCOTT REVOCABLE TRUST
BOOK 4861, PAGE 197

SET 1/2" I.R. W/
ALUMINUM CAP
"TRC CA #144"
W/4 COR., SEC. 28

SEE DETAIL "2"
SHEET 3 OF 5

50' x 200'
A.T.W.S.

40' WIDE T.W.S.

10' WIDE T.W.S.

50' WIDE P.E.R.W.

N00°42'41"W - 1,318.66'

25'

25'

50' x 200'
A.T.W.S.

SEE DETAIL "2"
SHEET 3 OF 5

POINT OF
TERMINATION
N:12663080.40
E:2018233.01

GR-0327.000
BOOK 2561, PAGE 203
BOOK 2561, PAGE 198

S89°15'30"W - 316.86'

NOTE:
1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEETS 3-4 OF 5 FOR DETAILS AND LINE TABLE.

LEGEND
I.R.        IRON ROD
I.P.        IRON PIPE
FND.        FOUND
N.T.S.      NOT TO SCALE
R.O.W.      RIGHT OF WAY
T.W.S.      TEMPORARY WORKSPACE
A.T.W.S.    ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.    PERMANENT EASEMENT & RIGHT OF WAY
T.A.R.      TEMPORARY ACCESS ROAD
P.A.R.      PERMANENT ACCESS ROAD
            BROKEN LINE NOT SCALABLE
            PROPERTY LINE
            BASELINE
            EXISTING PIPELINE
            STATUTORY R.O.W.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
150    0    150    300

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/26/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 300' | MELFORD L. SCOTT AND MARGARET L. SCOTT REVOCABLE TRUST |
| REV# | DATE | DESCRIPTION |
| 1 | 7/26/2018 | ADDED DETAILS |
| 0 | 10/2/2017 | CERTIFIED |
| DRAWING: | GR-0322.010 | SHEET NO.  2  OF  5 |



EXHIBIT "A"
GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

DETAIL "1"
1" = 300'

DETAIL "2"
1" = 300'

DETAIL "3"
1" = 300'

LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| ———— | BROKEN LINE NOT SCALABLE |
| ———— | PROPERTY LINE |
| ———— | BASELINE |
| ——|—— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:

1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 4 OF 5 FOR LINE TABLE.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF MELFORD L. SCOTT AND MARGARET L. SCOTT REVOCABLE TRUST | |
| CKD BY: | TRC | | |
| DATE: | 7/26/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 1 | 7/26/2018 | ADDED DETAILS | |
| 0 | 10/2/2017 | CERTIFIED | |
| DRAWING: | | GR-0322.010 | SHEET NO. 3 OF 5 |

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 28, TOWNSHIP 5 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN



| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | S89°13'27"W | 65.01' |
| L2 | S00°01'10"W | 1,024.53' |
| L3 | S00°01'09"W | 200.00' |
| L4 | N89°58'50"E | 25.00' |
| L5 | N00°01'09"E | 200.00' |
| L6 | S89°58'52"E | 25.00' |
| L7 | S89°16'30"W | 65.01' |
| L8 | N00°01'10"E | 57.30' |
| L9 | N89°58'51"W | 50.00' |
| L10 | N00°01'09"E | 200.00' |
| L11 | S89°58'50"E | 50.00' |
| L12 | S00°01'09"W | 200.00' |
| L13 | N00°01'10"E | 762.92' |
| L14 | N89°58'51"W | 50.00' |
| L15 | N00°01'09"E | 200.00' |
| L16 | S89°58'51"E | 50.00' |
| L17 | S00°01'09"W | 200.00' |
| L18 | N00°01'09"E | 100.38' |
| L19 | N89°58'51"W | 50.00' |
| L20 | N00°01'10"E | 200.00' |
| L21 | S89°58'50"E | 50.00' |
| L22 | S00°01'09"W | 200.00' |
| L23 | N00°01'09"E | 540.66' |
| L24 | N89°58'50"W | 25.00' |
| L25 | N00°01'10"E | 200.13' |
| L26 | S89°58'52"E | 25.00' |
| L27 | S00°01'10"W | 200.13' |

NOTE:
1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 3 OF 5 FOR DETAILS.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| ———/——— | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| ——()—— | EXISTING PIPELINE |
| ——R/W—— | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/26/18 | | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | | MELFORD L. SCOTT AND MARGARET L. SCOTT REVOCABLE TRUST |
| REV# | DATE | | DESCRIPTION |
| 1 | 7/26/2018 | | ADDED DETAILS |
| 0 | 10/2/2017 | | CERTIFIED |
| DRAWING: | | GR-0322.010 | SHEET NO.  4  OF  5 |

**Cheniere Midstream**                **EXHIBIT "A"**               **MIDSHIP Mainline**
Owner: Melford L. Scott and Margaret L. Scott Revocable Trust                TRACT NO. GR-0322.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the west half of the west half of Section 28, Township 5 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Melford L. Scott and Margaret L. Scott, Trustees of the Melford L. Scott and Margaret L. Scott Revocable Trust, recorded in Book 4861, Page 197, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod found marking the northwest corner of said Section 28; **THENCE** North 89°13'27" East, with the north line of said Section 28, a distance of 368.65 feet to the **POINT OF BEGINNING**;

**THENCE** South 00°01'10" West, a distance of 3957.02 feet, to the **POINT OF TERMINATION** on the south line of the northwest quarter of the southwest quarter of said Section 28, from which a 1/2 inch iron rod with aluminum cap stamped "TRC CA #144" set marking the west quarter corner of said Section 28 bears South 89°15'30" West, with the south line of the northwest quarter of the southwest quarter of said Section 28, a distance of 318.86 feet, **THENCE** North 00°42'41" West, with the west line of said Section 28, a distance of 1318.66 feet, said baseline having a total distance of 3957.02 feet (239.82 rods), said Permanent Easement & Right of Way containing 4.542 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 & 2 of 5, drawing number GR-0322.010, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

## Tract No(s). GR-0336.000

1. **Surface Owner(s):**

   Sandy Creek Farms, Inc.
   c/o Kay Barrington
   2311 CR 1495
   Bradley, OK 73002

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   The First National Bank & Trust Co.,
   302 W Chickasha Ave.,
   Chickasha, OK 73018

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $38,213.00 (with GR-0338.000, GR-0340.00 and GR-0340.010)



## EXHIBIT "A"
### GRADY COUNTY, OKLAHOMA
### SECTION 4, TOWNSHIP 4 NORTH,
### RANGE 5 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
**N.T.S.**

POINT OF
COMMENCING
FND. 1/2" I.R.
E/4 COR., SEC. 4

POINT OF
BEGINNING
N:12653439.01
E:2022607.17

GR-0335.000
BOOK 3027, PAGES 378 & 382

S89°23'16"W - 1,443.40'

S00°42'39"E - 661.21'

25'

25'

S25°18'24"E - 2,201.01'

60' WIDE P.E.R.W.

40' WIDE T.W.S.

10' WIDE T.W.S.

GR-0336.000
SANDY CREEK FARMS, INC., A CORPORATION
BOOK 2608, PAGES 153, 154, 155, 156, & 157

33'

FND. 1/2" I.R.
SE COR., SEC. 4

SECTION 4
SECTION 9

COUNTY RD. 1500

POINT OF
TERMINATION
N:12651465.94
E:2023682.70

N89°25'08"E - 492.51'

GR-0336.000
BOOK 2608, PAGES 153, 154, 155, 156, & 157

| TOTAL DISTANCE ACROSS PROPERTY: | 2201.01 FEET |
| | OR: | 133.39 RODS |
| TOTAL AREA OF P.E.R.W.: | 2.526 ACRES |
| TOTAL AREA OF T.W.S.: | 2.526 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.000 ACRES |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| R/W | STATUTORY R.O.W. |

**NOTES**

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

GRAPHIC SCALE IN FEET
250   0   250   500

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 9/19/17 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | SANDY CREEK FARMS, INC. |
| REV# | DATE | DESCRIPTION |
| 2 | 10/5/2017 | ADDED COUNTY ROAD |
| 1 | 10/4/2017 | ADD T.A.R. |
| DRAWING: | | GR-0336.000   SHEET NO. 1 OF 2 |

**Cheniere Midstream**                    **EXHIBIT "A"**                    **MIDSHIP Mainline**
Owner: Sandy Creek Farms, Inc., a corporation                              TRACT NO. GR-0336.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 4, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Sandy Creek Farms, Inc., a corporation, recorded in Book 2608, Pages 153, 154, 155, 156, & 157, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 4; THENCE South 00°42'39" East, with the east line of said Section 4, a distance of 661.21 feet to the northeast corner of the south half of the north half of the southeast quarter of said Section 4, THENCE South 89°23'18" West, with the north line of the south half of the north half of the southeast quarter of said Section 4, a distance of 1443.40 feet to the POINT OF BEGINNING;

THENCE South 26°18'24" East, a distance of 2201.01 feet, to the POINT OF TERMINATION on the south line of said Section 4, from which a 1/2 inch iron rod found marking the southeast corner of said Section 4 bears North 89°25'08" East, with the south line of said Section 4, a distance of 492.51 feet, said baseline having a total distance of 2201.01 feet (133.39 rods), said Permanent Easement & Right of Way containing 2.526 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0336.000, Rev. 2, same date.

10·11·17

_____                    Date: _____
James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). **GR-0338.000**

1. **Surface Owner(s):**

   Sandy Creek Farms, Inc.
   c/o Kay Barrington
   2311 CR 1495
   Bradley, OK 73002

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   The First National Bank & Trust Co.,
   302 W Chickasha Ave.,
   Chickasha, OK 73018

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0336.000



### EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

GR-0336.000
BOOK 2608, PAGES 153, 154, 155, 156, & 157



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

SEE SHEET 1 OF 6
MATCHLINE

S02°36'09"W - 3,115.14'

25'

GR-0338.000
SANDY CREEK FARMS, INC., A CORPORATION
BOOK 2608, PAGES 153, 154, 155, 156, & 157

25'

40' WIDE T.W.S.

33'

10' WIDE T.W.S.

50' WIDE P.E.R.W.

SECTION 9   SECTION 10

S02°21'48"E - 1,382.10'

MATCHLINE
SEE SHEET 3 OF 6

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
150   0   150   300

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 300' | SANDY CREEK FARMS, INC. |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 8/29/2018 | ADD T.A.R. WIDTH AND AREA |
| 2 | 8/23/2018 | REVISED T.A.R. DETAIL |

DRAWING:   GR-0338.000   SHEET NO.   2   OF   6



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

SEE SHEET 2 OF 6

MATCHLINE

25'

33'

50' WIDE P.E.R.W.

S02°21'48"E - 1,382.10'

SECTION 9
SECTION 10

25'

10' WIDE T.W.S.

GR-0338.000
SANDY CREEK FARMS, INC., A CORPORATION
BOOK 2608, PAGES 153, 154, 155, 156, & 157

40' WIDE T.W.S.

50' x 266'
A.T.W.S.

GR-0340.000
BOOK 3045, PAGE 560

50' x 26'
A.T.W.S.

50' x 222'
A.T.W.S.

N89°11'02"E - 323.98'

SEE DETAIL "3"
SHEET 5 OF 6

POINT OF
TERMINATION
N:12646362.76
E:2024631.17

**SECTION 9**

SECTION 16

S00°38'24"E - 186.04'

33'

5' WIDE T.W.S.

60'

FND. 3/8" I.R.
SE COR., SEC. 9

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

150   0   150   300
**GRAPHIC SCALE IN FEET**

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 300' | SANDY CREEK FARMS, INC. |
| REV# | DATE | DESCRIPTION |
| 3 | 8/29/2018 | REVISED T.A.R. DETAIL |
| 2 | 8/23/2018 | ADDED DETAILS |
| DRAWING: | | GR-0338.000   SHEET NO.   3   OF   6 |



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 9, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

T.A.R. 41 - 1,034'
25' WIDE EASEMENT
0.593 ACRES

### T.A.R. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S11°10'20"W | 47.42' |
| L2 | S11°11'43"W | 27.78' |
| L3 | S02°53'27"W | 52.87' |
| L4 | S00°35'28"W | 23.78' |
| L5 | S02°01'09"W | 159.93' |
| L6 | S01°55'57"W | 123.51' |
| L7 | S02°01'09"W | 131.05' |
| L8 | S00°36'00"E | 122.25' |
| L9 | S01°23'16"W | 119.10' |
| L10 | S04°01'45"W | 54.84' |
| L11 | S09°28'26"W | 19.46' |
| L12 | S08°43'52"W | 12.17' |
| L13 | N65°13'55"W | 65.07' |

### T.A.R. CURVE TABLE

| CURVE # | ARC LENGTH | RADIUS | DELTA | CH. B. | CH. L |
|---|---|---|---|---|---|
| C1 | 75.08 | 50.00 | 086°02'13" | S51°44'59"W | 68.22' |

NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| R/W | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
50   0   50   100

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | SANDY CREEK FARMS, INC. |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 8/29/2018 | ADD T.A.R. WIDTH AND AREA |
| 2 | 6/23/2018 | REVISED T.A.R. DETAIL |

| DRAWING: | | GR-0338.000 | SHEET NO. | 4 | OF | 6 |
|---|---|---|---|---|---|---|

# EXHIBIT "A"
## GRADY COUNTY, OKLAHOMA
### SECTION 9, TOWNSHIP 4 NORTH,
### RANGE 5 WEST OF THE INDIAN MERIDIAN





50' WIDE T.W.S.

10' WIDE T.W.S.

40' WIDE T.W.S.

**DETAIL "1"**
1"=100'



**DETAIL "2"**
1"=200'

10' WIDE T.W.S.

40' WIDE T.W.S.

5' WIDE T.W.S.

45' WIDE T.W.S.

**DETAIL "3"**
1"=200'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L14 | N26°18'26"W | 21.94' |
| L15 | S63°42'06"W | 35.00' |
| L16 | N26°18'23"W | 106.76' |
| L17 | N63°41'35"E | 35.00' |
| L18 | S26°18'24"E | 106.76' |
| L19 | S02°36'09"W | 117.98' |
| L20 | S02°36'08"W | 200.00' |
| L21 | N87°23'52"W | 60.00' |
| L22 | N02°36'08"E | 200.00' |
| L23 | S87°23'51"E | 60.00' |
| L24 | S00°38'24"E | 30.00' |
| L25 | S89°11'02"W | 388.10' |
| L26 | S89°11'01"W | 50.02' |
| L27 | N02°21'48"W | 220.32' |
| L28 | N87°38'11"E | 50.00' |
| L29 | S02°21'48"E | 221.67' |
| L30 | N00°38'24"W | 70.00' |
| L31 | S89°11'08"W | 25.60' |
| L32 | N00°48'58"W | 50.00' |
| L33 | N86°11'02"E | 25.79' |
| L34 | S00°38'24"E | 50.00' |
| L35 | S89°11'02"W | 123.47' |
| L36 | S89°11'02"W | 142.01' |
| L37 | N02°21'48"W | 124.33' |
| L38 | N87°37'12"E | 49.66' |
| L39 | S02°37'27"E | 75.68' |
| L40 | N89°11'02"E | 93.34' |
| L41 | S00°48'58"E | 50.00' |

**NOTE:**
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | **MIDSHIP MAINLINE PROJECT** |
| CKD BY: | TRC | **PERMANENT EASEMENT & RIGHT OF WAY** |
| DATE: | 8/23/18 | **ACROSS THE PROPERTY OF** |
| SCALE: | N.T.S. | **SANDY CREEK FARMS, INC.** |
| REV# | DATE | DESCRIPTION |
| 3 | 8/29/2018 | ADD T.A.R. WIDTH AND AREA |
| 2 | 8/23/2018 | REVISED T.A.R. DETAIL |
| DRAWING: | | GR-0338.000  SHEET NO.  5  OF  6 |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Sandy Creek Farms, Inc., a corporation                                    TRACT NO. GR-0338.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the east half of Section 9, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Sandy Creek Farms, Inc., a corporation, recorded in Book 2608, Pages 153, 154, 155, 156, & 157, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the northeast corner of said Section 9; THENCE South 89°25'08" West, with the north line of said Section 9, a distance of 492.51 feet to the POINT OF BEGINNING;

THENCE South 26°18'24" East, a distance of 697.16 feet, to a point;

THENCE South 02°36'09" West, a distance of 3115.14 feet, to a point;

THENCE South 02°21'48" East, a distance of 1382.10 feet, to a point;

THENCE North 89°11'02" East, a distance of 323.98 feet, to the POINT OF TERMINATION on the east line of said Section 9, from which a 3/8 inch iron rod found marking the southeast corner of said Section 9 bears South 00°38'24" East, with the east line of said Section 9, a distance of 166.04 feet, said baseline having a total distance of 5518.38 feet (334.45 rods), said Permanent Easement & Right of Way containing 6.334 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1-3 of 6, drawing number GR-0338.000, Rev. 3, same date.

James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GR-0340.000

1. **Surface Owner(s):**

   Sandy Creek Farms, Inc.
   c/o Kay Barrington
   2311 CR 1495
   Bradley, OK 73002

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   The First National Bank & Trust Co.,
   302 W Chickasha Ave.,
   Chickasha, OK 73018

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0336.000



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
1"=200'



DETAIL "2"
1"=200'

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | N00°38'24"W | 70.00' |
| L2 | N00°38'24"W | 50.00' |
| L3 | N89°11'02"E | 169.88' |
| L4 | S00°48'58"E | 50.00' |
| L5 | S89°11'02"W | 170.04' |
| L6 | S89°26'02"W | 75.47' |
| L7 | S89°26'02"W | 53.80' |
| L8 | N22°30'27"W | 96.16' |
| L9 | S89°12'11"W | 69.90' |
| L10 | N00°47'49"W | 50.00' |
| L11 | N89°12'11"E | 103.81' |
| L12 | S22°30'27"W | 152.21' |
| L13 | N89°26'02"E | 32.34' |
| L14 | N22°30'27"W | 160.31' |
| L15 | N22°30'27"W | 100.00' |
| L16 | S89°12'11"W | 100.00' |
| L17 | N00°47'49"W | 50.00' |
| L18 | N89°12'10"E | 133.91' |
| L19 | S22°30'27"E | 133.91' |
| L20 | S67°29'34"W | 50.00' |

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| ⟋ | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —I— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|------|------|---|---|
| DWG BY: | CR | MIDSHIP MAINLINE PROJECT | |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY | |
| DATE: | 7/26/18 | ACROSS THE PROPERTY OF | |
| SCALE: | N.T.S. | SANDY CREEK FARMS, INC. | |
| REV# | DATE | DESCRIPTION | |
| 1 | 7/26/2018 | ADDED DETAILS | |
| 0 | 9/20/2017 | CERTIFIED | |
| DRAWING: | | GR-0340.000 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**
Owner: Sandy Creek Farms, Inc.

