# EXHIBIT 3
# Map of the Project





**CHENIERE MIDSHIP PIPELINE PROJECT OVERVIEW MAP**

FIGURE 1 — MIDSHIP PIPELINE

COUNTY: VARIOUS
STATE: OKLAHOMA
PROJECTION: UTM 14N US FT
DRAWN BY: TRC SOLUTIONS
DATA SOURCES: OK GIS, TRC
BASE MAP: ESRI/TRC
SHEET: 1 of 1   DATE: 8/6/2018

Legend: MLV; Milepost (10 Mi); Midship Mainline; Chisholm Lateral; Velma Lateral; North Spread; South Spread; County

CHENIERE
Midship Pipeline Company, LLC
General Project Overview
MIDSHIP PROJECT
Delivery Meter Station
Receipt Meter Station
Town/City
Sholem Booster Station
Compressor Station
Midship Mainline North Spread
Midship Mainline South Spread
Chisholm Lateral
Velma Lateral
Area of Detail
OK
MIDSHIP PIPELINE
N
KINGFISHER
CANADIAN
GRADY
GARVIN
STEPHENS
CARTER
JOHNSTON
BRYAN
OKLAHOMA CITY
NORMAN
LAWTON
DURANT
WICHITA FALLS
OKLAHOMA
TEXAS
Okarche
MarkWest
Chisholm Lateral (North Spread)
Chisholm
Canadian Valley
Cana
Calumet Compressor Station
Iron Horse
Midship Mainline (North Spread)
Bradley Tap
Grady
Wildhorse Tap
Tatums Compressor Station
Velma Lateral (North Spread)
Velma
Sholem Booster Station
NGPL 801 (Lone Grove) MP 119.1
Midship Mainline (South Spread)
Bennington Compressor Station
NGPL
MEP
Gulf Crossing
0 25 50 Miles

CHENIERE
Midship Pipeline Company, LLC
General Project Overview
MIDSHIP PROJECT
Receipt Tap
Meter Station
Town/City
Proposed Booster Station
Proposed Compressor Station
Proposed Midship Mainline
Lateral
SCOOP & STACK
N
KINGFISHER
Chisholm Lateral
OKARCHE
CANADIAN
EL RENO
OKLAHOMA CITY
Calumet
Compressor Station
NORMAN
GRADY
LINDSAY
Midship
Mainline
GARVIN
ELMORE CITY
LAWTON
Velma Lateral
Tatums
Compressor Station
STEPHENS
Sholem
Booster Station
JOHNSTON
CARTER
ARDMORE
Bennington
Compressor Station
OKLAHOMA
TEXAS
DURANT
BRYAN
WICHITA FALLS
0
25
50
Miles



