# EXHIBIT 4.4
FERC FEIS for MIDSHIP Project (continued)

20180621-3006 FERC PDF (Unofficial) 06/21/2018

**APPENDIX B**

**PROJECT OVERVIEW MAPS AND TYPICAL CONSTRUCTION DRAWINGS**

20180621-3006 FERC PDF (Unofficial) 06/21/2018

**OVERVIEW MAPS**

B-1

Case 5:18-cv-00858-G   Document 828-8   Filed 10/22/21   Page 5 of 103

B-2















B-9



B-10





B-12



B-13

MAINLINE PIPELINE







B-19



B-20



B-21



B-22



B-23





B-25







B-28





B-30





B-32







B-35



B-36



20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-38





B-40



B-41



B-42



B-43









B-47















B-54





B-56



B-57









B-61







B-64













B-70









B-74





B-76





B-78





APPENDIX B
Midcontinent Supply Header Interstate Pipeline Project
Project Overview Maps

MAINLINE SHEET 73

B-80





B-82



Case 5:18-cv-00858-G   Document 828-8   Filed 10/22/21   Page 87 of 103
20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-84



B-85







B-88



B-89







B-92



B-93



B-94











B-99



B-100