# EXHIBIT 4.5
FERC FEIS for MIDSHIP Project (continued)











B-105



B-106



B-107









B-111











B-116















B-123











B-128



B-129







B-132

















B-140



B-141







B-144



B-145











B-150





20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-153





20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-156





B-158







20180621-3006 FERC PDF (Unofficial) 06/21/2018





B-163











20180621-3006 FERC PDF (Unofficial) 06/21/2018

**Appendix B (contd)   Project Overview Maps and Typical Construction Drawings**





B-170





















B-180



B-181













B-187

















B-195









B-199