# EXHIBIT 4.6
FERC FEIS for MIDSHIP Project (continued)



















B-208







B-211



B-212



B-213





B-215



B-216





B-218



B-219









B-223







B-226







B-229











B-234











B-239











B-244



B-245





B-247



B-248















B-255





B-257









B-261







B-264





B-266



B-267





B-269



B-270











B-275







B-278





B-280











B-285





B-287













B-293











20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-299