# EXHIBIT 4.7

FERC FEIS for MIDSHIP Project (continued)



B-300

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-301

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-302

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-303

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-304

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-305

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-306

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-307

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-308

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-309

20180621-3006 FERC PDF (Unofficial) 06/21/2018



20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-311



B-312

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-313



B-314



B-315

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-316

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-317

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-318



B-319

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-320

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-321



B-322

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-323

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-324

| Appendix B (contd) | Project Overview Maps and Typical Construction Drawings |
| --- | --- |
| Appendix C | Summary of Existing Rights-of-Way Collocated With the Midcontinent Supply Header Interstate Pipeline Project Pipelines |
| Appendix D | Additional Temporary Workspace Associated with Construction of the Midcontinent Supply Header Interstate Pipeline Project |
| Appendix E | Temporary and Permanent Access Roads Associated with the Midcontinent Supply Header Interstate Pipeline Project |
| Appendix F | Horizontal Directional Drill Procedures and Mud Monitoring Plan |
| Appendix G | Road and Railroad Crossings Associated with the Midcontinent Supply Header Interstate Pipeline Project |
| Appendix H | Karst Mitigation Plan |
| Appendix I | Blasting Plan |
| Appendix J | Waterbodies Crossed by Midcontinent Supply Header Interstate Pipeline Project Pipeline Facilities |
| Appendix K | Noise Figures |
| Appendix L | Past, Present, and Reasonably Foreseeable Future Projects with Potential for Cumulative Impacts when Combined with the MIDSHIP Project |
| Appendix M | References |
| Appendix N | List of Preparers |
| Appendix O | Responses to Comments on the Draft Environmental Impact Statement |
| Appendix P | Index |

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-325

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-326

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-327

20180621-3006 FERC PDF (Unofficial) 06/21/2018

**CHISHOLM LATERAL**

20180621-3006 FERC PDF (Unofficial) 06/21/2018

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-331

20180621-3006 FERC PDF (Unofficial) 06/21/2018



20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-333

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-334

20180621-3006 FERC PDF (Unofficial) 06/21/2018



20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-336

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-337

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-338





B-340



20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-342

20180621-3006 FERC PDF (Unofficial) 06/21/2018



20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-344

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-345

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-346



B-347



B-348

20180621-3006 FERC PDF (Unofficial) 06/21/2018



20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-350



20180621–3006 FERC PDF (Unofficial) 06/21/2018



B-352

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-353

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-354

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-355

20180621–3006 FERC PDF (Unofficial) 06/21/2018



B-356



B-357



B-358



B-359



B-360

**VELMA LATERAL**

20180621-3006 FERC PDF (Unofficial) 06/21/2018

B-362



B-363

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-364

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-365



B-366

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-367



B-368

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-369



B-370

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-371



B-372

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-373

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-374

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-375

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-376

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-377

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-378



B-379

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-380

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-381

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-382

# CONTRACTOR YARDS

20180621-3006 FERC PDF (Unofficial) 06/21/2018

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-385

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-386

20180621-3006 FERC PDF (Unofficial) 06/21/2018



20180621-3006 FERC PDF (Unofficial) 06/21/2018

**TYPICAL CONSTRUCTION DRAWINGS**

20180621-3006 FERC PDF (Unofficial) 06/21/2018

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-391

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-392

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-393

20180621-3006 FERC PDF (Unofficial) 06/21/2018



B-394

20180621-3006 FERC PDF (Unofficial) 06/21/2018



CROSS SECTION

TYPICAL
'WET' SATURATED OR FLOODED
WETLAND CROSSING

TYPICAL 5

5 OF 11

20180621-3006 FERC PDF (Unofficial) 06/21/2018



CROSS SECTION

TYPICAL
'DRY' WETLAND CROSSING



**SECTION 'A–A'**
SCALE: N.T.S.

NOTES:

1. SILT FENCES ARE TO BE USED IN AREAS WHERE SHEET FLOW OR RELATIVELY SMALL VOLUMES OF WATER CAN BE EXPECTED TO OCCUR.  FOR LARGER VOLUMES SUCH AS WITHIN A DEFINED CHANNEL, A CHECK DAM WILL BE REQUIRED. SILT FENCES WILL BE CONSTRUCTED AT THE EDGE OF THE ROW:

   − AT THE OUTFALL OF AN INTERCEPTOR DIKE IF NATURAL VEGETATION IS INSUFFICIENT TO FILTER THE SILT FROM THE RUN–OFF WATER.
   − AT THE BASE OF SLOPES ADJACENT TO ROADWAYS AND STREAMS WHEN THE NATIVE VEGETATION COVER HAS BEEN DISTURBED.
   − WHEN THE DISTANCE (IN AREAS OF GOOD VEGETATION COVER) OF THE ROW TO A BODY OF WATER IS EQUAL TO OR LESS THAN THE FOLLOWING SCHEDULE.

   | PERCENT SLOPE | DISTANCE |
   |---|---|
   | 0 − 5% | 25 FEET |
   | 5 − 15% | 50 FEET |
   | 15 − 30% | 75 FEET |
   | OVER 30% | 100 FEET |

