# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-18-858-G |
| TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS, PERMANENT EASEMENT IN CANADIAN COUNTY, OKLAHOMA, *et al.*, | ) |
| Defendants. | ) |

## COMMISSION'S ORDER SETTING STATUS CONFERENCE

The status conference referenced in the Commission's Order on Midship Pipeline Company, LLC's Motion for Summary Judgment [Doc. No. 834] originally scheduled for November 29, 2021, shall be held on January 6, 2022, at 1:30 p.m. (central time) via zoom. Requests to participate in the status conference shall be made by email to rleonard@elbattorneys.com with a copy to tcloud@elbattorneys.com. A link will be provided upon request.

_____
Ryan Leonard
Commission Chair

1