IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIDSHIP PIPELINE COMPANY, LLC, | §§§§§ |
| Plaintiff, | § Case Number: 18-CV-858 |
| vs. | § Judge: Charles Goodwin |
| TRACT NO. CN-0004.000, 1.504 ACRES OF LAND, MORE OR LESS IN CANADIAN COUNTY, OKLAHOMA, *et al*, | §§§§§§ |
| Defendants. | § |

**PLAINTIFF MIDSHIP PIPELINE COMPANY, LLC'S MOTION TO ENTER JUDGMENT**

COMES NOW Plaintiff Midship Pipeline Company, LLC ("Midship" or "Plaintiff") and moves this Court, pursuant to the Court's Order of September 5, 2025, to enter a Judgment of $1,712.00 plus interest, if any, incurred on said amount in the Court's interest bearing account in just compensation for Midship's taking of temporary workspace and access easements from January 27, 2023 through January 27, 2025, on, over, across and under the Tract No. GR-0196.010 in Grady County, Oklahoma. Midship's counsel presented drafts of motions to enter judgments and draft judgments to counsel for defendants by email and discussed via telephone, but as of the time of this filing, has not received a concurrence. Proposed Judgment is attached hereto and incorporated herein as Exhibit 1. In support of the Motion Midship submits as follows.

1. On September 4, 2018, Plaintiff Midship Pipeline Company, LLC,

("Midship" or "Plaintiff") filed its Verified Complaint for Condemnation, as amended by the First, Second and Third Amended Verified Complaints for Condemnation seeking condemnation of easements required for the installation of the Midship Pipeline, a natural gas pipeline.

2. Defendants Tract No. GR-0196.010, 1.690 Acres of Land, More or Less, Permanent Easement (Pipeline Right-of-Way), 1.690 Acres of Land, More or Less, Temporary Workspace, 0.242 Acres of Land, More or Less, Additional Temporary Workspace, and 0.0812 Acres of Land, More or Less, Temporary Road Access Easement in Grady County, Oklahoma (the "Property"), Norman G. Sloan and Marilyn G. Sloan, Trustees of the Norman G. Sloan Grantor Trust dated September 13, 1995 and any amendments thereto (the "Owner"), and any unknown owners (collectively, the Property, the Owner, and unknown owners, the "Defendants"), were joined pursuant to Fed. R. Civ. P. 71.1.

3. On October 19, 2022, Midship filed its Fourth Amended Verified Complaint for Condemnation seeking to extend the term of the temporary workspace and temporary access easements across the Property for two years.

4. On September 6, 2024, this Court entered a judgment awarding just compensation for Midship's taking of permanent and temporary easements in satisfaction of all claims of damage asserted or which could have been asserted by all defendants with regard to the Property as a result of imposition of the easements sought by Midship as set forth in Midship's Verified Complaint for Condemnation, as amended by the First, Second and Third Amended Verified Complaints for Condemnation. *See* Doc. 1046.

5. Midship's Fourth Amended Verified Complaint for Condemnation claims (use of the temporary easements January 27, 2023 – January 27, 2025) against Defendants Tract No. GR-0196.010, 1.690 Acres of Land, More or Less, Temporary Workspace, 0.242 Acres of Land, More or Less, Additional Temporary Workspace, and 0.0812 Acres of Land, More or Less, Temporary Road Access Easement in Grady County, Oklahoma, Norman G. Sloan and Marilyn G. Sloan, Trustees of the Norman G. Sloan Grantor Trust dated September 13, 1995, and any amendments thereto remained pending.

6. On September 5, 2025, this Court adopted the Commission's recommendations and awarded ONE THOUSAND SEVEN HUNDRED TWLEVE DOLLARS AND NO CENTS ($1,712.00) to Defendants in just compensation for the extension of the temporary workspace and temporary access easements on the Property for two years, diminution, if any, to the remainder and in satisfaction of all claims of damage asserted or which could have been asserted by the Defendants as a result of the extension of the term of the temporary workspace and access easements by Midship as set forth in the Fourth Amended Verified Complaint for Condemnation.

7. Upon entry of the Judgment, Midship dismisses all of its Verified Complaint for Condemnation, as amended by the First, Second, Third and Fourth Amended Verified Complaints for Condemnation, claims against Defendants.

WHEREFORE, premises considered, Midship prays the Court (1) enter the Judgment attached as Exhibit 1 hereto, (2) order the Clerk of the Court to release $1,712.00

plus interest, if any, that accrued on said amount, from the security deposit posted by Midship in this case to:

>Norman G. Sloan and Marilyn G. Sloan,
>Trustees of the Norman G. Sloan Grantor
>Trust dated September 13, 1995, and any
>amendments thereto,
>11434 S. Yale,
>Tulsa, OK 74137

upon Defendants' submission of a signed IRS W-9 form to the Court.

 Respectfully submitted,

 ZABEL FREEMAN

 *s/ Thomas A. Zabel*
 Thomas A. Zabel (Attorney in charge)
 Texas Bar No. 22235500
 tzabel@zflawfirm.com
 Vadim O. Bourenin
 Texas Bar No. 24076284
 vbourenin@zflawfirm.com
 1135 Heights Boulevard,
 Houston, TX 77008
 713-802-9117 (telephone)
 713-802-9114 (facsimile)

 David M. Box, OBA #21943
 Mason J. Schwartz, OBA #32864
 WILLIAMS, BOX, FORSHEE &
 BULLARD, PC
 522 Colcord Drive
 Oklahoma City, OK 73102-2202
 (405) 232-0080
 (405) 236-5814 Fax
 box@wbfblaw.com
 dmbox@wbfblaw.com

and

HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
Mark Banner, OBA #13243
521 E Second Str.,
Suite 1200
Tulsa, OK 74120
Telephone:  (918) 594-0432
Facsimile:  (918) 594-0505
Email:  mbanner@hallestill.com
**Attorneys for Plaintiff**
**Midship Pipeline Company, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been filed and served via this Court's ECF/CM system on all the counsel of record.

                                                       */s/ Thomas A. Zabel*
                                                      Thomas A. Zabel