**EXHIBIT "A"**

**MIDSHIP Mainline**
TRACT NO. GR-0340.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the south half of the southwest quarter of Section 10, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Sandy Creek Farms, Inc., recorded in Book 3046, Page 560, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 3/8 inch iron rod found marking the southwest corner of said Section 10; **THENCE** North 00°38'24" West, with the west line of said Section 10, a distance of 166.04 feet to the **POINT OF BEGINNING;**

**THENCE** North 89°11'02" East, a distance of 464.09 feet, to a point;

**THENCE** North 89°12'11" East, a distance of 835.49 feet, to a point;

**THENCE** South 22°30'27" East, a distance of 184.83 feet, to the **POINT OF TERMINATION** on the south line of said Section 10, from which a 3/8 inch iron rod found marking the south quarter corner of said Section 10 bears North 89°26'02" East, with the south line of said Section 10, a distance of 1270.56 feet, said baseline having a total distance of 1484.41 feet (89.96 rods), said Permanent Easement & Right of Way containing 1.704 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GR-0340.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

## Tract No(s). GR-0340.010

1. **Surface Owner(s):**

   Sandy Creek Farms, Inc.
   c/o Kay Barrington
   2311 CR 1495
   Bradley, OK 73002

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   The First National Bank & Trust Co.,
   302 W Chickasha Ave.,
   Chickasha, OK 73018

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GR-0336.000



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

15

VICINITY MAP
N.T.S.

GR-0340.000
BOOK 3046, PAGE 560

POINT OF BEGINNING
N:12646200.24
E:2025501.38

N89°26'02"E - 1,368.42'

FND. 3/8" I.R.
N/4 COR., SEC. 15

33'

SECTION 10
SECTION 15

E. 1510 RD.

POINT OF COMMENCING
FND. 3/8" I.R.
NW COR., SEC. 15

25'
50' WIDE P.E.R.W.
S22°30'27"E - 583.71'
25'
50'

GR-0340.010
SANDY CREEK FARMS, INC.
BOOK 3046, PAGE 680

GR-0341.000
BOOK 4454, PAGE 298

N00°48'25"W - 1,322.01'
S27°18'33"E - 249.92'
S29°05'05"E - 89.22'
S22°16'12"E - 210.87'

5' WIDE T.W.S.

SECTION 16
SECTION 15

S16°34'24"E - 294.86'

45' WIDE T.W.S.

33'

POINT OF TERMINATION
N:12644883.21
E:2026046.88

N89°24'25"E - 743.66'

GR-0343.000
BOOK 4649, PAGE 315

| TOTAL DISTANCE ACROSS PROPERTY: | 1428.58 FEET |
| | OR: |
| | 86.58 RODS |
| TOTAL AREA OF P.E.R.W.: | 1.640 ACRES |
| TOTAL AREA OF T.W.S.: | 1.620 ACRES |
| TOTAL AREA OF A.T.W.S: | 0.000 ACRES |

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

### NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

GRAPHIC SCALE IN FEET
200   0   200   400

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY 1434 OKLAHOMA

9-25-17

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF SANDY CREEK FARMS, INC. |
|---|---|---|
| CKD BY: | TRC | |
| DATE: | 8/7/17 | |
| SCALE: | 1" = 400' | |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 0 | 9/20/2017 | CERTIFIED |

| DRAWING: | GR-0340.010 | SHEET NO.   1   OF   2 |

**Cheniere Midstream**　　　　　　**EXHIBIT "A"**　　　　　　**MIDSHIP Mainline**
Owner: Sandy Creek Farms, Inc.　　　　　　　　　　　　　　　　TRACT NO. GR-0340.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northwest quarter of Section 15, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Sandy Creek Farms, Inc., recorded in Book 3046, Page 560, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 3/8 inch iron rod found marking the northwest corner of said Section 15; **THENCE** North 89°26'02" East, with the north line of said Section 15, a distance of 1368.42 feet to the **POINT OF BEGINNING**;

**THENCE** South 22°30'27" East, a distance of 583.71 feet, to a point;

**THENCE** South 27°18'33" East, a distance of 249.92 feet, to a point;

**THENCE** South 29°05'05" East, a distance of 89.22 feet, to a point;

**THENCE** South 22°16'12" East, a distance of 210.87 feet, to a point;

**THENCE** South 16°34'24" East, a distance of 294.86 feet, to the **POINT OF TERMINATION** on the south line of the northeast quarter of the northwest quarter of said Section 15, from which a 3/8 inch iron rod found marking the north quarter corner of said Section 15 bears North 89°24'25" East a distance of 743.66 feet to the southeast corner of the northeast quarter of the northwest quarter of said Section 15, **THENCE** North 00°48'26" West, with the east line of the northwest quarter of said Section 15, a distance of 1322.01 feet, said baseline having a total distance of 1428.58 feet (86.58 rods), said Permanent Easement & Right of Way containing 1.640 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0340.010, Rev. 0, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:  9.25.17

*(Surveyor's seal: REGISTERED PROFESSIONAL LAND SURVEYOR — J. M. DENNEY — 1434 — OKLAHOMA)*

## Tract No(s). GR-0353.000

1. **Surface Owner(s):**

> Mark A. Morris, as Trustee of the Mark
> A. Morris Revocable Trust dated March
> 27, 2012,
> 2840 County Street 2791
> Chickasha, Oklahoma 73018

> Marylin Morris, Trustee of the Marylin
> Morris Revocable Trust dated March 27,
> 2012,
> 2840 County Street 2791
> Chickasha, Oklahoma 73018

2. **Other Persons-in-Interest:**

> Central Land Consulting LLC
> c/o The Corporation Company
> 1833 S Morgan Rd.,
> Oklahoma City, OK 73128

> First National Bank of Chickasha
> 302 W Chickasha Ave,
> Chickasha, OK 73018

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 7,571.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

GR-0352.020
BOOK 3539, PAGE 151

POINT OF
BEGINNING
N:12835699.84
E:2032265.16

N89°23'50"E – 2,735.34'     S01°10'03"E – 9.84'

S00°11'47"E – 338.31'

POINT OF
COMMENCING
FND. 1/2" I.R.
NW COR., SEC. 26

RIGHT OF WAY AGREEMENT
BOOK 5056, PAGE 604
BOOK 4957, PAGE 1
BOOK 4956, PAGE 589
BOOK 5065, PAGE 620
50' PIPELINE EASEMENT

SEE DETAIL "2"
SHEET 2 AND 3 OF 4

5' WIDE T.W.S.
45' WIDE T.W.S.

GR-0353.000
MARK A. MORRIS, AS TRUSTEE OF
THE MARK A. MORRIS REVOCABLE
TRUST AND MARYLIN MORRIS,
TRUSTEE OF THE MARYLIN
MORRIS REVOCABLE TRUST
BOOK 4535, PAGE 598

S05°03'19"W – 1,238.94'

50' WIDE P.E.R.W.

S44°57'33"W – 228.86'

SEE DETAIL "3"
SHEET 2 AND 3 OF 4

SEE DETAIL "4"
SHEET 2 AND 3 OF 4

T.A.R. - 44
2,897 - 25' WIDE EASEMENT
1.663 ACRES
SEE DETAIL "1"
SHEET 2 AND 3 OF 4

S19°33'32"W – 954.22'

S89°23'07"W – 2,745.55'

FND. 1/2" I.R.
W/4 COR., SEC. 26

GR-0355.000
BOOK 4535, PAGE 596

POINT OF
TERMINATION
N:12633657.85
E:2032315.26

TOTAL DISTANCE ACROSS PROPERTY:   2767.97 FEET
OR:   167.76 RODS
TOTAL AREA OF P.E.R.W.:   3.177 ACRES
TOTAL AREA OF T.W.S.:   3.185 ACRES
TOTAL AREA OF A.T.W.S.:   1.184 ACRES

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

250   0   250   500
GRAPHIC SCALE IN FEET

**NOTES**

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

REGISTERED PROFESSIONAL LAND SURVEYOR
J. M. DENNEY
1434
OKLAHOMA

TRC
16550 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | ---- | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 600' | MARK A. MORRIS REVOCABLE TRUST, ET AL |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | ADDED DETAILS |
| 1 | 4/27/2018 | REVISED ACCESS ROAD |
| DRAWING: | | GR-0353.000   SHEET NO.  1  OF  4 |



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N01°24'36"W | 448.78' |
| L2 | S81°34'55"E | 14.96' |
| L3 | S79°46'47"E | 27.90' |
| L4 | S77°54'19"E | 52.00' |
| L5 | S69°39'52"E | 36.64' |
| L6 | S61°21'37"E | 29.20' |
| L7 | S52°46'24"E | 51.06' |
| L8 | S44°47'51"E | 39.61' |
| L9 | S37°09'12"E | 52.48' |
| L10 | S31°42'20"E | 75.86' |
| L11 | S31°35'42"E | 68.18' |
| L12 | S42°35'32"E | 42.78' |
| L13 | S55°44'50"E | 39.02' |
| L14 | S75°06'23"E | 59.58' |
| L15 | S87°47'05"E | 67.78' |
| L16 | N89°13'56"E | 101.94' |
| L17 | N89°27'38"E | 227.69' |
| L18 | N89°07'20"E | 163.71' |
| L19 | N89°27'23"E | 357.64' |
| L20 | N89°32'18"E | 122.12' |
| L21 | N89°33'51"E | 150.29' |
| L22 | N88°03'30"E | 165.77' |
| L23 | N89°05'00"E | 216.80' |
| L24 | N89°15'30"E | 183.90' |
| L25 | N89°10'26"E | 161.81' |
| L26 | N89°54'07"E | 136.02' |
| L27 | N89°40'31"E | 141.72' |
| L28 | N88°06'16"E | 63.88' |
| L29 | N78°50'48"E | 66.57' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L30 | S05°03'18"E | 548.70' |
| L31 | S84°56'40"E | 25.00' |
| L32 | S05°03'18"W | 200.00' |
| L33 | N84°56'40"W | 25.00' |
| L34 | N05°03'19"E | 200.00' |
| L35 | S06°03'18"W | 1,170.11' |
| L36 | S44°57'33"W | 137.42' |
| L37 | N46°02'27"W | 25.00' |
| L38 | N44°57'33"E | 137.42' |
| L39 | S46°02'27"E | 25.00' |
| L40 | S44°57'34"W | 83.44' |
| L41 | S44°57'33"W | 100.00' |
| L42 | S19°33'32"E | 100.00' |
| L43 | S70°26'28"W | 50.00' |
| L44 | N19°33'32"W | 131.56' |
| L45 | N44°57'33"E | 131.56' |
| L46 | S45°02'26"E | 50.00' |
| L47 | N44°57'33"E | 174.04' |
| L48 | N44°57'33"E | 100.00' |
| L49 | N05°03'18"E | 100.00' |
| L50 | S84°56'41"E | 50.00' |
| L51 | S05°03'18"W | 118.15' |
| L52 | S44°57'33"W | 118.15' |
| L53 | N45°02'27"W | 50.00' |
| L54 | S89°23'13"W | 68.72' |
| L55 | N19°33'32"W | 130.81' |
| L56 | S89°08'50"W | 52.76' |
| L57 | N19°33'32"W | 206.24' |
| L58 | N70°26'29"E | 50.00' |
| L59 | S19°33'32"E | 223.17' |
| L60 | N19°33'32"W | 108.45' |
| L61 | S87°11'11"W | 50.06' |
| L62 | N19°33'32"W | 200.00' |
| L63 | N70°26'28"E | 50.00' |
| L64 | S19°33'32"E | 197.16' |

NOTE:

SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

## LEGEND

| I.R. | IRON ROD |
|---|---|
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT | |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY | |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF | |
| SCALE: | N.T.S. | MARK A. MORRIS REVOCABLE TRUST, ET AL | |
| REV# | DATE | DESCRIPTION | |
| 2 | 8/23/2018 | ADDED DETAILS | |
| 1 | 4/27/2018 | REVISED ACCESS ROAD | |
| DRAWING: | | GR-0363.000 | SHEET NO. 3 OF 4 |

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Mark A. Morris Revocable Trust, et al                              TRACT NO. GR-0353.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of Section 26, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Mark A. Morris, as Trustee of the Mark A. Morris Revocable Trust and Marylin Morris, Trustee of the Marylin Morris Revocable Trust, recorded in Book 4535, Page 596, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 iron rod found marking the northwest corner of said Section 26; **THENCE** North 89°23'50" East, with the north line of said Section 26, a distance of 2735.34 feet to the **POINT OF BEGINNING;**

**THENCE** South 01°10'03" East, a distance of 9.64 feet, to a point;

**THENCE** South 00°11'47" East, a distance of 338.31 feet, to a point;

**THENCE** South 05°03'19" West, a distance of 1236.94 feet, to a point;

**THENCE** South 44°57'33" West, a distance of 228.86 feet, to a point;

**THENCE** South 19°33'32" East, a distance of 954.22 feet, to the **POINT OF TERMINATION** on the south line of the north half of said Section 26, from which a 1/2 inch iron rod found marking the west quarter corner of said Section 26 bears South 89°23'07" West a distance of 2745.55 feet, said baseline having a total distance of 2767.97 feet (167.76 rods), said Permanent Easement & Right of Way containing 3.177 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0353.000, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor          Date:
Oklahoma Registration No. 1434
Firm License No. 144

**Tract No(s). GR-0355.000**

1. **Surface Owner(s):**

   Shana Marie Elledge and Johnathan Eugene Elledge,
   Trustees of the Shana & Johnathan Eugene Elledge Family Trust
   Dated June 27, 2018
   4126 County Street 2980
   Bradley, OK 73011

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

   Mark Morris
   2840 County Street 2791
   Chickasha, Oklahoma 73018

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $3,534.00



# EXHIBIT "A"

GRADY COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 4 NORTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN



**Cheniere Midstream**                    **EXHIBIT "A"**              **MIDSHIP Mainline**
Owner: Shana & Johnathan Elledge Family Trust                         TRACT NO. GR-0355.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 26, Township 4 North, Range 5 West of the Indian Meridian, Grady County, Oklahoma and being over, through and across a tract of land conveyed to Shana Marie Elledge and Johnathan Eugene Elledge, Trustees of the Shana & Johnathan Elledge Trust Family Trust Dated June 27, 2018, recorded in Book 5444, Page 453, of the Office of the Clerk and Recorder of Grady County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the west quarter corner of said Section 26; THENCE North 89°23'07" East, with the north line of the south half of said Section 26, a distance of 2745.55 feet to the POINT OF BEGINNING;

THENCE South 19°33'32" East, a distance of 143.73 feet, to a point;

THENCE South 43°02'34" East, a distance of 250.20 feet, to a point;

THENCE South 19°29'01" East, a distance of 1052.01 feet, to the POINT OF TERMINATION on the south line of the north half of the southeast quarter of said Section 26, from which a 3/8 inch iron rod with cap found marking the south quarter corner of said Section 26 bears South 89°18'05" West, with the south line of the north half of the southeast quarter of said Section 26, a distance of 658.98 feet, THENCE South 00°48'37" East, with the west line of the southeast quarter of said Section 26, a distance of 1317.08 feet, said baseline having a total distance of 1445.94 feet (87.63 rods), said Permanent Easement & Right of Way containing 1.660 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GR-0355.000, Rev. 1, same date.

James Michael Denney                                              Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## KINGFISHER COUNTY

### Tract No(s). CL-KI-0026.000

1. **Surface Owner(s):**

   Vincent N. Rother
   P.O. Box 642
   225 S. 4th Str.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $8,993.00



**EXHIBIT "A"**
KINGFISHER COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 16 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

### KINGFISHER COUNTY, OKLAHOMA
### SECTION 15, TOWNSHIP 15 NORTH,
### RANGE 6 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
1" = 300'

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | N00°53'19"W | 60.12' |
| L2 | N89°39'18"E | 3.58' |
| L3 | N00°41'40"W | 9.88' |
| L4 | N89°40'13"E | 34.39' |
| L5 | N00°53'07"W | 70.27' |
| L6 | N89°28'08"E | 149.40' |
| L7 | S00°33'54"E | 50.00' |
| L8 | S89°28'29"W | 120.93' |
| L9 | S44°26'08"W | 28.70' |
| L10 | S89°40'07"W | 7.77' |
| L11 | N89°26'35"E | 572.19' |
| L12 | N00°33'56"W | 50.00' |
| L13 | N89°26'08"E | 150.00' |
| L14 | S00°33'54"E | 50.00' |
| L15 | S89°26'05"W | 150.00' |
| L16 | N89°26'05"E | 99.32' |
| L17 | N00°33'56"W | 50.00' |
| L18 | N89°26'05"E | 150.00' |
| L19 | S00°33'54"E | 50.00' |
| L20 | S89°26'05"W | 150.00' |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| —⫲— | BROKEN LINE NOT SCALABLE |
| ——— | PROPERTY LINE |
| ——— | BASELINE |
| —⊣⊢— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |



16550 Park Ten Place
Houston, TX 77084
(281) 616-0300

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---------|------|-----------------------------|
| DWG BY: | CP | CHISHOLM LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/15/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | VINCENT N. ROTHER |
| REV# | DATE | DESCRIPTION |
| 2 | 6/15/2018 | ADDED DETAIL |
| 1 | 5/16/2018 | REVISED ROUTE AND A.T.W.S. |
| DRAWING: | | CL-KI-0028.000  SHEET NO.  2  OF  3 |

**Cheniere Midstream**
Owner: Vincent N. Rother

**EXHIBIT "A"**

**Chisholm Lateral**
TRACT NO. CL-KI-0026.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southwest quarter of Section 15, Township 15 North, Range 6 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Vincent N. Rother, recorded in Book 2179, Page 60, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 5/8-inch iron rod with aluminum cap marked "TRC CA #144" set marking the south quarter corner of said Section 15; THENCE North 00°49'44" West, with the east line of the southwest quarter of said Section 15, a distance of 169.52 feet to the POINT OF BEGINNING;

THENCE South 89°26'05" West, a distance of 2551.03 feet, to a point;

THENCE South 44°26'05" West, a distance of 28.87 feet, to a point;

THENCE South 89°40'12" West, a distance of 74.26 feet, to the POINT OF TERMINATION on the west line of said Section 15, from which a 1/2-inch iron rodad found marking the southwest corner of said Section 15 bears South 00°53'19" East, with the west line of said Section 15, a distance of 149.88 feet, said baseline having a total distance of 2654.16 feet (160.86 rods), said Permanent Easement & Right of Way containing 3.045 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 and 2 of 3, drawing number CL-KI-0026.000, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

**Tract No(s). <u>CL-KI-0035.000</u>**

1. **Surface Owner(s):**

   Karen Schoeling Manuel
   11809 Sundance Mountain Rd.
   Oklahoma City, OK 73162

   Dale Schoeling
   10461 Meadow Ridge Road
   Edmond, OK 73025

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $6,928.00



## EXHIBIT "A"
### KINGFISHER COUNTY, OKLAHOMA
### SECTION 20, TOWNSHIP 15 NORTH,
### RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | CHISHOLM LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 6/27/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | KAREN SCHOELING MANUEL AND DALE SCHOELING |
| REV# | DATE | DESCRIPTION |
| 3 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 2 | 8/16/2018 | ADDED T.A.R. & A.T.W.S. |
| DRAWING: | | CL-KI-0035.000 | SHEET NO. 1 OF 5 |



## EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 15 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

E 0860 RD.