2. STAKES ARE TO BE PLACED EVERY EIGHT (8) FT. OR CLOSER AS CONDITIONS REQUIRE.
3. ATTACH FILTER FABRIC AT EACH POST AT A MINIMUM OF THREE (3) LOCATIONS
4. THE FILTER FABRIC (MIN. OF 1 FT.) IS TO BE ANCHORED IN A 6 INCH x 6 INCH TRENCH WITH WELL COMPACTED BACKFILL OVER THE FABRIC TO PREVENT UNDERMINING.
5. TO ELIMINATE POSSIBLE END FLOW, BOTH ENDS OF THE SILT FENCE SHALL BE TURNED AND EXTENDED UPSLOPE.
6. SILT FENCES ARE TO BE CHECKED AND MAINTAINED ON A REGULAR BASIS AND AFTER EACH RAIN EVENT.  REMOVE ANY BUILD–UP OF SEDIMENT WHEN THE HEIGHT OF SEDIMENT EXCEEDS APPROXIMATELY 20% OF THE HEIGHT OF THE BARRIER.
7. MATERIAL SHOULD BE WOVEN GEOTEXTILE FABRIC SUCH AS EXXON GTF 180, MIRAFI 600X, OR AN APPROVED EQUIVALENT.  SECONDARY REINFORCEMENT, SUCH AS A CONSTRUCTION BARRIER FENCE OR WIRE MESH CAN ALSO BE USED BEHIND THE FILTER FABRIC.
8. WHERE ANCHORING CONDITIONS FOR THE SILT FENCE ARE POOR, PLACE ANCHORED STRAW BALES ON DOWNSTREAM SIDE OF THE SILT FENCE.

| | | | | | | | TYPICAL SILT FENCE BARRIER | | |
|---|---|---|---|---|---|---|---|---|---|
| A | ISSUED FOR PERMIT | | | 08/18/17 | NEW | | | | |
| NO. | REVISION | | | DATE | APPR. | | | | |
| SCALE | DATE | DRAWN | CHECKED | APPROVED | | TRC PROJ. NO. | DRAWING NUMBER | | SHEET |
| NTS | 04/17/17 | AWF | SSL | NEW | | 285931 | TYPICAL 7 | | 7 OF 11 |

20180621-3006 FERC PDF (Unofficial) 06/21/2018



NOTES:

1.  SILT FENCES ARE CONSTRUCTED FROM SYNTHETIC MESH MATERIAL DESIGNED TO RETAIN SILT WHILE ALLOWING WATER TO PASS THROUGH.

2.  SILT FENCES WILL BE CONSTRUCTED AT THE EDGE OF THE ROW:

    –  AT THE OUTFALL OF AN INTERCEPTOR DIKE IF NATURAL VEGETATION IS INSUFFICIENT TO FILTER THE SILT FROM THE RUN–OFF WATER.

    –  AT THE BASE OF SLOPES ADJACENT TO ROADWAYS AND STREAMS WHEN THE NATIVE VEGETATION COVER HAS BEEN DISTURBED.

    –  WHEN THE DISTANCE (IN AREAS OF GOOD VEGETATION COVER) OF THE ROW TO A BODY OF WATER IS EQUAL TO OR LESS THAN THE FOLLOWING SCHEDULE.

    | PERCENT SLOPE | DISTANCE |
    |---------------|----------|
    | 0 – 5% | 25 FEET |
    | 5 – 15% | 50 FEET |
    | 15 – 30% | 75 FEET |
    | OVER 30% | 100 FEET |

    –  WHEN THE DISTANCE (IN AREAS OF POOR VEGETATION COVER) OF THE ROW TO A BODY OF WATER IS WITHIN 150 FEET AND THE AREA SLOPES TOWARD THE WATER.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| A | ISSUED FOR PERMIT | | | 08/18/17 | NEW | | | |
| NO. | REVISION | | | DATE | APPR. | | | |
| SCALE | DATE | DRAWN | CHECKED | APPROVED | | TRD PROJ. NO. | DRAWING NUMBER | SHEET |
| NTS | 04/17/17 | ABF | BBL | NEW | | 265931 | TYPICAL 8 | 8 OF 11 |

TYPICAL
PIPELINE STANDARD EROSION
CONTROL SILT FENCE

B-398

20180621-3006 FERC PDF (Unofficial) 06/21/2018



SECTION
SCALE: N.T.S.

NOTES:

1.  TO ELIMINATE POSSIBLE END FLOW, BOTH ENDS OF THE STRAW BALE BARRIER SHOULD BE TURNED AND EXTENDED UPSLOPE. IMBED BALES IN EARTH APPROXIMATELY FOUR (4) INCHES.

2.  EACH BALE SHOULD BE SECURED BY AT LEAST TWO (2) STAKES. THE FIRST STAKE IN EACH BALE SHALL BE DRIVEN TOWARD THE PREVIOUSLY LAID BALE TO FORCE THE BALES TOGETHER. ANY GAPS CAN BE FILLED IN BY WEDGING LOOSE STRAW BETWEEN THE BALES. STAKES SHOULD BE DRIVEN A MINIMUM OF 18 INCHES INTO THE GROUND.