FND. 1/2" I.R.
NW COR., SEC. 20

N00°31'55"W - 70.00'

N90°00'00"W - 33.09'

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N90°00'00"E | 63.99' |
| L2 | N44°59'58"E | 27.00' |
| L3 | N89°41'12"E | 71.10' |
| L4 | S45°00'00"W | 98.26' |
| L5 | N90°00'00"W | 84.43' |
| L6 | N00°16'10"W | 50.00' |

DETAIL "1"
N.T.S.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
60   0   50   100

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CP | CHISHOLM LATERAL PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 6/27/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | KAREN SCHOELING MANUEL AND DALE SCHOELING |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 2 | 8/16/2018 | ADDED T.A.R. & A.T.W.S. |

| DRAWING: | CL-KG-0036.000 | SHEET NO. 2 OF 5 |



# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 15 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

N89°41'12"E - 484.08'

**P.A.R. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L7 | S00°18'48"E | 347.33' |
| L8 | S16°60'56"E | 39.19' |
| L9 | S49°56'05"E | 44.50' |
| L10 | S64°47'20"E | 33.80' |
| L11 | S88°20'32"E | 79.91' |

T.A.R. 5B - 546'
25' WIDE EASEMENT
0.300 ACRES

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L12 | N07°15'04"W | 100.00' |
| L13 | N82°44'56"E | 100.00' |
| L14 | S07°15'04"E | 100.00' |
| L15 | S82°44'56"W | 100.00' |

**DETAIL "Z"**
N.T.S.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E./R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
60   0   50   100

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | CP | CHISHOLM LATERAL PROJECT |
|---------|-----|------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 6/27/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | KAREN SCHOELING MANUEL AND DALE SCHOELING |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 2 | 8/16/2018 | ADDED T.A.R. & A.T.W.S. |

DRAWING:   CL-KI-0033.000   SHEET NO.   3   OF   5



# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 20, TOWNSHIP 15 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

### A.T.W.S. SEGMENT TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L16 | S00°46'15"E | 150.00' |
| L17 | S89°41'13"W | 50.00' |
| L18 | N00°46'16"W | 149.60' |
| L19 | N89°13'45"E | 50.00' |

E 0860 RD.   SECTION 17

N89°33'27"E - 70.00'

N00°46'16"W - 9.35'

SECTION 20

DETAIL "3"
N.T.S.

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-9100

GRAPHIC SCALE IN FEET
60   0   50   100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | CHISHOLM LATERAL PROJECT |
|---------|-----|--------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 6/27/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | KAREN SCHOELING MANUEL AND DALE SCHOELING |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 8/23/2018 | REVISED T.A.R. DETAIL |
| 2 | 8/16/2018 | ADDED T.A.R. & A.T.W.S. |

DRAWING: CL-KI-0035.000   SHEET NO.   4   OF   5

**Cheniere Midstream**               **EXHIBIT "A"**                **Chisholm Lateral**
Owner: Karen Schoeling Manuel and Dale Schoeling                   TRACT NO. CL-KI-0035.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 20, Township 15 North, Range 6 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Karen Schoeling Manuel and Dale Schoeling, recorded in Book 2629, Page 146, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the north quarter corner of said Section 20; THENCE South 89°33'27" West, along the north line of said Section 20, a distance of 918.82 feet to the POINT OF BEGINNING;

THENCE South 00°46'16" East, a distance of 189.51 feet, to a point;

THENCE South 89°41'12" West, a distance of 1668.82 feet, to a point;

THENCE South 45°00'00" West, a distance of 26.77 feet, to a point;

THENCE North 90°00'00" West, a distance of 68.70 feet, to the POINT OF TERMINATION on the west line of said Section 20, from which a 1/2 inch iron rod found marking the northwest corner of said Section 20 bears North 00°31'55" West, along the west line of said Section 20, a distance of 204.00 feet, said baseline having a total distance of 1953.80 feet (118.41 rods), said Permanent Easement & Right of Way containing 2.243 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CL-KI-0035.000, Rev. 3, same date.

James Michael Denney                                Date: 6/27/2018
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CL-KI-0065.000

1. **Surface Owner(s):**
   Terry Bruce Luber,
   Personal Representative of
   The Estate of Willis E. Luber, deceased, and all heirs and, or legatees,
   devisees, trustees, creditors and assigns of Willis E. Luber, deceased,
   P.O. Box 720
   221 S. 4th Street
   Okarche, OK 73762

   Sheryl Lynn Luber
   1404 West Ash St.,
   El Reno, OK

   W. Bruce Luber
   808 Wandering Way
   Oklahoma City, OK 73170

   Terry Bruce Luber and Diana Luber,
   P.O. Box 720
   221 S. 4th Street
   Okarche, OK 73762

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $12,826.00 (with CL-KI-0067.000)



EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
1"=100'

DETAIL "2"
1"=200'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S00°32'13"E | 75.00' |
| L2 | S89°38'30"W | 34.44' |
| L3 | S00°21'30"E | 50.00' |
| L4 | S89°38'30"W | 150.00' |
| L5 | N00°21'30"W | 50.00' |
| L6 | N89°38'31"E | 150.00' |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | S89°20'24"W | 831.28' |
| L8 | S89°09'57"W | 456.66' |

LEGEND
I.R.       IRON ROD
I.P.       IRON PIPE
FND.       FOUND
N.T.S.     NOT TO SCALE
R.O.W.     RIGHT OF WAY
T.W.S.     TEMPORARY WORKSPACE
A.T.W.S.   ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.   PERMANENT EASEMENT & RIGHT OF WAY
T.A.R.     TEMPORARY ACCESS ROAD
P.A.R.     PERMANENT ACCESS ROAD
——————     BROKEN LINE NOT SCALABLE
——————     PROPERTY LINE
——————     BASELINE
——t——      EXISTING PIPELINE
——R/W——    STATUTORY R.O.W.

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.


16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | CHISHOLM LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/1/17 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | ESTATE OF WILLIS E. LUBER, DECEASED |
| REV# | DATE | DESCRIPTION |
| 3 | 8/15/2018 | ADDED DETAILS |
| 2 | 11/8/2017 | REVISED LO NAME |
| DRAWING: | CL-KI-0065.000 | SHEET NO.  2  OF  3 |

**Cheniere Midstream**                **EXHIBIT "A"**                **Chisholm Lateral**
Owner: Estate of Willis E. Luber, deceased                                TRACT NO. CL-KI-0065.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of Section 26, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Estate of Willis E. Luber, deceased, recorded in Book 800 Page 552, Book 627 Page 409, Book 538 Page 246 and Book 563 Page 3 of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2-inch iron rod found marking the northeast corner of said Section 26; THENCE South 00°32'13" East a distance of 58.05 feet to the POINT OF BEGINNING;

THENCE South 89°38'30" West, a distance of 1223.96 feet, to a point;

THENCE South 88°45'27" West, a distance of 1402.73 feet, to the POINT OF TERMINATION on the west line of the northeast quarter of said Section 26, from which a 1/2- inch iron rod found marking the east quarter corner of said Section 26 bears South 00°31'14" East a distance of 2594.20 feet, THENCE North 89°00'48" East a distance of 2627.40 feet, said baseline having a total distance of 2626.69 feet (159.19 rods), said Permanent Easement & Right of Way containing 3.015 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0065.000, Rev. 1, same date.

James Michael Denney                                      Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CL-KI-0066.000

1. **Surface Owner(s):**

        Albert Joseph Skoch
        625 Queensboro Pl.,
        Yukon, OK 73099

        The Dennis G. and Helen
        M. Jones 2015 Revocable Trust dated the
        17th day of March, 2015, Dennis G. Jones and Helen M. Jones,
        Co-Trustees,
        1700 Leawood Dr.,
        Edmond, OK 73034

        The Earlene R. Allison Trust Dated September 11,
        2017, a revocable living trust, Earlene R. Allison, Trustee,
        503 Kingston Pl.,
        Yukon, OK 73099

        Marilyn Elizabeth Skoch
        12401 N. MacArthur, Apt. 2113
        Oklahoma City, OK 73142

        Robert Eugene Skoch
        1109 NW 196th St.,
        Edmond, OK 73012

        Donald Richard Skoch
        1825 W Highway 66
        Yukon, OK 73099

        Marilyn Elizabeth Skoch,
        Trustee of the Marilyn E. Skoch Trust
        dated June 20, 2018,
        12401 N. MacArthur, Apt. 2113
        Oklahoma City, OK 73142

2. **Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $9,602.00



**EXHIBIT "A"**

KINGFISHER COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | CHISHOLM LATERAL PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/16/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 500' | ALBERT JOSEPH SKOCH, ET AL |
| REV# | DATE | DESCRIPTION |
| 1 | 8/17/2018 | ADDED DETAIL |
| 0 | 8/22/2017 | CERTIFIED |
| DRAWING: | CL-KI-0066.000 | SHEET NO. 1 OF 6 |



# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
**N.T.S.**

25

FND. 1/2" I.R.
NW COR., SEC. 25

E 0870 RD.          SECTION 24

SECTION 25

N00°32'13"W
75.00'

S89°38'33"W - 21.75'

S89°19'44"W - 45.75'

| ATWS SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N89°38'22"E | 5.88' |
| L2 | N89°19'45"E | 125.94' |
| L3 | S00°40'15"E | 50.00' |
| L4 | S89°19'45"W | 125.94' |
| L5 | S89°19'43"W | 5.88' |
| L6 | N00°40'14"W | 50.03' |

| ATWS SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L7 | N89°19'45"E | 200.00' |
| L8 | S00°40'15"E | 50.00' |
| L9 | S89°19'45"W | 200.00' |
| L10 | N00°40'15"W | 50.00' |

NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | PROPERTY LINE |
| | BROKEN LINE NOT SCALABLE |
| | BASELINE |
| | EXISTING PIPELINE |
| R/W | STATUTORY R.O.W. |

TRC
15350 Park Ten Place
Houston, TX 77084
(281) 616-0100

50   0   50   100
**GRAPHIC SCALE IN FEET**

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CR | CHISHOLM LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF ALBERT JOSEPH SKOCH, ET AL | |
| CKD BY: | TRC | | |
| DATE: | 8/16/18 | | |
| SCALE: | 1"=100' | | |
| REV# | DATE | DESCRIPTION | |
| 1 | 8/17/2018 | ADDED DETAIL | |
| 0 | 8/22/2017 | CERTIFIED | |
| DRAWING: | CL-KI-0066.000 | SHEET NO. | 2 OF 6 |



EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

FND. 1/2" I.R.
N/4 COR., SEC. 25

E 0870 RD.    SECTION 24    66'

SECTION 25

S00°32'11"E - 75.00'

S89°19'45"W - 117.83'

| ATWS SEGMENT TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L11 | S00°40'15"E | 50.00' |
| L12 | S89°19'45"W | 150.00' |
| L13 | N00°40'15"W | 50.00' |
| L14 | N89°19'45"E | 150.00' |

| ATWS SEGMENT TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L15 | S00°32'11"E | 50.00' |
| L16 | S89°19'45"W | 52.42' |
| L17 | N00°40'15"W | 50.00' |
| L18 | N89°19'45"E | 52.53' |

DETAIL "2"
N.T.S.

LEGEND
I.R.        IRON ROD
I.P.        IRON PIPE
FND.        FOUND
N.T.S.      NOT TO SCALE
R.O.W.      RIGHT OF WAY
T.W.S.      TEMPORARY WORKSPACE
A.T.W.S.    ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.    PERMANENT EASEMENT & RIGHT OF WAY
            BROKEN LINE NOT SCALABLE
            PROPERTY LINE
            BASELINE
            EXISTING PIPELINE
            STATUTORY R.O.W.

TRC
16550 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
50  0  50  100

NOTE:
SEE SHEET 1 OF 8 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---------|---------|---|
| DWG BY: | CR | CHISHOLM LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/16/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | ALBERT JOSEPH SKOCH, ET AL |
| REV# | DATE | DESCRIPTION |
| 1 | 8/17/2018 | ADDED DETAIL |
| 0 | 8/22/2017 | CERTIFIED |
| DRAWING: | CL-KI-0066.000 | SHEET NO.  3  OF  8 |



## EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 15 NORTH,
RANGE 6 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

FND. 1/2" I.R.
NW COR., SEC. 25

E 0870 RD.   SECTION 24

N00°00'00"E
25.00'

SECTION 25

CL-KI-0066.000
ALBERT JOSEPH SKOCH, ET AL
BOOK 2773, PAGE170
BOOK 2675, PAGE 70

| TWS SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L19 | N00°32'13"W | 50.00' |
| L20 | N89°38'30"E | 27.45' |
| L21 | N89°18'45"E | 2,626.64' |
| L22 | S00°32'11"E | 50.00' |
| L23 | S89°19'45"W | 52.53' |
| L24 | S89°19'45"W | 117.83' |
| L25 | S89°19'45"W | 150.00' |
| L26 | S89°19'45"W | 1,751.05' |

| TWS SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L27 | S89°19'45"W | 200.00' |
| L28 | S89°19'44"W | 45.75' |
| L29 | N00°40'15"W | 25.00' |
| L30 | S89°19'46"W | 128.40' |
| L31 | S00°40'15"E | 25.00' |
| L32 | S89°19'46"W | 35.69' |
| L33 | S89°19'45"W | 144.32' |
| L34 | S89°38'30"W | 27.43' |

DETAIL "3"
1" = 200'

NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

16350 Park Ten Place
Houston, TX 77084
(281) 616-0300

100   0   100   200
GRAPHIC SCALE IN FEET

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CR | CHISHOLM LATERAL PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/16/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | ALBERT JOSEPH SKOCH, ET AL |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 1 | 8/17/2018 | ADDED DETAIL |
| 0 | 6/22/2017 | CERTIFIED |
| DRAWING: | CL-KI-0066.000 | SHEET NO.   4   OF   6 |



# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 25, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

25

FND. 1/2" I.R.
N/4 COR., SEC. 25

86'

E 0970 RD.    SECTION 24

L21

N00°32'11"W - 26.00'
L22

L26    SECTION 25    L24

L25    L23

MATCHLINE
SEE SHEET 4 OF 6

CL-KI-0066.000
ALBERT JOSEPH SKOCH, ET AL
BOOK 2773, PAGE170
BOOK 2679, PAGE 70

DETAIL "3" CONTINUED
1" = 200'

NOTE:
SEE SHEET 1 OF 6 FOR NOTES, SIGNATURE, AND SEAL

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

100    0    100    200
GRAPHIC SCALE IN FEET

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | CHISHOLM LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 6/19/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | ALBERT JOSEPH SKOCH, ET AL |
| REV# | DATE | DESCRIPTION |
| 1 | 8/17/2018 | ADDED DETAIL |
| D | 8/22/2017 | CERTIFIED |
| DRAWING: | | CL-KI-0066.000    SHEET NO.    5   OF   6 |

**Cheniere Midstream**
Owner: Albert Joseph Skoch, et al

**EXHIBIT "A"**

**Chisholm Lateral**
TRACT NO. CL-KI-0066.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 25, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Albert Joseph Skoch, Helen Marie Skoch Jones, Earlene Rose Skoch Allison, Marlyn Elizabeth Skoch, Robert Eugene Skoch, and Donald Richard Skoch, recorded in Book 2675, Page 70, and that portion conveyed to Helen Marie Skoch Jones being further conveyed to Dennis G. Jones and Helen M. Jones, as Co-Trustees of the Dennis G. and Helen M. Jones 2015 Revocable Trust, recorded in Book 2773, page 170, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a ½ inch iron rod found marking the north quarter corner of said Section 25; THENCE South 00°32'11" East, with the east line of the northwest quarter of said Section 25, a distance of 56.88 feet to the **POINT OF BEGINNING;**

THENCE South 89°19'45" West, a distance of 2625.53 feet, to a point;

THENCE South 89°38'30" West, a distance of 27.46 feet, to the **POINT OF TERMINATION** on the west line of said Section 25, from which a ½ inch iron rod found marking the northwest corner of said Section 25 bears North 00°32'13" West, along the west line of said Section 25, a distance of 58.05 feet, said baseline having a total distance of 2652.99 feet (160.79 rods), said Permanent Easement & Right of Way containing 3.045 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 2, drawing number CL-KI-0066.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

*[Seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1434, OKLAHOMA]*

## Tract No(s). CL-KI-0067.000

**1. Surface Owner(s):**

Terry Bruce Luber,
Personal Representative of
The Estate of Willis E. Luber, deceased, and all heirs and, or legatees,
devisees, trustees, creditors and assigns of Willis E. Luber, deceased,
P.O. Box 720
Okarche, OK 73762
221 S. 4th Street
Okarche, OK 73762

Sheryl Lynn Luber
1404 West Ash St.,
El Reno, OK

W. Bruce Luber
808 Wandering Way
Oklahoma City, OK 73170

Terry Bruce Luber and Diana Luber,
P.O. Box 720
Okarche, OK 73762
221 S. 4th Street
Okarche, OK 73762

**2. Other Persons-in-Interest:**

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

**3. Legal Description:**

*See* attached plat.

**4. Just Compensation:**

*See* Cl-KI-0065.000



# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN







**DETAIL "1"**
1"=200'



**DETAIL "2"**
1"=100'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S00°27'03"E | 75.00' |
| L2 | N88°56'13"E | 345.22' |
| L3 | N88°56'13"E | 186.62' |
| L4 | S89°36'15"E | 13.38' |
| L5 | S00°21'43"W | 50.00' |
| L6 | N89°36'20"W | 12.75' |
| L7 | S88°56'13"W | 186.00' |
| L8 | N01°03'48"W | 50.00' |
| L9 | S00°31'14"E | 75.01' |
| L10 | S88°45'27"W | 14.57' |
| L11 | N89°38'56"W | 3.43' |
| L12 | S00°21'43"W | 50.00' |
| L13 | N89°38'13"W | 159.38' |
| L14 | N00°21'01"W | 50.00' |
| L15 | S89°38'17"E | 200.00' |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| ——————— | BROKEN LINE NOT SCALABLE |
| ——————— | PROPERTY LINE |
| ——————— | BASELINE |
| —— I —— | EXISTING PIPELINE |
| —— R/W —— | STATUTORY R.O.W. |


16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

**NOTE:**

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | CHISHOLM LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF ESTATE OF WILLIS E. LUBER, DECEASED | |
| CKD BY: | TRC | | |
| DATE: | 8/15/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 3 | 8/15/2018 | ADDED DETAILS | |
| 2 | 11/9/2017 | REVISED LO NAME | |
| DRAWING: | | CL-KI-0067.000 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**          **EXHIBIT "A"**          **Chisholm Lateral**
Owner: Estate of Willis E. Luber, deceased                                TRACT NO. CL-KI-0067.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the northwest quarter of Section 26, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Estate of Willis E. Luber, deceased, recorded in Book 888, Page 946, Book 877, Page 896 and Book 864, Page 213, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the northeast corner of said Section 26; THENCE South 88°54'48" West, along the north line of said Section 26, a distance of 2626.68 feet, THENCE South 00°31'14" East, along the east line of the northwest quarter of said Section 26, a distance of 46.31 feet to the POINT OF BEGINNING;

THENCE South 88°45'27" West, a distance of 14.47 feet, to a point;

THENCE North 89°38'17" West, a distance of 765.98 feet, to a point;

THENCE South 88°56'13" West, a distance of 532.98 feet, to the POINT OF TERMINATION on the west line of the east half of the northwest quarter of said Section 26, from which a PK nail marking the northwest corner of said Section 26 bears North 00°27'03" West, along the west line of the east half of the northwest quarter of said Section 26, a distance of 26.77 feet, THENCE South 88°54'48" West, along the north line of said Section 26, a distance of 1313.34 feet, said baseline having a total distance of 1313.43 feet (79.60 rods), said Permanent Easement & Right of Way containing 1.508 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0067.000, Rev. 1, same date.