3.  COMPACT EXCAVATED SOIL AS NECESSARY AGAINST THE UPHILL SIDE OF THE BARRIER TO PREVENT WATER TUNNELLING UNDER THE BALES.

4.  STRAW BALE BARRIERS REQUIRE CONTINUAL MAINTENANCE TO REMOVE COLLECTED SEDIMENT AND REPLACE DAMAGED BALES. PAY CLOSE ATTENTION TO THE REPAIR OF DAMAGED BALES, END RUNS AND UNDERCUTTING BENEATH BALES.

5.  SEDIMENT DEPOSITS SHOULD BE REMOVED AFTER EACH RAINFALL. THEY MUST BE REMOVED WHEN THE LEVEL OF DEPOSITION REACHES APPROXIMATELY ONE-HALF THE HEIGHT OF THE BARRIER.

6.  UTILIZE STRAW BALE BARRIERS ONLY IN LIEU OF A SILT FENCE WHERE FREQUENT ACCESS IS REQUIRED OR WHEN DIRECTED BY THE ENVIRONMENTAL INSPECTOR.

| | | | | | | TYPICAL STRAW BALE BARRIER | | |
|---|---|---|---|---|---|---|---|---|
| A | ISSUED FOR PERMIT | | | 08/18/17 | NEW | | | |
| NO. | REVISION | | | DATE | APPR. | | | |
| SCALE | DATE | DRAWN | CHECKED | APPROVED | | TRC PROJ. NO. | DRAWING NUMBER | SHEET |
| NTS | 04/17/17 | AMF | SBL | NEW | | 265931 | TYPICAL 9 | 9 OF 11 |

B-399

20180621-3006 FERC PDF (Unofficial) 06/21/2018



**PLAN**

SCALE: N.T.S.

**SECTION 'A-A'**

SCALE: N.T.S.

NOTES:

1. INSTALL A STRAW BALE DEWATERING STRUCTURE WHEREVER IT IS NECESSARY AND AS DIRECTED BY THE ENVIRONMENTAL INSPECTOR TO PREVENT THE FLOW OF HEAVILY SILT LADEN WATER INTO WATERBODIES OR WETLANDS. ALL DEWATERING ACTIVITIES SHALL BE IN ACCORDANCE WITH ENVIRONMENTAL SPECIFICATION AND RELEVANT PERMITS.

2. DISCHARGE SITE SHOULD BE WELL VEGETATED AND LOCATED AT LEAST 50 FEET FROM ANY WATERCOURSE. THE TOPOGRAPHY OF THE SITE SHOULD BE SUCH THAT WATER WILL FLOW INTO THE DEWATERING STRUCTURE AND AWAY FROM ANY WORK AREAS. THE AREA DOWNSLOPE FROM THE WATERING SITE MUST BE REASONABLY FLAT OR STABILIZED BY VEGETATION OR OTHER MEANS TO ALLOW THE FILTERED WATER TO CONTINUE AS SHEET FLOW.

3. DIRECT THE PUMPED WATER ONTO A STABLE SPILL PAD CONSTRUCTED OF ROCKFILL, WEIGHTED TIMBERS, OR A WOVEN GEOTEXTILE STAKED TO THE GROUND SURFACE, SUCH AS MIRAFI 600X, TERRAFIX 400W, OR A COMPANY APPROVED EQUIVALENT. BEYOND THE SPILL PAD FORCE THE DISCHARGE WATER INTO SHEET FLOW USING STRAW BALES AND THE NATURAL TOPOGRAPHY.

4. DISCHARGE RATES SHOULD BE SUCH THAT THE CAPACITY OF THE STRUCTURE WILL NOT BE EXCEEDED.

5. DISCHARGE WATER SHALL BE FORCED INTO SHEET FLOW IMMEDIATELY BEYOND THE SPILL PAD USING A COMBINATION OF STRAW BALES AND THE NATURAL TOPOGRAPHY. RECESS STRAW BALES A MIN. OF FOUR (4) INCHES. DRIVE TWO (2) STAKES OR REBAR INTO EACH BALE TO ANCHOR THEM IN PLACE.

6. MANUFACTURED FILTER BAGS ARE A SUITABLE ALTERNATIVE TO STRAW BALE STRUCTURES FOR TRENCH DEWATERING. FILTER BAGS SHALL BE INSTALLED AS SPECIFIED BY THE MANUFACTURER. DISPOSE OF FULL FILTER BAGS AT AN APPROVED OFF-SITE FACILITY.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **TYPICAL** | | |
| | | | | | | **STRAW BALE DEWATERING** | | |
| A | ISSUED FOR PERMIT | | | 08/18/17 | NEW | **STRUCTURE** | | |
| NO. | REVISION | | | DATE | APPR. | | | |
| | SCALE | DATE | DRAWN | CHECKED | APPROVED | TRC PROJ. NO. | DRAWING NUMBER | SHEET |
| | NTS | 04/17/17 | ABF | GSL | MGW | 285931 | TYPICAL 10 | 10 OF 11 |

B-400



20180621-3006 FERC PDF (Unofficial) 06/21/2018