_____                          Date: _____
James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s).CL-KI-0069.000

1. **Surface Owner(s):**

   Bradley Charles Krittenbrink
   10301 E 880 Rd.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $5,851.00



## EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 26, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
1"=100'

### A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N00°27'03"W | 25.00' |
| L2 | S88°56'13"W | 210.72' |
| L3 | S46°25'06"W | 0.12' |
| L4 | S46°24'34"W | 78.98' |
| L5 | S46°24'33"W | 200.00' |
| L6 | N43°35'25"W | 50.00' |
| L7 | N46°36'07"E | 223.55' |
| L8 | N89°06'09"E | 72.63' |
| L9 | S00°27'03"E | 75.00' |
| L10 | S88°56'13"W | 51.28' |
| L11 | S01°03'48"E | 50.00' |
| L12 | S88°56'12"W | 100.00' |
| L13 | S46°24'34"W | 200.00' |
| L14 | N43°35'26"W | 50.00' |
| L15 | N46°24'34"E | 219.46' |
| L16 | N88°56'13"E | 119.46' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND
I.R.         IRON ROD
I.P.         IRON PIPE
FND.         FOUND
N.T.S.       NOT TO SCALE
R.O.W.       RIGHT OF WAY
T.W.S.       TEMPORARY WORKSPACE
A.T.W.S.     ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.     PERMANENT EASEMENT & RIGHT OF WAY
—/—          BROKEN LINE NOT SCALABLE
             PROPERTY LINE
             BASELINE
—+—          EXISTING PIPELINE
—R/W—        STATUTORY R.O.W.



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CR | CHISHOLM LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/14/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | THE MARK AND SARAH OPPEL REVOCABLE TRUST, ET AL |
| REV# | DATE | DESCRIPTION |
| 1 | 8/14/2018 | ADDED DETAILS |
| 0 | 9/20/2017 | CERTIFIED |
| DRAWING: | | CL-KI-0069.000 | SHEET NO.  2  OF  3 |

**Cheniere Midstream**  **EXHIBIT "A"**  **Chisholm Lateral**

Owner: Mark John Oppel and Sarah Beth Oppel, Trustees of the Mark and Sarah Oppel Revocable Trust, Bradley Charles Krittenbrink, Anne Elise Krittenbrink and Allison Leigh Krittenbrink

TRACT NO. CL-KI-0069.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northwest quarter of Section 26, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Mark John Oppel and Sarah Beth Oppel, Trustees of the Mark and Sarah Oppel Revocable Trust, recorded in Book 2923, Page 505 and coveyed to Bradley Charles Krittenbrink, Anne Elise Krittenbrink and Allison Leigh Krittenbrink, recorded in Book 1943, Page 158, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail found marking the northwest corner of said Section 26; THENCE North 88°54'48" East, with the north line of said Section 26, a distance of 1313.34 feet, THENCE South 00°27'03" East, with the east line of the west half of the northwest quarter, a distance of 26.77 feet to the POINT OF BEGINNING;

THENCE South 88°56'13" West, a distance of 193.33 feet, to a point;

THENCE South 46°24'34" West, a distance of 1536.60 feet, to the POINT OF TERMINATION on the west line of said Section 26, from which said PK nail found marking the northwest corner of said Section 26 bears North 00°22'52" West, with the west line of said Section 26, a distance of 1064.97 feet, said baseline having a total distance of 1729.93 feet (104.84 rods), said Permanent Easement & Right of Way containing 1.986 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0069.000, Rev. 1, same date.

James Michael Denney  Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CL-KI-0077.000

1. **Surface Owner(s):**

   KR&K Inc.
   c/o Dale Rother
   603 Reuter Ln.,
   Okarche, OK 73762

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $9,489.00



## EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 33, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 33, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN



**DETAIL "1"**
1" = 300'



**DETAIL "2"**
1" = 200'



**DETAIL "3"**
N.T.S.

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S00°26'13"E | 72.12' |
| L2 | N75°38'03"E | 29.91' |
| L3 | N75°38'03"E | 274.57' |
| L4 | N76°42'13"E | 21.95' |
| L5 | S13°17'47"E | 50.00' |
| L6 | S76°42'15"W | 21.48' |
| L7 | S75°38'03"W | 286.90' |
| L8 | N00°00'00"E | 51.61' |
| L9 | N76°42'13"E | 100.89' |
| L10 | N76°42'13"E | 200.00' |
| L11 | S13°17'48"E | 50.00' |
| L12 | S76°42'13"W | 200.00' |
| L13 | N13°17'47"W | 50.00' |
| L14 | S76°13'11"W | 203.86' |
| L15 | S13°46'49"E | 35.00' |
| L16 | S76°13'11"W | 150.00' |
| L17 | N13°46'49"W | 35.00' |
| L18 | N76°13'11"E | 150.00' |

| T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L19 | N76°13'49"E | 186.19' |
| L20 | N01°20'16"E | 43.22' |
| L21 | N77°02'09"E | 109.59' |
| L22 | N88°13'36"E | 22.23' |
| L23 | S70°05'39"E | 19.89' |
| L24 | S55°50'37"E | 33.01' |

**NOTE:**
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CR | CHISHOLM LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF K R & K, INC. | |
| CKD BY: | TRC | | |
| DATE: | 8/14/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 2 | 8/20/2018 | ADDED DETAIL | |
| 1 | 8/14/2018 | ADDED DETAILS | |
| DRAWING: | CL-K3-0077.000 | SHEET NO.  2  OF  3 | |

**Cheniere Midstream**
Owner: K R & K, Inc.

**EXHIBIT "A"**

**Chisholm Lateral**
TRACT NO. CL-KI-0077.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of Section 33, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to K R & K, Inc., recorded in Book 1408, Page 179, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the center of said Section 33; THENCE North 00°37'32" West, along the east line of the northwest quarter of said Section 33, a distance of 809.00 feet to the POINT OF BEGINNING;

THENCE South 75°17'49" West, a distance of 324.73 feet, to a point;

THENCE South 76°13'20" West, a distance of 727.21 feet, to a point;

THENCE South 76°10'19" West, a distance of 218.94 feet, to a point;

THENCE South 75°59'18" West, a distance of 418.87 feet, to a point;

THENCE South 76°42'13" West, a distance of 728.77 feet, to a point;

THENCE South 75°38'03" West, a distance of 287.77 feet, to the POINT OF TERMINATION on the west line of said Section 33, from which a 3/8 inch iron rod found marking the west quarter corner of said Section 33 bears South 00°26'13" East, along the west line of said Section 33, a distance of 184.40 feet, said baseline having a total distance of 2706.29 feet (164.02 rods), said Permanent Easement & Right of Way containing 3.106 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 and 2 of 3, drawing number CL-KI-0077.000, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

Page 3 of 3

### Tract No(s). CL-KI-0079.010

1.  **Surface Owner(s):**

    Louise Marie Hubbard,
    Trustee of the Louise Marie Hubbard Living Trust
    Agreement dated November 11, 1993,
    11425 NW 109th St
    Yukon, OK 73099

2.  **Other Persons-in-Interest:**

    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3.  **Legal Description:**
    *See* attached plat.

4.  **Just Compensation:**
    $2,276.00



# EXHIBIT "A"

KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

**Cheniere Midstream**                **EXHIBIT "A"**                **Chisholm Lateral**
Owner: The Louise Marie Hubbard Living Trust Agreement                TRACT NO. CL-KI-0079.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the east half of the southeast quarter of Section 32, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Louise Marie Hubbard, Trustee of the Louise Marie Hubbard Living Trust Agreement, recorded in Book 2556, Page 178, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 3/8 inch iron rod found marking the east quarter corner of said Section 32; THENCE South 89°23'24" West, with the north line of the southeast quarter of said Section 32, a distance of 789.94 feet to the POINT OF BEGINNING;

THENCE South 76°25'50" West, a distance of 407.74 feet, to a point;

THENCE South 75°24'44" West, a distance of 133.63 feet, to the POINT OF TERMINATION on the west line of the east half of the southeast quarter of said Section 32, from which a 1/2 inch iron rod found marking the south quarter corner of said Section 32 bears South 00°23'59" East, with the west line of the east half of the southeast quarter of said Section 32, a distance of 2519.01 feet, THENCE South 89°20'41" West, with the south line of said Section 32, a distance of 1318.21 feet, said baseline having a total distance of 541.37 feet (32.81 rods), said Permanent Easement & Right of Way containing 0.621 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number CL-KI-0079.010, Rev. 0, same date.

James Michael Denney                                         Date: 10·12·17
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). CL-KI-0081.000

1. **Surface Owner(s):**

   Dale F. Rother and Marian Elizabeth Rother
   10844 248th St. NW
   Okarche, OK 73762

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $ 18,720.00



**EXHIBIT "A"**
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N90°00'00"E | 100.00' |
| L2 | N00°17'11"W | 100.00' |
| L3 | N89°42'49"E | 50.00' |
| L4 | S00°17'11"E | 150.26' |
| L5 | N90°00'00"E | 150.25' |
| L6 | N00°00'00"E | 50.00' |

CL-KI-0081.000
DALE F. ROTHER AND
MARIAN ELIZABETH ROTHER
BOOK 2347, PAGE 179

N90°00'00"E - 160.54'

WORKSPACE DETAIL 1

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L7 | S38°25'24"E | 50.00' |
| L8 | S51°34'36"W | 87.78' |
| L9 | S00°17'11"E | 100.05' |
| L10 | S69°51'55"W | 50.00' |
| L11 | N00°17'11"W | 124.23' |
| L12 | N51°34'36"E | 112.09' |

S51°34'36"W - 237.31'

CL-KI-0081.000
DALE F. ROTHER AND
MARIAN ELIZABETH ROTHER
BOOK 2347, PAGE 179

WORKSPACE DETAIL 2

NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

I.R.   IRON ROD
I.P.   IRON PIPE
FND.   FOUND
N.T.S.   NOT TO SCALE
R.O.W.   RIGHT OF WAY
T.W.S.   TEMPORARY WORKSPACE
A.T.W.S.   ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.   PERMANENT EASEMENT & RIGHT OF WAY
         TEMPORARY ACCESS ROAD
P.A.R.   PERMANENT ACCESS ROAD
         BROKEN LINE, NOT SCALABLE
         PROPERTY LINE
         BASELINE
         EXISTING PIPELINE
         STATUTORY R.O.W.

| | MIDSHIP PIPELINE COMPANY, LLC | |
|---|---|---|
| DWG BY: | LAT | CHISHOLM LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF |
| DATE: | 7/12/18 | DALE F. ROTHER AND MARIAN ELIZABETH ROTHER |
| SCALE: | 1"=200' | DESCRIPTION |
| REV# | DATE | ADDED DETAILS |
| 2 | 7/12/2018 | REVISED ROUTE |
| 1 | 5/16/2018 | |
| DRAWING: | | CL-KI-0081.000 | SHEET NO. 2 OF 4 |

GRAPHIC SCALE IN FEET
100   0   100   200

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100



# EXHIBIT "A"
KINGFISHER COUNTY, OKLAHOMA
SECTION 32, TOWNSHIP 15 NORTH,
RANGE 8 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

32

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L13 | N89°17'12"E | 160.50' |
| L14 | S78°10'11"E | 19.50' |
| L15 | S34°42'09"W | 56.18' |
| L16 | S89°17'12"W | 188.99' |
| L17 | N00°42'49"W | 50.00' |

N89°18'41"E - 1,288.05'

WORKSPACE DETAIL 3

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L18 | S15°29'27"W | 50.00' |
| L19 | N74°30'33"W | 217.42' |
| L20 | N34°42'09"E | 52.95' |
| L21 | S74°30'33"E | 200.00' |

N74°30'33"W - 324.58'

WORKSPACE DETAIL 4

**A.T.W.S. SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L22 | S00°21'47"E | 25.99' |
| L23 | N74°30'33"W | 8.11' |
| L24 | N15°29'27"E | 25.00' |
| L25 | S74°30'21"E | 1.01' |

S00°21'47"E - 72.77'

WORKSPACE DETAIL 5

NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

**LEGEND**

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | LAT |
| CKD BY: | TRC |
| DATE: | 7/12/2018 |
| SCALE: | 1" = 300' |

CHISHOLM LATERAL PROJECT
PERMANENT EASEMENT & RIGHT OF WAY
ACROSS THE PROPERTY OF
DALE F. ROTHER AND MARIAN ELIZABETH ROTHER

DESCRIPTION
ADDED DETAILS

| REV# | DATE | |
| 2 | 7/12/2018 | REVISED ROUTE |
| 1 | 5/16/2018 | |

DRAWING: CL-KI-0091.000   SHEET NO. 3 OF 4

**TRC**
1630D Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
150   0   150   300

Cheniere Midstream

**EXHIBIT "A"**

Chisholm Lateral
TRACT NO. CL-KI-0081.000

Owner: Dale F. Rother and Marian Elizabeth Rother

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the north half of the southwest quarter of Section 32, Township 15 North, Range 8 West of the Indian Meridian, Kingfisher County, Oklahoma and being over, through and across a tract of land conveyed to Dale F. Rother and Marian Elizabeth Rother, recorded in Book 2347, Page 179, of the Office of the Clerk and Recorder of Kingfisher County, Oklahoma (O.C.R.K.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2-inch iron rod found marking the south quarter corner of said Section 32; THENCE North 00°21'47" West, with the east line of the southwest quarter of said Section 32, a distance of 2343.77 feet to the **POINT OF BEGINNING;**

**THENCE** North 74°30'33" West, a distance of 612.49 feet, to a point;

**THENCE** North 78°10'12" West, a distance of 34.12 feet, to a point;

**THENCE** South 89°14'11" West, a distance of 1498.15 feet, to a point;

**THENCE** South 51°34'36" West, a distance of 407.35 feet, to a point;

**THENCE** South 00°17'11" East, a distance of 629.99 feet, to a point;

**THENCE** North 90°00'00" West, a distance of 190.56 feet, to the **POINT OF TERMINATION** on the west line of said Section 32, from which a 1/2-inch iron rod found marking the west quarter corner of said Section 32 bears North 00°18'30" West a distance of 1004.53 feet, said baseline having a total distance of 3372.66 feet (204.40 rods), said Permanent Easement & Right of Way containing 3.871 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number CL-KI-0081.000, Rev. 2, same date.

_____                          Date: 7-27-18

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

**STEPHENS COUNTY**

**Tract No(s). VL-ST-0003.000**

1. **Surface Owner(s):**
   Daniel E. McCarley, Trustee of the Daniel E. McCarley Trust, dated May 25,2007;
   3672 Course Dr.,
   Sarasota, FL 34232


   Stephen R. Whitten
   2809 Springdale Ln.,
   Duncan, OK 73534



2. **Other Persons-in-Interest:**


3. **Legal Description:**
   *See* attached plat.


4. **Just Compensation:**
   $978.00



# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 1 SOUTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

VL-ST-0004.000
BOOK 3884, PAGE 28
BOOK 3380, PAGE 294
BOOK 3380, PAGE 290

POINT OF
TERMINATION
N:12514160.64
E:2037172.27

S89°04'38"W ~ 361.65'

OLD STATE HIGHWAY 7

SECTION 13

SECTION 24

FND. RAILROAD SPIKE
NW COR., SEC. 24

25' X 138'
A.T.W.S.
DETAIL "3"

N37°23'40"E ~ 19.73'

33'

33'

N27°26'13"E ~ 242.04'

25' WIDE T.W.S.

50' WIDE P.E.R.W.

25'

50'

25' X 100'
A.T.W.S.
DETAIL "2"

N24°11'54"E ~ 402.29'

VL-ST-0002.000
BOOK 3086, PAGE 313
BOOK 3086, PAGE 310
BOOK 2531, PAGE 40

N87°47'07"E ~ 16.49'

VL-ST-0003.000
WHITTEN FAMILY REVOCABLE TRUST, ET AL
BOOK 4243, PAGE 279
BOOK 1871, PAGE 48
BOOK 3701, PAGE 146
BOOK 4059, PAGE 155
BOOK 2349, PAGE 2
BOOK 2793, PAGE 24
BOOK 1672, PAGE 720
BOOK 1992, PAGE 115
BOOK 4925, PAGE 138

N76°10'18"E ~ 54.02'

POINT OF
BEGINNING
N:12513539.88
E:2036814.93

60' X 60'
A.T.W.S.

25' X 17'
A.T.W.S.
DETAIL "1"

N00°24'16"W ~ 2,028.64'

SECTION 23

SECTION 24

POINT OF
COMMENCING
FND. 1/2" I.R. W/ CAP
W¼ COR., SEC. 24

| | | |
|---|---|---|
| TOTAL DISTANCE ACROSS PROPERTY: | 734.57 FEET | |
| | OR: | 44.52 RODS |
| TOTAL AREA OF P.E.R.W.: | 0.843 ACRES | |
| TOTAL AREA OF T.W.S.: | 0.386 ACRES | |
| TOTAL AREA OF A.T.W.S.: | 0.214 ACRES | |

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011))[POCH2010.0000]), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

## LEGEND

| | | |
|---|---|---|
| I.R. | | IRON ROD |
| I.P. | | IRON PIPE |
| FND. | | FOUND |
| N.T.S. | | NOT TO SCALE |
| R.O.W. | | RIGHT OF WAY |
| T.W.S. | | TEMPORARY WORKSPACE |
| A.T.W.S. | | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | | PERMANENT EASEMENT & RIGHT OF WAY |
| | | BROKEN LINE NOT SCALABLE |
| | | PROPERTY LINE |
| | | BASELINE |
| | | EXISTING PIPELINE |
| R/W | | STATUTORY' R.O.W. |

GRAPHIC SCALE IN FEET
100   0   100   200

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M.
DENNEY
1434
OKLAHOMA

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| | | |
|---|---|---|
| DWG BY: | LAT | |
| CKD BY: | TRC | VELMA LATERAL PROJECT |
| DATE: | 7/30/18 | PERMANENT EASEMENT & RIGHT OF WAY |
| SCALE: | 1"=200' | ACROSS THE PROPERTY OF |
| | | WHITTEN FAMILY REVOCABLE TRUST, ET AL |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 7/30/2018 | ADDED DETAILS |
| 2 | 10/19/2017 | REVISED WORKSPACE |

| | | |
|---|---|---|
| DRAWING: | VL-ST-0003.000 | SHEET NO. 1 OF 4 |



# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 1 SOUTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

**WORKSPACE SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|-----------|----------|
| L1 | N87°47'07"E | 17.44' |
| L2 | N05°01'55"E | 25.20' |
| L3 | N76°10'18"E | 68.75' |
| L4 | S21°03'26"W | 69.49' |
| L5 | S87°47'07"W | 81.29' |
| L6 | N00°24'16"W | 25.01' |

S00°24'16"E - 50.03'

DETAIL "1"
N.T.S.

**WORKSPACE SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|-----------|----------|
| L7 | N65°48'06"W | 25.00' |
| L8 | N24°11'54"E | 100.27' |
| L9 | S65°48'06"E | 25.00' |
| L10 | S24°11'54"W | 100.27' |

N24°11'54"E - 54.21'

DETAIL "2"
N.T.S.

**LEGEND**

| | |
|------|------|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |

— — — PROPERTY LINE
BROKEN LINE NOT SCALABLE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-9100

26   0      25        50
GRAPHIC SCALE IN FEET

**NOTE:**
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | LAT | VELMA LATERAL PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF WHITTEN FAMILY REVOCABLE TRUST, ET AL. |
|---------|-----|------|
| CKD BY: | TRC | |
| DATE: | 7/30/18 | |
| SCALE: | 1" = 50' | |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 7/30/2018 | ADDED DETAILS |
| 2 | 10/19/2017 | REVISED WORKSPACE |

| DRAWING: | VL-ST-0003.000 | SHEET NO. 2 OF 4 |
|----------|----------------|------------------|



**EXHIBIT "A"**
STEPHENS COUNTY, OKLAHOMA
SECTION 24, TOWNSHIP 1 SOUTH,
RANGE 5 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

**WORKSPACE SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L11 | N62°33'47"W | 25.00' |
| L12 | N27°26'13"E | 124.94' |
| L13 | N88°60'68"E | 28.21' |
| L14 | S27°26'13"W | 138.00' |

N27°26'13"E - 48.52'

DETAIL "3"
N.T.S.

LEGEND

I.R.    IRON ROD
I.P.    IRON PIPE
FND.    FOUND
N.T.S.  NOT TO SCALE
R.O.W.  RIGHT OF WAY
T.W.S.  TEMPORARY WORKSPACE
A.T.W.S. ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W. PERMANENT EASEMENT & RIGHT OF WAY
        BROKEN LINE NOT SCALABLE
        PROPERTY LINE
        BASELINE
        EXISTING PIPELINE
        STATUTORY R.O.W.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
25   0   25   50

NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

**MIDSHIP PIPELINE COMPANY, LLC**

| DWG BY: | LAT | VELMA LATERAL PROJECT |
|---------|-----|------------------------|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 50' | WHITTEN FAMILY REVOCABLE TRUST, ET AL |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 3 | 7/30/2018 | ADDED DETAILS |
| 2 | 10/19/2017 | REVISED WORKSPACE |
| DRAWING: | | VL-ST-0003.000 | SHEET NO. 3 OF 4 |

**Cheniere Midstream**          **EXHIBIT "A"**                    **Velma Lateral**
Owner: Whitten Family Revocable Trust, et al                    TRACT NO. VL-ST-0003.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northwest quarter of Section 24, Township 1 South, Range 5 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to Whitten Family Revocable Trust, et al, recorded in Book 4243, Page 279, Book 1871, Page 48, Book 3701, Page 148, Book 4038, Page 155, Book 2349, Page 2, Book 2733, Page 24, Book 1872, Page 720, Book 1962, Page 115 and Book 4925, Page 136 of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with cap found marking the west quarter corner of said Section 24; THENCE North 00°24'16" West, with the west line of said Section 24, a distance of 2028.64 feet to the POINT OF BEGINNING;

THENCE North 87°47'07" East, a distance of 16.49 feet, to a point;

THENCE North 76°10'18" East, a distance of 54.02 feet, to a point;

THENCE North 24°11'54" East, a distance of 402.29 feet, to a point;

THENCE North 27°26'13" East, a distance of 242.04 feet, to a point;

THENCE North 37°23'40" East, a distance of 19.73 feet, to the POINT OF TERMINATION on the north line of said Section 24, from which a railroad spike found marking the northwest corner of said Section 24 bears South 89°04'38" West, with the north line of said Section 24, a distance of 361.66 feet, said baseline having a total distance of 734.57 feet (44.52 rods), said Permanent Easement & Right of Way containing 0.843 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 4, drawing number VL-ST-0003.000, Rev. 3, same date.

James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

**Tract No(s). <u>VL-ST-0018.010</u>**

1. **Surface Owner(s):**

   Norwest Capital Management & Trust Co., Trustee or Successor Trustee of the Revocable Living Trust Agreement dated December 17, 1980,
   Troy Goodwin, agent
   175 N 27th St 1st NW Natl Bldg,
   Billings MT 59117

   A. P. Goodwin, Jr.
   28116 Highway 76
   Foster OK 73424

   Donald L. Green
   13336 SE 147th Road
   Wister, OK 74966

   E Arline Sims
   286277 E 1790 Rd.
   Comanche, OK 73529

   Imogene A. Lewis
   P.O. Box 232
   Duncan OK 73534

   Lucille Sims whether alive or deceased,  and, if deceased,  the executor, executrix and, or administrator of the Estate of Lucille Sims, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Lucille Sims, deceased,
   P.O. Box 296
   Duncan OK 73534

   D. Darlene Henricks
   1012 W Chestnut Ave
   Duncan, OK 73533

   E. Arlene Sims
   286277 E 1790 Rd
   Comanche, OK 73529

Robert P. Sims, whether alive or deceased,  and, if deceased,  the
executor, executrix and, or administrator of the Estate of Robert P.
Sims, deceased, and all heirs and, or legatees, devisees, trustees,
creditors and assigns of Robert P. Sims, deceased,
3800 Forrest Rd
Sulphur, OK 73086

Elizabeth Beeson, Trustee(s) of the James F. Beeson and Elizabeth
Beeson Family Trust created January 20, 1992
1634 Box Prairie Cir.,
Loveland, CO 80538

Kelly J. Egebrecht
6102 Wildcat Ln
Pasco, WA 99301

Donna A. Hornberger
400 Tolas Pl., #22
Fallon, NV 89406

Silas Virgil Goodwin and Sharon Diane Goodwin, as Trustees of the
Silas Virgil Goodwin and Sharon Diane Goodwin Revocable Trust,
dated July 20, 1998
8119 E 126th St N Apt 126
Collinsville, OK 74021

Charles Dean Goodwin
4619 SE Highway 82
Wister, OK 74966

Wanda Williams, formerly Daily
1213 W Stewart Ave.,
Duncan, OK 73533

William Presto Gray
c/o Anita Gray
330 K ST SW
Ardmore, OK 73401

Amaleta Marline Gray
2900 Worthington Dr.,
Norman, OK 73072

Kenneth Ray Gray
1213 W Stewart Ave.,
Duncan, OK 73533

Amaleta Marlina Sharp
3900 Worthington Dr
Norman, OK 73072

Lucille Gray, s/p/a Lucia Gray, whether alive or deceased,  and, if
deceased, the executor, executrix and, or administrator of the Estate
of Lucille Gray, s/p/a Lucia Gray, deceased, and all heirs and, or
legatees, devisees, trustees, creditors and assigns of Lucille Gray,
s/p/a Lucia Gray, deceased
Rt 1 Box 66H
Duncan OK 73533

or
207 W Florida Ave
Anadarko, OK 73005

David Nunley
3055 Hidden Lake Dr.,
Duluth, GA 30096

Alan Morgan
Address Unknown

Donny Morgan
Address Unknown

Kevin Morgan
P.O. Box 602
Marlow, OK 73055

Cleo C. Holland, Jr.
407 W Commanche
Marlow, OK 73055

Clytis Reynolds, whether alive or deceased,  and, if deceased, the
executor, executrix and, or administrator of the Estate of Clytis
Reynolds, deceased, and all heirs and, or legatees, devisees, trustees,
creditors and assigns of Clytis Reynolds, deceased,

10135 County St. 2490
Hydro, OK 73048

Pernecie Bocast
P.O. Box 602
Marlow, OK 73055

Gladys Reusser
354 Rio Lindo Ave., Apt 39
Chico, California 95926

Peggy Joe Chadwick, nee Holland
28116 Highway 76
Foster OK 73424

Donna Kay Hornback
Sage Creek Apartments,
100 S Pyvas, #E4
Washington, OK 73093

Ojuana A. Nichols, whether alive or deceased, and, if deceased, the
executor, executrix and, or administrator of the Estate of Ojuana A.
Nichols, deceased, and all heirs and, or legatees, devisees, trustees,
creditors and assigns of Ojuana A. Nichols, deceased,
500 W Santa Maria St Spc 134
Santa Paula, CA 93060

Dianna Olcott now McCreight
69720 Old Wagon Rd.,
Sisters, OR 97759

Rebecca Jean Behrendt, whether alive or deceased, and, if
deceased, the executor, executrix and, or administrator of the Estate
of Rebecca Jean Behrendt, deceased, and all heirs and, or legatees,
devisees, trustees, creditors and assigns of Rebecca Jean Behrendt,
deceased,
10687 Yolo Str.,
Ventura, CA 93004

Wynema D. Nix, whether alive or deceased, and, if deceased, the
executor, executrix and, or administrator of the Estate of Wynema D.

Nix, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Wynema D. Nix, deceased,
14901 N Pennsylvania Ave Apt 287
Oklahoma City, OK 73134

Debra D. Nix
1117 N 12th St
Duncan, OK 73533

Donna D. Nix
1117 N 12th St
Duncan, OK 73533

Richard D. Nix
2809 Melina Dr.,
Yukon, OK 73099

Billy Dwain Ferguson
28998 N County Road 3120
Elmore City, OK 73433

Danny Ray Ferguson
703 N Walnut Ave
Cache, OK 73527

Rory Dale Ferguson
21444 E County Road 1670
Elmore City, OK 73433


Mary Jo Bush, a/k/a Mary Jo Newman, now Hotchko, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Mary Jo Bush, a/k/a Mary Jo Newman, now Hotchko, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Mary Jo Bush, a/k/a Mary Jo Newman, now Hotchko, deceased,
510 Rocky Creek Rd.,
Mansfield TX 76063

Ray Gene Newman, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Ray Gene Newman, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Ray Gene Newman, deceased,

122 Chamale Dr.,
Slidell, LA 70460

**2.  Other Persons-in-Interest:**

**3.  Legal Description:**
*See* attached plat.

**4.  Just Compensation:**
$4,410.00



# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 2, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.



# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 2, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

VL-ST-0018.010
VICKI LYNN FERGUSON, NOW FRYAR
BOOK 2942, PAGE 132

S86°07'25"E - 232.37'

S73°38'57"E - 84.76'

25' x 318'
A.T.W.S.
DETAIL "2"    50' WIDE P.E.R.W.

25' WIDE T.W.S.

25' x 542'
A.T.W.S.
DETAIL "3"

FND. 1/2" I.R.
3/4 COR., SEC. 2

N89°41'10"E - 931.46'

SECTION 2
SECTION 11     25' x 62'
A.T.W.S.
DETAIL "3"

50'

S05°05'26"E - 88.59'
POINT OF
TERMINATION
N:12526109.76
E:2096380.11
N89°35'12"E - 170.30'

VL-ST-0018.000
BOOK 4172, PAGE 269

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND
I.R.          IRON ROD
I.P.          IRON PIPE
FND.          FOUND
N.T.S.        NOT TO SCALE
R.O.W.        RIGHT OF WAY
T.W.S.        TEMPORARY WORKSPACE
A.T.W.S.      ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.      PERMANENT EASEMENT & RIGHT OF WAY
T.A.R.        TEMPORARY ACCESS ROAD
P.A.R.        PERMANENT ACCESS ROAD
              BROKEN LINE NOT SCALABLE
              PROPERTY LINE
              BASELINE
              EXISTING PIPELINE
              STATUTORY R.O.W.

16350 Park Ten Place
Houston, TX 77084
(281) 616-0160

GRAPHIC SCALE IN FEET
100   0   100   200

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | LAT | VELMA LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | VICKI LYNN FERGUSON, NOW FRYAR |
| REV# | DATE | DESCRIPTION |
| 2 | 7/30/2016 | ADDED DETAIL |
| 1 | 10/25/2017 | REVISED WORKSPACE |
| DRAWING: | | VL-ST-0018.010   SHEET NO.   2   OF   5 |



# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 2, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

**WORKSPACE SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L5 | N00°19'24"W | 25.00' |
| L6 | N89°40'36"E | 137.55' |
| L7 | N65°41'48"E | 117.12' |
| L8 | N89°27'54"E | 101.23' |
| L9 | S00°32'06"E | 25.00' |
| L10 | S89°27'54"W | 94.35' |
| L11 | S55°41'48"W | 117.16' |
| L12 | S89°40'36"W | 144.48' |

**WORKSPACE SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N01°16'43"W | 25.00' |
| L2 | N89°40'36"E | 93.23' |
| L3 | S00°19'24"E | 25.00' |
| L4 | S89°40'36"W | 92.82' |

N90°00'00"E - 13.04'

S89°40'36"W - 214.75'

BOIS D' ARC RD. / CEMETARY RD.

DETAIL "1"
N.T.S.

33'

**WORKSPACE SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L13 | N25°47'20"W | 25.00' |
| L14 | N84°12'40"E | 145.71' |
| L15 | S85°07'25"E | 13.24' |
| L16 | S19°12'33"W | 25.80' |
| L17 | S64°12'40"W | 138.85' |

**WORKSPACE SEGMENT TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L18 | N04°52'35"E | 25.00' |
| L19 | S85°07'25"E | 13.56' |
| L20 | S73°38'57"E | 81.30' |
| L21 | N89°41'10"E | 219.80' |
| L22 | S00°18'50"E | 25.00' |
| L23 | S89°41'10"W | 223.46' |
| L24 | N73°38'57"W | 82.45' |
| L25 | N85°07'25"W | 11.04' |

N84°12'40"E
6.50'

N85°07'25"W - 240.06'

33'

SECTION 2

BOIS D' ARC RD. / CEMETARY RD.

SECTION 11

DETAIL "2"
N.T.S.

## LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

— BROKEN LINE NOT SCALABLE
— PROPERTY LINE
— BASELINE
— EXISTING PIPELINE
—R/W— STATUTORY R.O.W.

## NOTE:

SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.

### MIDSHIP PIPELINE COMPANY, LLC

| | | |
|---|---|---|
| DWG BY: | LAT | **VELMA LATERAL PROJECT** |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 50' | VICKI LYNN FERGUSON, NOW FRYAR |

| REV# | DATE | DESCRIPTION |
|------|------|-------------|
| 2 | 7/30/2018 | ADDED DETAIL |
| 1 | 10/26/2017 | REVISED WORKSPACE |

DRAWING: | VL-ST-0018.010 | SHEET NO. 3 OF 5

GRAPHIC SCALE IN FEET
25  0  25  50

TRC
16350 Park Tech Road
Houston, TX 77084
(281) 616-0100



# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 2, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L26 | N00°19'50"W | 25.00' |
| L27 | N89°41'10"E | 539.86' |
| L28 | S05°05'26"E | 25.09' |
| L29 | S89°41'10"W | 541.94' |

| WORKSPACE SEGMENT TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L30 | S89°35'12"W | 25.08' |
| L31 | N05°05'26"W | 61.64' |
| L32 | N89°41'10"E | 25.09' |
| L33 | S05°05'26"E | 61.59' |

N05°05'26"W
136.73'

S89°35'47"W - 50.17'
N89°35'12"E - 25.08'

BOIS D' ARC RD. / CEMETARY RD.

DETAIL "3"
N.T.S.

LEGEND
I.R.        IRON ROD
I.P.        IRON PIPE
FND.        FOUND
N.T.S.      NOT TO SCALE
R.O.W.      RIGHT OF WAY
T.W.S.      TEMPORARY WORKSPACE
A.T.W.S.    ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.    PERMANENT EASEMENT & RIGHT OF WAY
T.A.R.      TEMPORARY ACCESS ROAD
P.A.R.      PERMANENT ACCESS ROAD
            BROKEN LINE NOT SCALABLE
            PROPERTY LINE
            BASELINE
            EXISTING PIPELINE
            STATUTORY R.O.W.

NOTE:
SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | LAT | VELMA LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 50' | VICKI LYNN FERGUSON, NOW FRYAR |
| REV# | DATE | DESCRIPTION |
| 2 | 7/30/2018 | ADDED DETAIL |
| 1 | 10/25/2017 | REVISED WORKSPACE |
| DRAWING: | | VL-ST-0016.D10 | SHEET NO. 4 OF 5 |

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 516-0100

25   0   25   50
GRAPHIC SCALE IN FEET

**Cheniere Midstream**          **EXHIBIT "A"**              **Velma Lateral**
Owner: Vicki Lynn Ferguson, now Fryar                       TRACT NO. VL-ST-0018.010

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the south half of the southwest quarter of Section 2, Township 1 South, Range 4 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to Vicki Lynn Ferguson, now Fryar, recorded in Book 2942, Page 132, of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod found marking the southwest corner of said Section 2; **THENCE** North 00°39'25" West, with the west line of said Section 2, a distance of 12.40 feet to the **POINT OF BEGINNING;**

**THENCE** North 89°40'36" East, a distance of 478.65 feet, to a point;

**THENCE** North 58°41'49" East, a distance of 117.26 feet, to a point;

**THENCE** North 89°27'54" East, a distance of 521.56 feet, to a point;

**THENCE** North 64°12'40" East, a distance of 141.94 feet, to a point;

**THENCE** South 85°07'25" East, a distance of 232.37 feet, to a point;

**THENCE** South 73°38'57" East, a distance of 84.75 feet, to a point;

**THENCE** North 89°41'10" East, a distance of 931.46 feet, to a point;

**THENCE** South 05°05'26" East, a distance of 86.59 feet, to the **POINT OF TERMINATION** on the south line of said Section 2, from which a 1/2 inch iron rod found marking the south quarter corner of said Section 2 bears North 89°35'12" East, with the south line of said Section 2, a distance of 170.30 feet, said baseline having a total distance of 2594.58 feet (157.25 rods), said Permanent Easement & Right of Way containing 2.830 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 & 2 of 5, drawing number VL-ST-0018.010, Rev. 2, same date.

James Michael Denney                                        Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). VL-ST-0024.000

### 1. Surface Owner(s):

Charles Allen Regan
202 E Modoc Ave
McAlester, OK 74501

Marcella W. Regan whether alive or deceased,  and, if deceased, the executor, executrix and, or administrator of the Estate of Marcella W. Regan,         deceased, and all heirs and, or legatees, devisees, trustees,      creditors and assigns of Marcella W. Regan, deceased, 1920 N. Honeysuckle Ave.,
Mangum, OK 73554

Robert Edward Regan
201 W 18th Str.,
Tishomingo, OK 75460

Marsha Nan Regan, a.k.a Marsha Nan Regan Purtell
201 W 18th Str.,
Tishomingo, OK 75460

John Patrick Regan
26290 Turkey Ridge Rd.,
Bush, LA 70431

### 2. Other Persons-in-Interest:

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

### 3. Legal Description:
*See* attached plat.

### 4. Just Compensation:
$4,154.00 (with VL-ST-0025.000)



# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | LAT | VELMA LATERAL PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF MARCELLA W. REGAN, ET AL |
| DATE: | 7/30/18 | |
| SCALE: | 1" = 300' | |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 3 | 8/29/2018 | REVISE OWNERSHIP |
| 2 | 7/30/2018 | ADDED DETAILS |

| DRAWING: | VL-ST-0024.000 | SHEET NO. 1 OF 3 |

# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN



DETAIL "1"
1"=200'



DETAIL "2"
1"=100'



DETAIL "3"
1"=200'

## A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N00°42'36"W | 71.42' |
| L2 | N43°43'17"E | 394.53' |
| L3 | N46°16'44"W | 25.00' |
| L4 | N43°43'17"E | 78.70' |
| L5 | N50°21'22"E | 23.96' |
| L6 | S40°12'00"E | 25.00' |
| L7 | S50°21'20"W | 22.75' |
| L8 | S43°43'17"W | 77.26' |
| L9 | N50°21'24"E | 108.66' |
| L10 | N39°38'36"W | 25.00' |
| L11 | N50°21'23"E | 50.80' |
| L12 | N65°40'42"E | 55.93' |
| L13 | S24°19'16"E | 25.00' |
| L14 | S65°40'42"W | 52.57' |
| L15 | S50°21'24"W | 47.43' |
| L16 | S00°43'29"E | 62.32' |
| L17 | N54°04'56"W | 445.07' |
| L18 | S35°55'05"W | 25.00' |
| L19 | N54°04'56"W | 214.29' |
| L20 | N65°40'42"E | 28.80' |

## A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L21 | S54°04'56"E | 200.00' |
| L22 | N00°43'29"W | 31.16' |
| L23 | N54°04'56"W | 632.80' |
| L24 | S65°40'42"W | 150.00' |
| L25 | N24°19'16"W | 25.00' |
| L26 | N65°40'42"E | 135.71' |
| L27 | S54°04'54"E | 28.80' |

LEGEND

I.R.        IRON ROD
I.P.        IRON PIPE
FND.        FOUND
N.T.S.      NOT TO SCALE
R.O.W.      RIGHT OF WAY
T.W.S.      TEMPORARY WORKSPACE
A.T.W.S.    ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.    PERMANENT EASEMENT & RIGHT OF WAY
T.A.R.      TEMPORARY ACCESS ROAD
P.A.R.      PERMANENT ACCESS ROAD
            BROKEN LINE NOT SCALABLE
            PROPERTY LINE
            BASELINE
            EXISTING PIPELINE
            STATUTORY R.O.W.

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.



TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | LAT | VELMA LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | MARCELLA W. REGAN, ET AL |
| REV# | DATE | DESCRIPTION |
| 3 | 8/29/2018 | REVISE OWNERSHIP |
| 2 | 7/30/2018 | ADDED DETAILS |
| DRAWING: | | VL-ST-0024.000   SHEET NO.   2   OF   3 |

**Cheniere Midstream**                **EXHIBIT "A"**                **Velma Lateral**
Owner: Marcella W. Regan, et al                                    TRACT NO. VL-ST-0024.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the southwest quarter of Section 1, Township 1 South, Range 4 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to Marcella W. Regan, Charles Allen Regan, Robert Edward Regan, Marsha Nan Regan, and John Patrick Regan, recorded Book 1976, Page 446 and in Book 914, Page 169 of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 5/8 inch iron rod found marking the west quarter corner of said Section 1; **THENCE** North 89°20'33" East, along the north line of the southwest quarter of said Section 1, a distance of 1318.24 feet, **THENCE** South 00°42'36" East, along the west line of the northeast quarter of the southwest quarter of said Section 1, a distance of 1094.16 feet to the **POINT OF BEGINNING;**

**THENCE** North 43°43'17" East, a distance of 519.88 feet, to a point;

**THENCE** North 50°21'23" East, a distance of 169.22 feet, to a point;

**THENCE** North 65°40'42" East, a distance of 365.46 feet, to a point;

**THENCE** South 54°04'56" East, a distance of 608.09 feet, to the **POINT OF TERMINATION** on the east line of the southwest quarter of said Section 1, from which a 1/2 inch rod with cap found marking the south quarter corner of said Section 1 bears South 00°43'29" East, along the east line of the southwest quarter of said Section 1, a distance of 1811.94 feet, said baseline having a total distance of 1662.65 feet (100.77 rods), said Permanent Easement & Right of Way containing 1.908 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number VL-ST-0024.000, Rev. 3, same date.

James Michael Denney                                    Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## <u>Tract No(s). VL-ST-0025.000</u>

1.  **Surface Owner(s):**

    Charles Allen Regan
    202 E Modoc Ave
    McAlester, OK 74501

    Marcella W. Regan whether alive or deceased,  and, if
    deceased,  the executor, executrix and, or administrator of the Estate
    of Marcella W. Regan, deceased, and all heirs and, or   legatees,
    devisees, trustees, creditors and assigns of          Marcella W.
    Regan, deceased,
    1920 N. Honeysuckle Ave.,
    Mangum, OK 73554

    Robert Edward Regan
    201 W 18th Str.,
    Tishomingo, OK 75460

    Marsha Nan Regan, a.k.a Marsha Nan Regan Purtell
    201 W 18th Str.,
    Tishomingo, OK 75460

    John Patrick Regan
    26290 Turkey Ridge Rd.,
    Bush, LA 70431

2.  **Other Persons-in-Interest:**

    Central Land Consulting LLC
    c/o The Corporation Company
    1833 S Morgan Rd.,
    Oklahoma City, OK 73128

3.  **Legal Description:**
    *See* attached plat.

4.  **Just Compensation:**
    *See* VL-ST-0024.000



# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

### STEPHENS COUNTY, OKLAHOMA
### SECTION 1, TOWNSHIP 1 SOUTH,
### RANGE 4 WEST OF THE INDIAN MERIDIAN





**DETAIL "1"**
1"=200'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S00°44'49"E | 50.00' |
| L2 | S89°22'48"W | 194.08' |
| L3 | S00°37'13"E | 25.00' |
| L4 | S89°22'48"W | 108.25' |
| L5 | N54°04'55"W | 108.25' |
| L6 | N36°55'05"E | 25.00' |
| L7 | S54°04'55"E | 100.00' |
| L8 | N89°22'47"E | 100.00' |

LEGEND

I.R.          IRON ROD
I.P.          IRON PIPE
FND.          FOUND
N.T.S.        NOT TO SCALE
R.O.W.        RIGHT OF WAY
T.W.S.        TEMPORARY WORKSPACE
A.T.W.S.      ADDITIONAL TEMPORARY WORKSPACE
P.E.R.W.      PERMANENT EASEMENT & RIGHT OF WAY
T.A.R.        TEMPORARY ACCESS ROAD
P.A.R.        PERMANENT ACCESS ROAD
              BROKEN LINE NOT SCALABLE
              PROPERTY LINE
              BASELINE
              EXISTING PIPELINE
              STATUTORY R.O.W.

NOTE:

SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.


16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | LAT | VELMA LATERAL PROJECT | |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY | |
| DATE: | 7/30/18 | ACROSS THE PROPERTY OF | |
| SCALE: | N.T.S. | MARCELLA W. REGAN, ET AL | |
| REV# | DATE | DESCRIPTION | |
| 2 | 8/28/2018 | REVISE OWNERSHIP | |
| 1 | 7/30/2018 | ADDED DETAIL | |
| DRAWING: | | VL-ST-0025.000 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**  **EXHIBIT "A"**  **Velma Lateral**
Owner: Marcella W. Regan, et al  TRACT NO. VL-ST-0025.000

## PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 1, Township 1 South, Range 4 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to Marcella W. Regan, Charles Allen Regan, Robert Edward Regan, Marsha Nan Regan, and John Patrick Regan, recorded in Book 1976, Page 446 and in Book 914, Page 169, of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod with cap found marking the south quarter corner of said Section 1; **THENCE** North 00°43'29" West, with the west line of the southeast quarter of said Section 1, a distance of 1811.94 feet to the **POINT OF BEGINNING;**

**THENCE** South 54°04'56" East, a distance of 474.28 feet, to a point;

**THENCE** North 89°22'48" East, a distance of 277.46 feet, to the **POINT OF TERMINATION** on the east line of the west half of the west half of the southeast quarter of said Section 1, from which a 1/2 inch iron rod found marking the southeast corner of said Section 1 bears South 00°44'49" East a distance of 207.30 feet to the southeast corner of the southwest quarter of the northwest quarter of the southeast quarter of said Section 1, THENCE North 89°20'38" East a distance of 1316.18 feet to the northeast corner of the west half of the southeast quarter of the southeast quarter of said Section 1, **THENCE** South 00°47'28" East a distance of 1321.90 feet to the southeast corner of the west half of the southeast quarter of the southeast quarter of said Section 1, **THENCE** North 89°20'42" East, with the south line of said Section 1, a distance of 658.60 feet, said baseline having a total distance of 751.74 feet (45.56 rods), said Permanent Easement & Right of Way containing 0.863 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number VL-ST-0025.000, Rev. 2, same date.

James Michael Denney  Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). VL-ST-0026.000

1. **Surface Owner(s):**

Jimmy R. Barker
205 Rowell's Lane
Cache, OK 73527

Marie Robinson whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Marie Robinson, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Marie Robinson, deceased,
P.O. Box 326,
Cache, OK 73527

Jimmy Ray Barker
205 Rowell's Lane
Cache, OK 73527

Jackie Ruth Barker, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Jackie Ruth Barker, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Jackie Ruth Barker, deceased,
205 Rowell's Lane
Cache, OK 73527

Suellen Kaye Thiessen
611 N 8th St.,
Cache, OK 73527

Ronald D. Barker
205 Rowell's Lane
Cache, OK 73527

B.G. Hestand, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of B.G. Hestand, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of B.G. Hestand, deceased,
Address Unknown

John Hestand, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of John Hestand, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of John Hestand, deceased,
Address Unknown

Sallie Hestand Rawlinson, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Sallie Hestand Rawlinson, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Sallie Hestand Rawlinson, deceased,
Address unknown

Cora Hestand Mosby, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Cora Hestand Mosby, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Cora Hestand Mosby, deceased,
Address unknown

Isaac D. Hestand, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Isaac D. Hestand, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Isaac D. Hestand, deceased,
Address unknown

Ruth Hestand Pettijohn, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Ruth Hestand Pettijohn, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Ruth Hestand Pettijohn, deceased,
Address Unknown

Arva Hestand Arnold, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of Arva Hestand Arnold, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of Arva Hestand Arnold, deceased,
Address Unknown

**2. Other Persons-in-Interest:**

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**

   $3,354.00



# EXHIBIT "A"
STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN

# EXHIBIT "A"

STEPHENS COUNTY, OKLAHOMA
SECTION 1, TOWNSHIP 1 SOUTH,
RANGE 4 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1"=100'



DETAIL "2"
1"=100'



DETAIL "3"
1"=100'

| A.T.W.S. LINE TABLE | | |
|------|---------|----------|
| LINE | BEARING | DISTANCE |
| L1 | N84°05'13"E | 4.49' |
| L2 | N84°05'08"E | 58.57' |
| L3 | N84°08'12"E | 41.43' |
| L4 | S05°54'55"E | 24.96' |
| L5 | S84°05'08"W | 100.00' |
| L6 | N05°54'53"W | 25.00' |
| L7 | N77°50'47"E | 94.66' |
| L8 | N77°50'46"E | 59.65' |
| L9 | N77°50'46"E | 40.36' |
| L10 | S12°09'14"E | 25.00' |
| L11 | S77°50'46"W | 100.00' |
| L12 | N12°09'14"W | 25.00' |
| L13 | S00°46'47"E | 50.71' |
| L14 | S79°36'31"W | 17.26' |
| L15 | S00°31'33"E | 25.38' |
| L16 | S79°36'31"W | 124.65' |
| L17 | N10°23'29"W | 25.00' |
| L18 | N79°36'31"E | 129.00' |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---------|---------|---------|
| DWG BY: | LAT | VELMA LATERAL PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/30/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | JIMMY RAY BARKER AND JACKIE RUTH BARKER, ET AL. |
| REV# | DATE | DESCRIPTION |
| 3 | 7/30/2018 | ADDED DETAILS |
| 2 | 10/25/2017 | REVISED WORKSPACE |
| DRAWING: | | VL-ST-0026.000 | SHEET NO. 2 OF 3 |

**Cheniere Midstream**      **EXHIBIT "A"**      **Velma Lateral**

Owner: Jimmy Ray Barker and Jackie Ruth Barker, et al      TRACT NO. VL-ST-0026.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of Section 1, Township 1 South, Range 4 West of the Indian Meridian, Stephens County, Oklahoma and being over, through and across a tract of land conveyed to John Hestand, Sallie Hestand Rawlinson, Cora Hestand Mosby, Issac D. Hestand, Arva Hestand Arnold, and Ruth Hestand Pettijohn, or their unknown heirs, B.G. Hestand, Marie Robinson, Jimmy Ray Barker and Jackie Ruth Barker, Suellen Kaye Thiessen and Ronald D. Barker, recorded in Book 414, Page 323, Book 802, Page 319, Book 844, Page 453, Book 2412, Page 251, Book 3281, Page 134 and in Book 3525, Page 125 of the Office of the Clerk and Recorder of Stephens County, Oklahoma (O.C.R.S.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 1; THENCE South 89°20'33" West a distance of 2630.33 feet to the center of said Section 1, THENCE South 00°43'29" East a distance of 660.93 feet to the southwest corner of the north half of the north half of the southeast quarter of said Section 1, THENCE North 89°20'35" East a distance of 657.84 feet to the southeast corner of the northwest quarter of the northwest quarter of the southeast quarter of said Section 1, THENCE South 00°44'49" East with the east line of the west half of the west half of the southeast quarter of said Section 1 a distance of 453.64 feet to the POINT OF BEGINNING;

THENCE North 89°22'48" East, a distance of 1268.84 feet, to a point;

THENCE North 84°05'08" East, a distance of 167.95 feet, to a point;

THENCE North 77°50'46" East, a distance of 301.31 feet, to a point;

THENCE North 79°36'31" East, a distance of 245.91 feet, to the POINT OF TERMINATION on the east line of said Section 1, from which a 1/2 inch iron rod found marking the southeast corner of said Section 1 bears South 00°48'47" East a distance of 1645.45 feet, said baseline having a total distance of 1984.01 feet (120.24 rods), said Permanent Easement & Right of Way containing 2.277 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No. 1 of 3, drawing number VL-ST-0026.000, Rev. 3, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

# GARVIN COUNTY

## Tract No(s). GA-0444.000

1. **Surface Owner(s):**

   > Danny T. Christian
   > 607 W. Plato
   > Duncan, OK 73533

2. **Other Persons-in-Interest:**
   > Central Land Consulting LLC
   > c/o The Corporation Company
   > 1833 S Morgan Rd.,
   > Oklahoma City, OK 73128

3. **Legal Description:**
   > *See* attached plat.

4. **Just Compensation:**
   > $7,056.00 (with GA-0445.000 and GA-0448.000)



# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN



# EXHIBIT "A"

### GARVIN COUNTY, OKLAHOMA
### SECTION 10, TOWNSHIP 1 NORTH,
### RANGE 3 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

10

SEE SHEET 1 OF 3
MATCHLINE

GA-0444.000
DANNY T. CHRISTIAN
BOOK 1792, PAGE 27

T.A.R. ~ 85
625' - 25' WIDE EASEMENT
0.359 ACRES

GA-0445.000
BOOK 1375, PAGE 584

SEE DETAIL "3"
SHEET 3 OF 4

33'

33'

SECTION 9
SECTION 16

SECTION 10
SECTION 15

E COUNTY RD. 1690

FND. PK NAIL
SW COR., SEC. 10

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

150   0   150   300
GRAPHIC SCALE IN FEET

NOTE:

SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/24/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1" = 300' | DANNY T. CHRISTIAN |
| REV# | DATE | DESCRIPTION |
| 3 | 8/23/2018 | ADDED T.A.R. WIDTH AND AREA |
| 2 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | | GA-0444.000   SHEET NO.   2   OF   4 |

# EXHIBIT "A"

## GARVIN COUNTY, OKLAHOMA
### SECTION 10, TOWNSHIP 1 NORTH,
### RANGE 3 WEST OF THE INDIAN MERIDIAN

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°18'33"W | 49.42' |
| L2 | S00°49'01"E | 43.10' |
| L3 | S34°36'36"E | 93.13' |
| L4 | S34°36'37"E | 13.82' |
| L5 | S24°01'39"E | 186.18' |
| L6 | S65°58'21"W | 50.60' |
| L7 | N24°01'39"W | 181.55' |
| L8 | N34°36'34"W | 9.19' |
| L8 | N55°23'24"E | 50.00' |
| L10 | S89°18'03"W | 70.76' |
| L11 | S89°18'03"W | 54.46' |
| L12 | N24°01'39"W | 137.09' |
| L13 | N83°48'06"E | 19.04' |
| L14 | N89°05'59"E | 20.36' |
| L15 | S88°34'25"E | 14.56' |
| L16 | S24°01'39"E | 138.57' |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L35 | N31°16'53"E | 26.58' |
| L36 | N34°07'24"E | 24.97' |
| L37 | N40°30'04"E | 24.44' |
| L38 | N44°19'28"E | 24.03' |
| L39 | N51°20'23"E | 24.47' |
| L40 | N57°51'30"E | 24.03' |
| L41 | N66°06'30"E | 23.47' |
| L42 | N71°46'24"E | 21.30' |
| L43 | N76°35'30"E | 19.64' |
| L44 | N81°44'50"E | 15.32' |
| L45 | S76°08'06"E | 2.03' |
| L46 | N83°48'08"E | 64.43' |
| L47 | N89°05'59"E | 21.19' |
| L48 | S88°34'26"E | 8.87' |



DETAIL "1"
1" = 300'



DETAIL "2"
1" = 300'

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L17 | N05°17'39"E | 54.02' |
| L18 | N08°35'21"E | 50.49' |
| L19 | N12°54'18"E | 35.69' |
| L20 | N18°27'42"E | 37.27' |
| L21 | N22°54'49"E | 28.24' |
| L22 | N26°48'04"E | 39.25' |
| L23 | N26°30'32"E | 41.00' |
| L24 | N27°10'12"E | 42.61' |
| L25 | N25°52'11"E | 44.55' |
| L26 | N21°21'16"E | 28.44' |
| L27 | N16°44'33"E | 27.92' |
| L28 | N13°44'46"E | 41.92' |
| L29 | N13°14'58"E | 42.10' |
| L30 | N13°66'18"E | 27.56' |
| L31 | N19°46'55"E | 38.74' |
| L32 | N26°20'37"E | 37.97' |
| L33 | N32°31'32"E | 9.26' |
| L34 | N29°01'57"E | 7.16' |



DETAIL "3"
1" = 300'



DETAIL "4"
1"=300'

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| — — — | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —I— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

NOTE:

SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.



16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/24/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | DANNY T. CHRISTIAN |
| REV# | DATE | DESCRIPTION |
| 3 | 8/23/2018 | ADDED T.A.R. WIDTH AND AREA |
| 2 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | | GA-0444.000  SHEET NO.  3  OF  4 |

**Cheniere Midstream**          **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Danny T. Christian                                              TRACT NO. GA-0444.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northeast quarter of the southwest quarter of Section 10, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to Danny T. Christian, recorded in Book 1792, Page 27, of the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod found marking the east quarter corner of said Section 10; **THENCE** South 89°15'33" West, with the north line of the south half of said Section 10, a distance of 3243.65 feet to the **POINT OF BEGINNING;**

**THENCE** South 34°36'36" East, a distance of 121.25 feet, to a point;

**THENCE** South 24°01'39" East, a distance of 1325.40 feet, to the **POINT OF TERMINATION** on the south line of the northeast quarter of the southwest quarter of said Section 10, from which a PK nail found marking the south quarter corner of said Section 10 bears North 89°18'03" East, with the south line of the northeast quarter of the southwest quarter of said Section 10, a distance of 19.95 feet, **THENCE** South 00°50'46" East, with the east line of the southwest quarter of said Section 10, a distance of 1318.12 feet, said baseline having a total distance of 1446.65 feet (87.68 rods), said Permanent Easement & Right of Way containing 1.659 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 4, drawing number GA-0444.000, Rev. 3, same date.

James Michael Denney                             Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GA-0445.000

1. **Surface Owner(s):**
   Danny T. Christian
   607 W. Plato
   Duncan, OK 73533

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GA-0444.000



# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

GA-0444.000
BOOK 1792, PAGE 27

SEE SHEET 2 OF 3

S89°18'03"E - 428.17'

T.A.R. - 65
1,216' - 25' WIDE EASEMENT
0.698 ACRES

SEE SHEET 3 OF 4 FOR LINE TABLE

GA-0445.000
DAN T. CHRISTIAN
BOOK 1375, PAGE 584

TOTAL DISTANCE ACROSS PROPERTY:   50.67 FEET
OR:   3.07 RODS
TOTAL AREA OF P.E.R.W.:   0.080 ACRES
TOTAL AREA OF T.W.S.:   0.161 ACRES
TOTAL AREA OF A.T.W.S.:   0.072 ACRES

### NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

### LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

GRAPHIC SCALE IN FEET
100   0   100   200

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

8-23-18

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | DAN T. CHRISTIAN |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 2 | 8/23/2018 | ADDED T.A.R. WIDTH AND AREA |
| 1 | 7/24/2018 | ADDED DIMENSIONS |

| DRAWING: | GA-0445.000 | SHEET NO. 1 OF 4 |
|---|---|---|



**EXHIBIT "A"**

GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN

S89°15'33"W - 2,534.59'

POINT OF
COMMENCING
FND. 1/2" I.R.
E/4 COR., SEC. 10

33'

SECTION 10
SECTION 11

GA-0444.000
BOOK 1792, PAGE 27

S89°16'03"W - 19.85'

S00°50'46"E - 1,318.12'

POINT OF
BEGINNING
N:12553222.27
E:2091336.35

L47    L43

S24°01'39"E - 50.67'

SEE SHEET 3 OF 4
FOR LINE TABLE

50' x 50'
A.T.W.S.

40' WIDE T.W.S.

POINT OF
TERMINATION
N:12553176.99
E:2091356.98

GA-0446.000
BOOK 1600, PAGE 948

GA-0445.000
DAN T. CHRISTIAN
BOOK 1375, PAGE 584

S00°50'46"E - 1,271.59'

SECTION 10

E COUNTY RD. 1690

SECTION 15

FND. PK NAIL
S/4 COR., SEC. 10

33'

GRAPHIC SCALE IN FEET
50   0   50   100

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

NOTE:
SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

**TRC**
16350 Park Ten Place
Houston, TX 77084
(281) 616-0160

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | **MIDSHIP MAINLINE PROJECT** |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 8/23/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | DAN T. CHRISTIAN |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | ADDED T.A.R. WIDTH AND AREA |
| 1 | 7/24/2018 | ADDED DIMENSIONS |
| DRAWING: | | GA-0445.000   SHEET NO.   2   OF   4 |

# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 10, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN



| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N32°31'32"E | 29.21' |
| L2 | N36°51'31"E | 25.29' |
| L3 | N41°37'52"E | 25.20' |
| L4 | N48°22'01"E | 24.84' |
| L5 | N55°26'58"E | 30.81' |
| L6 | N60°31'19"E | 28.69' |
| L7 | N62°59'46"E | 21.49' |
| L8 | N64°28'08"E | 53.97' |
| L9 | N65°11'45"E | 60.05' |
| L10 | N65°26'38"E | 61.47' |
| L11 | N65°41'48"E | 96.87' |
| L12 | N64°41'16"E | 62.44' |
| L13 | N61°00'35"E | 43.09' |
| L14 | N55°58'10"E | 25.63' |
| L15 | N49°49'50"E | 23.04' |
| L16 | N50°18'46"E | 39.63' |
| L17 | N58°50'42"E | 20.79' |
| L18 | N66°32'44"E | 19.12' |
| L19 | N74°41'47"E | 32.82' |
| L20 | N78°05'05"E | 47.94' |
| L21 | N75°21'02"E | 18.31' |
| L22 | N61°22'44"E | 21.76' |
| L23 | N45°53'05"E | 13.46' |
| L24 | N28°38'42"E | 21.81' |
| L25 | N11°34'19"E | 18.44' |

| T.A.R. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L26 | N00°06'04"W | 13.03' |
| L27 | N04°11'36"E | 15.03' |
| L28 | N12°10'33"E | 15.52' |
| L29 | N19°21'53"E | 25.47' |
| L30 | N25°41'09"E | 19.65' |
| L31 | N29°05'04"E | 18.66' |
| L32 | N32°06'30"E | 18.97' |
| L33 | N35°13'48"E | 22.30' |
| L34 | N37°56'29"E | 23.42' |
| L35 | N38°33'00"E | 22.01' |
| L36 | N40°40'25"E | 20.78' |
| L37 | N33°42'10"E | 18.94' |
| L38 | N31°15'48"E | 23.52' |
| L39 | N28°24'32"E | 24.74' |
| L40 | N28°22'36"E | 26.05' |
| L41 | N27°04'12"E | 26.95' |
| L42 | N29°01'57"E | 19.68' |

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L43 | S89°18'03"W | 70.79' |
| L44 | S24°01'39"E | 51.51' |
| L45 | S65°58'22"W | 50.00' |
| L46 | N24°01'39"W | 73.07' |
| L47 | N89°18'03"E | 54.45' |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| —/— | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| —•— | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

NOTE:

SEE SHEET 1 OF 4 FOR NOTES, SIGNATURE, AND SEAL.

 TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF DAN T. CHRISTIAN | |
| CKD BY: | TRC | | |
| DATE: | 8/23/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 2 | 8/23/2018 | ADDED T.A.R. WIDTH AND AREA | |
| 1 | 7/24/2018 | ADDED DIMENSIONS | |
| DRAWING: | | GA-0445.000 | SHEET NO. 3 OF 4 |

**Cheniere Midstream**
Owner: Dan T. Christian

**EXHIBIT "A"**

**MIDSHIP Mainline**
TRACT NO. GA-0445.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a Permanent Easement & Right of Way situated in the southeast quarter of the southwest quarter of Section 10, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to Dan T. Christian, recorded in Book 1375, Page 584, of the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said Permanent Easement & Right of Way being situated twenty-five-feet on the southwest side of and being all of the southeast quarter of the southwest quarter of said Section 10 northeast of the herein described baseline, said baseline being more particularly described as follows:

COMMENCING at a 1/2 inch iron rod found marking the east quarter corner of said Section 10; THENCE South 89°15'33" West, with the north line of the southeast quarter of said Section 10, a distance of 2634.58 feet, THENCE South 00°50'46" East, with the east line of the southwest quarter of said Section 10, a distance of 1318.12 feet, THENCE South 89°18'03" West, with the north line of the southeast quarter of the southwest quarter of said Section 10, a distance of 19.95 feet to the POINT OF BEGINNING;

THENCE South 24°01'39" East, a distance of 50.67 feet, to the POINT OF TERMINATION on the east line of the southwest quarter of said Section 10, from which a PK nail found marking the south quarter corner of said Section 10 bears South 00°50'46" East, with the east line of the southwest quarter of said Section 10, a distance of 1271.59 feet, said baseline having a total distance of 50.67 feet (3.07 rods), said Permanent Easement & Right of Way containing 0.060 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 & 2 of 4, drawing number GA-0445.000, Rev. 2, same date.

James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

Date:

## Tract No(s). GA-0448.000

1. **Surface Owner(s):**

   Danny T. Christian
   607 W. Plato
   Duncan, OK 73533

2. **Other Persons-in-Interest:**
   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   *See* GA-0444.000



# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN



EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

GA-0446.000
BOOK 1600, PAGE 948

E COUNTY RD. 1690

GA-0448.000
DANNY T. CHRISTIAN
BOOK 1262, PAGE 873

T.A.R.-68 - 1,941'

GA-0448.000
BOOK 2009, PAGE 354

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

NOTE:

1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.

2. SEE SHEET 4 OF 5 FOR LINE TABLES.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

GRAPHIC SCALE IN FEET
100   0   100   200

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/24/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=200' | DANNY T. CHRISTIAN |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | ADDED T.A.R. WIDTH & AREA |
| 1 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | | GA-0448.000   SHEET NO.   2   OF   5 |



# EXHIBIT "A"
## GARVIN COUNTY, OKLAHOMA
### SECTION 15, TOWNSHIP 1 NORTH,
### RANGE 3 WEST OF THE INDIAN MERIDIAN

DETAIL "1"
1" = 50'

DETAIL "2"
1"=100'

LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| R/W | STATUTORY R.O.W. |

NOTE:
1. SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.
2. SEE SHEET 4 OF 5 FOR LINE TABLES.

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/24/18 | ACROSS THE PROPERTY OF |
| SCALE: | N.T.S. | DANNY T. CHRISTIAN |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | ADDED T.A.R. WIDTH & AREA |
| 1 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | | GA-0448.000 | SHEET NO. 3 OF 5 |



# EXHIBIT "A"
### GARVIN COUNTY, OKLAHOMA
### SECTION 15, TOWNSHIP 1 NORTH,
### RANGE 3 WEST OF THE INDIAN MERIDIAN

| T.A.R. LINE TABLE | | | | A.T.W.S. LINE TABLE | | |
|---|---|---|---|---|---|---|
| LINE | BEARING | DISTANCE | | LINE | BEARING | DISTANCE |
| L1 | S01°02'29"E | 70.72' | | L39 | S89°17'01"W | 67.31' |
| L2 | S03°24'25"E | 46.39' | | L40 | S15°47'03"E | 9.13' |
| L3 | S00°37'25"E | 61.53' | | L41 | S15°47'04"E | 183.01' |
| L4 | S01°03'44"W | 72.24' | | L42 | S74°12'55"W | 50.00' |
| L5 | S00°01'46"W | 55.25' | | L43 | N15°39'22"W | 123.55' |
| L6 | S01°33'52"E | 73.59' | | L44 | N01°02'29"W | 38.38' |
| L7 | S01°41'13"E | 68.24' | | L45 | N01°02'28"W | 6.92' |
| L8 | S00°30'58"E | 76.78' | | L46 | N02°06'00"E | 2.74' |
| L9 | S02°50'33"E | 81.02' | | L47 | N08°13'41"E | 2.28' |
| L10 | S00°54'38"W | 84.27' | | L48 | N13°04'47"E | 2.56' |
| L11 | S03°54'21"W | 58.99' | | L49 | N19°23'37"E | 2.65' |
| L12 | S02°01'32"E | 75.48' | | L50 | N23°34'28"E | 1.02' |
| L13 | S01°38'20"W | 23.42' | | L51 | N26°54'59"E | 1.02' |
| L14 | S06°10'42"W | 24.89' | | L52 | N28°17'22"E | 1.02' |
| L15 | S12°32'26"W | 24.86' | | L53 | N30°39'30"E | 1.02' |
| L16 | S22°46'43"W | 22.48' | | L54 | N33°01'23"E | 1.02' |
| L17 | S30°59'52"W | 27.31' | | L55 | N36°57'32"E | 1.58' |
| L18 | S41°40'08"W | 56.40' | | L56 | N41°10'20"E | 2.95' |
| L19 | S41°01'38"W | 89.82' | | L57 | N45°45'45"E | 1.06' |
| L20 | S01°19'10"W | 35.05' | | L58 | N48°10'37"E | 1.06' |
| L21 | S06°04'47"W | 51.84' | | L59 | N50°38'40"E | 1.06' |
| L22 | S03°16'30"W | 38.45' | | L60 | N53°03'59"E | 1.06' |
| L23 | S10°51'48"E | 29.33' | | L61 | N55°29'46"E | 1.06' |
| L24 | S27°09'02"E | 50.53' | | L62 | N59°24'44"E | 2.35' |
| L25 | S37°07'44"E | 56.40' | | L63 | N64°49'47"E | 2.38' |
| L26 | S81°62'49"E | 23.29' | | L64 | N72°04'00"E | 3.93' |
| L27 | N70°59'49"E | 33.68' | | L65 | N79°17'32"E | 2.37' |
| L28 | N54°29'58"E | 27.26' | | L66 | N85°31'08"E | 3.06' |
| L29 | N52°23'18"E | 30.55' | | L67 | N89°59'17"E | 7.99' |
| L30 | N59°16'10"E | 33.78' | | L68 | S89°17'35"W | 65.51' |
| L31 | N64°54'48"E | 24.43' | | L69 | N12°56'25"W | 21.31' |
| L32 | N72°03'11"E | 26.89' | | L70 | N77°53'50"W | 60.39' |
| L33 | N81°52'47"E | 24.44' | | L71 | N22°30'46"W | 178.88' |
| L34 | S77°43'13"E | 55.19' | | L72 | N67°29'13"E | 50.00' |
| L35 | S60°29'33"E | 23.83' | | L73 | S22°30'46"E | 200.00' |
| L36 | S70°57'50"E | 40.23' | | L74 | S22°30'45"E | 11.41' |
| L37 | S79°22'22"E | 64.20' | | L75 | S12°59'26"E | 1.80' |
| L38 | S77°53'50"E | 178.03' | | | | |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
R/W STATUTORY R.O.W.

**NOTE:**

SEE SHEET 1 OF 5 FOR NOTES, SIGNATURE, AND SEAL.



TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF DANNY T. CHRISTIAN |
| CKD BY: | TRC | |
| DATE: | 7/24/18 | |
| SCALE: | N.T.S. | |
| REV# | DATE | DESCRIPTION |
| 2 | 8/23/2018 | ADDED T.A.R. WIDTH & AREA |
| 1 | 7/24/2018 | ADDED DETAILS |
| DRAWING: | | GA-0448.000   SHEET NO.   4   OF   5 |

**Cheniere Midstream**               **EXHIBIT "A"**          **MIDSHIP Mainline**
Owner: Danny T. Christian                                     TRACT NO. GA-0448.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the northeast quarter of Section 15, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to Danny T. Christian, recorded in Book 1262, Page 873, of the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail found marking the north quarter corner of said Section 15; THENCE North 89°17'01" East, with the north line of said Section 15, a distance of 351.75 feet to the POINT OF BEGINNING;

THENCE South 15°47'04" East, a distance of 723.76 feet, to a point;

THENCE South 22°30'46" East, a distance of 624.52 feet, to a point;

THENCE South 12°56'14" East, a distance of 42.64 feet, to the POINT OF TERMINATION on the south line of the northwest quarter of the northeast quarter of said Section 15, from which a PK nail found marking the northeast corner of said Section 15 bears North 89°17'35" East, with the south line of the northwest quarter of the northeast quarter of said Section 15 a distance of 540.18 feet, THENCE North 00°45'23" West, with the east line of the northwest quarter of the northeast quarter of said Section 15, a distance of 1320.51 feet, THENCE North 89°17'01" East, with the north line of said Section 15, a distance of 1320.08 feet, said baseline having a total distance of 1390.92 feet (84.30 rods), said Permanent Easement & Right of Way containing 1.597 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 5, drawing number GA-0448.000, Rev. 2, same date.

_____                              Date: _____
James Michael Denney
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

## Tract No(s). GA-0450.000

1. **Surface Owner(s):**
   Dan Christian and Johnettee Christian
   607 W. Plato
   Duncan, OK 73533

2. **Other Persons-in-Interest:**

   Central Land Consulting LLC
   c/o The Corporation Company
   1833 S Morgan Rd.,
   Oklahoma City, OK 73128

3. **Legal Description:**
   *See* attached plat.

4. **Just Compensation:**
   $141.00



# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN

**VICINITY MAP**
N.T.S.

15

GA-0449.000
BOOK 2009, PAGE 354
BOOK 1556, PAGE 472
BOOK 1556, PAGE 471

GA-0448.010
BOOK 1303, PAGE 470

**POINT OF BEGINNING**
N:12549280.17
E:2092725.05

N89°18'09"E
3,946.44'

N89°18'09"E - 1,316.96'

FND. 1/2" I.R.
E/4 COR.
SEC. 15

40' WIDE T.W.S.

**POINT OF TERMINATION**
N:12549266.31
E:2092730.81

N00°50'03"W - 13.93'

**POINT OF COMMENCING**
FND. PK NAIL
W/4 COR.,
SEC. 15

S22°33'10"E - 15.01'

33'

50' x 128'
A.T.W.S.

GA-0452.000
BOOK 2163, PAGE 84
BOOK 1542,
PAGES 269, 268, 267

33'

GA-0450.000
PRIMEENERGY CORPORATION
AND DAN CHRISTIAN
AND JOHNETTEE CHRISTIAN
BOOK 2009, PAGE 354
BOOK 1556, PAGE 472
BOOK 1556, PAGE 471

STATE HIGHWAY 76

SECTION 16 | SECTION 15

SECTION 15 | SECTION 14

### A.T.W.S. LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S89°18'09"W | 70.03' |
| L2 | S22°33'10"E | 73.96' |
| L3 | S22°33'10"E | 127.46' |
| L4 | S01°23'03"E | 109.89' |
| L5 | N28°26'59"W | 100.43' |
| L6 | N22°33'10"W | 130.03' |
| L7 | N67°26'50"E | 50.00' |

| TOTAL DISTANCE ACROSS PROPERTY: | 15.01 FEET |
|---|---|
| OR: | 0.91 RODS |
| TOTAL AREA OF P.E.R.W.: | 0.030 ACRES |
| TOTAL AREA OF T.W.S.: | 0.134 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.207 ACRES |

**LEGEND**

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |

BROKEN LINE NOT SCALABLE
PROPERTY LINE
BASELINE
EXISTING PIPELINE
STATUTORY R.O.W.

**GRAPHIC SCALE IN FEET**
50  0  50  100

**NOTES**

1. ALL BEARINGS & DISTANCES SHOWN HEREIN ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)). U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

J. M. DENNEY
1434
OKLAHOMA

### MIDSHIP PIPELINE COMPANY, LLC

| DWG BY: | CP | MIDSHIP MAINLINE PROJECT |
|---|---|---|
| CKD BY: | TRC | PERMANENT EASEMENT & RIGHT OF WAY |
| DATE: | 7/24/18 | ACROSS THE PROPERTY OF |
| SCALE: | 1"=100' | PRIMEENERGY CORPORATION, ET AL. |

| REV# | DATE | DESCRIPTION |
|---|---|---|
| 1 | 7/24/2018 | ADDED DIMENSIONS |
| 0 | 9/8/2017 | CERTIFIED |

| DRAWING: | GA-0450.000 | SHEET NO. 1 OF 2 |
|---|---|---|

**Cheniere Midstream**      **EXHIBIT "A"**      **MIDSHIP Mainline**
Owner: PrimeEnergy Corporation and Dan Christian and Johnettee Christian    TRACT NO. GA-0450.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the northwest quarter of the southeast quarter of Section 15, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to PrimeEnergy Corporation and Dan Christian and Johnettee Christian, recorded in Book 2009, Page 354 and Book 1556, Page 472 and Book 1556, Page 471, of the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

COMMENCING at a PK nail found marking the west quarter corner of said Section 15; THENCE North 89°18'09" East, with the north line of the south half of said Section 15, a distance of 3948.44 feet to the POINT OF BEGINNING;

THENCE South 22°33'10" East, a distance of 15.01 feet, to the POINT OF TERMINATION on the east line of the northwest quarter of the southeast quarter of said Section 15, from which a 1/2 inch iron rod found marking the east quarter corner of said Section 15 bears North 00°50'03" West, with the east line of the northwest quarter of the southeast quarter of said Section 15,  a distance of 13.93 feet, THENCE North 89°18'09" East, with the north line of the southeast quarter, a distance of 1316.96 feet, said baseline having a total distance of 15.01 feet (0.91 rods), said Permanent Easement & Right of Way containing 0.030 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 2, drawing number GA-0450.000, Rev. 1, same date.

James Michael Denney
Registered Professional Land Surveyor      Date:
Oklahoma Registration No. 1434
Firm License No. 144

**Tract No(s). GA-0453.000**

**1.  Surface Owner(s):**

> A. Michael Monroe,
> 7175 E. 520 Road
> Claremore, OK 74019
>
> C. Patrick Wallace, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of C. Patrick Wallace, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of C. Patrick Wallace, deceased,
> P. O. Box 453
> Marietta, OK 73448
>
> Jay Lynn Perkins
> 718 9th St SE
> Washington, DC 20003
>
> Ken Christian Perkins
> 7846 Centaur Dr.,
> Evergreen, CO 80439
>
> Phillip Lee Perkins
> 5409 Maryland Way, Suite 200
> Brentwood, TN 37027
>
> Keith Carroll Perkins
> 1806 Country Club Road
> Duncan, OK 73533
>
> Dan Christian
> 607 Plato Road
> Duncan, OK 73533
>
> Dale P. Cowan
> 107 N B Str.,
> Duncan, OK 73533

Imogen Gentry
7001 Winthorp Dr.,
Arlington, TX 76001

H. F. Bare, whether alive or deceased, and, if deceased, the executor, executrix and, or administrator of the Estate of H. F. Bare, deceased, and all heirs and, or legatees, devisees, trustees, creditors and assigns of H. F. Bare, deceased,
2221 Donnell Rd.,
Choctaw, OK 73020

Lola M. Bare
645 SW 13th,
Moore, OK 73160

Dawn Hull
17251 Banner Rd.,
Lexington, OK 73051

Christy Rogers
5201 SE 58th,
Oklahoma City, OK 73135

Misty Bare
10125 Bellview Dr.
Midwest City, OK 73160

## 2. Other Persons-in-Interest:

Central Land Consulting LLC
c/o The Corporation Company
1833 S Morgan Rd.,
Oklahoma City, OK 73128

## 3. Legal Description:
*See* attached plat.

## 4. Just Compensation:
$2,848.00



# EXHIBIT "A"
## GARVIN COUNTY, OKLAHOMA
### SECTION 15, TOWNSHIP 1 NORTH, RANGE 3 WEST OF THE INDIAN MERIDIAN

VICINITY MAP
N.T.S.

POINT OF COMMENCING
FND. 1/2" I.R.
E/4 COR., SEC. 15

S00°50'39"E - 1,319.30'

POINT OF BEGINNING
N:12647968.59
E:2093269.28

GA-0452.000
BOOK 2163, PAGE 84
BOOK 1542, PAGES 265, 266, 267

S89°14'35"W - 797.70'

10' WIDE T.W.S.
50' WIDE P.E.R.W.
25'
25'

40' WIDE T.W.S.

S22°29'14"E - 1,382.93'

GA-0453.000
THE KIPLIN D. COWAN
REVOCABLE TRUST, ET AL
BOOK 1792, PAGE 27
BOOK 1755, PAGE 875
BOOK 1556, PAGE 813
BOOK 1416, PAGE 873
BOOK 1355, PAGE 200
BOOK 1233, PAGE 825

33'

50' x 150'
A.T.W.S.

SEE DETAIL "1"
SHEET 2 OF 3

S27°03'51"E - 36.55'

33'

15   14

CAMELBACK RD. / E 1700 RD.

POINT OF TERMINATION
N:12546654.48
E:2093815.75

22   23

FND. 1/2" I.R.
SE COR., SEC. 15

GA-0454.000
BOOK 1518, PAGE 645

N89°15'41"E - 270.62'

| TOTAL DISTANCE ACROSS PROPERTY: | 1421.48 FEET |
| | OR: | 86.15 RODS |
| TOTAL AREA OF P.E.R.W.: | 1.632 ACRES |
| TOTAL AREA OF T.W.S.: | 1.831 ACRES |
| TOTAL AREA OF A.T.W.S.: | 0.161 ACRES |

## NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 (NAD83(2011)(EPOCH:2010.0000)), U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

## LEGEND

| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| —R/W— | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
150   0   150   300

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

J. M. DENNEY
1434
OKLAHOMA

TRC
15350 Park Ten Place
Houston, TX 77084
(281) 616-0109

| MIDSHIP PIPELINE COMPANY, LLC | | |
|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF THE KIPLIN D. COWAN REVOCABLE TRUST, ET AL |
| CKD BY: | TRC | |
| DATE: | 7/25/18 | |
| SCALE: | 1" = 300' | |
| REV# | DATE | DESCRIPTION |
| 1 | 7/25/2018 | ADDED DETAIL |
| 0 | 9/14/2017 | CERTIFIED |
| DRAWING: | | GA-0453.000   SHEET NO.   1   OF   3 |

# EXHIBIT "A"

GARVIN COUNTY, OKLAHOMA
SECTION 15, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN





DETAIL "1"
1"=100'

| A.T.W.S. LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | S89°15'41"W | 72.62' |
| L2 | N27°03'51"W | 8.98' |
| L3 | S89°20'25"W | 53.86' |
| L4 | N22°29'13"W | 129.97' |
| L5 | N87°30'47"E | 50.00' |
| L6 | S22°29'14"E | 160.00' |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

NOTE:
SEE SHEET 1 OF 3 FOR NOTES, SIGNATURE, AND SEAL.

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | CP | MIDSHIP MAINLINE PROJECT PERMANENT EASEMENT & RIGHT OF WAY ACROSS THE PROPERTY OF THE KIPLIN D. COWAN REVOCABLE TRUST, ET AL | |
| CKD BY: | TRC | | |
| DATE: | 7/25/18 | | |
| SCALE: | N.T.S. | | |
| REV# | DATE | DESCRIPTION | |
| 1 | 7/25/2018 | ADDED DETAIL | |
| 0 | 9/14/2017 | CERTIFIED | |
| DRAWING: | | GA-0453.000 | SHEET NO.   2   OF   3 |

TRC
16350 Park Ten Place
Houston, TX 77084
(281) 516-0100

**Cheniere Midstream**  **EXHIBIT "A"**  **MIDSHIP Mainline**
Owner: The Kiplin D. Cowan Revocable Trust, et al  TRACT NO. GA-0453.000

### PERMANENT EASEMENT & RIGHT OF WAY

Description of a fifty-foot wide Permanent Easement & Right of Way situated in the southeast quarter of the southeast quarter of Section 15, Township 1 North, Range 3 West of the Indian Meridian, Garvin County, Oklahoma and being over, through and across a tract of land conveyed to the The Kiplin D. Cowan Revocable Trust, et al, recorded in, Book 1792, Page 27, Book 1755, Page 875, Book 1556, Page 913, Book 1416, Page 873, Book 1355, Page 200 and Book 1233, Page 825 the Office of the Clerk and Recorder of Garvin County, Oklahoma (O.C.R.G.C.OK.), said fifty-foot wide Permanent Easement & Right of Way being situated twenty-five-feet on each side of the herein described baseline, the sidelines of said Permanent Easement & Right of Way being lengthened or shortened to meet the boundary lines of said tract of land, said baseline being more particularly described as follows:

**COMMENCING** at a 1/2 inch iron rod found marking the east quarter corner of said Section 15; **THENCE** South 00°50'39" East, with the east line of said Section 15, a distance of 1319.30 feet, **THENCE** South 89°14'35" West, with the north line the southeast quarter of the southeast quarter of Section 15, a distance of 797.70 feet to the **POINT OF BEGINNING;**

**THENCE** South 22°29'14" East, a distance of 1382.93 feet, to a point;

**THENCE** South 27°03'51" East, a distance of 38.55 feet, to the **POINT OF TERMINATION** on the south line of said Section 15, from which a 1/2 inch iron rod found marking the southeast corner of said Section 15 bears North 89°15'41" East, with the south line of said Section 15, a distance of 270.62 feet, said baseline having a total distance of 1421.48 feet (86.15 rods), said Permanent Easement & Right of Way containing 1.632 acres of land.

All bearings, distances, and coordinates shown herein are grid, based upon the Universal Transverse Mercator Coordinate System, Zone 14 North, North American Datum of 1983, U.S. Survey Feet, as derived from an on the ground survey performed by TRC Pipeline Services LLC, conducted in May of 2017.

For reference and further information see Exhibit "A", Sheet No(s). 1 of 3, drawing number GA-0453.000, Rev. 1, same date.

James Michael Denney  Date:
Registered Professional Land Surveyor
Oklahoma Registration No. 1434
Firm License No. 144

*(Seal: REGISTERED PROFESSIONAL LAND SURVEYOR, J. M. DENNEY, 1434, OKLAHOMA)*

## Tract No(s). **GA-0469.010**

1. **Surface Owner(s):**
   Cecil Hooks
   1321 S. Burnside Ave.,
   Los Angeles, CA 90019

   Chere Hooks
   1321 S. Burnside Ave.,
   Los Angeles, CA 90019

   Dorscine S. Littles, as Trustee of The
   Revocable Trust Agreement of Dorscine
   S. Littles,
   3310 N Forest Park Dr.,
   Oklahoma City, OK 73121

   The executor, executrix and, or administrator of the Estate of Tams Bixby
   Spigner, deceased, and all heirs and, or legatees, devisees, trustees, creditors
   and assigns of Tams Bixby Spigner, deceased,
   16821 21st Ave., CT E, Apt 21
   Spanaway, WA 98387

   or
   1321 S. Burnside Ave.,
   Los Angeles, CA 90019

   L.K. Spigner, Jr.
   16821 21st Ave., CT E, Apt 21
   Spanaway, WA 98387

   Evelyn Edwards, whether alive or deceased, and, if deceased, the executor,
   executrix and, or administrator of the Estate of Evelyn Edwards, deceased,
   and all heirs and, or legatees, devisees, trustees, creditors and assigns of
   Evelyn Edwards, deceased,
   918 SW 66th St.,
   Oklahoma City, OK 73139

   Alvin Moton Spigner,
   4020 S 130th East Ave., Apt. 603
   Tulsa, OK 74134

The executrix and, or administrator of the Estate of Theresa Spigner "Potts"
Bonner, deceased, and all heirs and, or legatees, devisees, trustees, creditors
and assigns of Theresa Spigner "Potts" Bonner, deceased,
Address Unknown

Jessie Davis
4664 Sand Creek Ave., Apt. D
Las Vegas, NV 89103

Theresa Caldwell a/k/a Theresa Foreman
4664 Sand Creek Ave., Apt. D
Las Vegas, NV 89103

Itasca Renee' Banks a/k/a Renee'
328 N 11th St., Apt. 225
Las Vegas, NV 89101

Clezell Foreman
4664 Sand Creek Ave., Apt. A
Las Vegas, NV 89103

Denise McGee a/k/a Denese Foreman
2219 N Rancho Dr., #2176
Las Vegas, NV 89130

Althea Foreman
114 Hughes Ave.,
Bakersfield, CA 93308

Kenneth Wright
22638 Cohasset St.,
West Hills, CA 91307

Catherine Walker a/k/a Catherine Wright
5225 E Charleston Blvd., Apt. 1056
Las Vegas, NV 89142

Zachary Wright
3950 Captain Morgan Ave.,
North Las Vegas, NV 89031

Zoe Wright a/k/a Zoelea Wright a/k/a
Zoe Lea Wright

4920 Forest Oaks Dr.,
Las Vegas, NV 89149

Jerome Wright, II
312 S Beverly Dr., Unit 3392,
Beverly Hills, CA 90212

The executrix and, or administrator of the Estate of Nathan A. Spigner,
deceased, and all heirs and, or legatees, devisees, trustees, creditors and
assigns of Nathan A. Spigner, deceased,
1141 Carverdale Dr.
Oklahoma City, OK 73117

Margaret Spigner Hudson
2133 NE 26th St
Oklahoma City, OK 73111

The executrix and, or administrator of the Estate of Bob Shirey, deceased,
and all heirs and, or legatees, devisees, trustees, creditors and assigns of Bob
Shirey, deceased,
13503 Perthshire Road,
Houston, TX 77079

Dorothy Sue Riley, s/p/a Dorothy
Hudson
1005 Surrey Dr.,
Ardmore, OK 73401

**2. Other Persons-in-Interest:**

**3. Legal Description:**
        *See* attached plat.

**4. Just Compensation:**
        $310.00



EXHIBIT "A"
GARVIN COUNTY, OKLAHOMA
SECTION 36, TOWNSHIP 1 NORTH,
RANGE 3 WEST OF THE INDIAN MERIDIAN

CR-0472.000
BOOK 4909, PAGE 209

VICINITY MAP
N.T.S.

GA-0469.010
CHERE HOOKS, ET AL.
BOOK 1882, PAGE 258
BOOK 1784, PAGE 405
BOOK 1754, PAGE 398
BOOK 1727, PAGE 710
BOOK 830, PAGE 258
BOOK 1888, PAGE 789
BOOK 732, PAGE 119
BOOK 667, PAGE 362
BOOK 393, PAGE 463

SET 1/2" I.R. W/
ALUMIMINUM CAP
"TRC CA #144"
S/4 COR., SEC. 36

T.A.R - 69
1,721' - 25' WIDE EASEMENT
0.860 ACRES

S89°17'19"W - 921.82'

S01°00'21"E - 8.07'

FND. 1/2" I.R.
SE COR., SEC 36

CR-0470.000
BOOK 5304, PAGE 177

| T.A.R. LINE TABLE | | | T.A.R. LINE TABLE | | |
|---|---|---|---|---|---|
| LINE | BEARING | DISTANCE | LINE | BEARING | DISTANCE |
| L1 | S77°21'01"W | 38.29' | L7 | S87°53'50"W | 71.41' |
| L2 | N89°01'40"W | 111.38' | L8 | S89°37'14"W | 152.03' |
| L3 | N89°17'06"W | 83.96' | L9 | N89°28'26"W | 228.26' |
| L4 | N98°46'26"W | 73.48' | L10 | S89°18'46"W | 174.74' |
| L5 | S88°36'56"W | 130.17' | L11 | S88°13'42"W | 239.12' |
| L6 | S89°40'08"W | 90.78' | L12 | S89°22'57"W | 145.88' |

LEGEND

| | |
|---|---|
| I.R. | IRON ROD |
| I.P. | IRON PIPE |
| FND. | FOUND |
| N.T.S. | NOT TO SCALE |
| R.O.W. | RIGHT OF WAY |
| T.W.S. | TEMPORARY WORKSPACE |
| A.T.W.S. | ADDITIONAL TEMPORARY WORKSPACE |
| P.E.R.W. | PERMANENT EASEMENT & RIGHT OF WAY |
| T.A.R. | TEMPORARY ACCESS ROAD |
| P.A.R. | PERMANENT ACCESS ROAD |
| | BROKEN LINE NOT SCALABLE |
| | PROPERTY LINE |
| | BASELINE |
| | EXISTING PIPELINE |
| | STATUTORY R.O.W. |

GRAPHIC SCALE IN FEET
200   0   200   400

NOTES

1. ALL BEARINGS & DISTANCES SHOWN HEREON ARE GRID BASED UPON THE UNIVERSAL TRANSVERSE MERCATOR COORDINATE SYSTEM, ZONE 14 NORTH, NORTH AMERICAN DATUM OF 1983 [NAD83(2011)(EPOCH:2010.0000)], U.S. SURVEY FEET, AS DERIVED FROM AN ON THE GROUND SURVEY PERFORMED BY TRC PIPELINE SERVICES, LLC IN MAY 2017.

2. THE OWNERSHIP OF THE SUBJECT TRACT, SHOWN HEREIN, IS BASED UPON TITLE RESEARCH CONDUCTED BY TRC PIPELINE SERVICES, LLC.

3. IF THIS PLAT AND ACCOMPANYING DESCRIPTION ARE NOT SIGNED AND SEALED BY THE SURVEYOR WHOSE NAME APPEARS BELOW, IT SHOULD BE CONSIDERED AS A COPY AND NOT THE ORIGINAL.

JAMES MICHAEL DENNEY
REGISTERED PROFESSIONAL LAND SURVEYOR
OKLAHOMA REGISTRATION NO. 1434
FIRM LICENSE NO. 144

16350 Park Ten Place
Houston, TX 77084
(281) 616-0100

J. M. DENNEY
1434
OKLAHOMA

| MIDSHIP PIPELINE COMPANY, LLC | | | |
|---|---|---|---|
| DWG BY: | JCL | MIDSHIP MAINLINE PROJECT TEMPORARY ACCESS ROAD ACROSS THE PROPERTY OF CHERE HOOKS, ET AL. | |
| CKD BY: | TRC | | |
| DATE: | 8/23/18 | | |
| SCALE: | 1" = 400' | | |
| REV# | DATE | DESCRIPTION | |
| 1 | 8/23/2018 | ADDED T.A.R. WIDTH AND AREA | |
| 0 | 8/17/2018 | CERTIFIED | |
| DRAWING: | | GA-0469.010 | SHEET NO. 1 OF 1 |